**EXHIBIT A**

Case 2:24-cv-00421-DBB-JCB   Document 3-1   Filed 09/24/20   PageID.36   Page 1 of 2

