**EXHIBIT A1**



### Spasticus Autisticus



Aug 20, 2020 · New · #45,261

> DrJonesHat said: ↑
>
> He didn't take the plea because he doesn't want mandated treatment. He wants a jury trial. Utah is not currently doing jury trials, so the charges might get tossed entirely.
> I hope they don't dismiss the charges, because if they do, this will make Russ think (mistakenly) he did nothing wrong and he'll continue harassing
>
> Click to expand...

▫️◦▫️ Verizon 🛜                    1:49 PM                    ⓘ 🎧 100% 🔋
                           🔒 kiwifarms.net

Report    Like    Quote    Reply

**Null**
Cassandra on the Online

Aug 20, 2020                    New    <    🔖    #45,272

I'll be on Nick's show in a few hours. I feel very under prepared for it, so if anyone wants to cheat and send me some cliff notes about this case or anything in the last year that'd be ebin thank you

👍 ℹ️ 🎖️ Julias_Seizure2, Tonberry, Caecia and 25 others

Report                    Like    Quote    Reply

**pr3nt177**
I don't even tell people I'm trans anymore

Aug 20, 2020                    New    <    🔖    #45,273

> Just A Butt said: ⬆
> 
> View attachment 1533903
> 
> Archive of above

The judge had the patience of a saint, outwardly at least.

❤️ ✅ 👍 DopeaddictKitten, Constellationzero and Just A Butt