**<u>EXHIBIT A2</u>**



Youtube highlights of Russell's book are here / Nick Rekieta's Russell Read-Along

July 2020: Russell has a date... in court, with one of his victims.