## EXHIBIT A3

.ıll Verizon 📶          7:40 AM          @ 🎧📶 54% 🔋

🔒 goodreads.com

## goodreads

by Russell Greer (Goodreads Author)

✔ Read    ⌄

Interesting schizophrenic stream-of-consciousness. I don't think the author is "in on the joke" exactly though so I feel that publishing this is taking advantage of an extremely compromised and tragic individual. **Read review**

Like · 👍 2 · 💬 1



**Russell Greer** What's sad is people like you who have to use fake accounts and troll and harass innocent people like me.

I wrote the book in a very coherent state of mind to try to counter trolls like you. I couldn't even market it because of similar BS reviews like yours.

I would suggest you remove your defamatory review, "Richard".

a moment ago



Write a comment...          Comment

.ıll Verizon 🛜          7:41 AM          🔒 ⌒🔋 57% 🔋

AA          🔒 goodreads.com          ↻     ⬇

Q     goodreads     📖 11

My Books          Browse ▾          Community ▾

Great romance reads

# Richard Springer

| Follow | Add friend |

30 books rated · 4.03 average rating
7 reviews written
Australia
Member since November 2017, last active in May 2020

## CURRENTLY READING

Blood in the Water: The Attica


