**EXHIBIT A4**

 Thank you :)

Tuesday 12:06 PM

I like your new profile pic lol. However, I prefer your face ;)

Haha I'll put one uo once I get a good one haha



 Message...

And I don't mean to be annoying. I just think you're so perfect and I would do anything to get to know you better

 Thanks Russell!! I appreciate it!!

❤️

No problem :)

So what's your favorite flavor of ice cream? Saw your insta story Ha

Sweet pea

May 31, 2:42 PM

Loved your video 😘

❤️

May 31, 3:50 PM

I needed that right now. Thank you so much

❤️

Replied to your story



He Ain't Heavy, He's My B...
Bobby Goldsboro

Just a friendly PSA reminding everybody to just get a long.

🕘

Only you can see this

A men

Message...