33

**<u>EXHIBIT B</u>**

## KIWI FARMS

"I made a mistake signing up to this shitty forum. I'm leaving."



# Null

## Cassandra on the Online

**Report**

| Messages | Reaction score | Points |
|---|---|---|
| 21,042 | 602,986 | 345 |

Joined: Nov 14, 2012

Last seen: 8 minutes ago · Viewing forum list

**Follow**    **Ignore**    **Find**