35

**EXHIBIT C**



37



## Russhole Shitlips Greer

| Add Friend | Follow | Message | More |
| --- | --- | --- | --- |

| About | Photos | Friends |
| --- | --- | --- |