**EXHIBIT D**

.ıll Verizon 📶    9:21 AM    🔋 84% ▬

 **Greer Russell**
Aug 27, 2017 · 🌐    •••

Ok, let's be brutally honest: my comments on FB haven't been THAT bad or THAT weird. That's the thing, since it's online, you can't really tell a person's voice inflection

But since it's the 21st century, everybody has to be offended by everything or they feel the need to twist comments or make comments appear to be worse than they are. That's why I just deleted my Instagram because a guy can't have a simple convo with the ppl he follows and having it screenshot and put on websites. Ugh.

Oh well. But this is just my post saying I'm immigrating off of FB and journeying into the world of blogging. Gotta expand my reach to open-minded people who don't think I'm weird if I express myself. :)

✌🏼 ✌🏼

❤️ Love        💬 Comment        ↗ Share

👍❤️😆 You and 4 others



Christine T Sario
There is no problem expressing

📷   Write a comment...        GIF  ☺️

🏠    ▶️    🏬    📰    🔔    ☰

39