**<u>EXHIBIT E</u>**

