**EXHIBIT H**

 Russell Greer /

@theofficialinstaofrussellgreer -

Swift-Obsessed Sex Pest, Magical

Star Buddy