**<u>EXHIBIT I</u>**

48

