**<u>EXHIBIT J</u>**



notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Greer Russell
Search Results: Displaying 3 of 7 entries

◀ previous    next ▶

Labeled View

### *Why I Sued Taylor Swift and How I Became Falsely Known as Frivolous,...*

**Type of Work:** Text

**Registration Number / Date:** TX0008469519 / 2017-10-22

**Application Title:** Why I Sued Taylor Swift and How I Became Falsely Known as Frivolous, Litigious & Crazy.

**Title:** Why I Sued Taylor Swift and How I Became Falsely Known as Frivolous, Litigious & Crazy.

**Description:** Electronic file (eService)

**Copyright Claimant:** Russell Greer. Address: 3306 E Del Verde, Salt Lake City, UT, 84109.

**Date of Creation:** 2017

**Date of Publication:** 2017-10-22

**Nation of First Publication:** United States

**Authorship on Application:** Russell Godfrey Greer; Domicile: United States; Citizenship: United States. Authorship: text.
Russell Godfrey Greer, employer for hire; Domicile: United States; Citizenship: United States. Authorship: artwork.

**Rights and Permissions:** Russell Greer, 3306 E Del Verde, Salt Lake City, UT, 84109, (775) 300-0795, russgreer9125@gmail.com

**Copyright Note:** C.O. correspondence.

**ISBN:** 978-0-692-97010-2

**Names:** Greer, Russell Godfrey
Greer, Russell

◀ previous    next ▶

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▾] (Format for Print/Save) |
| Enter your email address: [                    ] (Email) |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs about Copyright | Copyright Office Home Page | Library of Congress Home Page