52

**<u>EXHIBIT K</u>**

◀ Mail ▪▪📶 📶   4:56 PM   🔒 🎧📶 61% 🔋

AA   🔒 goodreads.com   ↻

# goodreads

**11**

**My Books**   **Browse ▼**   **Community ▼**

**Labor Day Sale Now Thru 9/03**
Denver Mattress Company
↪

**Book details**

# Why I Sued Taylor Swift: and How I Became Falsely Known as Frivolous, Litigious and Crazy

by Russell Greer (Goodreads Author)

★⯪☆☆☆ 1.36 · 28 ratings · 10 reviews
★★★★★ Your Rating (Clear)

✔ Read ⌄

Write a review

"Why I Sued Taylor Swift" tells the heartwarming story of a disabled man and his celebrity crush, Taylor Swift. After working on a musical gift for her, Taylor and this

