**EXHIBIT L**

54



Russell's book, "Why I Sued Taylor Swift: and How I Became Accurately Known as Frivolous, Litigious and Crazy": Drive / Megaupload ty

@scrambles + @VoreDoggy

55