**EXHIBIT O**



.ıll Verizon 🤳   5:50 PM   78% 🔋

🔒 goodreads.com

# goodreads

**11**

 **Lionel Spanner** rated a book ★★★★★

about 2 years ago

 **Why I Sued Taylor Swift: and How I Became Falsely Known...**

by Russell Greer (Goodreads Author)

 ✔ Read ▾

if you really want to read this book, save yourself a few quid and get the audiobook instead: https://interfacialmusic.bandcamp.com...

Like · Comment · 👍 2 · 💬 1

 **Russell Greer** Hi there. You are infringing on my copyright. I am requesting that you please remove the link and remove the book from Bandcamp.

Thank you for your cooperation.

Russell

44 minutes ago

 Write a comment...

**COMPANY**                          🍎 Download on the

61







Reads "Why I Sued Taylor Swift" by Steve McDonald

