**<u>EXHIBIT Q</u>**

