**EXHIBIT R**



> **Russstard said:** ⬆
>
> Holy shit it is.
>
> Upload it here so no one else accidentally gives Russell money.

Enjoy this repetitive turd. And yeah the first part os his old song

## Attachments

Russell_Greer_-_I_...
8 MB                    Views: 366

😄👍🎖 Gunslinger, FatMan, Jackisnotaname and 58 others

**DrJonesHat**
Chose Wisely  True & Honest Fan
kiwifarms.net

69