**<u>EXHIBIT T</u>**

72

.ıll Verizon 📶                    5:12 PM                    👁 🎧📶 22% 🔋

🔒 kiwifarms.net



☰        KIWI  ⌀┬  📋  🔍
          **FARMS**

"I have doxxed people though, including an autistic 8-year-old who really fucking deserved it."

# 2019-04-18 - Russell Greer: (Incomplete) DMCA Takedown Notice -

👤 Null · 🕐 Apr 18, 2019

‹ **Take that off the god damn Internet!**

🔒 Not open for further replies.

| 1 | ... | 9 | Next ▸ |
|---|-----|---|--------|



**Null**

Cassandra on the Online
kiwifarms.net

Apr 18, 2019                                    ⤳   #1

From: Russell Greer
<russell.greer.28@gmail.com>
Date: Thu, 18 Apr 2019 04:48:54 –0600
Subject: DMCA Takedown Notice to



73