**EXHIBIT V**

.ıll Verizon 🤖    4:07 PM    🔒 🎧📱 🔋

[ **All** | Missed ]    Edit

# Recents

**+1 (385) 317-4717**
United States    4:06 PM  ⓘ

**+1 (435) 562-8707**
Salina, UT    1:55 PM  ⓘ

**+1 (385) 474-1418**
Murray, UT    11:32 AM  ⓘ

**+1 (435) 562-8707**
Salina, UT    9:16 AM  ⓘ

**Potential Spam**
Cherryville, NC    Yesterday  ⓘ

**Potential Spam**
unknown    Yesterday  ⓘ

**+1 (385) 317-4714**
United States    Yesterday  ⓘ

**Potential Spam**
Rodney, MI    Yesterday  ⓘ

 Favorites     Recents ③     Contacts     Keypad     Voicemail

6:32 PM

 These lawyers are going to ruin you dude. It's not too late to stop this.

Wtf are you even talking about? And why are you harassing me

 Message...

| Hey | I | I'm |

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123   space return

Case 2:24-cv-00421-DBB-JCB    Document 3-27    Filed 09/24/20    PageID.100    Page 4 of 5



**mattdamon_memes**

Posts          Followers          Following

User not found

          



No Posts Yet

