**EXHIBIT W**

.ıll Verizon  LTE                    9:09 PM



FOX13NOW.COM

## NASA: Annual Perseid meteor shower visible this week

😆 1

 Like              Comment              Share

84