**<u>EXHIBIT X</u>**



