FILED
2021 JAN 4 PM 4:47
CLERK
U.S. DISTRICT COURT

Russell Greer
P.O. Box 46602
Las Vegas, Nevada 89114
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

## IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

## THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,** | **PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS** |
| Plaintiff | |
| v. | |
| **JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website | Case No.: 2:20-cv-00647 |
| Defendants | |
| | Judge: Tena Campbell |

1

Plaintiff Russell Greer brings to this Court's attention that he has a change of address. His

new address is:

Russell Greer<br>
P.O. Box 46602<br>
Las Vegas, Nevada 89114

DATED:  01/04/2021

Respectfully submitted,

By:

Russell Greer
Pro Se Litigant
/rgreer

2