**EXHIBT A**



.ıll Verizon  LTE                    11:31 AM                    @ ⌒◻ 27% ◻

**Done**  Greer v. Kiwi Farms Alternate...

4

.ıll Verizon 📶                8:40 PM                @ ⏱ 100% 🔋
🔒 kiwifarms.net

## Defamation

Before you even waste my time with your frivolous legal issues, keep in mind these points.

- We are protected by **47 U.S.C. § 230**. This means that the posters on this website own their content, not me, and are legally liable for any defamation they commit. You *will not* win a legal suit against me and there is case law to prove it.
- I will never surrender any information on my users unless I am subpoenaed.
- I am an insane person on the Internet with no assets. There is nothing you can take from me.

If you still want your garbage legal letters to end up in the dumpster, send them to legal@kiwifarms.net.

## On the DMCA and fair use

Service DMCA complaints to legal@kiwifarms.net.

Do yourself a favor and read about the requirements for a DMCA request before bothering to try and service one. A primary requirement for a DMCA request is a **legal return address** that we may file counternotices to. This is obligatory, because proceedings cannot continue without a counternotice. If you do not meet the minimum requirements for a legal DMCA notice, it

5

