FILED
2021 MAR 22 AM 10:01
CLERK
U.S. DISTRICT COURT

Russell Greer
7901 South 3200 West
P.O. Box 152
West Jordan, Utah 84088
801-895-3501
russmark@gmail.com
Pro Se Litigant

## UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| Russell Greer | Civil Action No.: 2:20-cv-00647-TC-JCB |
| Plaintiff(s), | Dept. No.: |
| vs. | Date: |
| | Time: |
| Joshua Moon and Kiwi Farms | |
| Defendant(s). | DECLARATION OF SERVICE |

I, **Laura Mitz**, being duly sworn deposes and says: That at all time herein Declarant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #1926, and not a party to or interested in the proceeding in which this Declaration is made. The Declarant received **1 copy** of the: **Summons in a Civil Action; Complaint for Declaratory and Injunctive Relief for Contributory Copyright Infringement, Electronic Communications Harassment and Defamation; Plaintiff's Memorandum in Support for Preliminary Injunction; Plaintiff's Motion for Preliminary Injunction; and Memorandum Decision and Order** on the **18th** day of **March, 2021** and served the same on the **19th** day of **March**, **2021** at **2:40pm** by emailing the **Defendant, Joshua Moon,** at **legal@kiwifarms.net**.

PURSUANT to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

**Dated: March 22, 2021**

Declarant: Laura Mitz
#: 1926

**J & L Process Service, License # 1926**
Work Order No: 21-13900

J & L Process Service
420 N. Nellis Blvd., A3-197,
Las Vegas, NV 89110
(702-883-5725
JLProcessSvc@gmail.com

1 of 1

Russell Greer
7901 South 3200 West
P.O. Box 152
West Jordan, Utah 84088
801-895-3501
russmark@gmail.com
Pro Se Litigant

## UNITED STATES DISTRICT COURT
### FOR THE
### CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| Russell Greer | Civil Action No.: 2:20-cv-00647-TC-JCB |
| Plaintiff(s), | Dept. No.: |
| vs. | Date:<br>Time: |
| Joshua Moon and Kiwi Farms | |
| Defendant(s). | **DECLARATION OF SERVICE** |

I, **Laura Mitz**, being duly sworn deposes and says: That at all time herein Declarant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #1926, and not a party to or interested in the proceeding in which this Declaration is made. The Declarant received **1 copy** of the: **Summons in a Civil Action; Complaint for Declaratory and Injunctive Relief for Contributory Copyright Infringement, Electronic Communications Harassment and Defamation; Plaintiff's Memorandum in Support for Preliminary Injunction; Plaintiff's Motion for Preliminary Injunction; and Memorandum Decision and Order** on the **18th** day of **March**, **2021** and served the same on the **19th** day of **March**, **2021** at **2:42pm** by emailing the **Defendant, Kiwi Farms,** at **legal@kiwifarms.net**.

PURSUANT to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

**Dated: March 22, 2021**

Declarant: Laura Mitz
#: 1926

**J & L Process Service, License # 1926**
Work Order No: 21-13901

J & L Process Service
420 N. Nellis Blvd., A3-197,
Las Vegas, NV 89110
(702-883-5725)
JLProcessSvc@gmail.com

1 of 1