**EXHIBIT A**



**Null**                                         4/28/19
To: Russell Greer >

Try me.

See More

From: **Russell Greer** >
To: Null >
April 28, 2019 at 10:18 AM

I don't think you know what "fair use" is. But ok. Thanks, Josh.

15



 **Null**                                     4/28/19
To: Russell Greer >

I hope the irony of sending a copyright complaint using a template you copied off the Internet is not lost on you.

Your first link is to a post containing a reference to a file hosted on Google Drive, so I'm not sure why you're complaining to me about this and not to Google.

Your second link is to a song which is unarguably your copyright. I will not be removing it because I believe in good faith it is fair use. In this specific instance, I will waive whatever safe harbor protections I have and personally burden liability for posting

         



it.

You, Russell Greer, are a public figure who has filed lawsuits against multiple public figures multiple times. You are a published author, songwriter, singer, motivational speaker, and dancer who has voluntarily posted his multimedia works to half a dozen social media websites with the intention of receiving publicity for it.

The participants in the thread about you on my website are critics of your work. You have a propensity to delete works from public viewing at random and without warning. In order to actualize criticism of you, what you produce, and what you do in a way that would satisfy a critical audience in the future, I find it necessary to

