FILED
2021 MAY 7 PM 1:57
CLERK
U.S. DISTRICT COURT

Russell Greer
PO BOX 46602
LAS VEGAS, NV 89114
801-895-3501
russellgreer30business@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

## THE DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |
|---|---|
| **RUSSELL G. GREER,** | **PLAINTIFF'S MOTION REQUESTING ORAL ARGUMENT ON HIS MOTION FOR PRELIMINARY INJUNCTION AND ON DEFENDANTS' MOTION TO DISMISS** |
| Plaintiff | |
| v. | |
| **JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website | |
| Defendants | |
| | Case No.: 2:20-cv-00647 |
| | Judge Tena Campbell<br>Magistrate Judge Jared C. Bennett |

1

Pursuant to local rule *DUCivR 7-1(f)*, Plaintiff respectfully moves the Court to allow oral argument on Defendants' Motion to Dismiss Plaintiff's Complaint and on Plaintiff's Motion for Preliminary Injunction.

Plaintiff's Complaint contains several important decisions that faces this Court, such as whether a preliminary injunction should be issued and if the Court should issue a declaration concerning the Communications Decency Act (CDA), Section 230. As stated in the Complaint and as brought up by Defendants, said law shields Defendants from the defamation, false light and harassment claims. Motions and replies have been filed by both parties, but the issues still remain very important to discuss. Such specific issues that face this Court are: (1) was the CDA intended to protect sites like Defendants and should the CDA continue to protect such sites? (2) should a preliminary injunction be granted? And if so, to what extent should the injunction cover?

Oral argument on the Motion to Dismiss and on the Motion for Preliminary Injunction would assist the Court in assessing the merits of Plaintiff's and Defendants' arguments on both motions and would ensure that the Court has all the necessary information before it to rule on both motions.

Plaintiff requests that each side be permitted 15 to 30 minutes to present their oral arguments. Plaintiff also requests that the hearing be in-person. But realizing COVID precautions are still in effect, he is also fine with a Zoom and/or telephone conference.

DATED:  May 7th, 2021

Respectfully submitted,


By:

/s/ Russell Greer
Russell Greer
Pro Se

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 7th, 2021, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court and sent such filing to the following via email:

Michelle Phelps
mphelps@schhlaw.com

Greg Skordas
gskordas@schhlaw.com

/s/ Russell Greer
Russell Greer
Pro Se