IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| RUSSELL G. GREER,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MOON, an individual, and KIWI FARMS, a website,<br><br>Defendants. | ORDER<br><br>Case No. 2:20-cv-647-TC-JCB |

Plaintiff Russell Greer has requested oral argument on the motions currently pending before the court. The court has determined that a hearing will not materially aid the decision-making process. Accordingly, Mr. Greer's motion (ECF No. 27) is denied.

DATED this 18th day of May, 2021.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
U.S. District Court Judge