Gregory G. Skordas (#3865)
Gabriela Mena (#17087)
Michelle Phelps (#17096)
SKORDAS & CASTON, LLC
124 South 400 East, Suite 220
Salt Lake City, UT 84111
Telephone:  (801) 531-7444
Facsimile:  (801) 665-0128
Attorneys for Defendants
gskordas@schhlaw.com
gmena@schhlaw.com
mphelps@schhlaw.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUSSELL G. GREER,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA MOON, an individual, and KIWI FARMS, a website.<br><br>Defendants. | **REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S 12(b)(6) MOTION TO DISMISS ALL CLAIMS**<br><br>Case No. 2:20-CV-00647<br><br>Judge Tena Campbell<br>Magistrate Judge Jared C. Bennett |

Defendants, Joshua Moon and Kiwi Farms, by and through their attorney of record hereby file this Reply Memorandum to Plaintiff's Opposition to Defendants' 12(b)(6) Motion to Dismiss all Claims and submits as follows:

## ARGUMENT

### I.    PLAINTIFF HAS NOT PROVIDED FACTS THAT SHOW HE IS ENTITLED TO LEGAL RELIEF.

Plaintiff's claims should be dismissed, not because Plaintiff fails to state a claim, but because Plaintiff fails to state a claim upon which relief can be granted. Defendants do not dispute that Plaintiff has provided the court with copious alleged facts regarding conduct of

Defendants, but Plaintiff has failed to show how those alleged facts entitled him to any sort of legal relief. As shown in Defendants' *Motion to Dismiss*, Plaintiff's claims fail because of the statute of limitations and because Plaintiff has failed to show a prima facie case for his claims. Therefore, the alleged facts fail to show how Defendants' alleged conduct amounts to damages the Court can provide relief for.

## II.    BECAUSE THE STATEMENTS WERE NOT UNTRUE, PLAINTIFF HAS FAILED TO BRING A PRIMA FACIE CASE OF DEFAMATION OR FALSE LIGHT AGAINST DEFENDANTS.

While it is still Defendants' belief the Defamation and False Light claims fall victim to the Statute of Limitations, even if they did not, these claims should still be dismissed under Rule 12(b)(6), because Plaintiff has failed to bring a prima facie case for both.

Plaintiff has failed to show that the opinion Plaintiff did not want a mental health evaluation was defamatory. Plaintiff's claim that the term "victims" was defamatory also fails because it is a true statement.

Despite Plaintiff's belief that the woman he threatened and caused to fear for her safety in his criminal matter was not a "victim" the Court saw otherwise and granted a Protective Order against Plaintiff. *Exhibit A*. Plaintiff has also done more than merely "reach out to celebs for autographs." He has victimized not less than two well known celebrities by bringing baseless claims against them in court. *Exhibit B*. These facts were well known in the Kiwi Farms community. While much of Kiwi Farms online content is distasteful, to say the least, the statements made by Kiwi Farms users were opinions based upon the verifiable conduct of Plaintiff. Plaintiff cannot bring claims of defamation and false light against Defendants for statements made by Kiwi Farm users that are true and expect the Court to grant any sort of relief.

Because the statements made by Kiwi Farm users were in fact true, Plaintiff's claims of

defamation and false light fail to state a claim upon which relief can be granted and the Court should dismiss all such claims.

## III.    THE CDA IS CONSTITUTIONAL AND WAS ENACTED TO PROTECT DEFENDANTS FROM THESE TYPES OF CLAIMS.

Plaintiff alleges the Communications Decency Act (17 U.S.C. §230) is unconstitutional for vagueness or because it now extends beyond the legislative intent from when it was enacted. Plaintiff is correct that when the Act was first enacted, forums like Kiwi Farms may not have been in the legislators' realm of perceived realities, but the law provides for such an occurrence. Indeed, 17 U.S.C. §230 was amended as recently as 2018 "to clarify . . . [the] Act does not prohibit enforcement against providers and users" for acts "relating to sexual exploitation of children or sex trafficking." 2018 Enacted H.R. 1865. There have also been also multiple bills introduced this year to amend §230. Keeping this Act in line with the realities of today's world is of great concern to the legislative body, yet they have chosen not to prohibit protection for sites such as Kiwi Farms, even though sites much like Kiwi Farms have been active for years. Furthermore, the Courts have consistently relied on the Act to protect the First Amendment rights of users on these online forums and protect service providers from liability. *See*; *Zeran v. Am. Online, Inc.*, 129 F.3d 327, *cert. denied*, 524 U.S. 937 (U.S. June 22, 1998) (No. 97-1488). Should Defendants be forced to monitor and delete any posts on Kiwi Farms per government regulation, many users First Amendment rights would be violated.

The CDA is not unconstitutional and Defendants fall under its protection, therefore Plaintiff's claims should be dismissed.

## IV.    CLAIBORNE AND GERSH PROVIDE A BASIS FOR DISMISSING THE CLAIMS.

Plaintiff cites to *Gersh v. Anglin*, to provide support to his claims. Not only does *Gersh*

stem from merely a persuasive court, it can be easily distinguished in our case. The Supreme Court case, *NAACP v. Claiborne Hardware*, also cited by Plaintiff, offers controlling precedent as to why Plaintiff's claims should be dismissed.

In *Gersh*, The Defendant actively encouraged "confrontation" and "action" from the users of the defendant's website. *Gersh v. Anglin*, 353 F.Supp.3d 958, 963. The court also found that the speech involved in *Gersh* was not a matter of "public concern" meaning any First Amendment protections would not be "particularly strong." *Id* at 964. A matter is of public concern as determined by the "circumstances of the case." *Id*. "The standard is met when the speech centers on a subject of legitimate news interest" or "a subject of general interest and of value and concern to the public." *Id* (quoting *City of San Diego v. Row*, 543 U.S. 77, 83-84) (internal quotation marks omitted). Speech can also involve a matter of public concern when it relates to a "general public figure" or "one with pervasive fame or notoriety". *Id* at 966 (quoting *Gertz v. Robert Welch, Inc.*, 418 U.S. 323, 351) (internal quotation marks omitted). Someone can also be considered a "limited purpose public figure" when they "voluntarily inject" themselves "into a particular public controversy and thereby become a public figure for a limited range of issues." *Id*.

In our case, as the Plaintiff has acknowledged, Mr. Moon discourages any type of confrontation with the public figures discussed on Kiwi Farms' forums. Furthermore, the discussions on Kiwi Farms are matters of public concern. Mr. Greer himself has pointed out news articles and YouTube broadcasts about him. Mr. Greer has also voluntarily injected his public lawsuits against women into a public controversy by authoring and publishing a book about why he sued Taylor Swift. Therefore, any of the discussions on Kiwi Farms regarding Mr. Greer's legal pursuits are of public concern and are afforded particularly strong protections by

- 4 -

the First Amendment.

In *Claiborne* the Supreme Court declared that "a finding that he authorized, directed, or ratified specific" unlawful activity would "justify holding" anyone "responsible" for the illegal acts of another. *NAACP v. Claiborne Hardware Co.*, 458 U.S. 886, 927. The Supreme Court also noted that the First Amendment does not create a "legal duty to repudiate" the unlawful acts of another "unless . . . an individual could be found liable for those acts." *Id* at n. 69.

Mr. Greer points to no instances where Mr. Moon authorized any illegal activity from the users of his forum. Furthermore, Mr. Moon also had no duty to repudiate any questionably legal acts committed by Kiwi Farms users because Mr. Moon cannot be personally liable for any of the alleged acts of Kiwi Farm users.

Because Mr. Moon did not authorize any illegal actions, the speech on Kiwi Farms is strongly protected by the First Amendment, and Mr. Moon had no legal duty to repudiate the actions of Kiwi Farm users, Mr. Greer's claims fail and should be dismissed.

## V.   DEFENDANTS DID NOT WAIVE THEIR SAFE HARBOR PROTECTIONS OR FAIR USE DEFENSES.

Mr. Greer asserts that because Mr. Moon told him he would waive his Safe Harbor Protection and because Defendants failed to assert the Fair Use Defense in their Motion to Dismiss that Defendants have now waived any right to those defenses. However, this is not a correct statement of the law.

Mr. Greer is correct that any affirmative defenses not raised in a responsive pleading are deemed waived, but a 12(b)(6) Motion to Dismiss is not a responsive pleading under the Federal Rules of Civil Procedure. Fed. R. Civ. P. 12(b). Should the Court deny Defendants' Motion to Dismiss or grant partially, Defendants' will still be afforded the opportunity file their Answer, or responsive pleading, to Mr. Greer's Complaint. Defendants will then be able to assert any legal

defenses they may have against Mr. Greer's claims. Until the Answer is filed, or the time to file has passed, no defenses will be deemed waived by the court.

Therefore, Defendants have not waived any protections or defenses the law may afford them against Mr. Greer's claims.

## **CONCLUSION**

Mr. Greer has failed to state any claims upon which this court can grant relief. He has failed to state a prima facie case for defamation and false light, Defendants are protected under the CDA, and the speech on Kiwi Farms is protected under the First Amendment. Therefore, Mr. Greer's claims should be dismissed with prejudice.

DATED this the 19th day of May 2021.

SKORDAS & CASTON, LLC

*/s/ Gregory G. Skordas*
Gregory G. Skordas

# EXHIBIT A

OREM CITY JUSTICE COURT
UTAH COUNTY, STATE OF UTAH

OREM CITY vs. RUSSELL G GREER

CASE NUMBER 201900105 Other Misdemeanor

CHARGES

Charge 1 - 76-9-201(2) - ELECTRONIC COMMUNICATION HARASSMENT - Class B Misdemeanor
Offense Date: December 15, 2019
Location: Orem, Utah
Plea: September 16, 2020 Guilty
Disposition: September 16, 2020 {Guilty}

Charge 2 - 76-9-201(2) - ELECTRONIC COMMUNICATION HARASSMENT - Class B Misdemeanor
Offense Date: January 14, 2020
Location: Orem, Utah
Disposition: September 16, 2020 Dismissed (w/o prej)


CURRENT ASSIGNED JUDGE
REED PARKIN


PARTIES

Plaintiff - OREM CITY
Represented by: D SUMMERS

Defendant - RUSSELL G GREER
Represented by: HARVEY GAILEY

DEFENDANT INFORMATION
Defendant Name: RUSSELL G GREER
Offense Tracking Number: 59762799
Date of Birth: March 07, 1991
Law Enforcement Agency: OREM CITY POLICE
LEA Case Number: 20OR00776
Officer Name: NATHAN NEWELL
Prosecuting Agency: OREM CITY
Arrest Date: December 15, 2019
Violation Date: 12-15-2019

ACCOUNT SUMMARY
```
        Total Revenue Amount Due:        510.35
                    Amount Paid:         410.35
                  Amount Credit:           0.00
                        Balance:         100.00
```

Time Pay: 50.00 monthly on the 16th.
Most Recent Payment: May 14, 2021
Final Payment: July 16, 2021


REVENUE DETAIL - TYPE: PLEA ABEY. MISDMNR

05-19-2021 11:53 AM

Page 1 of 8

CASE NUMBER: 201900105 Other Misdemeanor

```
                   Original Amount Due:        680.00
                   Amended Amount Due:           0.00
                        Amount Paid:             0.00
                      Amount Credit:             0.00
                           Balance:             0.00
     Account Adjustments Sum To Date        Amount Reason
                         2020-07-21        -680.00 Per order 7/20/2020


     REVENUE DETAIL - TYPE: Interest
                        Amount Paid:           10.35
                      Amount Credit:            0.00
                           Balance:            0.00
     Account Adjustments Sum To Date        Amount Reason
                         2020-07-21          -1.92 Per order 7/20/2020
                         2021-05-14          12.27 Criminal post judgment interest


     REVENUE DETAIL - TYPE: FINE
                   Original Amount Due:        500.00
                   Amended Amount Due:          500.00
                        Amount Paid:           400.00
                      Amount Credit:            0.00
                           Balance:           100.00
```

CASE NOTE


PROCEEDINGS

| Date | Description |
|---|---|
| 01-28-2020 | Filed: INFORMATION/INDICTMENT |
| 01-28-2020 | Filed: SUMMONS - TO ISSUE (PROPOSED) |
| 01-28-2020 | Case filed by efiler |
| 01-28-2020 | Filed: From an Information |
| 01-28-2020 | Judge REED PARKIN assigned. |
| 01-29-2020 | Issued: Summons Issued<br>        Clerk MAYRA PAEZ |
| 01-29-2020 | Filed: Return of Electronic Notification |
| 02-05-2020 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| 02-05-2020 | Filed: Return of Electronic Notification |
| 03-05-2020 | ARRAIGNMENT scheduled on April 08, 2020 at 09:30 AM with Judge REED PARKIN |
| 03-05-2020 | Filed: Promise to Appear |
| 03-06-2020 | Filed: Return of Electronic Notification |
| 03-06-2020 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| 03-06-2020 | Filed: Return of Electronic Notification |
| 03-12-2020 | NOTICE for Case 201900105 ID 15594714<br>        Judge: REED PARKIN<br>    PRETRIAL CONFERENCE is re-scheduled.<br>        Date: 04/13/2020<br>        Time: 02:30 p.m.<br>        Before Judge: REED PARKIN |

CASE NUMBER: 201900105 Other Misdemeanor

|  |  |
|---|---|
|  | The reason for the change is appearance filed, plea entered and case set for pre-trial conference.. |
| 03-12-2020 | ARRAIGNMENT Modified |
|  | Reason: appearance filed, plea entered and case set for pre-trial conference. |
| 03-12-2020 | Filed: Notice for Case 201900105 MO: Judge    REED PARKIN |
| 03-12-2020 | PRETRIAL CONFERENCE scheduled on April 13, 2020 at 02:30 PM with Judge REED PARKIN |
| 03-12-2020 | Filed: Return of Electronic Notification |
| 03-31-2020 | PRETRIAL CONFERENCE rescheduled on June 22, 2020 at 02:30 PM |
|  | Reason: Court Ordered |
| 03-31-2020 | NOTICE for Case 201900105 ID 15653142 |

Judge: REED PARKIN

PRETRIAL CONFERENCE is re-scheduled.

Date: 06/22/2020

Time: 02:30 p.m.

Before Judge: REED PARKIN

The reason for the change is Court Ordered.

Due to the pandemic response orders, this matter is continued.  Since this situation changes from week to week, please use the calendar look up tool on the court website at court.orem.org to confirm your court date.

|  |  |
|---|---|
| 03-31-2020 | Filed: Notice for Case 201900105 MO: Judge    REED PARKIN |
| 03-31-2020 | Filed: Return of Electronic Notification |
| 04-21-2020 | Filed: Discovery Reply |
| 04-21-2020 | Filed: Return of Electronic Notification |
| 06-22-2020 | Charge 1  Disposition is Plea in abeyanc |
| 06-22-2020 | Charge 2  Disposition is Dismissed w/ Pr |
| 06-22-2020 | Charge 1  Plea is No Contest |
| 06-22-2020 | Fee Account created Total Due: 680.00 |
| 06-22-2020 | Fee Account created |
| 06-22-2020 | Filed: Plea in Abeyance Minute Entry |
| 06-22-2020 | Note: Added to payment schedule 1459876 |
| 06-22-2020 | Minute Entry – CHANGE OF PLEA |

Judge: REED PARKIN

PRESENT

Clerk: caraleec

Prosecutor: SUMMERS, D

Defendant Present

Defendant's Attorney(s): GAILEY, HARVEY

Audio

Tape Count: 2:15

Change of Plea Note

Victims attorney is present.

The defendant is advised that this offense may be used as an enhancement to the penalties for a subsequent offense.

PLEA IN ABEYANCE

Defendant's plea is held in abeyance.

Conditions of Agreement:

Defendant is ordered to obey all laws, state, local, and federal, and have no further violations during the plea in abeyance/diversion period.

Defendant is to notify the court of a current address at all times, and report to the court when notified by mail, or a warrant may issue.

05-19-2021 11:53 AM

CASE NUMBER: 201900105 Other Misdemeanor

Defendant is ordered to pay court costs, fines and fees as directed by the court.

The defendant is placed on a plea in abeyance for a period of 12 months.

If the defendant fails to comply with the terms of the plea in abeyance agreement, the disposition of bail forfeiture will be entered and any fees paid to the Court will be forfeited without further notice to the defendant.

PLEA IN ABEYANCE ADDITIONAL CONDITIONS

The defendant is to not have any contact with the victim in this case.

Tracking review date for Plea in Abeyance: 06/22/2021

SCHEDULED TIMEPAY

The following cases are on timepay 201900105.

The defendant is to pay $680.00 monthly on the 22nd.

The number of payments scheduled is 0 plus a final payment of $701.97.

The first payment is due on 05/22/2021 the final payment of $701.97 is due on 05/22/2021 .  The final payment may vary based on interest.

- PLEA ABEY. MISDMNR fee of $680.00 assessed - Payor: GREER RUSSELL G.

| | |
|---|---|
| 06-22-2020 | Filed: Return of Electronic Notification |
| 06-25-2020 | Filed order: CHANGE OF PLEA |
| | Judge REED PARKIN |
| | Signed June 25, 2020 |
| 06-25-2020 | Filed: Return of Electronic Notification |
| 06-30-2020 | Fee Account created Total Due: 10.35 |
| 06-30-2020 | Fee Account created |
| 06-30-2020 | Note: Added to payment schedule 1459876 |
| 07-06-2020 | Filed: Motion:  to Reconsider Plea |
| | Filed by: E A |
| 07-06-2020 | Filed: Return of Electronic Notification |
| 07-07-2020 | Filed: Response to Victims Motion to Reconsider |
| 07-07-2020 | Filed: Return of Electronic Notification |
| 07-10-2020 | Ruling Entry - RULING ON MOTION TO RECONSIDER |
| | Judge: REED PARKIN |
| | Court grants the motion to reconsider and sets the case for a review hearing.  All parties, including victim and attorney will be included on notice to appear. |
| 07-10-2020 | Filed order: RULING ON MOTION TO RECONSIDER |
| | Judge REED PARKIN |
| | Signed July 10, 2020 |
| 07-10-2020 | HEARING TO RECONSIDER PLEA scheduled on July 20, 2020 at 03:30 PM with Judge REED PARKIN |
| 07-10-2020 | Filed: Notice for Case 201900105 MO: Judge   REED PARKIN |
| 07-10-2020 | Filed: Return of Electronic Notification |
| 07-20-2020 | NOTICE for Case 201900105 ID 15872139 |
| | Judge: REED PARKIN |
| | DISPOSITION is scheduled. |
| | Date: 08/05/2020 |
| | Time: 02:30 p.m. |
| | before Judge REED PARKIN |
| 07-20-2020 | DISPOSITION scheduled on August 05, 2020 at 02:30 PM with Judge REED PARKIN |
| 07-20-2020 | Filed: Notice for Case 201900105 MO: Judge   REED PARKIN |

CASE NUMBER: 201900105 Other Misdemeanor

```
07-20-2020   Filed: Pre-Sentence Minute Entry
07-20-2020   Minute Entry - HEARING
                  Judge: REED PARKIN
             PRESENT
                 Clerk: andrews
                 Prosecutor: SUMMERS, D
                 Defendant Present
                 Defendant's Attorney(s): GAILEY, HARVEY
                 Audio
                 Tape Count: 3:34
             HEARING
                 All parties appear by video.  Victim in case makes
                 statement.  Defendant's counsel responds. Court sets aside
                 plea in abeyance.  Pre-trial conference set.
             DISPOSITION is scheduled.
                 Date: 08/05/2020
                 Time: 02:30 p.m.
                 before Judge REED PARKIN
07-20-2020   Filed: Return of Electronic Notification
07-21-2020   Charge 1  Disposition removed.
07-21-2020   Charge 2  Disposition removed.
07-21-2020   Interest Account Adjustment Total Due: 10.35
                 Reason: Per order 7/20/2020
07-21-2020   PLEA ABEY. MISDMNR Account Adjustment Total Due: 0.00
                 Reason: Per order 7/20/2020
07-21-2020   Filed: Return of Electronic Notification
07-27-2020   Filed order: HEARING
                      Judge REED PARKIN
                      Signed July 27, 2020
07-28-2020   Filed: Return of Electronic Notification
08-05-2020   Filed: Pre-Sentence Minute Entry
08-05-2020   DISPOSITION scheduled on September 16, 2020 at 01:30 PM with
             Judge REED PARKIN
08-05-2020   DISPOSITION scheduled on September 16, 2020 at 01:30 PM with
             Judge REED PARKIN
08-05-2020   Minute Entry - CONTINUANCE
                  Judge: REED PARKIN
             PRESENT
                 Clerk: andrews
                 Prosecutor: SUMMERS, D
                 Other Attorneys: GABRIELA MENA
                 Defendant Present
                 Defendant's Attorney(s): GAILEY, HARVEY
                 Audio
                 Tape Count: 2:35
             CONTINUANCE
                 Whose Motion:
                 The Defendant's counsel HARVEY GAILEY.
                 Whose Motion:
                 The Defendant's counsel HARVEY GAILEY.
             Reason for continuance:
                 Court Ordered
                 Court Ordered
```

CASE NUMBER: 201900105 Other Misdemeanor

```
                    The motion is granted.
                  DISPOSITION is scheduled.
                      Date: 09/16/2020
                      Time: 01:30 p.m.
                      Before Judge: REED PARKIN
                  DISPOSITION is scheduled.
                      Date: 09/16/2020
                      Time: 01:30 p.m.
                      Before Judge: REED PARKIN
08-05-2020    Filed order: CONTINUANCE
                      Judge REED PARKIN
                      Signed August 05, 2020
08-06-2020    Filed: Return of Electronic Notification
09-16-2020    Filed: Sentence Minute Entry
09-16-2020    Charge 1  Disposition is {Guilty}
09-16-2020    Charge 2  Disposition is Dismissed (w/o
09-16-2020    Note: Sentencing Protective Order Service Date : 09-16-2020
              02:18:00
09-16-2020    Filed protective order: Sentencing Protective Order
                      Judge REED PARKIN
                      Signed September 16, 2020
09-16-2020    Note: Sentencing Protective Order Service Date : 09-16-2020
              02:21:00
09-16-2020    Filed protective order: Amended Sentencing Protective Order
                      Judge REED PARKIN
                      Signed September 16, 2020
09-16-2020    Fine Account created Total Due: 500.00
09-16-2020    Fine Account created
09-16-2020    Minute Entry - SENTENCE, JUDGMENT, COMMITMENT
                      Judge: REED PARKIN
                  PRESENT
                      Clerk: caraleec
                      Prosecutor: SUMMERS, D
                      Defendant Present
                      Defendant's Attorney(s): GAILEY, HARVEY
                      Audio
                      Tape Count: 1:47
                      Court advises defendant of rights and penalties.
                      Defendant waives time for sentence.
                  HEARING
                      All parties appear via video per pandemic rule.
                      Victim and her counsel appear via video.
                      Victim counsel motions for defendant to be ordered to
                      complete a psychosexual evaluation.
                  SENTENCE JAIL
                      Based on the defendant's conviction of ELECTRONIC
                      COMMUNICATION HARASSMENT a Class B Misdemeanor, the
                      defendant is sentenced to a term of 180 day(s) The total
                      time suspended for this charge is 180 day(s).
                  SENTENCE FINE
                      Charge # 1 Fine: $680.00
                      Suspended: $180.00
                      Surcharge: $263.16
                      Due: $500.00
```

CASE NUMBER: 201900105 Other Misdemeanor

Total Fine: $680.00

Total Suspended: $180.00

Total Surcharge: $263.16

Total Principal Due: $500.00

Plus Interest

Defendant is to pay a fine of 500.00 which includes the surcharge.  Interest may increase the final amount due.

Fine payments are to be made to The Court.  This can be paid online at: www.utcourts.gov/epayments.

SCHEDULED TIMEPAY

The following cases are on timepay 201900105.

The defendant is to pay $50.00 monthly on the 16th.

The number of payments scheduled is 9 plus a final payment of $58.12.

The first payment is due on 10/16/2020 the final payment of $58.12 is due on 07/16/2021 .  The final payment may vary based on interest.

ORDER OF PROBATION

The defendant is placed on probation for 18 month(s).

Probation is to be supervised by the Court.

Defendant is ordered to obey all laws, state, local, and federal, and have no further violations during the probation period.

Defendant is to notify the court of a current address at all times, and report to the court when notified by mail, or a warrant may be issued.

Defendant is ordered to pay court costs, fines and fees as directed by the Court.

Partial fine and/or jail time is suspended and will remain suspended as long as the defendant complies with all terms of probation.

Defendant is ordered to obtain a Mental Health evaluation/screening and complete any recommended counseling/treatment and provide proof of completion to the court.

Defendant is ordered to report to a court approved treatment agency within 48 hours to start court ordered evaluation and/or treatment.

Defendant is ordered to complete assessment and show proof to the court within 90 days.

Defendant is ordered to go to the Orem City Offices to be fingerprinted.

Defendant is ordered to complete a psychosexual evaluation, but stays that order at this time.

09-16-2020   Note: Added to payment schedule 1459876

09-16-2020   Filed return: Service of Protective Order

Party Served: GREER, RUSSELL G

Service Type: Personal

Service Date: September 16, 2020

Garnishee:

09-16-2020   Filed order: SENTENCE, JUDGMENT, COMMITMENT

Judge REED PARKIN

Signed September 16, 2020

09-16-2020   Filed: Return of Electronic Notification

09-21-2020   Filed: : Defendants Thoughts in Anticipation of Sentence

09-21-2020   Filed: Return of Electronic Notification

10-15-2020   Interest  4.16

10-15-2020   Fine Payment Received:   45.84

CASE NUMBER: 201900105 Other Misdemeanor

```
               Note: Internet Payment from Public Side
10-20-2020     Filed: Defendants Additional Thoughts
10-20-2020     Filed: Return of Electronic Notification
11-10-2020     Filed: Valley Behavioral Health Letter
11-10-2020     Filed: Return of Electronic Notification
11-13-2020     Interest  1.27
11-13-2020     Fine Payment Received:  48.73
               Note: Internet Payment from Public Side
12-15-2020     Interest  1.26
12-15-2020     Fine Payment Received:  48.74
               Note: Internet Payment from Public Side
01-15-2021     Interest  1.07
01-15-2021     Fine Payment Received:  56.69
               Note: Internet Payment from Public Side
02-12-2021     Interest  0.81
02-12-2021     Fine Payment Received:  49.19
               Note: Internet Payment from Public Side
03-13-2021     Interest  0.71
03-13-2021     Fine Payment Received:  49.29
               Note: Internet Payment from Public Side
04-15-2021     Interest  0.64
04-15-2021     Fine Payment Received:  49.36
               Note: Internet Payment from Public Side
05-14-2021     Interest  0.43
05-14-2021     Fine Payment Received:  52.16
               Note: Internet Payment from Public Side
```

# EXHIBIT B

SALT LAKE CITY JUSTICE COURT
SALT LAKE COUNTY, STATE OF UTAH

RUSSELL GREER vs. TAYLOR SWIFT

CASE NUMBER 168401024 Small Claim

CURRENT ASSIGNED JUDGE
        EDWARD B HAVAS

PARTIES
        Plaintiff - RUSSELL GREER

        Defendant - TAYLOR SWIFT
        Represented by: GREGORY SKORDAS


ACCOUNT SUMMARY
                    Total Revenue Amount Due:        100.00
                              Amount Paid:           100.00
                            Amount Credit:             0.00
                                  Balance:             0.00
        REVENUE DETAIL - TYPE: SMALL CLAIMS 2K-7500
                        Original Amount Due:         100.00
                        Amended Amount Due:          100.00
                              Amount Paid:           100.00
                            Amount Credit:             0.00
                                  Balance:             0.00


CASE NOTE


PROCEEDINGS
10-11-2016   Case filed by ws3264
10-11-2016   Filed: Small Claims Affidavit
10-11-2016   Judge JUDGE PROTEM (SLC RM1) assigned.
10-11-2016   Fee Account created Total Due: 100.00
10-11-2016   Fee Account created
10-11-2016   SMALL CLAIMS 2K-7500   100.00
             Note: 1953766
10-11-2016   Note: Tentative Trial  Date 12/08/2016
10-11-2016   Note: PLA said event happened  at 851 Edison St.
10-18-2016   Filed: Motion to Dismiss Pursuant to URCP 12(B) and Memorandum
             In Support
                  Filed by: TAYLOR SWIFT
10-18-2016   Filed: Return of Electronic Notification
10-21-2016   Filed: Reply to Opposition to Defendants Motion to Dismiss in
             Accordance with Utah Code 78A-8-102
10-21-2016   Filed: Return of Electronic Notification
10-27-2016   Filed: Request/Notice to Submit Defendants Motion to Dismiss
10-27-2016   Filed: Return of Electronic Notification
10-31-2016   Filed return: Return - Affidavit and Summons / Service fee:None
             listed

CASE NUMBER: 168401024 Small Claim

```
                    Party Served: Atty Mike Milom, RA
                    Service Type: Personal
                    Service Date: October 26, 2016
                          Garnishee:
10-31-2016   SMALL CLAIMS TRIAL scheduled on December 08, 2016 at 05:30 PM
             in Courtroom 1 with Judge JUDGE PROTEM (SLC RM1)
11-02-2016   Filed: : Proof of Returned Mailing to Plaintiff Pursuant to
             Rule 3(c)
11-02-2016   Filed: Return of Electronic Notification
12-02-2016   Filed: Opposition to Defendants Motion to Dismiss in Accordance
             with UTAH CODE 78A-8-102
                    Filed by: RUSSELL GREER
12-02-2016   Note: CLERK EMAILED ATTY FOR DEF EXPLAINING THAT THE COURT
             NEEDS A NOTICE OF APPEARANCE
12-02-2016   Filed: Appearance of Counsel/Notice of Limited Appearance
12-02-2016   Filed: Return of Electronic Notification
12-05-2016   Note: PLA REQUESTED TO USE PROJECTOR AND FILM IN COURTROOM
             DURING TRIAL. CLERK INFORMED PLA WOULD NEED TO ASK THE JUDGE
             DURING TRIAL.
12-05-2016   Judge EDWARD B HAVAS assigned.
12-06-2016   Note: CLERK INFORMED THE PLA THAT HE WILL NEED TO CONTACT THE
             AOC WITH A REQUEST TO FILM IN THE COURTROOM.
12-08-2016   Minute Entry - SMALL CLAIMS TRIAL
                 Judge: EDWARD B HAVAS
                 Clerk: gl2435
             PRESENT
                 Plaintiff(s): RUSSELL GREER
                 Defendant's Attorney(s): GREGORY G SKORDAS
                 Audio
             TRIAL
                 TIME: 6:35:19 Having considered the documents filed with
                 the court, the evidence and the arguments, and now being
                 fully informed, the court orders the Defendant's Motion to
                 Dismiss is granted and the case is dismissed with prejudice
                 (claim may not be re-filed).

                 PLEASE TAKE NOTICE: You may appeal this judgment by filing
                 a Notice of Appeal with this court within 30 days after the
                 date of the judgment was entered; there are filing fees
                 involved with this process.

                 Refer to the courts website for further information at
                 http://www.slcgov.com/courts/small-claims
12-08-2016   Filed order: Request and Order for Electronic Media Coverage of
             Court Proceedings
                 Judge CATHERINE ROBERTS
                 Signed December 08, 2016
12-08-2016   Note: Mary looked up previous address and requested I update
             the address since that was the last known address.
12-08-2016   Filed order: Request and Order for Electronic Media Coverage of
             Court Proceedings
                 Judge EDWARD B HAVAS
                 Signed December 08, 2016
12-08-2016   Case Disposition is Dismsd w/ prejudice
             Disposition Judge is EDWARD B HAVAS
12-09-2016   Filed order: SMALL CLAIMS TRIAL
                 Judge EDWARD B HAVAS
                 Signed December 09, 2016
```

SALT LAKE CITY JUSTICE COURT
SALT LAKE COUNTY, STATE OF UTAH

RUSSELL GREER vs. ARIANA GRANDE et al.

CASE NUMBER 178400268 Small Claim

CURRENT ASSIGNED JUDGE
 ALBERT PRANNO

PARTIES
 Plaintiff - RUSSELL GREER

 Defendant - ARIANA GRANDE
 Represented by: GREGORY SKORDAS

 Defendant - SCOOTER BRAUN
 Represented by: GREGORY SKORDAS

ACCOUNT SUMMARY

|  |  |
|---|---|
| Total Revenue Amount Due: | 100.00 |
| Amount Paid: | 100.00 |
| Amount Credit: | 0.00 |
| Balance: | 0.00 |

REVENUE DETAIL - TYPE: SMALL CLAIMS 2K-7500

|  |  |
|---|---|
| Original Amount Due: | 100.00 |
| Amended Amount Due: | 100.00 |
| Amount Paid: | 100.00 |
| Amount Credit: | 0.00 |
| Balance: | 0.00 |

REVENUE DETAIL - TYPE: AUDIO TAPE COPY

|  |  |
|---|---|
| Original Amount Due: | 11.50 |
| Amended Amount Due: | 0.00 |
| Amount Paid: | 0.00 |
| Amount Credit: | 0.00 |
| Balance: | 0.00 |

| Account Adjustments Sum To Date | Amount Reason |
|---|---|
| 2017-08-03 | -11.50 No audio available. |

CASE NOTE

PROCEEDINGS

| 05-26-2017 | Case filed by na2578 |
|---|---|
| 05-26-2017 | Filed: Small Claims Affidavit |
| 05-26-2017 | Judge JUDGE PROTEM (SLC RM1) assigned. |
| 05-26-2017 | Fee Account created Total Due: 100.00 |
| 05-26-2017 | Fee Account created |
| 05-26-2017 | SMALL CLAIMS 2K-7500  100.00 |
|  | Note: 7578214 |

05-19-2021 11:59 AM

CASE NUMBER: 178400268 Small Claim

05-26-2017    Note: Verified jurisdiction as Vivant Smarthome Arena.
05-26-2017    Note: Informed PLA need MIL DEC prior or day of trial; stated they understood.
05-26-2017    Note: Tentative Trial Date: 8/2/2017 @ 1:30 PM w/ Roger Kraft
06-06-2017    Filed return: Return - Affidavit and Summons - Proof of Service under URCP4 by Third Person / Service Fee: $60.00
                   Party Served: Bill Tigue/Left at Business
                   Service Type: Personal
                   Service Date: May 31, 2017
                       Garnishee:
06-06-2017    SMALL CLAIMS TRIAL scheduled on August 02, 2017 at 01:30 PM in Courtroom 1 with Judge JUDGE PROTEM (SLC RM1)
06-30-2017    Filed: Motion:  Defendants Scooter Braun and Ariana Grande Motion to Dismiss and Memorandum in Support
                   Filed by: SCOOTER BRAUN
06-30-2017    Filed: Return of Electronic Notification
07-11-2017    Issued: Subpoena
                   Clerk STEPHANIE WORTHEN
                   Hearing Date August 02, 2017 01:30 PM
07-25-2017    Note: Clerk error by not adding a DEF per PLA AFF/Summons. Corrected by adding DEF as mentioned in AFF/Summons. Added Ariana Grande for record.
07-31-2017    Filed: Opposition to Defendant's Motion to Dismiss
08-02-2017    Judge ALBERT PRANNO assigned.
08-02-2017    Case Disposition is Jdmt bench trial
              Disposition Judge is ALBERT PRANNO
08-02-2017    Minute Entry - SMALL CLAIMS TRIAL
                   Judge: ALBERT PRANNO
                   Clerk: na2578
              PRESENT
                   Plaintiff(s): RUSSELL GREER
                   Defendant's Attorney(s): GREGORY G SKORDAS FOR SCOOTER BRAUN
                   Defendant's Attorney(s): GREGORY G SKORDAS FOR ARIANA GRANDE
                   Audio
              TRIAL
                   TIME: 2:02:00 PM Having considered the documents, the evidence, and the arguments filed with the court and now being fully informed, the court orders as follows:

                   On the DEFENDANTS Motion to Dismiss, case is dismissed. Furthermore, the court orders the Plaintiff to pay reparations in the amount of $1,500.00 for attorneys fees incurred by the Defendants.

                   On the PLAINTIFFS claim, case is dismissed with prejudice (claim may not be re-filed).

                   PLEASE TAKE NOTICE: You may appeal this judgment by filing a Notice of Appeal with this court within 28 days after the date of the judgment was entered; there are filing fees involved with this process.

                   Refer to the Utah State Courts for further information the appellant process; hyperlinks can be found on Salt Lake City Justice Courts website at http://www.slcgov.com/courts/small-claims
08-02-2017    Judgment Entered - Amount $1500.00                                    na2578
08-02-2017    SC Judgment for Case 178400268 ID 127677

CASE NUMBER: 178400268 Small Claim

```
                    Judge: PRANNO
                    The Court Orders Judgment as Follows:
                    Judgment 1 of 1: SCOOTER BRAUN, ARIANA GRANDE
                    Debtor(s): RUSSELL GREER
                    $ 1500.00 Court Costs
                    $ 1,500.00 Total Judgment, with 2.870 percent interest as
                    allowed by section 15-1-4 UCA until paid.
08-02-2017   Filed order: SMALL CLAIMS JUDGMENT
                    Judge ALBERT PRANNO
                    Signed August 02, 2017
08-02-2017   Filed order: SMALL CLAIMS TRIAL
                    Judge ALBERT PRANNO
                    Signed August 02, 2017
08-03-2017   Fee Account created Total Due: 11.50
08-03-2017   Fee Account created
08-03-2017   AUDIO TAPE COPY Account Adjustment Total Due: 0.00
                    Reason: No audio available.
05-09-2018   Filed: Ex Parte Order (Proposed):  Ex Parte Order Scheduling
                    Hearing to Dtermine Judgment Debtors Property
05-09-2018   Filed: Motion (Hearing Requested):   Ex Parte Motion for
                    Hearing to Determine Judgment Debtors Property (Hearing
                    Requested)
                    Filed by: ARIANA GRANDE
05-09-2018   Filed: Return of Electronic Notification
05-09-2018   Filed: Request/Notice to Submit:  Notice to Submit-Motion for
                    Hearing
05-09-2018   Filed: Return of Electronic Notification
05-11-2018   Filed order: Ex Parte Order:  Ex Parte Order Scheduling Hearing
                    to Dtermine Judgment Debtors Property
                    Judge ALBERT PRANNO
                    Signed May 11, 2018
05-11-2018   Note: Called Greg Skordas office to discuss tent date for supp.
                    Tentative date for SUPP hrg is June 21st, 2018 @ 5:30 PM
05-17-2018   Filed return: Return of Ex Parte Motion for Hearing/$41.50
                    Party Served: RUSSELL GREER
                    Service Type: Personal
                    Service Date: May 15, 2018
                       Garnishee:
05-17-2018   Filed: Return of Electronic Notification
05-19-2018   SUPPLEMENTAL HEARING scheduled on June 21, 2018 at 05:30 PM in
                    Courtroom 1 with Judge JUDGE PROTEM (SLC RM1)
06-18-2018   Filed return: PROOF OF COMPLETED SERVICE - DEBTORS ANSWERS
                    Party Served: KAITLYNN BECKET
                    Service Type: Mail
                    Service Date: June 18, 2018
                       Garnishee:
06-20-2018   Filed: Satisfaction of Judgment
06-20-2018   Filed: Return of Electronic Notification
06-20-2018   SUPPLEMENTAL HEARING Cancelled
                    Reason: Court Ordered
06-21-2018   Judgment # 1 Modified 1,500.00 Disposition: Satisfied          sj2980

                    Creditor  : SCOOTER BRAUN
                    Creditor  : ARIANA GRANDE
```

CASE NUMBER: 178400268 Small Claim

Debtor     : RUSSELL GREER
                1,500.00 Attorneys Fee's
   0.00 Judgment Grand Total