FILED
2021 AUG 7 AM 6:34
CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| Russell Greer, <br><br> Plaintiff, <br><br> v. <br><br> Joshua Moon and Kiwi Farms, <br><br> Defendants. | **MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** <br><br> Case No. 2:20-cv-00647 <br> Judge Tena Campbell <br> Magistrate Judge Jared C Bennett |

Pursuant to FRCP 15(D), Plaintiff respectfully moves this Court for the entry of an Order granting Plaintiff the right to file a Supplemental Brief, a copy of which is attached hereto, and for its reasons relies upon the following:

In May of this year, Plaintiff and Defendants both filed motions and answers to motions. Since that time, the present case has been dormant. But since that time, new incidents have occurred that should be brought to the Court's attention, namely: ANOTHER suicide caused by the users of Kiwi Farms.

Also, Defendants' counsel never disclosed to the Court their relationship with Plaintiff, and how it wasn't pure happenstance that Defendant Moon reached out to the Skordas firm, but rather, Defendant knew to retain his present counsel, based on his site's history of stalking Plaintiff. Plaintiff filed an ethics complaint with the Utah State Bar in July and

1

this Court should be aware of the sordid history between Plaintiff and the law firm that is representing Defendant; a representation that is seemingly occurring for no other reason than to harass Plaintiff.

Plaintiff respectfully requests that the Court enter an Order Granting Plaintiff the right to file the attached Supplemental Brief.

Respectfully

submitted,

Dated: 08/06/2021

/s/ Russell Greer

Russell Greer

P . O. Box 46602
Las Vegas, NV 89114
801-895-3501
Pro Se Litigant

6