# **EXHIBIT A**



♡ 0

Report

 **Alex Foix**
3 weeks ago

TO HELL WITH KIWIFARMS! Make those fuckers burn for ALL the people they've killed and hurt.

Show no mercy!

♡ 4

Report

 **Courtney Bell**
4 weeks ago

Hey Jill. I know who owns Lolcow Farm or at least who set it up. I know there's a bounty for the... Read more

♡ 5



.ıll Verizon 🛜          📞 7:48 PM          ● ⊕ 🎧📶 32% 🔋

🔒 change.org

 **Caleb Wagner**
Jul 10, 2021

Cyber bullying is a plague on our society.

♡ 5

Report

 **francisco ramos**
Jul 8, 2021

The ability to slander anonymously and doxx a person without threat of consequences, must be abolished.

♡ 5

Report

 **Elaine Becker**
Jul 7, 2021

.ıll Verizon 🤖    9:41 PM    🔒 change.org    41%

countless more. Tell everyone You know about this petition and let's get bullying sites shut down for good.

♡ 6

Report



**Krimson Kat**
Jul 2, 2021

I'm a victim of Kiwi Farms myself actually. I've been considering suicide for a long time. I'm tired. So tired. I just want to try and live my life free of a site like this. . .

♡ 3

Report



**Shane Gentle**
Jul 1, 2021

12