**EXHIBIT B**



# The Worst Site on the Web Gets DDoS'd After Being Connected to Prominent Developer's Suicide

By Shoshana Wodinsky





### HOME > CULTURE

# Kiwi Farms, the forum that has been linked to 3 suicides, was made to troll Chris Chan years before she was arrested on an incest charge

**Charlotte Colombo**  Aug 3, 2021, 3:49 PM



WE UNDERSTAND THE TIME IT TAKES TO BUILD A BUSINESS

AMERICAN FAMILY INSURANCE

GET A QUOTE

