# EXHIBIT C

Case 2:24-cv-00421-DBB-JCB   Document 34-3   Filed 09/05/21   PageID.352   Page 1 of 6



This video has been on YouTube for years without incident. I mean, I am not hurt by it in any way, it was a silly little clip, restricting it doesn't really impinge on my activism. I don't put anything political on YouTube, it never really took off as a platform for me, I use it to listen to music and very little else. It has been used against me though, when Kiwi Farms were really putting the boot in, they uploaded a video in which they described using an angle grinder on my vagina. I reported it to YouTube to no avail, apparently that was within their community guidelines.

Just like these were fine and dandy with Instagram.

17





.ıll Verizon 🛜          6:59 AM          ⊙ 🎧📶 87% 🔋
🔒 samambreen.wordpress.com

 Sapphire Cianfriglia on June 24, 2018 at 2:02 pm

I am currently a target of a thread. I had to shut my Tumblr down because there was a huge influx of hate. I now have my twitter locked down and my FB completely on private and have to hope that they aren't contacting people via my linked-in. I have been having boughts of suicidal ideation and depression since I came home from the hospital from surgery and they haven't stopped, if anything they have doubled-down. I have no doubt they'll post this, too. I've been stalked before, when a man hacked my Youtube account in 2010 and doxxed my personal information, my home phone was filled with threats. I still deal with the trauma. My mental health has been in the toilet and I've fought off constant self-harming thoughts. I don't know if there's a way out but I hope so, otherwise I'm not going to live much longer.

19

 https://kiwifarms.net › threads › step...          ⋮

# Gross Stephanie Cianfriglia / Sapphire Crimson Claw / Yarrow - Kiwi Farms

Apr 30, 2018 — 32-year-old Stephanie Cianfriglia has yet to figure out how not to humiliate herself in the decade-plus she's been on social media.

**EXHIBIT D**

