AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

RUSSELL G. GREER,

          Plaintiff,

v.

JOSHUA MOON, an individual, and KIWI
FARMS, a website,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:20-cv-00647-TC-JCB

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

September 21, 2021

*Date*

BY THE COURT:

U.S. District Judge Tena Campbell