

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Stewart B. Harman |
| Firm: | Plant, Christensen & Kanell |
| Address: | 250 E. 200 S., Suite 340 |
| | Salt Lake City, UT 84111 |
| | |
| Telephone: | 801-363-7611 |
| Email: | sharman@pckutah.com |
| | |
| Pro Hac Vice Applicant: | Matthew D. Hardin |
| Firm: | Hardin Law Office |
| Address: | 1725 I Street NW |
| | Suite 300 |
| | Washington, DC 20006 |
| Telephone: | 202-802-1948 |
| Email: | MatthewDHardin@gmail.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| See attached list | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

If yes, please explain:
n/a

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| n/a | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

n/a

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

/s/ Matthew D. Hardin            Oct. 17, 2023
_____     _____
Signature                                                      Date