FILED
2024 FEB 8 AM 7:04
CLERK
U.S. DISTRICT COURT

Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| **RUSSELL G. GREER,** | **PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS MOTION TO STAY** |
| Plaintiff | |
| v. | |
| **JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website | Case No.: 2:20-cv-00647 |
| Defendants | |
| | Judge David Barlow |
| | Magistrate  Judge: Jared C. Bennett |

1

Plaintiff Russell Greer has received jarring information that bolsters his Motion to Stay and demonstrates why there would be a hardship if a Stay were denied.

### 1.  Email Notifying Plaintiff to Opposing Counsel Fundraising off of "Lolcows"

On 02-07-24, Plaintiff received a harassing email from a Kiwi Farms user, a Matthew Burns. This email not only mocked Greer, by calling him "Pipsqueak Ratmouth", but directed Plaintiff to the fact that opposing counsel is fundraising off of this current case. EXHIBIT A. The link leads to https://lolcowfund.hardin.law. The link leads to a "Lolcow Litigation Fund" and has a short blurb (and a crude drawing) of Plaintiff. EXHIBIT B.[1] The link appears to belong to Matthew Hardin (opposing counsel) and shows that $150,000 has been raised. As the footnote says, "Lolcows" are people who can be milked for laughs. While defendants and their donors might think this case is hilarious and they might think Greer is a foolish "pipsqueak", dealing with Kiwi Farms has been a nightmare and he seeks to end his nightmare.

### 2.  Why this Evidence Supports a Stay

This evidence supports a stay because it shows many different things: (1) defendants (and their counsel) are fundraising off of this case and off of Greer's apparent "Lolcow" status (2) it shows that defendants are well-oiled and ready to last for the long-run, (3) and put simply: this evidence points to the hardship requirement, as laid out by the 10th Circuit: *Span-Eng Assocs. v. Weidner*, 771 F.2d 464, 468 (10th Cir. 1985). If a Motion to Stay is denied, Greer will potentially lose this case because he is outmanned and outpowered by defendants because they have the

---

[1] As journalist Ali Breland points out: "The users call their victims "lolcows" because their pain can be milked for laughs. The group made its purpose clear on its Twitter page before it was taken down: "Gossip and exploitation of mentally handicapped for amusement purposes." *The Website that Wants You to Kill Yourself.* Mother Jones. (2023). (https://www.motherjones.com/politics/2023/02/kiwi-farms-die-drop-cloudflare-chandler-trolls/). The article goes onto explain: "Kiwi Farms users deploy slightly different tactics for various victims, but the rough beats are the same. First, the group assembles extensive dossiers. Then they use the information (some true, some contorted, some fabricated) to torment their targets." This is exactly what "Matthew Burns" did to Greer.

funding to have a lawyer. If Greer loses this case, kiwi farms users like Matthew Burns will taunt and harass Greer for the rest of his life. Greer's copyrights will continue to be infringed. Greer's career as a songwriter is dead because of the kiwi farms users tarnishing Greer's works (which works against their "fair use" argument). Defendants have raised $150,000 off of Greer. Plaintiff has seen none of that money for having his likeness or copyrights used. And so Greer kindly asks for a Stay to acquire funds himself to retain his appellate counsel at the district level and thus properly vindicate his copyrights.

## **CONCLUSION**

In light of this new information showing that defendants are fundraising off of this and thus showing how serious this matter is, Plaintiff respectfully reiterates his request to Stay this Case, as laid out in Doc 77.

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**02-07-24**

**<u>Certificate of Service</u>**

Plaintiff affirms that service was made to Defendants via the Court's electronic filing system and by personally emailing opposing counsel on 2-7-24: Matthew Hardin.

**<u>Exhibit A</u>**

2:23 🌙                                    ᵃᵗᵢᴵ LTE 68

< **Inbox**          **2 Messages**          ∧   ∨



**Matthew Burns**                          12:37 PM
To: russmark@gmail.com  >

# Hardin's Kiwifarms fundraiser!!!!

Dear Pipsqueak Ratmouth,

If you haven't already found out, Hardin has raised nearly $150,000 for Josh to fight your frivolous lawsuit.

https://lolcowfund.hardin.law

There's a nice little drawing of you on the fundraiser page as well, though to be honest the artist made you look better than you actually do. So yeah, Josh has $150k just to beat you. Meanwhile, you can't even get a payday loan. Lol.

                                          ↩



**Russell Greer**                          12:45 PM
To: Matthew   Cc: Andrew & 2 more...  >

You sent this                              Follow Up...
Today at 12:45 PM

🗄        📁        ↩        ✎

6

**<u>Exhibit B</u>**

2:25 ☾                           ▪▪▫▫ LTE  67

# Defending the Kiwi Farms

When public figures, activists, and corporations can lie about who you are and what you do, it will snowball until you are deprived of essential liberty, including your right to even exist. Our defensive posture is no longer viable.

## **Support the fund, and fight back**



## Russell Greer

Since 2019, Russell Greer has been suing the Kiwi Farms for *contributory copyright infringement*, alleging that because people



🔒 lolcowfund.hardin.law

8