FILED
2024 FEB 9 PM 4:15
CLERK
U.S. DISTRICT COURT

Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>    Plaintiff<br><br>v.<br><br>**JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website<br><br>    Defendants | RESPONSE TO CORRECTED OBJECTION TO FILING OF MULTIPLE REPLY BRIEFS<br><br>Case No.: 2:20-cv-00647<br><br>Judge David Barlow<br>Magistrate  Judge: Jared C. Bennett |

Plaintiff Russell Greer responds and says that *Defendants' Corrected Objection to the Filing of Multiple Reply Briefs* is a frivolous objection.

First off, Defendants are purposely confusing the timeline. As stated, on 2-7-24, Plaintiff received a harassing email from a kiwi farms user, which alerted Plaintiff to the fact that Defendants are fundraising off of "Lolcows". Plaintiff filed a two page document bringing to the court's attention this fact, as it was important for the Court to know for the reasons explained in Doc. 82. No leave of court was needed to file the supplemental brief, filed 2-7-24, as the local rules allow it. Under *Local Rule DUCivR 7-1 (C )*, a party may file a Notice of Supplemental Authority without leave — Defendants filed their own Notice and didn't seek leave. Doc. 82 fits within the requirements of 7-1(C ): it was 2 pages long and explained why the evidence was relevant. If anything, Plaintiff incorrectly titled Doc 82, which he will file an errata to fix.

Secondly, the Reply to Response to Motion (Doc. 86), filed 2-8-24, was the allowed reply to Defendants' Response to Plaintiff's Motion to Stay. Under Local Rules *DUCivR 7-1 (4)(D)(iii),* a party may reply to the opposing party's response, which Plaintiff did.

Plaintiff attests that these daily objections, notices and other nitpickings from Defendants are clearly frivolous.

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**02-09-24**

2

## Certificate of Service

Plaintiff affirms that service was made to Defendants via the Court's electronic filing system on 2-9-24 and that said attorney for defendants is Matthew Hardin.