FILED
2024 MAR 11 AM 10:25
CLERK
U.S. DISTRICT COURT

Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

## IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

## THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>        Plaintiff<br><br>v.<br><br>**JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website<br><br>        Defendants | **PLAINTIFF'S  RESPONSE TO DEFENDANTS' NOTICE (DOC. 94)**<br><br>   Case No.: 2:20-cv-00647<br><br>   Judge David Barlow<br>   Magistrate  Judge: Jared C. Bennett |

1

Plaintiff Russell Greer responds to Defendants' LATEST notice (Doc. 94).

True to form, defendants complain about returned mail and accuse plaintiff of fabricating a mailing address. On 01-19-24, Plaintiff updated his address with the Court because he was no longer using the PO BOX. Instead, Plaintiff attested that he was using the following address:

1155 South Twain Ave Suite 108420

Las Vegas, Nevada 89169

Plaintiff REAFFIRMS that this is indeed his correct address for mailing. In fact, he has attached in EXHIBIT A a payment reminder of his address.

Defendants' notice made no sense, and only affirms their notices are frivolous, because the address they claim was rejected is the address Plaintiff **_no longer uses._**

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**03-11-24**

2

**<u>Certificate of Service</u>**

Plaintiff affirms that service was made to Defendants via the Court's electronic filing system on 3-11-24 and that said attorney for defendants is Matthew Hardin.

**EXHIBIT A**

8:33 🌙    📶 LTE ▇9

‹ **1**                    ⌃ ⌄

# Mailbox Renewal Notice

AAA Mailbox Store
1155 E Twain Ave STE 108
LAS VEGAS NV, 89169
Ph: 702-733-6604

---

### Mailbox Renewal Notice

---

**$60.00  payment
due by 3/12/2024**        **Mailbox #420**

RUSSELL GREER


| Notice Date: | 3/7/2024 |
| Due Date: | 3/12/2024 |
| Term: | 3/12/2024 to 6/12/2024 |

**Your Mailbox Service Agreement will
expire on the Due Date listed above.
Please remit the above amount prior to
then to avoid interrupted service and/or
late fees. Thank you for your business!**

**Charges          Rates per term**

🗑        📁        ↩        ✎