Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE NORTHERN DISTRICT OF FLORIDA (Pensacola Division)

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>    Plaintiff<br><br>v.<br><br>**JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website<br><br>    Defendants | **PLAINTIFF'S SECOND REQUEST TO EXTEND DEADLINES and RESPOND TO MOTIONS**<br><br>Case No.: 3:24-cv-00122-MCR-ZCB<br><br>Judge<br>Magistrate Judge: |


FILED USDC FLND PN
MAY 10 '24 AM 11:25

Plaintiff Russell Greer comes now and says:

## INTRODUCTION

This case has taken a whirlwind of events in the past 4 months. Plaintiff was procedurally confused on the effects of a Motion to Stay, that he filed because his former appellate counsel (the Digital Justice Foundation, herein referred to as the "DJF") said they might represent him, and the next thing he knew, this case was somehow transferred to the Northern District of Florida, a place he has never been, with *zero empathy and sympathy* from the District of Utah. This entire fiasco of events is particularly confusing, given that the 10th Circuit of Appeals ruled in Plaintiff's favor in November.

## RECAPPING THE LAST 4 MONTHS

### Case Origin

To preface, this case originated because Greer caught the attention of Kiwi Farms, a site built upon the torment and harassment of random individuals (which the site refers to as "Lolcows") that anonymous individuals can target from the protections of the Kiwi Farms website. This is a widely known fact, as seen in **EXHIBIT A.** Publications from NBC to USA Today to The Daily Beast all have documented the actions of Joshua Moon's site. Said site has been complicit in at least 3 suicides and a school shooting. Joshua Moon himself even taunted an investigator, who was investigating the Auckland Mosque massacre from 2018. **EXHIBIT B.**

**These are all facts.**

Plaintiff has done his darndest to ignore this site that thrives on the pain and misery of others. It's almost a monthly ordeal where kiwi farms users send Greer abusive messages on all platforms and means of communication. Some of these people have claimed they don't live in the USA and that "the fat American cops" can't catch them.

Because of the salacious commentary Kiwi Farms has done on him, which has reached all corners of the internet, Greer's dreams are crushed and scattered because of Kiwi Farms.

2

Plaintiff even begged Joshua Moon, site owner, to remove him from 2018-2019. Moon instead taunted Greer through email communication, also had a supposed attorney email Greer (a "Larry Landers") and published the communication onto his site. This is very strange behavior because Greer has never met Mr. Moon, but as shown in Exhibit B, this is **not** abnormal behavior of Mr. Moon.

Greer filed and pursued this suit because Moon clearly secondarily violated Greer's copyrights, which is something the *Communications Decency Act* (a law Moon likes to flaunt in the faces of his victims) does not protect. Copyright infringement seemed to be the only way to try to get Joshua Moon to stop. The Tenth Circuit Court of Appeals agreed with Greer and ruled in his favor in October 2023. *Greer v. Moon,* 83 F.4th 1283 (10th Circuit 2023).

**This is also a fact.**

### Successive January Motions

Then in January, the Defendants filed a slew of motions (Docs. 62 to 66, 68). Most of these were motions that Plaintiff tried researching to answer, but either didn't know how to answer or wasn't comfortable in his ability. He initially filed a Motion to Extend Deadlines (Doc. 71) and it was granted (Doc. 73). Since Greer had been talking to the DJF about representing him at the District Level, it made sense to stay the case for 90 days to bring counsel on, a motion Greer filed in Doc 77.

### DJF's Stipulations

For the DJF to come on, Greer needed to pay them a large sum of money that Greer didn't have on him. So Greer needed time to either approach lawsuit investors or to fundraise.

### Unclear Motion to Stay Effects

Greer was unsure of the effects of a motion to stay. His research yielded nothing, but it was implied that a motion to stay pauses any other motions. This reasoning made sense, as *why would Greer answer motions that he was trying to stay the case to bring skilled attorneys on to answer?*

3

### Second Adverse Ruling from the D. Of Utah

For the second time in 3 years, the District of Utah ruled against Greer, denied the motion to stay and immediately ordered the case transferred, thus effectively ending the case in Utah. At no point, did the District of Utah pause to consider, prior to transferring, that Plaintiff may have been confused at some point. ***There was no justice, mercy or understanding.*** The Court wrongly interpreted Plaintiff's confusion as not participating, when the docket clearly showed Plaintiff answering different notices from Defendants all through February and March, proving that plaintiff was in fact confused on if the case was momentarily stayed.

Further, by the District of Utah hastily transferring the case, it violated long-established 10th Circuit precedent by not staying its order to allow a "long enough time...for an aggrieved party to file a mandamus petition." *Chrysler Credit Corp v. Country Chrysler*, 928 F. 2d 1509 (10th Circuit 1991).

And now here we are: in the Northern District of Florida.

### REQUEST TO EXTEND DEADLINES TO RESPOND TO DOCS 62-66 AND 68

Because Plaintiff was ***very sincerely confused*** regarding a motion to stay, he did not get the chance to respond to any of the pending motions that are Docs 62-66 and 68.

Plaintiff now requests new deadlines to be set for him to answer the following motions: (1) Motion for Joinder, (2) Motion to Strike, (3) Motion for More Definite Statement, (4) Motion to Substitute Parties.

Plaintiff also requests to respond to Defendant's Answer to the Complaint.

### GOOD CAUSE EXISTS FOR EXTENSION

Good cause exists to grant this second extension. The good cause is that Plaintiff was sincerely confused about the motion to stay. If plaintiff was confident back in February to answer the motions, he would have. But he was scared that the case would get tossed or transferred — which is what happened.

Plaintiff apologizes for his confusion and promises to meet the second extension of deadlines.

### Justice and Fairness

Another reason exists to extend the deadlines: plaintiff's life hangs in the balance of this case. If he loses this case, Joshua Connor Moon and his followers will harass and stalk Plaintiff for the rest of his life. Kiwi Farms needs to stop. A district court ruling against the site and its owner will be the only way Moon will stop.

Plaintiff has tried negotiating with Defendants' counsel and Hardin refuses to settle.

The 10th Circuit confirmed that Kiwi Farms has been a detriment to society. Plaintiff begs this Court to see this too by extending the deadlines for the sake of justice and fairness.

### PROPOSED DEADLINE

Plaintiff proposes a deadline of June 15th to respond to the Defendants' Motions and to Reply to the Answer.

If the Court is unsatisfied with that date, it is requested that the Court set reasonable deadlines to respond to the pending motions.

### CONCLUSION

With the harm Kiwi Farms has done to others recited herein, and with the honest confusion relayed as to why Plaintiff never initially responded, it is kindly requested that Plaintiff have a chance to respond to the pending motions and to the answer **by June 15th.**

Respectfully submitted,

By:
Russell Greer
Pro Se Litigant
/rgreer
**05-04-24**

5

## Certificate of Service

Plaintiff affirms that service was made to Defendants via email on 5-4-24 and that said attorney for defendants is Matthew Hardin.

# EXHIBIT A

2:48  .ıl LTE 33





Chloe Sagal/GoFundMe

# Transgender game developer who'd been bullied online dies by suicide

She had reportedly been the target of an online community known for harassment.

Josh Katzowitz          Internet Culture

Posted on Jun 25, 2018   Updated on May 21, 2021, 12:42 pm CDT

A transgender woman took her own life by setting herself on fire in Portland last week, and





2:43

.ıl LTE 30⚡



TRENDING:   KRISTI NOEM   BIDEN HOWARD STERN

TECHNOLOGY

# Why anti-trans web forum Kiwi Farms was erased from the internet

BY BRAD DRESS - 09/15/22 6:00 AM ET



*Correction: A previous version of this article misstated the year of Julie Terryberry's death. She died in 2016. This article has been updated to reflect that content related to the Christchurch, New Zealand, shootings was republished on Kiwi Farms.*

In 2013, users on an online trolling and harassment chat forum known as Kiwi Farms began a hate campaign against Chloe Sagal,

AA     🔒 thehill.com     ✕







☰ **Le Monde**   +⊙   Subscribe

PIXELS

# Decoding Kiwi Farms, the blocked Internet bully that continues to be a nuisance

The English-speaking site, which has been the source of many violent and long-running harassment campaigns targeting Internet celebrities, has been cut off by hosting services like Cloudflare and DDoS-Guard.

Le Monde
Published on September 5, 2022, at 6:26 pm (Paris), updated on September 5, 2022, at 7:40 pm · ⏱ 1 min.

· <u>Lire en français</u>





## **EXHIBIT B**

Case 2:24-cv-00421-DBB-JCB Document 119 Filed 05/10/24 PageID.1118 Page 14 of 18

**EXHIBIT B**

2:45  .ıl LTE 33⚡

A man contacted by New Zealand Police with regards to Christchurch terror attack content being posted on his website has responded aggressively and mockingly.

Joshua Conner Moon, operator of Kiwi Farms, referred to Aotearoa as a "shithole country" with "f****t law" in an email he says he sent to a Detective Senior Sergeant.

Despite having 'Kiwi' in its name, the website has no association with New Zealand; rather, the name was adapted from its former title of 'CWCki Forums'.

- **'This is New Zealand' - Muslim woman reflects on past racist attacks in NZ**
- **Intelligence agencies turned blind eye to far-right extremism in NZ - experts**

A spokesperson for the New Zealand police confirmed to Newshub that Kiwi Farms has been contacted as part of its ongoing investigation into the Christchurch terror

newshub.co.nz

2:46 ☾  ․ıl LTE 33⚡

"Tell your superiors they're going to make the entire country and its government look like clowns by trying to censor the internet. You're a small, irrelevant island nation barely more recognisable than any other nameless pacific sovereignty [sic]," Moon says in his email.

"You do not have the clout to eradicate a video from the internet and you do not have the legal reach to imprison everyone whose posted it. If anyone turns over to you the information they're asking for they're not only cowards, but they're f**king idiots."

- ***Need to Talk? - Call or text 1737***

Kiwi Farms is a notorious website which originated as a spinoff from controversial imageboard 4chan.

A profile on *NY Mag*'s Intelligencer describes Kiwi Farms as "the web's biggest community of stalkers", recounting how it was developed by a group of people to harass author Christine Weston Chandler.

"Kiwi Farms is about eccentric individuals and

🔒 newshub.co.nz

16

