**From:** **Russell Greer** RussMark@gmail.com
**Subject:** Motion
**Date:** May 8, 2024 at 6:01 AM
**To:** Matthew Hardin  matthewdhardin@gmail.com

RG

Put in the mail last week. Unsure when will arrive.

**greer v kiwi farms request for access to filing.pdf**
119 KB