**From:** **Matthew Hardin** matthewdhardin@gmail.com
**Subject:** Re: Motion
**Date:** May 8, 2024 at 8:18 AM
**To:** Russell Greer russmark@gmail.com



Can you explain to me hey you stated in the certificate of service that you served this on me via email on May 2, despite that your email below is dated May 8?

Can you also explain what your actual mailing address is? As indicated now on six occasions, we cannot serve you on South Twain Avenue because South Twain Avenue does not exist.

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On May 8, 2024, at 6:01 AM, Russell Greer <russmark@gmail.com> wrote:
>
> Put in the mail last week. Unsure when will arrive.
>
> <greer v kiwi farms request for access to filing.pdf>