# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
### (Pensacola Division)

| | |
|---|---|
| RUSSELL GREER, <br><br> *Plaintiff,* <br><br> v. <br><br> JOSHUA MOON, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-122 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

NOW COME the Defendants, by and through undersigned counsel, and provide this Notice regarding the attached correspondence received from Mr. Greer, in which Mr. Greer responded to the Notice filed at ECF No. 124 by displaying his continuing pattern of refusing to correct his own admittedly improper and erroneous certificates of service and refusing to provide a valid address at which he can be served with pleadings and other compulsory process.

Respectfully submitted this the 21st day of May, 2024,

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed via CM/ECF this 21st day of May, 2024, and that I also deposited a true and correct copy of the same into the U.S. Mail, with First Class Postage prepaid, addressed to:

1. The address Mr. Greer provided in an exhibit at ECF No. 95 at 5, but nevertheless insists is not accurate:

   Russell Greer
   1155 East Twain Avenue
   Suite 108420
   Las Vegas, NV 89169

2. The address Mr. Greer has provided to the Court:

   Russell Greer
   1155 South Twain Avenue
   Suite 108420
   Las Vegas, NV 89169

3. Mr. Greer's home address:

   Russell Greer
   3651 Arville St. Apt 711
   Las Vegas, NV 89103

I also emailed a copy of the foregoing to Mr. Greer at an address he has used in correspondence to me, to wit: russmark@gmail.com.

I have served this document on multiple physical addresses and also via email for the same reasons set forth at ECF No. 120 at 5-8.

Dated: May 21, 2024

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com