Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant



IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

THE NORTHERN DISTRICT OF FLORIDA (Pensacola Division)

| | |
|---|---|
| **RUSSELL G. GREER,**  Plaintiff  v.  **JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website  Defendants | **PLAINTIFF'S RULE 26(a)(1) DISCLOSURES**  Case No.: 3:24-cv-00122-MCR-ZCB  Judge  Magistrate Judge: |

1

Plaintiff Russell Greer comes now and submits his Rule 26 disclosures.

1. **List of Individuals/Witnesses**

There are witnesses who have witnessed the intentional copyright infringement by kiwi farms and the emotional toll it has taken on plaintiff. Due to the nature of kiwi farms' stalking and doxxing reputation, plaintiff does not feel comfortable listing addresses and phone numbers of witnesses PUBLICLY. Plaintiff would provide witnesses upon a stipulation with defendants' counsel that the witnesses would be provided under seal and names not published onto the kiwi farms' website. The witness shouldn't be intimidated by the bad actors on kiwi farms.

2. **List of Documents, ESI or Tangible Things**

There are not any documents in Plaintiff's possession that would need to be provided to Defendants' counsel, aside from just the many harassing messages and examples of copyright infringement done by the nefarious individuals on Kiwi Farms.

3. **Computation of Damages**

The damages are computed at $150,000 *per* willful infringement. Four copyrights have been willfully infringed and so that would be $600,000 in willful damages.

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**05-02-24**

2

## **Certificate of Service**

Plaintiff affirms that service was made to Defendants via email on 5-15-24 and that said attorney for defendants is Matthew Hardin. Documents are also being fedexed.to Mr. Hardin's address at

1725 I Street NW. Suite 300
Washington, DC 20006

3