**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

---

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>     Plaintiff,<br>v.<br><br><br>JOSHUA MOON, *et al*.<br><br>     Defendant. | **NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Case No. 2:24-cv-00421<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and give NOTICE of the attached filing which the *pro se* Plaintiff appears to have directed to the U.S. District Court in Florida following that court's retransfer of the case to Utah. ECF No. 128. Defendants file the attached documents in this Court as a courtesy to Mr. Greer and to avoid needless reduplication of effort arising from the filing of documents in the incorrect court. Defendants expressly reserve all rights to defend against any accusations or grounds for relief set forth in Mr. Greer's filings.

     DATED July 3, 2024

                              **HARDIN LAW OFFICE**

                               */s/ Matthew D. Hardin*
                              **Matthew D. Hardin**
                              Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed via CM/ECF this 3rd day of July, 2024, and that I also emailed a copy of the foregoing to Mr. Greer at an address he has used in correspondence to me, to wit: russmark@gmail.com.

As set forth on multiple occasions, I am unable to serve Mr. Greer by mail because he has provided only fraudulent or false addresses and because mail sent to him is returned as undeliverable. See, e.g., ECF Nos. 91, 94, 101, 120, 121, 124, 127-2. Moreover, Mr. Greer simultaneously indicates in the attached document that he is "homeless" and also that he has a new home address on Dumont Boulevard in Las Vegas. Notwithstanding confessions in the body of the attached document that Mr. Greer "has lost access to the mailing box — the address on record," Mr. Greer continues to use that (nonexistent) "South" Twain address in the header of the attached document.

Dated: July 3, 2024

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com