Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

THE NORTHERN DISTRICT OF FLORIDA (Pensacola Division)

| | |
|---|---|
| **RUSSELL G. GREER,** | |
| Plaintiff | **PLAINTIFF'S NOTICE OF ADDRESS CHANGE & REQUEST FOR ELECTRONIC FILING ACCESS/DOCKETING EMAILS** |
| v. | |
| **JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website | Case No.: 3:24-cv-00122-MCR-ZCB |
| Defendants | Judge Magistrate Judge: |

1

   Plaintiff Russell Greer comes now and says he has not received any mail from the Court or from opposing counsel. He has no access to the docket sheet and is essentially "blind" as to what is going on in the case.

   Plaintiff has lost income and is being evicted from his apartment and can't find new income, really due in part to Kiwi Farms and the trashing Plaintiff's overall online image and his copyrights. As plaintiff said in his Complaint, the fiction has become fact.

   Because he lost income, he has lost access to the mailing box — the address on record.

   Plaintiff is going to be homeless now — to the delight of Joshua Moon and his users. Joshua at one point had a "kill count" where he would tally which Kiwi target commits suicide.

   Plaintiff doesn't think he will kill himself. But he's essentially lost everything, a fact that Andrew Grimm and DJF impulsively didn't want to understand and so they stopped representing him. They mistook Plaintiff's hardships as Plaintiff jipping his former counsel, when he wasn't.

   That's what was so frustrating with the Utah Court was the Court WRONGLY assumed Plaintiff wasn't participating, when in reality, his personal life is crumbling.

   The other week, Plaintiff received notice that a kiwi farms user was using Greer's likeness and has created a YouTube channel in Greer's name and is uploading Greer's songs. When Greer reported the account to YouTube, the individual created an email pretending to be Greer and contacted him.

   This is unfair. This is unjust. There is no way this is fair use. This HAS RUINED PLAINTIFF'S LIFE.

   Greer is exhausted because kiwi farms and Joshua Moon want plaintiff dead. This is clearly the case because if they didn't, they would respect him and stop this madness.

   Plaintiff would ask somehow that the Court understands this and allows for electronic filing notices.

   For the time being, the Court can list Plaintiff's address as

2

1100 Dumont BLvd

Apt 139

Las Vegas, NV 89169

                Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**07-03-24**

3

## **Certificate of Service**

Plaintiff affirms that service was made to Defendants via email on 7-3-24 and that said attorney for defendants is Matthew Hardin.