**From:** Russell Greer RussMark@gmail.com 
**Subject:**
**Date:** July 3, 2024 at 7:40 AM
**To:** Matthew Hardin  matthewdhardin@gmail.com



greer v kiwi farms response to error of.pdf
121 KB

Sent from my iPhone