## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL G. GREER,** | **ORDER** |
| **Plaintiff,** | |
| **v.** | **Case No. 2:24-cv-00421-DBB-JCB** |
| **JOSHUA MOON, publisher of the website Kiwi Farms; and KIWI FARMS, a website,** | **District Judge David Barlow** |
| | **Magistrate Judge Jared C. Bennett** |
| **Defendants.** | |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] Before the court is pro se Plaintiff Russell G. Greer's ("Mr. Greer") motion to access CM/ECF or, in the alternative, to email documents to designated email address.[2] Mr. Greer was previously granted permission to email documents to the Clerk of the Court for filing and to receive electronic notifications of case activity, based upon Mr. Greer's agreement to abide by the conditions and requirements of DUCivR 5-1(b).[3] Accordingly, the court FINDS AS MOOT Mr. Greer's motion to email documents to the court.[4] The Clerk of the Court is directed

---

[1] ECF No. 130. This case originated in this court as Case No. 2:20-cv-00647-DBB-JCB and was transferred to the Northern District of Florida. That district returned it to this court and it was reopened with this case number.

[2] ECF No. 118.

[3] ECF No. 10.

[4] ECF No. 118.

to use the email address set forth in Mr. Greer's motion[5] for sending him electronic notifications

of activity in this case.

      IT IS SO ORDERED.

      DATED this 15th day of July 2024.

                       BY THE COURT:

                       JARED C. BENNETT
                       United States Magistrate Judge

---

[5] ECF No. 5.

2