THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSHUA MOON, publisher of the website Kiwi Farms; and KIWI FARMS, a website,**<br><br>Defendants. | **AMENDED ORDER**<br><br>Case No. 2:24-cv-00421-DBB-JCB<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] Before the court is pro se Plaintiff Russell G. Greer's ("Mr. Greer") motion to extend deadlines and respond to motions.[2] For the reasons set forth in the motion, and good cause and excusable neglect shown, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that Mr. Greer shall file his responses to Defendants Joshua Moon and Kiwi Farms' ("Defendants") motion for joinder,[3] motion for a more definite statement,[4] motion to strike,[5] and motion for

---

[1] ECF No. 130. This case originated in this court as Case No. 2:20-cv-00647-DBB-JCB and was transferred to the Northern District of Florida. That district returned it to this court and it was reopened with this case number.

[2] ECF No. 119.

[3] ECF No. 62.

[4] ECF No. 63.

[5] ECF No. 65.

scheduling conference,[6] as well as Lolcow, LLC, dba Kiwi Farms's motion to intervene/motion to correct complaint[7] on or before August 5, 2024.

    IT IS SO ORDERED.

    DATED this 23rd day of July 2024.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[6] ECF No. 101.

[7] ECF No. 68.