FILED
2024 JUL 29 AM 10:27
CLERK
U.S. DISTRICT COURT

Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>    Plaintiff<br><br>v.<br><br>**JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website<br><br>    Defendants | **PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS**<br><br>Case No.: 2:24-cv-00421-DBB-JCB<br><br>Judge<br>Magistrate Judge: |

1

Plaintiff Russell Greer comes now and replies to Defendants' objections.

## INTRODUCTION

Plaintiff is first off grateful for the extension of time to reply.

Secondly, Defendants' objections are nothing more, but Defendants' pattern of frivolous motions and notices. This Court can see that half of the docket has been consumed by Defendants' lawyer Matthew Hardin protesting every aspect of the case that hasn't swung in his favor. The Court should treat Defendants' latest objections as frivolous.

Third, Defendants complain of delay, yet THEY are the ones that rejected a federal mediator's offer in 2022 and countless negotiations from Plaintiff and his former counsel.

Lastly, Plaintiff will have the responses and replies by 08/05/24.

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**07-27-24**

2

**Certificate of Service**

Plaintiff affirms that service was made to Defendants via email on 7-27-24 and that said attorney for defendants is Matthew Hardin.