FILED
2024 AUG 6 AM 9:52
CLERK
U.S. DISTRICT COURT

Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

THE DISTRICT OF UTAH

| RUSSELL G. GREER, | PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR A SCHEDULING CONFERENCE |
|---|---|
| Plaintiff | |
| v. | Case No.: 2:24-cv-00421-DBB-JCB |
| JOSHUA MOON, publisher of the website Kiwi Farms, and KIWI FARMS, a website | |
| Defendants | Judge  Magistrate Judge: |

1

Plaintiff Russell Greer comes now and responds to Defendants' motion for a scheduling conference.

## INTRODUCTION

ECF document 101 is replete with many false conclusions that Plaintiff wishes to rebut.

1. Defendants complain about an address, but THEY are clearly confused. Greer has only ever given Defendants correct addresses. As recently as last month, Greer gave the Court a Dumont address that he can be reached at.

2. Defendants continue to try to conflate all of Greer's past actions all together. Yes, suing Taylor Swift was foolish and it attracted kiwi farms, which is what prompted plaintiff to write his book because he knew the Swift situation would make his life difficult, which Plaintiff clearly touched on in his Complaint (see paragraphs 16-24).

3. It's insulting for Defendants to try to play the victim, when evidence shows Moon refusing to remove infringing copyrights, Moon taunting Plaintiff, Moon's users openly conspiring to rob Plaintiff, the endless stream of disparagement Plaintiff has dealt with from kiwi farms. The cherry on top is that Plaintiff won on appeal and the Supreme Court refused to take on Defendants' appeal. In other words, the 10th Circuit agreed that Kiwi Farms and Moon have wronged Greer, thus making this case a real claim.

4. Plaintiff never tried ignoring the Court. He clearly stated his confusion and his trying to bring on the appellate lawyers. He is grateful the Case was transferred back to Utah.

With that said, Greer is open to a scheduling conference to see if the copyright claims can be litigated at a trial. Greer just was unsure what schedule to propose, as he previously said in a motion in early 2024.

Respectfully submitted,



By:

Russell Greer

Pro Se Litigant

/rgreer

**08-05-24**

## **Certificate of Service**

Plaintiff affirms that service was made to Defendants via email on 8-5-24 and that said attorney for defendants is Matthew Hardin.