**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

---

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>    Plaintiff,<br>v.<br><br>JOSHUA MOON, *et al*.<br><br>    Defendant. | **Motion for an Extension of Time**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and submit this Motion for an Extension of Time to respond to the Plaintiff's filings at ECF Nos. 142-145. In support of this motion, Defendants state as follows:

1. Fed. R. Civ. P. 6 (b) empowers this Court to extend any relevant deadline upon a showing of good cause. Indeed, this Court recently extended the Plaintiff's deadline for a period of approximately seven months, as set forth at ECF Nos. 136, 138, and 141.

2. DUCivR 7-1 provides that Defendants' reply to Plaintiff's most recent filings is due 14 days after service of the response, which is August 19 for Mr. Greer's responses at ECF Nos. 142 and 143, and August 20 for Mr. Greer's responses at ECF Nos. 144 and 145.

3. Undersigned counsel is a solo practitioner with an extraordinarily challenging calendar this month. Counsel is presently in the process of returning from Texas

    to the District of Columbia for a dispositive civil hearing in the U.S. District Court for the District of Columbia, and also has a similar dispositive civil hearing and a criminal trial scheduled in the state courts of Virginia thereafter, as well as a remote mediation for the U.S. district court for the Southern district of Texas, for which counsel is diligently preparing. In terms of competing obligations to make written submissions, undersigned counsel currently has civil briefs due August 8 and 9 in the U.S. District Court for the District of Columbia, and a separate civil appellate brief due on August 9 in the Virginia Court of Appeals. Undersigned counsel only today filed a dispositive civil brief in the New York County Supreme Court, and counsel also has competing deadlines related to the docketing of a new appeal in the U.S. Court of Appeals for the Second Circuit.

4. Undersigned counsel anticipates that this Court will benefit from thorough and thoughtful defensive briefing in response to Mr. Greer's responses. Unfortunately, in the absence of a brief extension, and in light of competing obligations in numerous civil matters and one criminal trial, undersigned counsel fears that he will not be able to give this matter the time and attention that it deserves.

WHEREFORE, Defendants request that this Court extent the timeframe for mr. Moon to file his replies to the above filings by Mr. Greer through and including September 4, 2024.

DATED August 8, 2024

**HARDIN LAW OFFICE**

*/s/ Matthew D. Hardin*
**Matthew D. Hardin**
Attorney for Defendants

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion was filed via CM/ECF this 8th day of August, 2024, and that I also deposited a true and correct copy of the same into the U.S. Mail, with First Class Postage prepaid, addressed to the apartment in Las Vegas that Mr. Greer has most recently indicated is his correct address, as listed in ECF No. 132-1 at 3:

Russell Greer
1100 Dumont Blvd.
Apt. 139
Las Vegas, NV 89169

I also emailed a copy of the foregoing to Mr. Greer at an address he has used in correspondence to me, to wit: russmark@gmail.com.

Dated: August 8, 2024

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com