Russell Greer
1100 Dumont
Apt 139
Las Vegas, Nevada 89169 801-895-3501 russmark@gmail.com
Pro Se Litigant

FILED
2024 AUG 12 PM 12:39
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>   Plaintiff<br><br>v.<br><br>**JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website<br><br>   Defendants | **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>Case No.: 2:24-cv-00421-DBB-JCB<br><br>Judge<br>Magistrate Judge: |

1

Plaintiff Russell Greer comes now and responds to Defendants' motion for extension of time and says:

1. Plaintiff neither objects or agrees with an extension of time.

2. Defendants never reached out to Plaintiff to ask for an extension.

3. The extension is a bit ironic and hypocritical, given how Defendants themselves filed a written objection objecting to the Court granting Greer an extension of time. Now in a twist of irony, Defendants beckon the Court for leniency and leeway.

As stated, Greer doesn't object to (nor does he endorse) an extension, but he just wanted to point out the glaring irony.

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**08-12-24**

## Certificate of Service

Plaintiff affirms that service was made to Defendants via email on 8-12-24 and that said attorney for defendants is Matthew Hardin.