

**From:** Russell Greer RussMark@gmail.com
**Subject:** Re: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Order
**Date:** September 28, 2024 at 5:41 AM
**To:** Matthew Hardin matthewdhardin@gmail.com

Since most of the motions you filed have been decided, what exactly are we trying to schedule? That's where I'm confused.

Sent from my iPhone

On Sep 23, 2024, at 1:49 PM, Russell Greer <russmark@gmail.com> wrote:

Hello, Mr. Hardin.

Ok, I will have to look at a sample schedule to draft it out. Give me a few.

Sent from my iPhone

On Sep 23, 2024, at 12:09 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:

Mr. Greer,

Per the below, and as requested in my email to you dated January 17, 2024, I again write to ask for your proposed schedule. Alternatively, if you would like to mediate this dispute with the Copyright Claims Board (https://www.ccb.gov/access-a-claim/) instead of continuing through the Court process, I am authorized to engage with that process.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

Begin forwarded message:

**From:** <utd_enotice@utd.uscourts.gov>
**Subject: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Order**
**Date:** September 19, 2024 at 5:13:55 PM EDT
**To:** <ecf_notice@utd.uscourts.gov>
**Reply-To:** <utd_enotice@utd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**US District Court Electronic Case Filing System**

**District of Utah**

**Notice of Electronic Filing**

The following transaction was entered on 9/19/2024 at 3:13 PM MDT and filed on 9/19/2024

**Case Name:** Greer v. Moon et al
**Case Number:** 2:24-cv-00421-DBB-JCB
**Filer:**
**Document Number:** 153(No document attached)

**Docket Text:**
**DOCKET TEXT ORDER TO COMPLY WITH ORDER TO PROPOSE SCHEDULE. The deadline to comply with Paragraph 3 of [60] ORDER TO PROPOSE SCHEDULE has expired. The court HEREBY ORDERS the parties to comply within 14 days after the date of this order. Signed by Magistrate Judge Jared C. Bennett on 09/19/2024. (lc)**

**2:24-cv-00421-DBB-JCB Notice has been electronically mailed to:**

Matthew D. Hardin     matthewdhardin@gmail.com, matthewdhardin@ecf.courtdrive.com, matthewdhardin@protonmail.com

Russell G. Greer     russmark@gmail.com

**2:24-cv-00421-DBB-JCB Notice has been delivered by other means to:**