


**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Re: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Order
**Date:** October 2, 2024 at 10:37 AM
**To:** Russell Greer russmark@gmail.com
**Bcc:** Joshua Moon jcmoon@pm.me

We reject this settlement offer. Please send a schedule. If you'd like more time due to the hospitalization, we would not object to an extension on your part on that basis.

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On Oct 2, 2024, at 10:00 AM, Russell Greer <russmark@gmail.com> wrote:
>
> Mathew,
>
> With all due respect, You keep asking for a schedule and you even offered the copyright office, but you seem to negate the fact that this could have been settled very long ago by Joshua moon swallowing his pride and understanding that I'm not a subhuman aka a "lolcow", but rather a real person whose life has been affected by this website. Just the other day, one of Moon's devotees contacted me an attached photo of Hitler.
>
> Remove me from kiwi farms, not just my copyrights, install a code on his site to ensure I'm automatically erased every time my name and likeness is used, and let's settle this because you bemoan that this has dragged on for too long. I agree. And so with the Court rejecting your motions, I don't see why you aren't wanting to do something extremely easy. I can even draft the contract to agree to this.
>
> Sent from my iPhone
>
>> On Oct 1, 2024, at 10:05 PM, Russell Greer <russmark@gmail.com> wrote:
>>
>> Sir,
>>
>> My father is in the ICU.
>>
>> Please give me a few.
>>
>> Thanks
>>
>> Sent from my iPhone
>>
>>> On Oct 1, 2024, at 12:49 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>
>>> I write to again inquire as to your proposed schedule for this case. I note that 14 days will elapse from the Minute Order dated September 19 on October 3, but that we cannot respond to whatever you propose if you do not send it to us well in advance of October 3.
>>>
>>> **Matthew D. Hardin**
>>> **Hardin Law Office**
>>> NYC Office: 212-680-4938
>>> DC Office: 202-802-1948
>>> Cell Phone: 434-202-4224
>>> Email: MatthewDHardin@protonmail.com
>>>
>>> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>>>
>>>> On Sep 28, 2024, at 8:31 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:

The draft attorney planning report listing the items that need to be scheduled was referred to in the original scheduling order from when your case first started, and is available online here: https://www.utd.uscourts.gov/sites/utd/files/attymtg.pdf.

You should send me a draft version of the report with your position on all issues contained in the report and all dates you want inserted into the report, and I will counter with Defendants' position on these issues and Defendants' position on dates. If we cannot agree, the Court has a procedure where it will resolve the areas of disagreement. As yet, because I have not seen your draft report, I have no idea if we agree or disagree.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On Sep 28, 2024, at 5:41 AM, Russell Greer <RussMark@gmail.com> wrote:
>
> Since most of the motions you filed have been decided, what exactly are we trying to schedule? That's where I'm confused.
>
> Sent from my iPhone
>
>> On Sep 23, 2024, at 1:49 PM, Russell Greer <russmark@gmail.com> wrote:
>>
>> Hello, Mr. Hardin.
>>
>> Ok, I will have to look at a sample schedule to draft it out. Give me a few.
>>
>> Sent from my iPhone
>>
>>> On Sep 23, 2024, at 12:09 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>
>>> Mr. Greer,
>>>
>>> Per the below, and as requested in my email to you dated January 17, 2024, I again write to ask for your proposed schedule. Alternatively, if you would like to mediate this dispute with the Copyright Claims Board (https://www.ccb.gov/access-a-claim/) instead of continuing through the Court process, I am authorized to engage with that process.
>>>
>>> Best,
>>>
>>> **Matthew D. Hardin**
>>> **Hardin Law Office**
>>> NYC Office: 212-680-4938
>>> DC Office: 202-802-1948
>>> Cell Phone: 434-202-4224
>>> Email: MatthewDHardin@protonmail.com
>>>
>>>> Begin forwarded message:
>>>>
>>>> **From:** <utd_enotice@utd.uscourts.gov>
>>>> **Subject: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Order**
>>>> **Date:** September 19, 2024 at 5:13:55 PM EDT
>>>> **To:** <ecf_notice@utd.uscourts.gov>
>>>> **Reply-To:** <utd_enotice@utd.uscourts.gov>
>>>>
>>>> **This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
>>>> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first**

viewing.

US District Court Electronic Case Filing System

District of Utah

### Notice of Electronic Filing

The following transaction was entered on 9/19/2024 at 3:13 PM MDT and filed on 9/19/2024

**Case Name:** Greer v. Moon et al
**Case Number:** [2:24-cv-00421-DBB-JCB](#)
**Filer:**
**Document Number:** 153(No document attached)

**Docket Text:**
**DOCKET TEXT ORDER TO COMPLY WITH ORDER TO PROPOSE SCHEDULE. The deadline to comply with Paragraph 3 of [60] ORDER TO PROPOSE SCHEDULE has expired. The court HEREBY ORDERS the parties to comply within 14 days after the date of this order. Signed by Magistrate Judge Jared C. Bennett on 09/19/2024. (lc)**

**2:24-cv-00421-DBB-JCB Notice has been electronically mailed to:**

Matthew D. Hardin     matthewdhardin@gmail.com, matthewdhardin@ecf.courtdrive.com, matthewdhardin@protonmail.com

Russell G. Greer     russmark@gmail.com

**2:24-cv-00421-DBB-JCB Notice has been delivered by other means to:**