**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

---

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>        Plaintiff,<br><br>v.<br><br><br>JOSHUA MOON, *et al.*<br><br>        Defendant. | **DEFENDANTS'**<br>**NOTICE OF SUPPLEMENTAL**<br>**AUTHORITY**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and submit this Notice of Supplemental Authority. Defendants update the Court as follows:

1. In response to emailed service of Defendants' filing at ECF No. 154, Mr. Greer sent a profanity-laden email to undersigned counsel. A true and correct copy of that email is attached hereto as Exhibit A.

WHEREFORE, Defendants respectfully submit that further efforts to meet and confer with Mr. Greer as to a schedule in this case will not likely be fruitful.

        DATED October 3, 2024

                              **HARDIN LAW OFFICE**

                               */s/ Matthew D. Hardin*
                              **Matthew D. Hardin**
                              Attorney for Defendants

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was filed via CM/ECF this 3rd day of October, 2024, and that I also deposited a true and correct copy of the same into the U.S. Mail, with First Class Postage prepaid, addressed to the apartment in Las Vegas that Mr. Greer has most recently indicated is his correct address, as listed in ECF No. 132-1 at 3:

>Russell Greer
>1100 Dumont Blvd.
>Apt. 139
>Las Vegas, NV 89169

I also emailed a copy of the foregoing to Mr. Greer at an address he has used in correspondence to me, to wit: russmark@gmail.com.

Dated: October 3, 2024

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@gmail.com