**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

---

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| RUSSELL GREER, | **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:24-cv-00421-DBB |
| JOSHUA MOON, *et al*. | District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |
| Defendant. | |

NOW COME the Defendants, by and through undersigned counsel, and submit this Notice of Supplemental Authority. Defendants update the Court as follows:

1. In response to emailed service of Defendants' filing at ECF No. 155, Mr. Greer sent an email to undersigned counsel requesting that undersigned counsel not contact him. A true and correct copy of that email is attached hereto as Exhibit A.

WHEREFORE, Defendants respectfully submit that it is impossible to comply with this Court's order requiring counsel to confer with Mr. Greer on a proposed schedule in this case, given Mr. Greer's desire not to be contacted by counsel.

  DATED October 3, 2024

  **HARDIN LAW OFFICE**

  */s/ Matthew D. Hardin*
  **Matthew D. Hardin**
  Attorney for Defendants

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was filed via CM/ECF this 3rd day of October, 2024, and that I also deposited a true and correct copy of the same into the U.S. Mail, with First Class Postage prepaid, addressed to the apartment in Las Vegas that Mr. Greer has most recently indicated is his correct address, as listed in ECF No. 132-1 at 3:

>Russell Greer
>1100 Dumont Blvd.
>Apt. 139
>Las Vegas, NV 89169

I also emailed a copy of the foregoing to Mr. Greer at an address he has used in correspondence to me, to wit: russmark@gmail.com.

Dated: October 3, 2024

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@gmail.com