Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
2024 OCT 4 AM 9:56
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER,**  Plaintiff  v.  **JOSHUA MOON ET AL**,  Defendants | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**  Case No.: 3:24-cv-00065  4:24cv421 |

1

Plaintiff Russell Greer comes now and brings forth newly discovered information that this Court should be aware of.

### Email from Matthew Hardin to Greer's Former Counsel

Plaintiff has discovered a 12-12-23 email from Defendants' counsel to Greer's former counsel. EXHIBIT A. The email reads.

"Gentlemen:

In light of the mandate issued today, Mr.Moon is willing to re-open mediation as you propose. I think efficiency is seriously compromised, and to an arguably prejudicial degree, if we are to simultaneously litigate and mediate. So my proposal would be that if we reopen mediation, we stay the District Court proceedings until mediation concludes. Otherwise I fear mediation will be disrupted by the discovery process, depositions, etc.

Matthew D. Hardin

1725 I Street NW, Suite 300

Washington, DC 20006

Phone: (202) 802-1948

Email: MatthewDHardin@protonmail.com

Shortly after the email was sent, Greer's counsel dropped him because they wrongly assumed he wasn't paying them, when in fact, Greer wasn't in a position to — thanks to defendants' campaign of sabotage.

### Why this email matters

This email matters because it shreds apart Defendants' recent claim of rejecting mediation (that they cite in Doc 155) due to wanting to protect their free speech rights. As can be seen, a year ago, they were asking and begging for mediation. Now magically with Greer pro se again, they

2

can't settle — not because they want to protect their free speech, but because it's a pattern of theirs and is why this case was even filed. The Kiwi Farms website has targeted Greer because he is disabled. Mercilessly targeted him. Greer is used to this daily pattern of people harassing him for simply living with a facial paralysis, so it's no surprise a website founded upon harassing strangers would treat him with such little respect.

Joshua Moon taunted Greer's take downs and didn't expect a disabled person, whom he viewed as a subhuman, to take him to Court. Now that Greer is pro se again, they view him as weak, although Defendants lost an appeal and several motions. Greer was offering opposing counsel a very easy way of settling.

This Supplemental Authority shreds their defense of wanting to preserve their free speech , when in fact, they simply want to bully and harass a pro se, disabled litigant.

Respectfully

DATED: October 4th, 2024

Russell Greer

Pro Se

## **CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on October 4tb, 2024, I served a true and correct copy of the attached document by e-filing system to opposing counsel Matthew Hardin.

## **Exhibit A**

6:31

< Sent    Attorney Conferral -...

\*\*\*The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.\*\*\*

On Dec 12, 2023, at 6:14 PM, Matt Hardin <matthewdhardin@gmail.com> wrote:

Gentlemen:

In light of the mandate issued today, Mr. Moon is willing to re-open mediation as you propose. I think efficiency is seriously compromised, and to an arguably prejudicial degree, if we are to simultaneously litigate and mediate. So my proposal would be that if we re-open mediation, we stay the District Court proceedings until mediation concludes. Otherwise I fear mediation will be disrupted by the discovery process, depositions, etc.

**Matthew D. Hardin**
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

Received from Andrew Grimm <andrew.b.grimm@gmail.com > on Nov

7