FILED
2024 OCT 4 AM 9:52
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER,** | **PLAINTIFF'S REPLY TO DOCS 156 and 157** |
| Plaintiff | |
| v. | Case No.: 3:24-cv-00065 |
| **JOSHUA MOON ET AL**, | 2:24cv421 |
| Defendants | |

1

Plaintiff Russell Greer comes now and replies to Defendants' Notice of Supplemental Authorities (Docs 156 and 157).

True to form, Defendants' lawyer Mathew Hardin continues to abuse and misuse the Court e filing system with Notices of non-memorable and non-important things. In a way, it's very juvenile. But this Court shouldn't be surprised by Hardin's actions, as that's just part of the Kiwi Farms way. As an apparent advocate of "the Farms", Hardin has apparently adopted the Kiwi Farms mantra of harassing and annoying opposing counsel.

### Doc 156 Exhibits

Turning to the "Notices" at hand, the allegedly "Profane Email" Hardin cites in Doc 156 was Greer using *his* freedom of speech in communication with opposing counsel, which Plaintiff is confused why Hardin would take offense over this since his clients and him are supposed to be advocates of free speech.

Secondly, the email was using adjectives and wasn't a tirade or insult at Hardin. It was just emphasizing with colorful language that Greer is doing his best.

### Greer's family member in the ICU

Besides Greer using his freedom of speech, Greer's very close family member (his father) is in the ICU. On 10-1-24, Greer informed opposing counsel of this. EXHIBIT A. Greer asked Hardin to please "give me a few," meaning to allow Greer to breathe. Greer was meaning to ask the Court for an extension of time to file the schedule, but got sidetracked emotionally. Instead of being a compassionate human being, Hardin jumped to filing his usual notices, when he knew very well Greer was having personal life issues. Needless to say, Greer's patience is weighing very thin with defendants, as it's constant harassment from them.

Greer is trying and shouldn't be constantly harassed by opposing counsel.

Respectfully

DATED: October 4th, 2024

Russell Greer

Pro Se

## **CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on October 4tb, 2024, I served a true and correct copy of the attached document by e-filing system to all opposing counsel Matthew Hardin.

## **Exhibit A**

