FILED
2024 OCT 10 PM 12:18
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

---

| | |
|---|---|
| **RUSSELL GREER,** | **PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER** |
| Plaintiff | |
| v. | Case No.: 2:24-cv-00421-DBB-JCB |
| **JOSHUA MOON ET AL**, | |
| Defendants | |

Plaintiff Russell Greer comes now and responds to the Court's 10-7-24 Show Cause Order.

## Introduction:

As explained in the corresponding Motion for Leave to File the APMR, the last few months of Greer's life have been completely unbelievable: dealing with quasi-homelessness and the record breaking Las Vegas heat, family members dying or near death, job loss, but through the proverbial flames, Plaintiff has pushed through the dumpster fire of his life because the fire of determination, that burns inside of him, has burned stronger than the dumpster flames that surround him. This determination burns in part because Defendants play a large part for why Greer is in this current predicament and this case can truly avenge Plaintiff's losses. Avenging Plaintiff's losses is the fire of determination that burns within him.

Plaintiff will show below why this case should not be dismissed for lack of prosecution.

### 1. Unexpected life issues Momentarily Caused a Missed Deadline

Plaintiff completely understands how from the Court's view, it may appear how plaintiff isn't taking the case seriously, however, 2024 has been an awful year, but it's improving. Greer's father is currently in the ICU and so that threw him in a loop. But as the Court can see, Plaintiff has abided by all other deadlines and motions.

With the corresponding Motion for Leave to File APMR, Plaintiff is very confident he can abide by the proposed deadlines.

### 2. The 10th Circuit Ruled Greer Stated a Claim

The second reason this case should not be dismissed is because a 3-0 Tenth Circuit ruled in Plaintiff's favor. The Supreme Court even rejected Defendants' arguments. And so it would be distressing if this case was dismissed for lack of prosecution.

Defendants have convinced themselves that infringing on others' copyrights is fair use and Plaintiff has shown why there is no way they could be fair use. If the Court dismisses the case,

then it will only incentivize defendants to continue their rampage of infringement and harassment against not just Greer, but countless other Kiwi Farms victims.

### 3. Holding Mr. Moon to Account

Lastly, points 1 and 2 build up to this last point: Kiwi Farms has ran since 2013-ish. Since that time, countless people have had their lives and reputations ruined because of kiwi farms. One of those victims is Plaintiff. Mr. Moon has suffered no legal repercussions because he is a very smart individual who has used our country's outdated laws to his advantage, namely Section 230. The opening in his shield, though, is copyright law and he had the misguided impression that the copyrights of non-famous "Lolcows" (which is such a subjective term anyways) gives him "fair use" to target and destroy the aspirations and works of said "Lolcows".

If this case is dismissed, Moon will continue to ruin lives and Plaintiff will continue to suffer this cycle of unemployment and homelessness because the kiwi farms have people have decided that Greer must suffer because he has a disability and they in turn have made it very hard to live a life because our current world revolves around online searches and people aren't smart enough to decipher sources.

As evidence, Greer had to get in contact with a remailer site yesterday to ask them to block his IP address from receiving endless harassing messages being sent to him from a kiwi farms user through the remailer service. **EXHIBIT A.**

## CONCLUSION

Greer fully intends on prosecuting this case and is fully confident he can follow the proposed schedule in the corresponding APMR.

Respectfully

DATED: October 10th, 2024

Russell Greer

Pro Se

## <u>CERTIFICATE OF SERVICE:</u>

Pursuant to FRCP 5(b), I certify that on October 10th, 2024, I served a true and correct
copy of the attached document by E-filing through the Court to Mathew Hardin.

# EXHIBIT A

9:25 🌙

▪▫▫ 5G 34⚡



‹ Inbox          2 Messages          ⌃   ⌄

RG  **Russell Greer**                    Yesterday
To: anonymousemail.me@t... & 1 more ›

# Please block my and your user's IP addresses

Hello,

A user from a website called kiwi farms (a notorious stalking site) is utilizing your service to send me harassing emails. I've been dealing with this for 8 years now.

The person sent me an email with the subject line "Russhole". Surely, you keep a log of every person who utilizes your service.

Please do me a huge favor and block That person's IP address from utilizing your service. This seems so simple to prevent a person from using your services to taunt others.

I'm trying to involve the police because this is utter insanity that someone hates me so much to continue to torment me for 8 long years.

         



9:26 🌙                                    ▫️▫️▫️ 5G 34⚡

2 Messages

‹ Inbox     **Please block my and...**     ⋀  ⋁

I'm trying to involve the police because this is utter insanity that someone hates me so much to continue to torment me for 8 long years.

Thank you

Sent from my iPhone

↩

anonymousemail.me@tut...  Yesterday
To: Russell Greer ›

Hello,

We have added your email address to our blacklist.

Please also feel free to click on the link at the bottom of the email you receive from our service to block any other email address.

We will take all necessary steps to identify the abusive user and ban them if technically possible.

Best regards,