FILED
2024 OCT 10 PM 12:18
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER,**  Plaintiff  v.  **JOSHUA MOON ET AL**,  Defendants | **PLAINTIFF'S MOTION FOR LEAVE TO FILE DRAFT ATTORNEY PLANNING MEETING REPORT (ATTACHED)**  Case No.:  2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer files this motion and says:

**Introduction:**

The last 90 days have been extremely rough for Plaintiff. Plaintiff has been getting his life back to stable after suffering an eviction in the hot Las Vegas summer and so he hasn't had the tools available to adequately draft and research motions, etc.

On top of that, on October 1st, Plaintiff was informed his father was in the intensive care unit in a Salt Lake City-area hospital and so while Plaintiff had been preparing and researching an APMR and how to draft one, the news of Greer's father being in the ICU threw Greer through an emotional roller coaster and he wasn't able to meet the deadline to file the requested APMR.

Plaintiff apologizes for that and has drafted an APMR and has attached it in EXHIBIT A. He now humbly asks this Court to accept the late filing.

**Good Cause Exists to Allow the Late Filing**

As stated, 2024 has been one of the weirdest years of Plaintiff's life. Month after month has been nothing, but trauma and tragedy. The tipping point was getting a late night call and being unsure if his parent would live or die. Surely, the Court would understand such need would cause anyone to lose their train of thought.

Further, good cause exists to accept the late filing because it is already drafted and so no additional time would be needed to extend deadlines.

Respectfully

DATED: October 10th, 2024

Russell Greer
Pro Se

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on October 10th, 2024, I served a true and correct copy of the attached document by E-filing through the Court to Mathew Hardin.

**EXHIBIT A**