**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER, <br><br> Plaintiff, <br><br> v. <br><br><br> JOSHUA MOON, *et al*. <br><br> Defendant. | **DEFENDANTS' NOTICE OF NON-CONSENT TO ATTORNEY PLANNING REPORT** <br><br> Case No. 2:24-cv-00421-DBB <br><br> District Judge David Barlow <br> Magistrate Judge Jared C. Bennett |

   NOW COME the Defendants, by and through undersigned counsel, and note that contrary to representations made by Mr. Greer in his "Draft Attorney Planning Meeting Report," ECF No 162-1, no meeting between the parties was held and Defendants *did not* consent to the filing of the report. Defendants did not even see the report until the Notification of Filing was received through the ECF system. Moreover, the positions Mr. Greer represents as being the Defendants' positions in the report are not the Defendants' positions, and there is no basis for Mr. Greer to represent that Defendants have in any way adopted those positions or given Mr. Greer consent to file the report setting forth any position of the Defendants in this matter.

   The entire correspondence of the parties since the date of the show cause, ECF No. 160, is attached hereto as Exhibit A. Undersigned counsel was stunned to see the report filed on the docket, and especially startled to see that Mr. Greer states in the

report that the Defendants had taken various positions, including but not limited to Mr. Greer's representation that Defendants consent to the jurisdiction of a magistrate judge for all purposes in this matter, Mr. Greer's representation that the Defendants consented to Mr. Greer filing the draft report, and Mr. Greer's assertions in the draft report as to what discovery should be taken in this matter and the means of such discovery.

DATED October 10, 2024

**HARDIN LAW OFFICE**

 /s/ Matthew D. Hardin
**Matthew D. Hardin**
Attorney for Defendants

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was filed via CM/ECF this 10th day of October, 2024, and that I also deposited a true and correct copy of the same into the U.S. Mail, with First Class Postage prepaid, addressed to the apartment in Las Vegas that Mr. Greer has most recently indicated is his correct address, as listed in ECF No. 132-1 at 3:

> Russell Greer
> 1100 Dumont Blvd.
> Apt. 139
> Las Vegas, NV 89169

I also emailed a copy of the foregoing to Mr. Greer at an address he has used in correspondence to me, to wit: russmark@gmail.com.

Dated: October 3, 2024

/s/ Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: MatthewDHardin@gmail.com