

**From:** Matthew D. Hardin MatthewDHardin@gmail.com
**Subject:** Re: ATTORNEY PLANNING MEETING REPORT
**Date:** October 8, 2024 at 3:46 PM
**To:** Russell Greer russmark@gmail.com
**Bcc:** Joshua Moon jcmoon@pm.me

As indicated in the original order, I think the way forward is to send a draft with your preferred dates and positions and I will counter or edit as appropriate.

Matthew D. Hardin
Hardin Law Office
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

On Tue, Oct 8, 2024 at 1:36 PM Russell Greer <russmark@gmail.com> wrote:
> Matthew,
>
> I am filing a late APMR and also replying to the court's show cause.
>
> Would love to have your input on discovery plans, etc.
>
> Not sure if you want to speak via phone or over email.
>
> Thank you.