**From:** Russell Greer RussMark@gmail.com 
**Subject:** Re: Planning Report
**Date:** October 17, 2024 at 8:52 PM
**To:** matthewdhardin@protonmail.com

I read it, again, and it wants me to propose to you a draft planning report.

If there was any confusion as to my earlier email to you, I was simply trying to ask you re dates, so we could bypass the waiting and just file a joint stipulation, as the order says.

But I stand by the dates of the last APMR and have attached the old copy.

Sent from my iPhone

> On Oct 17, 2024, at 5:46 PM, Russell Greer <russmark@gmail.com> wrote:
>
> Sir, I read it. You're not being cooperative. But I will read it for a fourth time. We could have simply filed a joint planning agreement by now, but you keep doing this thing where you dojh want to even work anything out.
>
> Sent from my iPhone
>
>> On Oct 17, 2024, at 6:08 AM, Matthew D. Hardin <matthewdhardin@gmail.com> wrote:
>>
>> I think you should re read the court's order, including the Minute Order where the court explained the procedure for the third time. If you file a report, I will object again.
>>
>> Matthew D. Hardin
>> Hardin Law Office
>> NYC Office: 212-680-4938
>> DC Office: 202-802-1948
>> Cell Phone: 434-202-4224
>> Email: MatthewDHardin@protonmail.com
>>
>> On Wed, Oct 16, 2024 at 11:16 PM Russell Greer <russmark@gmail.com> wrote:
>>> Matthew,
>>>
>>> To prevent another repeat of a non-consent notice, what are the dates you would like in the APMR so that I can file it?
>>>
>>> Sent from my iPhone
>>>
>>> Sent from my iPhone



utf-8''Plaintiff's APMR.pdf
148 KB