Russell Greer
1100 Dumont
Apt 139
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
2024 NOV 1 PM 3:37
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON,** publisher of the website Kiwi Farms, **& ET AL**<br><br>Defendants | **PLAINTIFF'S REPLY to ECF #169**<br><br>Case No.: 2:24-cv-00421-DBB-JCB<br><br>Judge<br>Magistrate  Judge: |

1

As has been pointed out many times by Plaintiff, opposing counsel files a notice over any little issue. Most recently, in ECF 169, Defendants now complain about Plaintiff not filing the same copy he sent them.

This is getting exhausting having to answer for every single move Plaintiff makes.

The reason for any discrepancy is the copy Plaintiff sent to Defendants was his draft from October. Because the Defendants didn't agree or want to stipulate to any dates or facts, Plaintiff had to make edits to ensure he wasn't putting words into the mouths of Defendants. Recall ECF 158 where Defendants were upset that Plaintiff had filed a non-consented to draft schedule.

Plaintiff also had to adjust dates in the copy he filed with the Court since another month has passed. He was under no obligation to re-propose these slight adjustments since they clearly don't want to stipulate to anything.

Clearly, Defendants are now just wasting judicial resources by protesting petty things.

As Defendants showed in their Doc 169 Notice, in Exhibit C, Plaintiff disagreed with Defendants schedule and said to file the draft attorney reports with the Court.

Plaintiff has complied with the Court's 10-14-24 Order and is ready for whatever schedule the Court proposes. But these monthly Notices from Defendants needs to stop.

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**11-1-24**

## Certificate of Service

Plaintiff affirms that service was made to Defendants via ECF on 11-1-24 and that said attorney for defendants is Matthew Hardin.