


**From:** Russell Greer russmark@gmail.com
**Subject:** Re: Planning Report
**Date:** November 1, 2024 at 5:11 PM
**To:** Matthew Hardin matthewdhardin@gmail.com

Sir,

Why are you like this? Why do you continue to protest everything? If I put a wrong date, you protest it to the Court. I want to know.

You didn't agree with anything I offered. I didn't agree with anything you offered. I had to fix wording to make sure I wasn't putting any words in your mouth. And then I noticed some dates were off because it's now November, when I drafted that APMR in October.

You were not harmed in any way at all. You're now just wasting resources

Sent from my iPhone

> On Nov 1, 2024, at 2:00 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Please see attached.
> <GreerNotice168.pdf>
> <ExATheDraftReportGreerTransmitted.pdf>
> <ExBGreerTransmittalEmailReport.pdf>
> <ExCGreerDisagrees.pdf>
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> NYC Office: 212-680-4938
> DC Office: 202-802-1948
> Cell Phone: 434-202-4224
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On Oct 31, 2024, at 8:59 AM, Russell Greer <RussMark@gmail.com> wrote:
>>
>> Hi,
>>
>> Received. I don't agree to any of these deadlines, etc, and since we disagree with each other, it is best to just file our own separate proposed scheduling orders, per the Court's Order from 10-14.
>>
>> Thanks
>>
>> Sent from my iPhone
>>
>> Sent from my iPhone
>>> On Oct 25, 2024, at 5:46 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>
>>> Per the Court's order, please see attached our draft order.
>>> <DraftSchedGreer.docx>
>>>
>>> **Matthew D. Hardin**
>>> **Hardin Law Office**
>>> NYC Office: 212-680-4938
>>> DC Office: 202-802-1948
>>> Cell Phone: 434-202-4224
>>> Email: MatthewDHardin@protonmail.com
>>>
>>> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On Oct 17, 2024, at 8:52 PM, Russell Greer <russmark@gmail.com> wrote:
>
> I read it, again, and it wants me to propose to you a draft planning report.
>
> If there was any confusion as to my earlier email to you, I was simply trying to ask you re dates, so we could bypass the waiting and just file a joint stipulation, as the order says.
>
> But I stand by the dates of the last APMR and have attached the old copy.
>
>
>
> Sent from my iPhone
>
>> On Oct 17, 2024, at 5:46 PM, Russell Greer <russmark@gmail.com> wrote:
>>
>> Sir, I read it. You're not being cooperative. But I will read it for a fourth time. We could have simply filed a joint planning agreement by now, but you keep doing this thing where you dojh want to even work anything out.
>>
>> Sent from my iPhone
>>
>>> On Oct 17, 2024, at 6:08 AM, Matthew D. Hardin <matthewdhardin@gmail.com> wrote:
>>>
>>> I think you should re read the court's order, including the Minute Order where the court explained the procedure for the third time. If you file a report, I will object again.
>>>
>>> Matthew D. Hardin
>>> Hardin Law Office
>>> NYC Office: 212-680-4938
>>> DC Office: 202-802-1948
>>> Cell Phone: 434-202-4224
>>> Email: MatthewDHardin@protonmail.com
>>>
>>> On Wed, Oct 16, 2024 at 11:16 PM Russell Greer <russmark@gmail.com> wrote:
>>>> Matthew,
>>>>
>>>> To prevent another repeat of a non-consent notice, what are the dates you would like in the APMR so that I can file it?
>>>>
>>>> Sent from my iPhone
>>>>
>>>> Sent from my iPhone
>
> <utf-8"Plaintiff's APMR.pdf>

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938

DC Office: 202-802-1948

Cell Phone: 434-202-4224

Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***