FILED
2024 NOV 4 AM 7:40
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont
Apt 139
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL G. GREER,**  Plaintiff  v.  **JOSHUA MOON,** publisher of the website Kiwi Farms, **& ET AL**  Defendants | **PLAINTIFF'S RESPONSE IN OPPOSITION to ECF #171**  Case No.: 2:24-cv-00421-DBB-JCB  Judge  Magistrate Judge: |

1

Plaintiff replies to Defendants and says:

Defendants, in their Motion for a Conference, say that Greer didn't comply with ECF 60, which stated that undersigned counsel was supposed to say "which provisions are contested and which are not." (ECF 171, page 1, paragraph 2).

However, Defendants are either unaware or are ignoring that Greer wasn't going off of ECF 60. Greer was going off of ECF 167, which was a Docket Text Order. The DTO stated:

"The court HEREBY ORDERS Mr. Greer to propose a schedule to Defendants in the form of a draft Attorney Planning Meeting Report on or before October 18, 2024. Defendants shall have until October 25, 2024 to respond to Mr. Greer with their proposed schedule. On or before November 1, 2024, the parties shall file either a stipulated motion for scheduling order or, if the parties are unable to stipulate to a litigation schedule, separate proposed scheduling orders. Thereafter, the court will review the contested provisions and enter a final Scheduling Order. Signed by Magistrate Judge Jared C. Bennett on 10/11/2024. (docket text order; no attached document)." **EXHIBIT A.**

No where in the 10-11-24 DTO did it require Plaintiff to contest individual provisions. The DTO simply required Plaintiff to propose a schedule. He did that. In fact, he even asked Defendants what they wanted in a stipulated schedule and Mr. Hardin got annoyed with Plaintiff. **EXHIBIT B.**

Greer proposed to Defendants the same schedule he had filed inadvertently with this Court in his Motion for Leave to file.

Defendants filed their schedule.

Following the DTO's wording, the parties could not stipulate to a joint schedule and so Plaintiff, per the DTO, wasn't required to say what he disagreed with, but rather simply was allowed to plainly and simply say he disagrees and for the parties to file their individual schedules with the Court for the Court to decide a final schedule. That was in compliance with the DTO's wording.

Requiring a hearing is unnecessary because Plaintiff fully complied with the DTO and therefore a conference would be adding more delay to a resolution to this case.

2

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**11-1-24**

3

## **Certificate of Service**

Plaintiff affirms that service was made to Defendants via ECF on 11-1-24  and that said attorney for defendants is Matthew Hardin.

## **EXHIBIT A**

3:05  •ıl LTE 73⚡

< Inbox    Activity in Case 2:24-...  ∧  ∨

The following transaction was entered on 10/11/2024 at 1:16 PM MDT and filed on 10/11/2024

**Case Name:** Greer v. Moon et al
**Case Number:** 2:24-cv-00421-DBB-JCB
**Filer:**
**Document Number:** 167(No document attached)

**Docket Text:**
DOCKET TEXT ORDER. The court HEREBY ORDERS Mr. Greer to propose a schedule to Defendants in the form of a draft Attorney Planning Meeting Report on or before October 18, 2024. Defendants shall have until October 25, 2024 to respond to Mr. Greer with their proposed schedule. On or before November 1, 2024, the parties shall file either a stipulated motion for scheduling order or, if the parties are unable to stipulate to a litigation schedule, separate proposed scheduling orders. Thereafter, the court will review the contested provisions and enter a final Scheduling Order. Signed by Magistrate Judge Jared C. Bennett on 10/11/2024. (docket text order; no attached document). (lc)

**2:24-cv-00421-DBB-JCB Notice has been electronically mailed to:**

## **EXHIBIT B**



On Oct 17, 2024, at 8:52 PM, Russell Greer <russmark@gmail.com> wrote:

I read it, again, and it wants me to propose to you a draft planning report.

If there was any confusion as to my earlier email to you, I was simply trying to ask you re dates, so we could bypass the waiting and just file a joint stipulation, as the order says.

But I stand by the dates of the last APMR and have attached the old copy.

Sent from my iPhone

On Oct 17, 2024, at 5:46 PM, Russell Greer <russmark@gmail.com> wrote: