IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| Russell G. Greer,<br><br>            Plaintiff(s),<br><br>vs.<br><br>Joshua Moon, et al.,<br><br>            Defendant(s). | Case No. 2:24-cv-00421 |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒  Attorney:   Matthew Hardin

☐  Party:         Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 11/18/24 | Scheduling Conference/Rule 26(f) Conference |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date:   November 21, 2024            Michelle Mallonee
                                                          Court Reporter