**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive #11506
Livingston, TX 77399
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| RUSSELL GREER, <br><br> Plaintiff, <br> v. <br><br> JOSHUA MOON, *et al*. <br><br> Defendant. | **CERTIFICATE OF SERVICE** <br><br> Case No. 2:24-cv-00421-DBB <br><br> District Judge David Barlow <br> Magistrate Judge Jared C. Bennett |
|---|---|

NOW COME the Defendants, by and through undersigned counsel, pursuant to this Court's order at ECF No. 177, and certify that on the 2nd day of December, 2024, Defendants served their Initial Disclosures upon Russell Greer via email to russmark@gmail.com.

DATED December 2, 2024

**HARDIN LAW OFFICE**

 */s/ Matthew D. Hardin*
**Matthew D. Hardin**
Attorney for Defendants