**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive #11506
Livingston, TX 77399
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

---

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| RUSSELL GREER,  Plaintiff,  v.  JOSHUA MOON, *et al*.  Defendant. | **NOTICE OF CHANGE OF ADDRESS**  Case No. 2:24-cv-00421-DBB  District Judge David Barlow  Magistrate Judge Jared C. Bennett |
|---|---|

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

> Matthew D. Hardin
> Hardin Law Office
> 101 Rainbow Drive # 11506
> Livingston, TX 77399

DATED December 2, 2024

**HARDIN LAW OFFICE**

 */s/ Matthew D. Hardin*
**Matthew D. Hardin**
Attorney for Defendants