


**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Re: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Request
**Date:** November 26, 2024 at 11:07 AM
**To:** Russell Greer russmark@gmail.com

Good morning, Mr. Greer.

It appears you are under the misapprehension that an eviction case is not a lawsuit. To the contrary, an eviction case is a civil action filed by a landlord against a tenant. This email will serve as notice that eviction proceedings constitute a "case" or "proceeding" covered by our Request for Production of Documents sent November 20, 2024. You cannot exclude filings from any eviction proceedings when producing documents responsive to that request.

Additionally: I have not heard back from you with reference to my November 18 and 19 emails regarding your intention to either supplement/amend your initial disclosures, or alternatively meet and confer with me. Please advise which course of action you intend to take.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

> On Nov 26, 2024, at 10:54 AM, <utd_enotice@utd.uscourts.gov> <utd_enotice@utd.uscourts.gov> wrote:
>
> **This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.
>
> US District Court Electronic Case Filing System
>
> District of Utah
>
> **Notice of Electronic Filing**
>
> The following transaction was entered on 11/26/2024 at 8:54 AM MST and filed on 11/26/2024
>
> | | |
> |---|---|
> | **Case Name:** | Greer v. Moon et al |
> | **Case Number:** | 2:24-cv-00421-DBB-JCB |
> | **Filer:** | Russell G. Greer |
> | **Document Number:** | 182 |
>
> Docket Text:
> **REQUEST for Judicial Notice re: Statements made by Opposing Counsel at the 11/18/2024 Hearing filed by Plaintiff Russell G. Greer. (kpf)**
>
> 2:24-cv-00421-DBB-JCB Notice has been electronically mailed to:
>
> Matthew D. Hardin    matthewdhardin@gmail.com, matthewdhardin@ecf.courtdrive.com, matthewdhardin@protonmail.com
>
> Russell G. Greer    russmark@gmail.com
>
> 2:24-cv-00421-DBB-JCB Notice has been delivered by other means to:
>
> The following document(s) are associated with this transaction:
>
> **Document description:** Main Document
> **Original filename:** n/a
> **Electronic document Stamp:**
> [STAMP dcecfStamp_ID=1060034973 [Date=11/26/2024] [FileNumber=5981332-0] [356c722cd0767b003cb82af0802c4b0c8b4597dfa8eec991a5bee6541163620fe0 7c2504173edb998d747d275ddbf996f2267b95e0c908817aa4e6d81390e5e0]]