

**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Re: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Request
**Date:** November 26, 2024 at 11:22 AM
**To:** Russell Greer russmark@gmail.com
**Bcc:** Joshua Moon jcmoon@pm.me

Good morning,

Thank you for confirming receipt of the Request for Production of Documents sent November 20. It does not appear that you have responded to my request that you supplement your initial disclosures or alternatively meet and confer with me regarding your failure to do so. Have I missed that? If so, please point me to your response. If not, please respond.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

> On Nov 26, 2024, at 11:19 AM, Russell Greer <russmark@gmail.com> wrote:
>
> Sir,
>
> No, you mischaraterized it as a lawsuit that I HAD FILED. You didn't mention to the Court that It was a motion opposing eviction. You made it seem like it was another complaint seeking money.
>
> And I have received your documents. They will be replied to, given the length of time allowed to me by the FRCP
>
>
> Sent from my iPhone
>
>> On Nov 26, 2024, at 8:07 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Good morning, Mr. Greer.
>>
>> It appears you are under the misapprehension that an eviction case is not a lawsuit. To the contrary, an eviction case is a civil action filed by a landlord against a tenant. This email will serve as notice that eviction proceedings constitute a "case" or "proceeding" covered by our Request for Production of Documents sent November 20, 2024. You cannot exclude filings from any eviction proceedings when producing documents responsive to that request.
>>
>> Additionally: I have not heard back from you with reference to my November 18 and 19 emails regarding your intention to either supplement/amend your initial disclosures, or alternatively meet and confer with me. Please advise which course of action you intend to take.
>>
>> Best,
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> Direct Dial: 202-802-1948
>> NYC Office: 212-680-4938
>> Email: MatthewDHardin@protonmail.com
>>
>>> On Nov 26, 2024, at 10:54 AM, <utd_enotice@utd.uscourts.gov> <utd_enotice@utd.uscourts.gov> wrote:
>>>
>>> This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.
>>> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.
>>>
>>> US District Court Electronic Case Filing System
>>>
>>> District of Utah
>>>
>>> **Notice of Electronic Filing**
>>>
>>> The following transaction was entered on 11/26/2024 at 8:54 AM MST and filed on 11/26/2024
>>> **Case Name:**     Greer v. Moon et al
>>> **Case Number:**   2:24-cv-00421-DBB-JCB
>>> **Filer:**         Russell G. Greer

**Document Number:** 182

**Docket Text:**
**REQUEST for Judicial Notice re: Statements made by Opposing Counsel at the 11/18/2024 Hearing filed by Plaintiff Russell G. Greer. (kpf)**

**2:24-cv-00421-DBB-JCB Notice has been electronically mailed to:**

Matthew D. Hardin     matthewdhardin@gmail.com, matthewdhardin@ecf.courtdrive.com, matthewdhardin@protonmail.com

Russell G. Greer     russmark@gmail.com

**2:24-cv-00421-DBB-JCB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=11/26/2024] [FileNumber=5981332-0] [356c722cd0767b003cb82af0802c4b0c8b4597dfa8eec991a5bee6541163620fe07c2504173edb998d747d275ddbf996f2267b95e0c908817aa4e6d81390e5e0]]