FILED
2024 DEC 11 AM 8:17
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER** | **PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER COMPELLING JOSHUA MOON & LOLCOW LLC TO APPEAR FOR A JUDGMENT DEBTOR EXAMINATION AND PRODUCE DOCUMENTS** |
| Plaintiff | |
| v. | Case No.:   2:24-cv-00421-DBB-JCB |
| **JOSHUA MOON ET AL**, | |
| Defendants | |

Plaintiff Russell Greer comes now and requests a debtor's examination of Joshua Moon and Lolwcow LLC to pay the outstanding $225.25 that the 10th Circuit awarded last year: 12-12-23.

## FACTS

### Awarded Costs

Last October, the 10th Circuit ruled in Plaintiff's favor and reversed the erroneous dismissal. In vain, the Defendants filed a re-hearing. That was denied. And then, they appealed to the Supreme Court. That, too, was denied.

On 12-12-23, the 10th Circuit awarded Greer $225.25 in appeals costs. The District Court Clerk entered the award. **EXHIBIT A.**

### Tried collecting the award

In April of 2024, Plaintiff tried collecting the award from Mr. Hardin, but Hardin never affirmed or acknowledged that he would pay, rather, he blamed "Plaintiff's behavior" for the reason why the case was continuing and touted Defendants' rights to infringe Plaintiff's copyrights. **EXHIBIT B.**

The conversation of recouping the award money got lost in the swarm of Defendants' excessive motions and notices and filings.

On 12/09/24, Plaintiff once again asked for the money. Defendants ignored Greer. Plaintiff is left with no other option, but to request an examination of Mr. Moon in order to get the $225.25 from him.

### Examination of Mr. Moon and Lolcow LLC

Greer requests to examine Defendant Joshua Moon upon all matters relating to his assets (liquid and property) in order to satisfy the outstanding debt.

Greer requests a Zoom hearing, in open-court, in front of Judge Bennett, and that the debtor produce the following documents for examination: books, documents, bank statements and other papers relating to Moon's and Lolcow's assets.

By producing the following documents, Plaintiff believes he can establish that Moon has the money to satisfy the awarded damages because after all, Defendants have the money to run a website that has infringed on Plaintiff's copyrights.

Respectfully

DATED: December 11th, 2024

Russell Greer

/rgreer/

Pro Se

**<u>CERTIFICATE OF SERVICE:</u>**

Pursuant to FRCP 5(b), I certify that on December 11th, 2024, I served a true and correct
copy of the attached document by ECF to all attorneys on record

**EXHIBIT A**

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

No. 21-4128
Greer v. Moon, et al.,
(D.C. No. 2:20-CV-00647-TC)

**STATEMENT OF COSTS**

The following itemized costs are certified in the captioned case in favor of appellant and against appellees. *See* Fed. R. App. P. 39. Per Fed. R. App. P. 39(d)(3), this statement of costs becomes effective the date the mandate issues. If the mandate has issued already, the statement acts as a supplement to that mandate.

| | |
|---|---|
| Docket Fees | $    0.00 |
| **PRINTING EXPENSE:** | |
| Appellant's Opening Brief, Reply Brief, and appendix printing $225.25. | |
| **TOTAL PRINTING EXPENSE** | $    225.25 |
| **OTHER COSTS:** | |
| | $    0.00 |
| **GRAND TOTAL, STATEMENT OF COSTS** | $    225.25 |

It is requested that these costs be added to the mandate in accordance with the provisions of Rule 39 of the Federal Rules of Appellate Procedure.

Entered for the Court,

Christopher M. Wolpert
Clerk of the Court

**EXHIBIT B**



4:56    LTE 17

< Sent    **Request for Payment**    ∧ ∨

please allow me to move on with my Life

On Mar 31, 2024, at 3:50 AM, Russell Greer <russmark@gmail.com> wrote:
Dear Matthew,

If you may recall, in January, the 10th circuit court of appeals and the district court in Utah granted me printing costs.

While the erroneous venue transfer is being resolved, which I have no problem appealing this all over again to the 10th Circuit, I do politely ask that Mr Moon pay me the monies that I'm owed.

A check can be made to Andrew Grimm of the Digital Justice Foundation, CC'd on this email, for the full amount owed.

I also once again ask that we settle this case to avoid any further appeals. My request is fairly simple: I just want kiwi farms to leave me alone.



6:04                              LTE

‹ Sent                        ∧   ∨

Russell Greer
To:

# Requesting payment

Mr. Hardin,

Earlier this year, the district court awarded me appellate costs. Since you are Moon's lawyer, I am kindly asking to be paid the amount awarded to me by the district court clerk. Please arrange for payment by Monday the 9th of December, 2024. Venmo is the easiest method for me to receive payment.

Thank you

Sent from my iPhone