**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>      Plaintiff,<br>v.<br><br><br>JOSHUA MOON, *et al*.<br><br>      Defendants. | **NOTICE REGARDING ORDER AT ECF NO. 189**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and hereby give NOTICE that as of the date of this filing, the Defendants still have not received Plaintiff's Initial Disclosures. Undersigned counsel has double checked all of his email accounts and all relevant spam folders in an abundance of caution and has verified that no disclosures were provided.

Mr. Greer has communicated on other matters to at least some extent since the Order at ECF No. 189 was issued, as demonstrated in the attached exhibits, but the Plaintiff has not indicated that any initial disclosures were sent or are forthcoming. Nor has the Plaintiff informed undersigned counsel that Mr. Greer no longer wishes to communicate exclusively via email or that Plaintiff's address or email address have changed.

DATED December 17, 2024

                                        **HARDIN LAW OFFICE**

                                        */s/ Matthew D. Hardin*
                                        **Matthew D. Hardin**
                                        Attorney for Defendants