**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| RUSSELL GREER, | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:24-cv-00421-DBB |
| JOSHUA MOON, *et al*. | District Judge David Barlow |
| Defendants. | Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and hereby give NOTICE that at approximately 5:23 a.m., after Defendants notified the Court of Mr. Greer's continued refusal to provide Initial Disclosures at ECF No. 193, undersigned counsel received an email from Mr. Greer. That email is attached as Exhibit A, and contains the names of two witnesses and their telephone numbers, only, without any information as to the subject of those individuals' knowledge or the address at which such individuals may be served with compulsory process. Notwithstanding his earlier protestations, Mr. Greer did not indicate that the email or any information contained in it was "confidential" or "Attorneys-eyes-only" pursuant to the Standard Protective Order. Nor did Mr. Greer disclose his own anticipated testimony or indicate the scope of his own knowledge on any relevant issue.

Defendants respectfully submit that Mr. Greer remains wholly out of compliance both with Rule 26 (a)(1) and with this Court's order at ECF No. 189, for reasons outlined

in their response to Mr. Greer, which is attached as Exhibit B. *Cf*. ECF Nos. 185, 187. Defendants respectfully submit that the prejudice to their rights as a result of Mr. Greer's delays and continued refusals to make proper disclosures, which is due to Mr. Greer's "willful" and "recalcitrant" behavior, has only grown since this Court entered the Order finding Mr. Greer's behavior was improper and "not substantially justified" at ECF No. 189.

DATED December 17, 2024

**HARDIN LAW OFFICE**

 */s/ Matthew D. Hardin*
**Matthew D. Hardin**
Attorney for Defendants