**From:** Russell Greer RussMark@gmail.com
**Subject:** Witnesses
**Date:** December 17, 2024 at 5:23 AM
**To:** Matthew Hardin matthewdhardin@gmail.com



I apologize for being 2 hours late with disclosing the witnesses. L

I am making this very clear: the reason for the initial non-disclosure is because your client and his users stalk me. If you may recall, a person a month ago was pretending to be you and sent me unsolicited porn emails.

However. Complying with the court's order, the witnesses are:

1. Nathan Greer. +1 (801) 310-2142

2. Scott Greer . (801) 301-1290