FILED
2024 DEC 17 AM 8:24
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

---

| | |
|---|---|
| **RUSSELL GREER** | **PLAINTIFF'S REPLY TO 193** |
| Plaintiff | Case No.:   2:24-cv-00421-DBB-JCB |
| v. | |
| **JOSHUA MOON ET AL**, | |
| Defendants | |

Plaintiff Russell Greer comes now and says:

## **FACTS**

Plaintiff had until midnight of 12-16 to disclose witnesses.

Plaintiff was two hours late with disclosing. He sent the disclosing email to Hardin on 12-17-24 at 2:23 AM. **EXHIBIT A.**

As stated in the disclosing email to Matthew Hardin, Joshua Moon's users terrorize plaintiff via email. As will be shown in Plaintiff's reply to the Court's show cause sanction order, a user was impersonating Matthew Hardin in October 2024 and had sent Greer unsolicited pornography, which Plaintiff had made Hardin aware of, and so Greer hopes this Court can truly understand the apprehension Plaintiff has with disclosing things to Hardin because Hardin is actively involved with the Kiwi Farms site. He's not a simple third party representing Moon as an attorney. He is a self-described "defender of the Farms".

Defendants in no way have suffered harm as a result of Greer's two hour late disclosure. *Jacobsen v. Deseret Book Company,* 287 F.3d 936 (10th Circuit 2002) (setting a test to determine whether a party is harmed by 26(a) disclosure). And Greer complied by disclosing, two hours late.

Respectfully

DATED: December 17th, 2024

Russell Greer

/rgreer/

Pro Se

3

## CERTIFICATE OF SERVICE:

Pursuant to FRCP 5(b), I certify that on December 17th, 2024, I served a true and correct copy of the attached document by ECF to all attorneys on record

**EXHIBIT A**



2:23                                    📶  LTE 52

< Sent                                              ⌄

**RG** **Russell Greer**                    2:23 AM
To:

# Witnesses

I apologize for being 2 hours late with disclosing the witnesses. L

I am making this very clear: the reason for the initial non-disclosure is because your client and his users stalk me. If you may recall, a person a month ago was pretending to be you and sent me unsolicited porn emails.

However. Complying with the court's order, the witnesses are:

1. N

2. S

**I'm**