**From:** **Matthew Hardin** matthewdhardin@gmail.com
**Subject:** Re: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Reply Brief
**Date:** December 17, 2024 at 11:00 AM
**To:** Russell Greer russmark@gmail.com
**Bcc:** Joshua Moon jcmoon@pm.me



Mr. Greer,

I write pursuant to Rule 11 (b)(3) with reference to the below document you filed at ECF No. 195. As the rule provides, your signature on a document serves as a certification to the Court that "the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery…"

In this filing, you stated: "*Hardin is actively involved with the Kiwi Farms site. He's not a simple third party representing Moon as an attorney. He is a self-described "defender of the Farms".*" I write pursuant to the Rule to either ask that you withdraw these statements, or alternatively identify any evidentiary basis you have for making these assertions. Specifically, please identify what you mean by stating that I am "actively involved" with the Kiwi Farms site or am acting in any capacity other than as an attorney. Additionally, please identify any citation or source you relied upon to say that I have described myself as a "defender of the farms."

**Failure to identify the evidentiary basis for these assertions will likely result in a Motion for Sanctions pursuant to Rule 11 (c). Additionally, I still have not heard from you regarding whether you intend to meet and confer with me at noon. It is presently 11 a.m., so please let me know as soon as possible.**

Merry Christmas,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

> On Dec 17, 2024, at 10:30 AM, <utd_enotice@utd.uscourts.gov> <utd_enotice@utd.uscourts.gov> wrote:
>
> **This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**
>
> **US District Court Electronic Case Filing System**
>
> **District of Utah**
>
> ## Notice of Electronic Filing
>
> The following transaction was entered on 12/17/2024 at 8:30 AM MST and filed on 12/17/2024
>
> | | |
> |---|---|
> | **Case Name:** | Greer v. Moon et al |
> | **Case Number:** | 2:24-cv-00421-DBB-JCB |
> | **Filer:** | Russell G. Greer |
> | **Document Number:** | 195 |
>
> **Docket Text:**
> **Plaintiffs REPLY to [193] Notice filed by Plaintiff Russell G. Greer. (kpf)**
>
> **2:24-cv-00421-DBB-JCB Notice has been electronically mailed to:**
>
> Matthew D. Hardin    matthewdhardin@gmail.com, matthewdhardin@ecf.courtdrive.com, matthewdhardin@protonmail.com
>
> Russell G. Greer    russmark@gmail.com
>
> **2:24-cv-00421-DBB-JCB Notice has been delivered by other means to:**
>
> The following document(s) are associated with this transaction:
>
> **Document description:**Main Document
> **Original filename:**n/a
> **Electronic document Stamp:**
> [STAMP dcecfStamp_ID=1060034973 [Date=12/17/2024] [FileNumber=5999561-0] [62f45e068ecfc6e8ba324224b46db0f76ad6bd0718c41fed75e622abee873735f4 440a95da267bf6b69a8ca416b3568e0e0814c328aa52ae0cba909e97f08047]]