**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Re:
**Date:** December 18, 2024 at 8:20 PM
**To:** Russell Greer RussMark@gmail.com



Good evening, Mr. Greer,

Thank you for confirming that you still receive emails at this address, including the subpoenas served upon you and Nathan Greer. I'm still waiting to hear from you on the mandatory DUCivR 37-1 conference, and tomorrow at noon is still available. Do you intend to participate?

As a trained paralegal, you understand that the job of an attorney is to zealously represent his client, not his client's opponent. In this case, my clients are Joshua Moon and Lolcow, LLC. My clients do not wish to settle with you. They do wish to recover their expenses from you, both under DUCivR 37-1 and in the form of sanctions, such that you will likely be paying for the depositions, subpoenas, and other discovery methods yourself unless you work with me to remedy the needless expenses you have caused to accrue. You're familiar with how sanctions work as well, not only due to your training and experience as a paralegal, but also because you have already been forced to pay sanctions awarded to Greg Skordas for very similar behavior.

Merry Christmas.

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On Dec 18, 2024, at 8:14 PM, Russell Greer <RussMark@gmail.com> wrote:
>
> This is also what I'm talking about.
>
> Moon's weird users contact me and they are actively monitoring the case.
>
> And so Whatever. I'm just tired of dealing with your client and if you were a true neutral third party, you would be working with me to settle this, instead of investing money in subpoenas and depositions.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Russell Greer Fan Club <russellgreerofficial@gmail.com>
>> **Date:** December 18, 2024 at 5:09:57 PM PST
>> **To:** Russell Greer <russmark@gmail.com>
>>
>> Russell,
>>
>> In your latest legal filing you claimed "I'm 7." Between you and me, it is fairly obvious that you are not 7, so naturally I was fascinated by this legal maneuver. Is this part of a new legal strategy? Or do you have some other reason for claiming that you're 7? I am not a trained legal professional, so naturally I have trouble understanding these things.
>>
>> I promise to keep our communications confidential.
>>
>> Yours truly,
>>
>> The President of the Russell Greer Fan Club