

**From:** Russell Greer russmark@gmail.com
**Subject:** Re: Subpoena in Greer v. Moon et al.
**Date:** December 19, 2024 at 3:17 PM
**To:** Matthew Hardin matthewdhardin@gmail.com
**Cc:** kngreer@gmail.com

Mr. Hardin.

Before you begin harassing my witnesses, aka my family, I am going to need to see a list of questions you intend to ask. Pronto. If the questions are irrelevant, I will be filing a motion to quash.

I provided the witnesses in good faith, not for them to be harassed . I was given no notice of your intent with this.

If I do not receive a list of questions you intend to ask by Monday the 23rd, I will be filing a motion to quash your predatory actions

Further, Nathan wishes to withdraw as a witness.


Sent from my iPhone

> On Dec 18, 2024, at 3:00 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Dear Mr. (Nathan) Greer:
>
> Thank you for your telephone call and cooperation in scheduling this deposition. As we discussed, please see attached a Subpoena and Notice of Deposition. As indicated in the accompanying letter, a check has been mailed to your attention in the amount of 43.83.
>
> Merry Christmas,
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> <NathanGreerSubpoenaPackage.pdf>