**From:** **Russell Greer** russmark@gmail.com
**Subject:** Re: Subpoena / Notice of Deposition
**Date:** December 19, 2024 at 3:20 PM
**To:** matthewdhardin@protonmail.com
**Cc:** greer.scott@gmail.com





You decline to do so?

Sir, you have been electronically stalking me for the past 3 days with your nuisance emails while I have been at work. You demanded to meet when I was work.

Ok, so I will file a motion to quash. You're out of line and you have Crossed the line with this predatory behavior.

Dad, please hire an attorney to get out of this deposition. Do NOT agree to anything this crazy man says.

Sent from my iPhone

> On Dec 19, 2024, at 12:16 PM, Matthew D. Hardin <matthewdhardin@gmail.com> wrote:
>
>
> I am not required to provide deposition questions in advance, and I decline to do so.
>
> Matthew D. Hardin
> Hardin Law Office
> Direct Dial: 202-802-1948
> Email: MatthewDHardin@protonmail.com

> On Thu, Dec 19, 2024 at 2:15 PM Russell Greer <russmark@gmail.com> wrote:
>> Mr. Hardin.
>>
>> Before you begin harassing my witnesses, aka my family, I am going to need to see a list of questions you intend to ask. Pronto. If the questions are irrelevant, I will be filing a motion to quash.
>>
>> I provided the witnesses in good faith, not for them to be harassed . I was given no notice of your intent with this.
>>
>> If I do not receive a list of questions you intend to ask by Monday the 23rd, I will be filing a motion to quash your predatory actions
>>
>>
>>
>>
>> Sent from my iPhone, I
>>
>>> On Dec 19, 2024, at 10:35 AM, Matthew D. Hardin <matthewdhardin@gmail.com> wrote:
>>>
>>>
>>> <ScottGreerSubpoenaPackage.pdf>
>>>
>>> Good morning, Mr. (Scott) Greer.
>>>
>>> Thank you for your call this morning. As we discussed, please see attached a subpoena to appear for a deposition via Zoom or similar technology on February 10, 2025. You will receive a check in payment of the $40 appearance fee in the mail.
>>>
>>> Merry Christmas,
>>>
>>> **Matthew D. Hardin**
>>> **Hardin Law Office**
>>> Direct Dial: 202-802-1948
>>> NYC Office: 212-680-4938
>>> Email: MatthewDHardin@protonmail.com