

| | |
|---|---|
| **From:** | **Russell Greer** russmark@gmail.com |
| **Subject:** | Re: Subpoena in Greer v. Moon et al. |
| **Date:** | December 19, 2024 at 3:21 PM |
| **To:** | Matthew Hardin matthewdhardin@gmail.com, kngreer@gmail.com |

Nathan,

I am going to do my best to quash this deposition that I was not aware Hardin would be doing.

Please also get an attorney involved. Hardin is a very unethical person, who has been harassing me all week through emails.

Sent from my iPhone

> On Dec 19, 2024, at 12:16 PM, Russell Greer <russmark@gmail.com> wrote:
>
> Mr. Hardin.
>
> Before you begin harassing my witnesses, aka my family, I am going to need to see a list of questions you intend to ask. Pronto. If the questions are irrelevant, I will be filing a motion to quash.
>
> I provided the witnesses in good faith, not for them to be harassed . I was given no notice of your intent with this.
>
> If I do not receive a list of questions you intend to ask by Monday the 23rd, I will be filing a motion to quash your predatory actions
>
> Further, Nathan wishes to withdraw as a witness.
>
>
> Sent from my iPhone
>
>> On Dec 18, 2024, at 3:00 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Dear Mr. (Nathan) Greer:
>>
>> Thank you for your telephone call and cooperation in scheduling this deposition. As we discussed, please see attached a Subpoena and Notice of Deposition. As indicated in the accompanying letter, a check has been mailed to your attention in the amount of 43.83.
>>
>> Merry Christmas,
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> Direct Dial: 202-802-1948
>> NYC Office: 212-680-4938
>> Email: MatthewDHardin@protonmail.com
>>
>> <NathanGreerSubpoenaPackage.pdf>