FILED
2024 DEC 19 AM 7:59
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>    Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>    Defendants | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY OF LAWYER MATTHEW HARDIN VIOLATING THE COURT'S PROTECTIVE ORDER**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes now and says:

## FACTS

On November 18th, this Court held a planning meeting and entered a protective order.

On December 4th, Defendants moved for a motion to exclude witnesses.

Plaintiff replied the next day and clearly explained why he hadn't given the information because he was not promised explicitly by Defendants that they would not publish the information.

On December 9th, the Court entered an Order and denied the motion to exclude, but said that Greer had to show cause for why he shouldn't be sanctioned. Even in the Court's 12-9-24 Order, the Court reiterated the protective order,

On December 17th, Plaintiff was two hours late with disclosing the witnesses and once again said to Mr. Hardin that he was scared, based on past dealings with Kiwi Farms.

Even after disclosing the names of the witnesses and their phone numbers, it was not enough for Mr. Hardin. He demanded their addresses, too, even though having their addresses (1) is not relevant and (2) plaintiff didn't know one of their addresses.

Hardin proceeded to file another notice, protesting this lack of addresses, and PUBLISHED PRIVATE INFORMATION IN HIS EXHIBITS by disclosing the phone numbers and names of the witnesses. He didn't even attempt to redact the information. **EXHIBIT A.**

On December 18th, one of moon's users contacted plaintiff via the email address "russell_ the moebius_ moron@tutamail.com". **EXHIBIT B.** The KF user called plaintiff a "dummy" and laughed at Greer for having Hardin publish the names and numbers of the witnesses.

By Hardin publishing the names and contact info in his exhibit, it has put Greer and his witnesses (his family) at risk.

Defendants talk about willful behavior, THEIR behavior is willful and has waded into sanction territory.

Since plaintiff is now having to answer to why he didn't provide the witnesses, plaintiff hopes this Court asks Mr. Hardin to show cause why sanctions shouldn't be made against defendants for violating the protective order.

Respectfully

DATED: December 18th, 2024

Russell Greer

/rgreer/

Pro Se

## **CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on December 18th, 2024, I served a true and correct copy of the attached document by ECF to all attorneys on record

**EXHIBIT A**

**EXHIBIT A**



From: Russell Greer RussMark@gmail.com
Subject: Witnesses
Date: December 17, 2024 at 5:23 AM
To: Matthew Hardin matthewdhardin@gmail.com

I apologize for being 2 hours late with disclosing the witnesses. L

I am making this very clear: the reason for the initial non-disclosure is because your client and his use was pretending to be you and sent me unsolicited porn emails.

However. Complying with the court's order, the witnesses are:

1. Nathan Greer. +1 (801) 310-2142

2. Scott Greer . (801) 301-1290



**EXHIBIT B**





placeholder