FILED
2024 DEC 19 AM 8:00
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER** | **PLAINTIFF'S NOTICE OF ERATTA** |
| Plaintiff | Case No.:   2:24-cv-00421-DBB-JCB |
| v. | |
| **JOSHUA MOON ET AL**, | |
| Defendants | |

Plaintiff Russell Greer comes now and says:

<u>**FACTS**</u>

On December 17th, Plaintiff filed a response to Defendants' ECF 193. In his response, Greer made a few statements that need to be corrected, at the behest of Defendants' counsel.

In his Response, Plaintiff stated: "Hardin is actively involved with the Kiwi Farms site. He's not a simple third party representing Moon as an attorney. He is a self-described "defender of the Farms". This statement was written vaguely and poorly.

Plaintiff meant to say the following:

1. Greer is unsure what level of involvement Hardin has with kiwi farms, aside from representing them. The previous statement of Hardin being active in the site was made posthaste and Greer corrects that statement.

2. However, Hardin has helped Mr. Moon run a campaign to raise funds to defend kiwi farms. Here is an archived linked of the fundraiser:

   https://web.archive.org/web/20240207060515/https://lolcowfund.hardin.law/

   **EXHIBIT A.**

3. The fundraiser isn't on a third party site like GoFundMe, it's on a personal website that was managed by The Law Office of Matthew D, Hardin, PLLC. Link to a discussion of the fundraising campaign : https://knockout.chat/thread/41097/29

4. There was also a drawing of Plaintiff on the fundraising website, which again, is unclear if Hardin drew the picture.

5. The above-mentioned 3 facts leads Plaintiff to believe that Hardin is more than a traditional lawyer and is actively helping Moon more so than the traditional lawyer, as most lawyers don't help their clients fundraise.

6. Further, the kiwi farms website actively monitors the Court docket, which led to Greer's witnesses being published onto Kiwi Farms (even after this Court assured

there being a protective order) and Greer is unsure who is publishing the Court documents onto the kiwi farms website.

7. Therefore, Greer should have said that Hardin has helped ran a fundraiser for Kiwi Farms that said "defending kiwi farms", although Hardin has never called himself a "defender". It was just implied that he saw himself as such.

8. These are all facts that helped Plaintiff reach his opinion and he apologizes for previous vague and poorly articulated statements.


Respectfully

DATED: December 18th, 2024

Russell Greer

/rgreer/

Pro Se

**<u>CERTIFICATE OF SERVICE:</u>**

Pursuant to FRCP 5(b), I certify that on December 18th, 2024, I served a true and correct copy of the attached document by ECF to all attorneys on record

**EXHIBIT A**



**EXHIBIT B**





6:52

Meet our new Knockout moderators! [ Say hi! ]  ×

Log in

**Snownel**
he/they

10mo  🇺🇸 (edited)  #575

I am pretty confident the lawsuit, whatever it is, is going nowhere. This is the lawyer he hired:

https://hardinlawpllc.com/

I should point out: this is NOT the lolcowfund.hardin.law domain used for fundraising, which still exists, but hardin.law goes nowhere, despite the fact that his personal website, matthewhardin.com, redirects cleanly to hardinlaw.com. Someone doesn't want his name on this crap.

Also, the "fundraiser" is shown as being operated by The Law Office of Matthew D. Hardin, PLLC; whereas his actual law firm is called Hardin Law, PLLC. So it's also an open question of whether or not any of this is real, because NO lawyer would just forget what they called their own firm.

I am not a huge fan of Caraballo myself - she has a bad habit of lazily stretching truths to hype up otherwise important political issues, and it's not outside the realm of possibility that she took "KF had CSAM" and just parroted it without actually putting

🔒 knockout.chat