**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| RUSSELL GREER, | **NOTICE OF PLAINTIFF'S RECENT CORRESPONDENCE** |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:24-cv-00421-DBB |
| JOSHUA MOON, *et al*. | District Judge David Barlow |
| | Magistrate Judge Jared C. Bennett |
| Defendants. | |

NOW COME the Defendants, by and through undersigned counsel, and hereby give NOTICE that the Plaintiff sent the attached Exhibit A to counsel for the Defendants on the evening of December 19, 2024.

Defendants respectfully submit that the attached email demonstrates that the Plaintiff believes he is justified in encouraging his own witnesses to disregard subpoenas, and in calling undersigned counsel "unethical" and a "crazy man" in correspondence with subpoenaed witnesses. ECF No. 197-4, 197-5.

Further, the attached correspondence supports the Declaration of Matthew Hardin at ECF 196-5, insofar as it illustrates Mr. Greer's tenor and why DUCivR 37-1 conferences with Mr. Greer have not taken place and are not feasible.

DATED December 19, 2024

**HARDIN LAW OFFICE**

 */s/ Matthew D. Hardin*
**Matthew D. Hardin**
Attorney for Defendants