


**From:** Russell Greer russmark@gmail.com
**Subject:** Your recent filing
**Date:** December 19, 2024 at 6:07 PM
**To:** matthewdhardin@protonmail.com

Sir,

I have a right to tell my family to fight your frivolous filings. You claim to be a lawyer right? You should know people fight subpoenas all the time.

You are one of the rudest, cruelest, narcissistic person I've ever come across.

Sent from my iPhone