**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>　　Plaintiff,<br>v.<br><br>JOSHUA MOON, *et al*.<br><br>　　Defendants. | **STIPULATION**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

IT IS HEREBY STIPULATED by and between the parties as follows:

1. To the best of each party's knowledge, Nathan Greer and Scott Greer have no information relevant to the Plaintiff's claims or the Defendants' defenses. Therefore, the subpoenas issued to Nathan Greer and Scott Greer are withdrawn.

2. No other witness has been disclosed by Plaintiff, and Plaintiff does not intend to call any other witness at trial as part of his case in chief. Therefore, the subpoena issued to Russell Greer is withdrawn.

3. If Plaintiff attempts to disclose any additional witness, or to call any witness other than Nathan Greer and Scott Greer at trial, or to offer any testimony by any other individual than Nathan Greer and Scott Greer in support of any claim at issue in this case, this stipulation shall be null and void and have no further effect.

　　DATED December 20, 2024

**HARDIN LAW OFFICE**

_/s/ Matthew D. Hardin_
**Matthew D. Hardin**
Attorney for Defendants

_____
Russell Greer, *pro se*