

**From:** Russell Greer RussMark@gmail.com 📎
**Subject:** FYI
**Date:** December 22, 2024 at 6:05 AM
**To:** Matthew Hardin matthewdhardin@gmail.com

Good morning,

Just so you are put on notice, when you had filed your motions, etc, on Thursday, I had filed replies on Friday morning and emailed them to the court clerk, since I don't have access to file in PACER with the Court. The attached photos shows emails to the court docketing department on Friday the 20th at 3 AM and 4 AM.

This was before we had reached that stipulation. On Monday, if the docketing department is in office and they do file, just know the motions may contain moot arguments regarding witnesses. And I reaffirm that I don't have any witnesses that I will call.

Russell





 Sent

From: **Russell Greer**
To: utdecf_clerk@utd.uscourts.gov
Bcc: russmark@gmail.com
December 20, 2024 at 3:27 AM

# Opposition response

Good morning,

Please file the attached opposition response



Plaintiff's o...ponse .pdf
2.3 MB

