FILED
2024 Dec 31 AM 8:01
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>Defendants | **PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes now and says

## INTRODUCTION

On 11-18-24, a scheduling conference was held via Zoom.

The agreed upon date to file amended pleadings was 12-31-24.

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Although the 10th Circuit in the appeal of this case stated that since Plaintiff pled a plausible claim of contributory copyright, they didn't reach or rule on the District Court denying his motion to amend in 2021, Plaintiff seeks leave to amend this Complaint to add various provisions that will greatly help the Complaint. The proposed added provisions are as follows:

1. Adding two John Does as additional defendants: (1) for direct infringement and (2) state civil conspiracy claims, which is Counts 3-5 in the proposed amended complaint.

2. Adding a second claim of contributory copyright infringement against Lolcow LLC. Previously, the claims against Moon and Kiwi Farms were lumped together. The amended complaint adds two separate claims against Moon and Lolcow LLC since Moon has revealed that Lolcow LLC is Doing Business As Kiwi Farms, hence why Defendants asked to have Lolcow LLC be substituted as a party, instead of Kiwi Farms.

3. All of the state tort claims against Moon and Lolcow LLC have been removed.

4. A lot of irrelevant information — fluff, if you will — has been removed.

5. The contributory copyright infringement claims have been fleshed out and are more coherent, whereas the original copyright claim was a short, jumbled few paragraphs, which although the 10th Circuit ruled Greer stated a plausible claim for copyright infringement, Greer felt it was important to tidy up and strengthen the copyright claim. (paragraphs 85-122).

If the Court accepts the proposed amended complaint and its proposed changes, as attached in EXHIBIT A, Greer would kindly ask the Court direct the Court Clerk to file the proposed amended complaint.

## Conclusion

Plaintiff submits the proposed amended complaint as Exhibit A. If leave is granted, Plaintiff kindly asks for the Court to direct the Court Clerk to file the proposed amended complaint.

Respectfully

DATED: December 31st, 2024

Russell Greer

/rgreer/

Pro Se

## **CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on December 31st, 2024, I served a true and correct copy of the attached document by email to all attorneys on record

**EXHIBIT A**