

**From:** Matthew D. Hardin MatthewDHardin@gmail.com
**Subject:** Re: A check to Russell Greer has been returned
**Date:** December 30, 2024 at 3:06 PM
**To:** Russell Greer russmark@gmail.com
**Bcc:** Joshua Moon jcmoon@pm.me

You're the one asking for payment, and payments are bring returned because you refuse to provide an accurate address.

Matthew D. Hardin
Hardin Law Office
Direct Dial: 202-802-1948
Email: MatthewDHardin@protonmail.com

On Mon, Dec 30, 2024 at 3:04 PM Russell Greer <russmark@gmail.com> wrote:
> Mr. Hardin.
>
> Didn't the judge say at the November hearing that I would just be receiving email henceforth?
>
> Sent from my iPhone
>
>> On Dec 30, 2024, at 10:52 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Mr. Greer,
>>
>> Please see below. This is the check I mailed to pay your appearance fee for the deposition. Obviously, the deposition has now been cancelled and therefore the fee was not due in any event. But the check was mailed the same day as I served the subpoena, and it appears not to have made it to you at the Dumont Avenue address, because it was returned by the postal service. Is there an address at which mail for you can be received? If my clients elect to pay you $225.25 as you have repeatedly demanded, to what address would you like a check sent?
>>
>> Best,
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> Direct Dial: 202-802-1948
>> NYC Office: 212-680-4938
>> Email: MatthewDHardin@protonmail.com
>>
>>> Begin forwarded message:
>>>
>>> **From:** "Bank of America" <alerts@paymentsinvoicing.bankofamerica.com>
>>> **Subject: A check to Russell Greer has been returned**
>>> **Date:** December 30, 2024 at 1:37:46 PM EST
>>> **To:** "matthewdhardin@protonmail.com" <matthewdhardin@protonmail.com>
>>> **Reply-To:** "Bank of America" <alerts@paymentsinvoicing.bankofamerica.com>
>>>
>>> <bofa_lo1_rgb_Digital.png>
>>>
>>> The payment of $89.83 to Russell Greer -- check number 300801818 dated 12/19/24 -- could not be delivered by the postal service because the address for Russell Greer was incorrect. The check has been voided and the account ending in *************0360 will be credited within three business days. To update the address and reissue the payment, log in to Online Banking.
>>>
>>> **Update your Payments and Invoicing email preferences** by going to **Payments & Invoicing** and selecting **Settings**, then selecting **Email Preferences**

Contact Us | Privacy | Security

You're receiving this servicing email as part of your existing relationship with us. Please don't reply to this automatically generated service email.

Bank of America, PO Box 25118, Tampa, FL 33622
Bank of America, N.A. Member FDIC. Equal Housing Lender

© 2024 Bank of America Corporation. All rights reserved.
ip-10-128-215-100.101.37 73a63a88 OTID0027-21-1 Pb1

<bofa_lo1_rgb_Digital.png>