## <u>EXHIBIT A</u>

**Plaintiff Telling Mr. Hardin that Greer was under the assumption regarding meet and confers.**



3:05

‹ Sent

**Russell Greer**
To:

Sunday

## Re: Request for Production (Case 2:24-cv-00421-DBB-JCB)

Sir,

This is an example of you misinterpreting something I write. Agreeing to a meet and confer is because (1) I was under the previous assumption that if we write through email and agree to things, that nullifies a meet and concert and (2) so that you don't file another motion sanction claiming I'm not complying, when I have clearly been.

I've also provided you with some evidence. Those emails I have forwarded to you from the kiwi farmers are more relevant than anything I have done in my past.

Again, I'm a pro se person, who has been reading the FRCP actually to understand this.

You're from Virginia, so in that state, they

9

## **EXHIBIT B**

**Example of Mr. Hardin abusing the Meet and Confer Rule.**



2:43

Sent    Activity in Case 2:24-...

assertions. Specifically, please identify what you mean by stating that I am "actively involved" with the Kiwi Farms site or am acting in any capacity other than as an attorney. Additionally, please identify any citation or source you relied upon to say that I have described myself as a "defender of the farms."

**Failure to identify the evidentiary basis for these assertions will likely result in a Motion for Sanctions pursuant to Rule 11 (c). Additionally, I still have not heard from you regarding whether you intend to meet and confer with me at noon. It is presently 11 a.m., so please let me know as soon as possible.**

Merry Christmas,

Matthew D. Hardin
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

On Dec 17, 2024, at 10:30 AM,
<utd_enotice@utd.uscourts.gov>
<utd_enotice@utd.uscourts.gov> wrote:

## <u>EXHIBIT C</u>

**Defendants' attorney asking for an address. Never asked Greer if he is a resident of said address.**



2:08

‹ Sent     A check to Russell Gr... ∧ ∨

Hardin <matthewdhardin@gmail.com>
wrote:

Mr. Greer,

Please see below. This is the check I mailed
to pay your appearance fee for the
deposition. Obviously, the deposition has
now been cancelled and therefore the fee
was not due in any event. But the check
was mailed the same day as I served the
subpoena, and it appears not to have made
it to you at the Dumont Avenue address,
because it was returned by the postal
service. Is there an address at which mail
for you can be received? If my clients elect
to pay you $225.25 as you have repeatedly
demanded, to what address would you like
a check sent?

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

Begin forwarded message:

13

## **<u>EXHIBIT D</u>**

**Case deadlines of 12-31-24 allowing parties to be added and complaint to be amended.**



3:13

4 Messages

Activity in Case 2:24-...

**System**

**District of Utah**

**Notice of Electronic Filing**

The following transaction was entered on 12/30/2024 at 8:50 AM MST and filed on 12/30/2024

**Case Name:**     Greer v. Moon et al

**Case Number:**     2:24-cv-00421-DBB-JCB

**Filer:**

**Document Number:** 206

**Docket Text:**

ORDER granting [205] Motion for Amended Scheduling Order. Amended Pleadings due by 12/31/2024. Joinder of Parties due by 12/31/2024. Fact Discovery due by 8/30/2025. Scheduling Conference set for 8/8/2025 at 10:00 AM in US District Court-SLCU *virtual Court Via Zoom Conference* before Judge David Barlow. See Order for further details. Signed by Magistrate Judge Jared C. Bennett on 12/30/24. (jrj)

**2:24-cv-00421-DBB-JCB Notice has been electronically mailed to:**

Matthew D. Hardin

15

**<u>EXHIBIT E</u>**

**Unhinged email from a kiwi farms user who is pretending to be Mr. Hardin and who has created domain emails in Greer's name.**







**EXHIBIT F**

