FILED
2025 JAN 3 AM 8:41
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

**RUSSELL GREER**

Plaintiff

v.

**JOSHUA MOON ET AL,**

Defendants

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY OF CONTINUOUS STALKING MESSAGES FROM KIWI FARMS USERS & NOTICE THAT PLAINTIFF IS MEETING WITH LAW ENFORCEMENT TO PURSUE CRIMINAL CHARGES AGAINST DEFENDANTS**

Case No.: 2:24-cv-00421-DBB-JCB

Plaintiff Russell Greer comes now and provides this Court with supplemental authority.

**CONTINUOUS ABUSIVE MESSAGES FROM THE KIWI FARMERS**

So this court is aware, because Mr. Hardin is publishing the private contact information of Greer into his public court exhibits, kiwi farmers are now stalking Greer through other private emails. As stated, the kiwi farms website is monitoring Greer.

For instance, the email on record for this court is a gmail account. Greer accidentally replied to Mr. Hardin on an iCloud account. Mr. Hardin CCs Moon onto his emails and it is presumed that Mr. Moon then published Greers private iCloud email onto kiwi farms. That was a private email address.

On 12-2-24, a person pretending to be Mr. Hardin (as he doesnt want to believe that was actually Mr. Hardin) sent Mr. Greer a very abusive message. **EXHIBIT A.** On the subject line, it read: "Listen up you fucking gimp-faced russtarded fuck stick."The email then went into a crazy rant, proving how unstable these kiwi farms people are.

It also appears the users are now using a russellgreer email domain. One address is You Dumb_Twat@russellgreer.com

Another is: the_sex_predator_greer@russellgreer.com

On December 23rd, Plaintiff had received a "threat" from a kiwi farmer. **EXHIBIT B.**

Mr. Hardin continues to bring up other court cases, etc, well, this Court should know that Greer is meeting with the police to bring charges against Joshua Moon and his users who keep tormenting Greer. What Joshua Moon is doing, by managing a network site that is providing stalking access to plaintiff, is a felony. This has gone on too long and for Defendants to continue gaslight this Court and Plaintiff, while trying to hide how horrible this site is, is unbelievable. Plaintiff will provide the Court with the police case number after he meets with the detectives.

As for how this relates to this case, it plays into Greer's argument that the Kiwi Farms people are of the mind to infringe. As the exhibits show, these individuals are calling Greer, a person with a verified facial disability, as a "gimp face". These people are very vile and Greer is hopefully law enforcement can track these people down.

Respectfully

DATED: 1-3-25.

Russell Greer

/rgreer/

Pro Se

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 1-3-25, I served a true and correct copy of the attached document by email to all attorneys on record

**EXHIBIT A**

**Unhinged email from a kiwi farms user who is pretending to be Mr. Hardin and who has created domain emails in Greer's name.**

6

2:42
50
271
MH
From: Matthew D. Hardin
To: You_Dumb_Twat@russellgreer.c...
Cc: the_sex_predator_greer@russe...
Yesterday at 7:05 PM
Listen up you fucking gimp-faced russtarded fuck stick
Look, you demented fucking midget. You were ALREADY KNOWN ON REDDIT YOU FUCKING DICK SUCKER. YOU HAVE WHAT, 2000 FOLLOWERS ON YOUR SHITGRAM, BUT
YOU SEEM FUCKING FIXATED ON INSISTING EVERY. LAST. FUCKING. PERSON IS A
KIWI FARMER. Guess what, fucknut? You have a vast following of people who despise you for HOW YOU TREAT WOMEN. PULL YOUR HEAD OUT OF YOUR ASS AND GET THAT DICK OUT YER MOUTH. YOU SEXUAL ABUSING SHIT BAG.
And he only came to the attention of the Farms after he was laughed at on Reddit. His story that the Farms made him famous is false, he was the butt

2:42
50
Done
message
call
video
mail
pay
other
You_Dumb_Twat@russellgreer.com
Add to VIP
Block this Contact
Search Mail for Contact
Send Message
Share Contact
Create New Contact
Add to Existing Contact
Share My Location

2:42
50
Done
message
call
video
mail
pay
other
the_sex_predator_greer@russellgreer.com
Add to VIP
Block this Contact
Search Mail for Contact
Send Message
Share Contact
Create New Contact
Add to Existing Contact
Share My Location


**EXHIBIT B**



3:22
40
December 23, 2024
12:06 PM
Edit
12:06
5G 81
Gmail
Edit
Inbox
kiwifarms1@tutamail.com
11:07
Threat from Kiwi Farms