THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>         Plaintiff,<br><br>v.<br><br>**JOSHUA MOON, publisher of the website Kiwi Farms; and LOLCOW LLC,**<br><br>         Defendants. | **ORDER**<br><br>Case No. 2:24-cv-00421-DBB-JCB<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

This case was referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] Before the court is Defendants Joshua Moon and Lolcow LLC's ("Defendants") motion for an extension of time[2] to respond to pro se Plaintiff Russell G. Greer's ("Mr. Greer") motion for entry of an order compelling Defendants to appear for a judgment debtor examination and produce documents[3] and Mr. Greer's motion for leave to file first amended complaint.[4] With good cause appearing, the court HEREBY GRANTS Defendants' motion over Mr. Greer's opposition.[5] Accordingly, Defendants shall file responses to the motions referenced above on or before February 28, 2025.

---

[1] ECF No. 130. This case originated in this court as Case No. 2:20-cv-00647-DBB-JCB and was transferred to the Northern District of Florida. That district returned it to this court and it was reopened with this case number.

[2] ECF No. 211.

[3] ECF No. 190.

[4] ECF No. 209.

[5] ECF No. 212.

IT IS SO ORDERED.

DATED this 6th day of January 2025.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge