# Amended initial disclosure evidence list for Greer v. Moon, 2:24-cv-00421-DBB-JCB

## Description of Evidence.
## Location: Greer's electronic devices. Documents being prepared to be sent to Defendants' Counsel

1. Kiwi farms mantra.
2. email of Joshua moon mocking Greer directly and refusing to remove his copyrights.
3. Joshua moon as "Null" posting on the kiwi farms board Greer's DMCA removal request letters.
4. Various copyright infringement on moon's site from third parties.
5. Kiwi Farms not targeting Daniel James Silva of North Carolina, who has bragged about suing Taylor Swift 25 times and was arrested by Nashville police for trespassing on her property. This proves how arbitrary the kiwi farms site is for targeting a disabled litigant, but not targeting a non-disabled litigant, who has sued TS more times than plaintiff has.
6. News articles of kiwi farms victims committing suicide.
7. News articles of kiwi farms stalking keffals
8. News article of kiwi farms Stalking Patrick Tomlinson
9. News article detailing how kiwi farms was set up to induce victims into suicide.
10. Audio of "victim" Erika saying in open court in May 2022 that she forgives Greer and thus it casts doubt on her victim status that kiwi farms likes to tout as justification for tormenting Greer.
11. Numerous harassment messages sent to Greer from kiwi farms users, showing that these users are of a mind to infringe.