FILED
2025 JAN 14 AM 10:41
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER** | **PLAINTIFF'S RESPONSE TO ECF 215** |
| Plaintiff | |
| v. | Case No.:    2:24-cv-00421-DBB-JCB |
| **JOSHUA MOON ET AL**, | |
| Defendants | |

Plaintiff Russell Greer comes now and responds to ECF 215.

## LATEST TAXING NOTICE OF DEFENDANTS

Plaintiff is confused why Defendants filed ECF 215. This is the latest example of Defendants consuming judicial resources to bring notice to trivial matters.

## BOTH PARTIES STIPULATED THAT PLAINTIFF COULD FILE AN AMENDED INITIAL DISCLOSURE LIST

Last Monday, the 6th, both parties had a meet and confer. They agreed 1-13-25, Plaintiff would file an amended initial disclosure *evidence list*. **EXHIBIT A**. Plaintiff even agreed to go above and beyond FRCP 26(1)(A)(ii), which only requires a description of evidence, and give Defendants copies of the documents and audio.

Because the evidence is substantial and Plaintiff is extremely busy, Plaintiff did the bare minimum required by FRCP 26, by providing an evidence list. The emailed stipulation even agreed to just an evidence list.

Plaintiff said in an email to Defendants that he was providing the stipulated email list and would get the documents to Defendants by 11:59 PM. **Exhibit B.** Many, many lawyers file documents by 11:59 PM deadlines, so this is not an obscure issue.

In light of ECF 215, Plaintiff is exhausted by the continued notices coming from defendants when Plaintiff makes one small step that they don't like. Defendants never said what time they wanted the documents. Anyways, the evidence list was provided like they wanted. Plaintiff is unsure why Defendants continue to protest everything.

## DEFENDANTS DON'T GET TO REVOKE A JOINT STIPULATION BECAUSE THEY DON'T LIKE THE EVIDENCE DESCRIPTION

The evidence is relevant and Defendants don't get to backtrack on the stipulation from 1-6-25.

Plaintiff has been compliant from the start and again, these notices from defendants needs to

cease.

Respectfully

DATED: 1-13-25.

Russell Greer

/rgreer/

Pro Se

## CERTIFICATE OF SERVICE:

Pursuant to FRCP 5(b), I certify that on 1-13-25, I served a true and correct copy of the attached document by email to all attorneys on record

## EXHIBIT A

**1-6-25 joint stipulation that Plaintiff Could File an Amended Initial Disclosure Evidence List**



10:10    5G  88

< 9    4 Messages    ∧  ∨

MH  **Matthew Hardin**    1/6/25
To: Russell  Cc: Joshua >

## Re: Invitation to Meet & Confer

This will confirm our meet and confer from approximately 3:10 to 3:30 this afternoon. Without waiving any of our rights or yours, it was agreed as follows:

1) You intend to provider a supplemental/amended response to our request for production of documents by January 13, 2025.
2) You also intend to amend your initial disclosures to provide a "list" of all documents by January 13, 2025.
3) Your position is that the request for a debtor's examination is not governed by Rule 37-1 and does not seek discovery. You indicated you will notify us by January 13, 2025 what rule you believe governs that motion.

Best,

Matthew D. Hardin
**Hardin Law Office**

**EXHIBIT B**

**Plaintiff Providing Agreed Upon Evidence List**



6:36

Sent

**Russell Greer**                    Yesterday
To: Matthew & 1 more... ›

## Re: Invitation to Meet & Confer

Sir,

The amended production will be provided Monday by 11:59 PM PST.

I do have the initial disclosure list here attached. Just trying to put all of the documents in the same document. Attached at least the description list. Will send the final document with all documents by tomorrow at 11:59 PM.

As for debtor's motion: it is governed by FRCP 69. I believe I sent you an email last week saying I could amend that motion with updated rules.

Initial disclosure .pdf
114 KB