**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Request for Production (Case 2:24-cv-00421-DBB-JCB)
**Date:** November 20, 2024 at 1:13 PM
**To:** Russell Greer russmark@gmail.com
**Bcc:** Joshua Moon jcmoon@pm.me

Good morning, Mr. Greer.

Please see attached Joshua Moon's *First Request for Production*. As indicated in the attachment, we will look forward to your response within 30 days (on or before December 20, 2024).

Best,

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com



greerPRD1.pdf