

**From:** **Matthew D. Hardin** MatthewDHardin@gmail.com  📎
**Subject:** Fwd: Request for Production (Case 2:24-cv-00421-DBB-JCB)
**Date:** December 28, 2024 at 8:49 PM
**To:** Russell Greer russmark@gmail.com

This is the request for production you asked me to resend.

Matthew D. Hardin
Hardin Law Office
Direct Dial: 202-802-1948
Email: MatthewDHardin@protonmail.com

---------- Forwarded message ---------
From: **Matthew Hardin** <matthewdhardin@gmail.com>
Date: Wed, Nov 20, 2024 at 12:13 PM
Subject: Request for Production (Case 2:24-cv-00421-DBB-JCB)
To: Russell Greer <russmark@gmail.com>

Good morning, Mr. Greer.

Please see attached Joshua Moon's *First Request for Production*. As indicated in the attachment, we will look forward to your response within 30 days (on or before December 20, 2024).

Best,

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

**greerPRD1.pdf**  ⤓