FILED
2025 JAN 27 AM 8:10
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>      Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>      Defendants | **PLAINTIFF'S MOTION FOR CLARIFICATION OF DISCOVERY PROTECTIVE ORDER & REQUEST FOR COPY OF THE STANDARD PROTECTIVE ORDER**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes now and asks this Court for clarification on the discovery protective order entered in this case on 11-18-24 (ECF 175).

## INTRODUCTION

On 11-18-24, the Court entered a standard protective order in this case. To plaintiff's knowledge, a copy of that protective order was never put on the docket.

On 12-9-24, the Court referenced the standard protective order, but never provided such copy to Plaintiff.

On 12-30-24, Plaintiff sought a copy of that protective order and Jennifer Jensen of the Utah District Court replied that she didn't see a copy of the protective order.

## REASON FOR MOTION

Plaintiff seeks clarification of the standard protective order because neither he or the Court Clerk can seem to find a copy of the order or what it entails.

As the Court pointed out on 12-9-24, the Order was meant to make the discovery process easy and quick.

However, as has been pointed out by plaintiff, defendants violated this presumed protective order by publishing the unredacted information of Greer's once-proposed witnesses into several exhibits. This in turn has caused Defendants' users to stalk Plaintiff with this information.

What defendants lawyer did was highly unethical by not redacting that information.

Since plaintiff is now dealing with sanctions, it only seems fair that defendants also be sanctioned for their misconduct.

Plaintiff kindly requests this Court add clarification as to what the protective order entailed, what it prohibited parties from doing and if possible, for the Court to provide a written copy of said order. It would help plaintiff with his motion for sanctions against defendants.

Respectfully

DATED: 1-25-25

Russell Greer

/rgreer/

Pro Se

## CERTIFICATE OF SERVICE:

Pursuant to FRCP 5(b), I certify that on 1-25-25, I served a true and correct copy of the attached document by email to all attorneys on record.