**From:** Matthew Hardin matthewdhardin@gmail.com 
**Subject:** Declaration re: Fees and Costs
**Date:** January 17, 2025 at 2:50 PM
**To:** Russell Greer  russmark@gmail.com
**Bcc:** Joshua Moon  jcmoon@pm.me

Good afternoon, Mr. Greer.

Pursuant to the Court's Order at ECF No. 218, please see attached my declaration relating to costs and fees incurred. The total amount reflected as being due as of this moment is $5,559.76. Note that this amount relates to the show cause regarding your initial disclosures only, and does not relate to any other discovery dispute relating to the request, including those which remain outstanding relating to requests for production of documents.

Also note that we are entitled to additional funds for the reasons set forth in paragraph 15 if you elect to force us to file additional pleadings, including but not limited to any formal motion to force payment of these sums or any response to objections you file with the District Court.

We look forward to your cooperation with the magistrate's order and expect you will want to discuss a stipulation within the next 14 days. If you do not wish to discuss a stipulation, of course, the amount due will go up with further proceedings.

Best,



Declaration Fees Moon Greer with exhibits.pdf
610 KB

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com