**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>Plaintiff,<br><br>v.<br><br><br>JOSHUA MOON, *et al*.<br><br>Defendant. | **DEFENDANTS'**<br>**NOTICE OF SUPPLEMENTAL**<br>**AUTHORITY**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and file this Notice of Supplemental Authority. Defendants note that the Motion for Attorneys Fees they filed earlier today, ECF No. 228, indicated that Plaintiff had not responded to Defendants' correspondence relating to a possible stipulation as to the amount of fees which were compensable under this Courts Order at ECF No. 218.

The Plaintiff responded a few minutes later. His response is attached hereto.

DATED February 11, 2025

                                                **HARDIN LAW OFFICE**

                                                */s/ Matthew D. Hardin*
                                                **Matthew D. Hardin**
                                                Attorney for Defendants