**From:** Russell Greer RussMark@gmail.com
**Subject:** Re: Declaration re: Fees and Costs
**Date:** February 11, 2025 at 11:09 AM
**To:** Matt Hardin matthewdhardin@gmail.com

Sir,

Respectfully, I'm not paying you a dime.

You, yourself, told me you refused to safeguard any information. You in turn published private information . That in turn caused kiwi farm users to stalk me.

I complied with everything. There is no reason why I am being forced to pay this.

The only person who never complied with anything was you. You violated the SPO.

I am prepared to appeal the hell out of this.

Sent from my iPhone

> On Feb 10, 2025, at 8:15 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Good morning, Mr. Greer.
>
> I note that our motion for fees in this case is due tomorrow if we have not reached a stipulation. As indicated previously, if I am forced to file a motion, our costs will necessarily escalate as such a motion will require more of my time at $300 per hour.
>
> Best,
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
>
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On Jan 17, 2025, at 2:50 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Good afternoon, Mr. Greer.
>>
>> Pursuant to the Court's Order at ECF No. 218, please see attached my declaration relating to costs and fees incurred. The total amount reflected as being due as of this moment is $5,559.76. Note that this amount relates to the show cause regarding your initial disclosures only, and does not relate to any other discovery dispute relating to the request, including those which remain outstanding relating to requests for production of documents.
>>
>> Also note that we are entitled to additional funds for the reasons set forth in paragraph 15 if you elect to force us to file additional pleadings, including but not limited to any formal motion to force payment of these sums or any response to objections you file with the District Court.
>>
>> We look forward to your cooperation with the magistrate's order and expect you will want to discuss a stipulation within the next 14 days. If you do not wish to discuss a stipulation, of course, the amount due will go up with further proceedings.
>>
>> Best,
>> <Declaration Fees Moon Greer with exhibits.pdf>
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> Direct Dial: 202-802-1948
>> NYC Office: 212-680-4938
>>
>> Email: MatthewDHardin@protonmail.com