**EXHIBIT B**

**From:** Russell Greer RussMark@gmail.com
**Subject:** Re: Following up on my emails of 1/15 and 1/16
**Date:** January 17, 2025 at 1:06 PM
**To:** Matthew Hardin matthewdhardin@gmail.com

Hi,

I am currently drafting objections to the court order from 1-14-25. Per FRCP 72, I have 14 days to file the objections. I will respond to your other emails when the objections are filed.

Thank you.

Sent from my iPhone

> On Jan 17, 2025, at 8:30 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Good morning, Mr. Greer.
>
> I didn't hear from you with respect to my emails of Wednesday (1/15) or Thursday (1/16), so I wanted to check in again. Did you receive those?
>
> Thanks,
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***