

**From:** Russell Greer RussMark@gmail.com
**Subject:** Re: Second Request for Production of Documents
**Date:** February 18, 2025 at 8:30 AM
**To:** Matt Hardin matthewdhardin@gmail.com

12 pm tomorrow works. Thanks

Sent from my iPhone

> On Feb 18, 2025, at 4:49 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Good morning, Mr. Greer.
>
> I note that we have not received any response to the below request for production of documents. I therefore ask whether you would like to do a DUCiVR 37-1 conference tomorrow at 6:00 a.m. Pacific Time (which I offer only because you have expressed that you leave for work so early), or alternatively at noon Pacific Time (so that you can participate over your lunch hour), or 5 p.m. Pacific time (after your day job concludes).
>
> Best,
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On Jan 16, 2025, at 11:01 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Good morning,
>>
>> Please see attached Joshua Moon's Second Request for Production of Documents. Please pay special attention to the instructions this time, as I suspect last time that would have saved us both a great deal of effort.
>>
>> Your response to this Request for Production is due February 17, 2025.
>>
>> Best,
>>
>> <greerPRD2.pdf>
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> Direct Dial: 202-802-1948
>> NYC Office: 212-680-4938
>> Email: MatthewDHardin@protonmail.com