| | |
|---|---|
| **From:** | **Matthew Hardin** matthewdhardin@gmail.com 📎 |
| **Subject:** | Motion for Sanctions |
| **Date:** | January 29, 2025 at 10:03 PM |
| **To:** | Russell Greer russmark@gmail.com |
| **Bcc:** | Joshua Moon jcmoon@pm.me |



Mr. Greer:

Please see attached a Motion for Sanctions arising from your materially false statements to the Court. As required by Rule 11, I am serving this Motion on you via email but am not yet filing it with the Court. I demand that you withdraw the referenced pleadings containing false statements within 21 days, but I reserve all rights to seek appropriate relief, including in the form of an order requiring you pay additional attorney's fees. I will file the Motion with the Court on or about February 20.

Best,



**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***