**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>  Plaintiff,<br>v.<br><br>JOSHUA MOON, *et al*.<br><br>  Defendants. | **NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and file this Notice of Supplemental Authority relating to events which occurred after the short form discovery motion at ECF No. 232 was filed.

In the Motion at ECF No. 232, Defendants stated that rather than engaging in a scheduled conference pursuant to DUCivR 37-1, Mr. Greer sent two emails marked "ATTORNEYS EYES ONLY: DO NOT PUBLISH." Later, however, Mr. Greer decided to participate in the conferral. At that conferral, he pledged that he would respond to the Defendants' January 16, 2025 Request for Production of Documents by some point later in the day. Defendants indicated they would withdraw or amend their short form discovery motion as appropriate, based on any belated response received from Mr. Greer. However, Defendants still have not received Mr. Greer's response.

Emails memorializing the meeting and Mr. Greer's subsequent failure to comply with the relevant Request for Production of Documents are attached hereto.

DATED February 20, 2025

                                        **HARDIN LAW OFFICE**

                                        */s/ Matthew D. Hardin*
                                        **Matthew D. Hardin**
                                        Attorney for Defendants