**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| RUSSELL GREER,<br><br>    Plaintiff,<br>v.<br><br><br>JOSHUA MOON, *et al*.<br><br>    Defendants. | **NOTICE WITHDRAWING MOTION**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |
|---|---|

NOW COME the Defendants, by and through undersigned counsel, and give notice that they withdraw, without prejudice, their motion at ECF No. 232.

DATED February 20, 2025

                                  **HARDIN LAW OFFICE**

                                   */s/ Matthew D. Hardin*
                                  **Matthew D. Hardin**
                                  Attorney for Defendants