**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

---

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>      Plaintiff,<br>v.<br><br><br>JOSHUA MOON, *et al*.<br><br>      Defendants. | **SHORT FORM DISCOVERY MOTION**<br><br><br>Case No. 2:24-cv-00421-DBB<br><br><br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and move for an order compelling Mr. Greer to comply with the Defendants' Second Request for Production of Documents which is attached hereto as Exhibit A. In support of this Motion, Defendants state as follows:

1.    On January 16, 2025, Defendants served upon Mr. Greer the discovery request which is attached hereto. Mr. Greer has never responded to that request in any fashion. He has raised no objections. He has asked no questions. The entirety of the parties' communication has now been filed with the Court, including Mr. Greer himself now filing publicly documents he previously labelled "Attorneys Eyes Only" in order to frustrate judicial review. ECF No. 236 at 7.

2.    On February 19, 2025, a DUCivR 37-1 conference was held via telephone. Mr. Greer indicated that he was too busy working on other filings and that was the reason for his lack of a timely response, but he also indicated that a belated response would be

forthcoming that same day.  He did not express any concerns as to the discovery request itself on that call.

3.       On February 20, 2025, Mr. Greer opposed a previous (now withdrawn) short form discovery motion in part on the grounds that it was filed prior to the conferral that took place on February 19, 2025. ECF No. 236. This motion is indisputably filed after the meet and confer which the parties held on February 19, 2025, and moots Mr. Greer's concern that the earlier motion was premature.

4.       Mr. Greer has not timely raised any objections to producing the relevant materials requested by Defendants, which relate to Mr. Greer's previous documented assertions that he has lost or destroyed numerous electronic records. Mr. Greer's filing in this Court at ECF No. 236 is the first time Mr. Greer has expressed any concerns at all about the scope of the Defendants' request or relevancy, and these concerns were not addressed at any time after the request was transmitted on January 16, 2025 – not even at the telephone conference on February 19, 2025.

WHEREFORE, Defendants respectfully submit that Mr. Greer cannot simply ignore the Defendants' Second Request for Documents, and that this Court should compel him to respond.

DATED February 20, 2025

**HARDIN LAW OFFICE**

 */s/ Matthew D. Hardin*
**Matthew D. Hardin**
Attorney for Defendants