**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| RUSSELL GREER, | NOTICE OF SUPPLEMENTAL AUTHORITY |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:24-cv-00421-DBB |
| JOSHUA MOON, *et al*. | District Judge David Barlow |
| Defendants. | Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and give notice that they received the attached email from Mr. Greer, Exhibit A, after filing their motion for sanctions. ECF No. 234. In this correspondence, Mr. Greer appears to threaten to file a complaint with the Virginia State Bar arising from undersigned counsel's refusal to capitulate to Mr. Greer's settlement demands.

This appears to be part of Mr. Greer's pattern towards attorneys. As indicated in Exhibit B, Mr. Greer has even attempted to intervene in other attorneys' unrelated litigation, solely for the purpose of "begin[ning] the disbarment process of lead counsel." On information and belief, Mr. Greer was previously sanctioned in the state courts of Utah after declaring "there will be blood" when former defense counsel Greg Skordas arrived at the Salt Lake County Justice Court in a previous matter.

Defendants respectfully submit that Mr. Greer's response to the motion for sanctions is itself sanctionable and is indicative of the level of regard that Mr. Greer has for the orderly administration of justice.

DATED February 20, 2025

                                          **HARDIN LAW OFFICE**

                                          */s/ Matthew D. Hardin*
                                          **Matthew D. Hardin**
                                          Attorney for Defendants