**EXHIBIT A**

| | |
|---|---|
| **From:** | Russell Greer russmark@gmail.com |
| **Subject:** | Fwd: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Motion for Sanctions |
| **Date:** | February 20, 2025 at 11:07 AM |
| **To:** | Matt Hardin matthewdhardin@gmail.com |

Please expect my motion for sanctions forthvoming.

Please be advised that I'm also filing a complaint with the Virginia law licensing board. Your conduct is unbelievable. I offered you twice to settle this case. But if you want to go hard, let's do this. You don't deserve to be a lawyer

Sent from my iPhone

Begin forwarded message:

> **From:** utd_enotice@utd.uscourts.gov
> **Date:** February 20, 2025 at 5:31:29 AM PST
> **To:** ecf_notice@utd.uscourts.gov
> **Subject: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Motion for Sanctions**
>
> **This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is a transcript, the free download restrictions and 30-page limit do not apply.
>
> **\*\*\*NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS\*\*\*** The court will mail a copy of the NEF and associated document of court-generated documents (e.g., reports and recommendations, orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated under "Notice has been delivered by other means to. . .". The court will not mail NEFs and documents of party-generated filings to any party (including the filing party) even if the "Notice has been delivered by other means to. . . " states otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.
>
> **US District Court Electronic Case Filing System**
>
> **District of Utah**
>
> ### Notice of Electronic Filing
>
> The following transaction was entered by Hardin, Matthew on 2/20/2025 at 6:31 AM MST and filed on 2/20/2025
>
> | | |
> |---|---|
> | **Case Name:** | Greer v. Moon et al |
> | **Case Number:** | 2:24-cv-00421-DBB-JCB |
> | **Filer:** | Lolcow LLC |
> | | Joshua Moon |
> | **Document Number:** | 234 |
>
> **Docket Text:**
> **Defendant's MOTION for Sanctions and Memorandum in Support filed by Defendants Lolcow LLC, Joshua Moon. (Attachments: # (1) Supplement (proof of service on Jan. 29, 2025 per Rule 11), # (2) Supplement (reflecting facts which have changed since motion was served on Jan. 29, 2025)) Motions referred to Jared C. Bennett.(Hardin, Matthew)**
>
> **2:24-cv-00421-DBB-JCB Notice has been electronically mailed to:**
>
> Matthew D. Hardin      matthewdhardin@gmail.com, matthewdhardin@ecf.courtdrive.com, matthewdhardin@protonmail.com
>
> Russell G. Greer      russmark@gmail.com
>
> Stewart B. Harman      stewart.harman@bachhomes.com, aanderson@pckutah.com
>
> **2:24-cv-00421-DBB-JCB Notice has been delivered by other means to:**
>
> The following document(s) are associated with this transaction:
>
> **Document description:** Main Document
> **Original filename:** n/a
> **Electronic document Stamp:**
> [STAMP dcecfStamp_ID=1060034973 [Date=2/20/2025] [FileNumber=6058258-0

] [2184be63dde9a9e368e69bd6972a021a461232 7abd184201312942613dc4423b370
043abe03f7110ad430ef63649b8b72255c894c270c395a50cb3fc197a50ba]]
**Document description:**Supplement (proof of service on Jan. 29, 2025 per Rule 11)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=2/20/2025] [FileNumber=6058258-1
] [58359d46b9aed102853553e13690809be19666f32935d0192eebc5fe6cfc4193e50
cb1172b44bbcd13a3951af8ca21e491ef61eb144fca980436f657acfd30d2]]
**Document description:**Supplement (reflecting facts which have changed since motion was served on Jan. 29, 2025)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=2/20/2025] [FileNumber=6058258-2
] [4053cb3b2b69a5155351590ffd14d4c0678e2805d126dc0425ba796223e70f43ce9
dc53d40afee24deb8ac43c578a8714aa296fba21d00d03480979bad230d6b]]