Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
2025 FEB 21 AM 5:11
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>   Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>   Defendants | **PLAINTIFF'S NOTICE OF CONTINUED ABUSIVE MESSAGES FROM JOSHUA MOON'S WEBSITE & REQUEST FOR THE COURT TO ORDER DEFENDANTS TO SHOW CAUSE UNDER DuCivR 1-2**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes now and says.

As has been shown to this Court for the last 3 years, the users on Joshua Moon's site actively monitor this case. On 2-20-25, a deranged person using the name, "you stupid n*****" Sent Greer an abusive message. This is obviously coming from Mr. Moon's site because they mention Matthew Hardin. **EXHIBIT A.**

It is ironic and odd that Defendants protest over the oddest things, yet they have not done anything to stop the harassment coming from Moon's site. Plaintiff should be able to litigate this case without being threatened.

Defendants are making no effort to stop the harassment coming from their site, such as shutting down the website section on Greer for at least the duration of the case. The case filings are being posted onto Kiwi Farms by Joshua Moon and his partners and this inspires Moon's users to stalk Greer. Greer has told this court this for the last 4 years.

In January, Moon's users sent Greer two death threats. **EXHIBIT B.**

## REQUEST FOR THIS COURT TO ORDER A SHOW CAUSE

Joshua Moon has the power to pull the plug on his website. He refuses. His refusal has harmed many people, including 3 people who have killed themselves over the last ten years.

By Moon's users continuing to stalk plaintiff, this could be viewed as intimidation to get Greer to drop the case.

Greer has offered twice to settle this case by simply being removed from kiwi farms. It's such a simple request. Greer is a human being who simply wants to move on with his life.

Because defendants refuse such a simple request and by them not doing anything to mitigate the harassment, Greer requests this Court order defendants to show cause for why they shouldn't be sanctioned for not stopping the harassment, pursuant to DuCivR 1-2.

Respectfully

DATED: 2-21-25

Russell Greer

/rgreer/

Pro Se

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 2-21-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

## **EXHIBIT A**

**Abusive message received from a kiwi farms user on 2-20-25**



## **EXHIBIT B**

**Threat from kiwi farms users on 1-3-25.**



9