Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
2025 MAR 5 AM 3:13
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>Defendants | **PLAINTIFF'S OPPOSITION RESPONSE TO ECF 234 (DEFENDANTS' MOTION FOR SANCTIONS)**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes now and strongly opposes ECF 234.

## INTRODUCTION

Defendants are once again overburdening this court with excessive motions. It's juvenile, in a way, that defendants continue to protest everything. In their latest motion, Defendants claim Plaintiff lied about Defendants violating the protective order and they assert that Greer "never read the protective order."

Plaintiff replies that Defendants *did indeed violate the protection order.*

## Assumed Blanket SPO

First off, it was explained by this Court that there was a standard protective order on 11-18-24. Although Greer never saw the actual order, it was inferred that everything was protected. Plaintiff had no idea he had to write "attorneys eyes only." He was just going off of a blanket assumption.

## Defendants knew plaintiff was hesitant to release information because of trolls

Mr. Matthew Hardin KNEW from conversations with plaintiff that he did not want the information or contact information of witnesses published, I.e. it was confidential information. This was from conversations 12-5-24. Defendants replied they made "no promises with what they did with the information." *Id.* After being ordered by this court to release the information, plaintiff provided the information two hours late.

## Defendants published the confidential information

Defendants in turn published the private info, unredacted, on 12-17-24 into their Notice exhibits. That in turn was published onto kiwi farms. That in turn caused a kiwi farms user to harass Plaintiff with the information.

Plaintiff said nothing false because defendants did indeed violate the SPO by publishing confidential information, that THEY knew was confidential, and that after they were informed it was in violation, they failed to withdraw. **EXHIBIT A**.

2

Plaintiff simply requested the SPO so he could read it exactly to file a motion of sanctions of his own. Plaintiff has yet to file a motion because plaintiff was seeking to focus on the merits of the case, but because defendants continue these frivolous claims of seeking attorney fees at every turn, plaintiff will indeed just file his motion.

Additionally, it was plaintiff's opinion, based on facts, that defendants violated the SPO. Plaintiff shouldn't be sanctioned for expressing his *opinion.*

## CONCLUSION

Respectfully

DATED: 3-4-25

Russell Greer

/rgreer/

Pro Se

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 3-4-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

Case 2:24-cv-00421-DBB-JCB     Document 249     Filed 03/05/25     PageID.1223     Page 4 of 6

## **EXHIBIT A**

