

**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Re: Invitation to Meet & Confer
**Date:** January 6, 2025 at 4:00 PM
**To:** Russell Greer russmark@gmail.com
**Cc:** Joshua Moon jcmoon@pm.me

This will confirm our meet and confer from approximately 3:10 to 3:30 this afternoon. Without waiving any of our rights or yours, it was agreed as follows:

1) You intend to provider a supplemental/amended response to our request for production of documents by January 13, 2025.
2) You also intend to amend your initial disclosures to provide a "list" of all documents by January 13, 2025.
3) Your position is that the request for a debtor's examination is not governed by Rule 37-1 and does not seek discovery. You indicated you will notify us by January 13, 2025 what rule you believe governs that motion.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

> On Jan 6, 2025, at 3:05 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Mr. Moon and I are awaiting this meet and confer. Please let me know if you are having technological difficulties or if you will be joining us shortly.
>
> Best,
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> > On Jan 6, 2025, at 2:01 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
> >
> > Mr. Greer,
> >
> > Per our discussions, I have scheduled a virtual meet and confer with you at 3 pm Eastern Time. Zoom may have sent you this invitation already, but I am copying and pasting it below just in case you have not already received it:
> >
> > Matthew Hardin is inviting you to a scheduled Zoom meeting.
> >
> > Topic: Meet and Confer (Russell Greer)
> > Time: Jan 6, 2025 03:00 PM Eastern Time (US and Canada)
> > Join Zoom Meeting
> > https://us06web.zoom.us/j/87493653415?pwd=0G5IzlqKMrhnckDRVGm0vi5tBmhxFD.1
> >
> > Meeting ID: 874 9365 3415
> > Passcode: 627203
> >
> > Find your local number: https://us06web.zoom.us/u/kcuZuwpaR2
> >
> > **Matthew D. Hardin**
> > **Hardin Law Office**
> > Direct Dial: 202-802-1948
> > NYC Office: 212-680-4938
> > Email: MatthewDHardin@protonmail.com
> >
> > ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***