


**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Re: Amended Production of Document Request Response
**Date:** January 14, 2025 at 9:10 AM
**To:** Russell Greer RussMark@gmail.com
**Cc:** Joshua Moon jcmoon@pm.me

Good morning,

In a December 29, 2024 email to me, you said:

> Again, I'm happy to provide the copy of the restraining order I filed against Joshua Connor in 2018 in Utah (funny how you didn't mention that).
>
> I'm also getting ready to meet with the police to bring charges against Joshua Connor moon for him coordinating stalking against me. I can provide you the police report too if you want.

You have not provided these documents, and they are indisputably covered by our Request for Production of Documents. Please produce them.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

> On Jan 14, 2025, at 5:25 AM, Russell Greer <RussMark@gmail.com> wrote:
>
> Good morning,
>
> Searching through my phone, on my iCloud and my Microsoft Word app, here are documents related to past lawsuits I filed. It is not every document because I don't have each and every document. Nor do I have the original complaints of lawsuits. I'm sorry, I don't keep files that old because I don't have lots of space.
>
> Because I was evicted last summer, I lost both of my laptops and so I cannot search in those.
>
> Also attached is a litigation history document.
>
> Thank you



Greer v Moon 2022-10-20 Reply Brief_vFINAL.pdf
362 KB

greer v fremantle preliminary injunction.pdf
279 KB

Litigation history .pdf
97 KB

> Sent from my iPhone