**From:** Russell Greer RussMark@gmail.com
**Subject:** Fwd: Notice for Case 180909529
**Date:** January 7, 2025 at 3:04 PM
**To:** matthewdhardin@protonmail.com

Hi, sir.

Will you please explain to me who Jim is? I guess this reinforces what I'm saying. Your client publishes and records everything and it in turn, attracts his unstable users.

Willing to hear you out on who this Jim person is.

Sent from my iPhone

Begin forwarded message:

> **From:** 3rddistrictnotifications@utcourts.gov
> **Date:** January 7, 2025 at 11:15:15 AM PST
> **To:** russmark@gmail.com
> **Subject: Notice for Case 180909529**
>
> A document Denial of Records Request.was filed to case # 180909529 in THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT.
>
> DO NOT REPLY TO THIS EMAIL MESSAGE. THIS IS A SYSTEM GENERATED MESSAGE.
> This message was created by coris.

document.pdf
726 KB

EXHIBIT C

The Order of the Court is stated below:
**Dated:** January 07, 2025     **/s/** ROBERT FAUST
11:57:49 AM        District Court Judge



## THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| RUSSELL GODFREY GREER, | RULING |
| Petitioner, | Denial of Records Request. |
| vs. | Case No: 180909529 |
| JOSHUA C MOON, | Judge: ROBERT FAUST |
| Respondent. | Date: January 7, 2025 |

The Court denies the records request as James Jorton is not a party to the case and his basis of wanting to access private records does not comply with the requires of the Rule. Just because Mr. Jorton personally believes a strong public interest in having all records does not make it so. Further, the Court did not find or determine any abuse of process by either party in the case Mr. James Jorton seeks to look it.

**End Of Order - Signature at the Top of the First Page**

## CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 180909529 by the method and on the date specified.

EMAIL: RUSSELL GODFREY GREER russmark@gmail.com

EMAIL: JAMES JORTON JamesJorton@protonmail.com

01/07/25            /s/ ROBERT FAUST

Date: _____     _____

                                        Signature