**EXHIBIT E**



| | |
|---|---|
| **From:** | **Russell Greer** RussMark@gmail.com |
| **Subject:** | Re: Notice for Case 180909529 |
| **Date:** | January 7, 2025 at 7:56 PM |
| **To:** | Matthew D. Hardin matthewdhardin@gmail.com |

Sir,

This was the case from 2018 I was telling you about. You're right. He was never served because it was an ex parte motion

As for you wanting to know about the rules regarding the examination motion, I'm happy to file an amended motion with the rules

Sent from my iPhone

> On Jan 7, 2025, at 12:09 PM, Matthew D. Hardin <matthewdhardin@gmail.com> wrote:
>
> I do not know anything about who Jim Jorton is, or indeed anything about the underlying case, which you appear to have filed against my client but which he has never been served.
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On Jan 7, 2025, at 3:04 PM, Russell Greer <russmark@gmail.com> wrote:
>>
>> Hi, sir.
>>
>> Will you please explain to me who Jim is? I guess this reinforces what I'm saying. Your client publishes and records everything and it in turn, attracts his unstable users.
>>
>> Willing to hear you out on who this Jim person is.
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** 3rddistrictnotifications@utcourts.gov
>>> **Date:** January 7, 2025 at 11:15:15 AM PST
>>> **To:** russmark@gmail.com
>>> **Subject: Notice for Case 180909529**
>>>
>>> A document Denial of Records Request.was filed to case # 180909529 in THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT.
>>>
>>> DO NOT REPLY TO THIS EMAIL MESSAGE. THIS IS A SYSTEM GENERATED MESSAGE.
>>> This message was created by coris.
>>
>> <document.pdf>