**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

---

### THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>    Plaintiff,<br>v.<br><br><br>JOSHUA MOON, *et al*.<br><br>    Defendant. | **Request to Submit for Decision**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, pursuant to DUCivR 7-3, and state as follows:

1) On February 21, 2025, Defendants filed a Motion in which they sought to "Stay any further discovery in this case pending service of the summons and First Amended Complaint upon the two Defendants Mr. Greer recently added to this matter." ECF No. 245.

2) Mr. Greer has not responded to that Motion, and the time for doing so has passed. DUCivR 7-1 (a)(4)(D). The motion should be granted for the reasons set forth therein and pursuant to DUCivR 7-1 (f). No party has requested a hearing.

    DATED March 12, 2025

                                **HARDIN LAW OFFICE**

                                 */s/ Matthew D. Hardin*
                                **Matthew D. Hardin**
                                Attorney for Defendants