Case 2:24-cv-00421-DBB-JCB   Document 258-2   Filed 03/12/25   PageID.1313   Page 1 of 1

**Denial of Civil Stalking Injunction**


EXHIBIT B

| | |
|---|---|
| Court: | 3rd District Court Salt Lake |
| Case No: | 180909529    District: THIRD |
| County: | SALT LAKE    State: Utah |
| Judge: | TODD M SHAUGHNESSY |

**Name of Petitioner**
RUSSELL GODFREY GREER

**Name of Respondent**
JOSHUA C MOON

To the Petitioner:

The Court will not grant your request for Civil Stalking Injunction without notice to the respondent because:

1. It is not clear whether the court has jurisdiction because some or all of the parties, and many of the events in question, appear not to have occurred in this county or State.
2. The petition raises a host of procedural and substantive issues, including potential First Amendment issues, that make it inappropriate for the court to issue an injunction without at least giving the respondent notice and an opportunity to respond.
3. Some of the described events do not appear to have been undertaken by Respondent but rather by other, third parties over whom Respondent may or may not have control. To the extent Respondent did not direct or control those activities, it is not clear whether they can be relied upon as a basis for a stalking injunction against Respondent.

The Court will reconsider if a response is filed.
 A Civil Stalking Injunction will not be issued at this time.

Dated: December 18, 2018
05:30:33 PM

/s/ TODD M SHAUGHNESSY
District Court Judge