**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>    Plaintiff,<br>v.<br><br><br>JOSHUA MOON, *et al*.<br><br>    Defendants. | **NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through their undersigned counsel, and file this Notice of Supplemental Authority to update the Court on recent events which may bear upon the resolution of ECF No. 228.

On March 24, 2025, a payment issued by Defendants to Nathan Greer (the witness fee and a mileage fee to secure his attendance at a deposition pursuant to a subpoena) was returned. Exhibit A.

DATED March 26, 2025

                                            **HARDIN LAW OFFICE**

                                             */s/ Matthew D. Hardin*
                                            **Matthew D. Hardin**
                                            *Attorney for Defendants Joshua Moon*
                                            *and Lolcow, LLC*