**From:** Bank of America alerts@paymentsinvoicing.bankofamerica.com 
**Subject:** A payment to Nathan Greer could not be completed
**Date:** March 24, 2025 at 1:18 PM
**To:** matthewdhardin@protonmail.com



A payment of $43.93 to Nathan Greer could not be completed because check number 300802451 dated 12/20/24 wasn't cashed by the recipient within the required 90 days. The check has been voided and the account ending in **************0360 will be credited within three business days. To reissue your payment, log in to Online Banking.

**Update your Payments and Invoicing email preferences** by going to **Payments & Invoicing** and selecting **Settings**, then selecting **Email Preferences**.

Contact Us | Privacy | Security

You're receiving this servicing email as part of your existing relationship with us. Please don't reply to this automatically generated service email.

Bank of America, PO Box 25118, Tampa, FL 33622
Bank of America, N.A. Member FDIC. Equal Housing Lender

© 2025 Bank of America Corporation. All rights reserved.
ip-10-128-195-26.101.37 0b5e848f OTID0079-21-1 Pb1