

**From:** Matthew D. Hardin  MatthewDHardin@gmail.com
**Subject:** Re: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Notice of Supplemental Authority
**Date:** March 19, 2025 at 3:44 PM
**To:** Russell Greer  russmark@gmail.com
**Cc:** Russell Greer  russmark@gmail.com
**Bcc:** Joshua Moon  jcmoon@pm.me

Please explain what you mean by saying the case is "a work in progress." Did you in fact make a criminal complaint and "meet with the detectives" as you wrote in your pleading?

Thank you,

Matthew D. Hardin
Hardin Law Office
Direct Dial: 202-802-1948
Email: MatthewDHardin@protonmail.com

On Wed, Mar 19, 2025 at 3:12 PM Russell Greer <russmark@gmail.com> wrote:
> Sir,
>
> Please only communicate with me on my gmail account. The other email I had inadvertently contacted you on and is a private email.
>
> Secondly, the case is still a work in progress. I had only informed the court because it has been annoying dealing with the harassing messages.
>
>
> Sent from my iPhone
>
>> On Mar 19, 2025, at 11:57 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Good morning, Mr. Greer.
>>
>> I still haven't heard from you with reference to my March 12 inquiry below. You indicated way back on January 3 that you would be providing the "police case number" referring to my clients. Yet you have not done so. Is there any reason for the extraordinary delay?
>>
>> Best,
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> Direct Dial: 202-802-1948
>> NYC Office: 212-680-4938
>> Email: MatthewDHardin@protonmail.com
>>
>> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>>
>>> On Mar 17, 2025, at 9:46 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>
>>> Good evening, Mr. Greer.
>>>
>>> I write because I have not received your response to my email inquiry below. Can you please provide me — and the Court, given your representations at ECF No. 213  — the "police case number" that you promised you would provide back in January?
>>>
>>> Also: I note that at ECF No. 249, and in an email to me on February 20, you stated that you would be filing a sanctions motion against me. I have not received such a motion. I write to remind you that it is your obligation to serve your sanctions motion on me 21 days before filing it with the Court pursuant to Fed. R. Civ. P. 11 (c)(2). When should I expect to receive that?
>>>
>>> Thanks,
>>>
>>> **Matthew D. Hardin**
>>> **Hardin Law Office**
>>> Direct Dial: 202-802-1948
>>> NYC Office: 212-680-4938
>>> Email: MatthewDHardin@protonmail.com
>>>
>>> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>>>
>>>> On Mar 12, 2025, at 8:42 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>>
>>>> Good evening, Mr. Greer,
>>>>
>>>> I was re-reading your pleading from January 3, 2025 (below). In it, you stated "Plaintiff will provide the Court with the police case number after

he meets with the detectives.

It does not appear that you have ever provided this information. Can you explain why not? It has been over three months.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

On Jan 3, 2025, at 10:50 AM, utd_enotice@utd.uscourts.gov wrote:

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**US District Court Electronic Case Filing System**

**District of Utah**

**Notice of Electronic Filing**

The following transaction was entered on 1/3/2025 at 8:50 AM MST and filed on 1/3/2025

| | |
|---|---|
| **Case Name:** | Greer v. Moon et al |
| **Case Number:** | 2:24-cv-00421-DBB-JCB |
| **Filer:** | Russell G. Greer |
| **Document Number:** | 213 |

**Docket Text:**
**Plaintiff's Notice of Supplemental Authority of Continuous Stalking Messages from Kiwi Farms Users and Notice that Plaintiff is meeting with Law Enforcement to pursue criminal charges against defendants by Russell G. Greer. (kpf)**

**2:24-cv-00421-DBB-JCB Notice has been electronically mailed to:**

Matthew D. Hardin    matthewdhardin@gmail.com, matthewdhardin@ecf.courtdrive.com, matthewdhardin@protonmail.com

Russell G. Greer    russmark@gmail.com

**2:24-cv-00421-DBB-JCB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=1/3/2025] [FileNumber=6011132-0]
[50949e6cd8e7ca81e48c42301f19345287752bfed9bac0ff22127b9619951e07f603
c6744aa7d0e491d405b3e818568a22cfc2710e7fcbd9e5c9afb445453a28]]