Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
2025 MAR 28 AM 5:31
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>  Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>  Defendants | **PLAINTIFF'S MOTION TO EXTEND TIME UNDER FRCP 6(b)**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Pursuant to FRCP Rule 6(b), Plaintiff Russell Greer comes now and says.

## INTRODUCTION

Plaintiff comes and requests an extension of time for two weeks to reply to defendants' excessive motions. The deadline has passed to answer some of the motions. Due to excusable neglect, plaintiff asks for a deadline to be extended to answer the defendants' filings.

## FRCP 6(b)

Under FRCP 6(b), when an act just be done within a specific time and that time has passed, a party may file a motion to extend time for good cause and excusable neglect

## GOOD CAUSE EXISTS

In the past two weeks, defendants have filed an excessive amount of filings, ranging from wanting Greer's IFP status removed (ECF 260) to accusing Greer of lying because defendants are misrepresenting events (ECF 262) .

As Greer has told Matthew Hardin several times, this isn't his full time job. Greer is indeed trying to litigate this case to the fullest of his capacity.

Due to the stresses of life, Greer could not offer his best response by the deadline to respond to ECF 260. Greer is a full time student, a full time worker and has been trying to research various legal arguments to counter Mr. Hardin's motions. For example, Greer just barely finished drafting a motion for sanctions for defendants' attorney violating the SPO. That took two months for Greer to research because again, this is all new information to Greer, a pro se litigant.

Because Greer has not yet replied, Mr. Hardin has threatened Greer through email by threatening to file sanctions against Greer for the pettiest of reasons. **EXHIBIT A.**

## GREER ASKS FOR A TWO WEEK EXTENSION

Mr. Greer asks for a two week extension to respond to Defendants' various motions.

This relief should be granted, as this Court has granted Defendants' last two extensions.

Respectfully

2

DATED: 3-28-25

Russell Greer

/rgreer/

Pro Se

4

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 3-28-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

## **EXHIBIT A**

