EXHIBIT A

```
03/31/25                    Nye County Sheriffs Office                           4229
13:56                           CALL DETAIL REPORT                        Page:    1

  Call Number:        24NY69172

  Nature:             FRAUD NY
  Reported:           16:15:04 11/22/24
  Rcvd By:            McFarland E L                    How Rcvd: E
  Occ Btwn:           16:15:04 11/22/24    and 16:40:51 11/22/24
  Type:               l
  Priority:           4

  Address:            CHERRY PATCH; PHONECALL
  City:               CRYSTAL

  Alarm:

  Lic Info:                          NV

  Clearance:          UCC

  COMPLAINANT/CONTACT
  -------------------
  Complainant: ,                                                Name#:
  Race:      Sex:       DOB: **/**/**
  Address: ,
  Home Phone:                                   Work Phone:

  Contact: RUSSELL GREER
  Address:
  Phone:

  RADIO LOG
  ---------
  Dispatcher  Time/Date           Unit    Code Zone Agnc Description
  ----------  -----------------   ------  ---- ---- ---- ----------------------------
  Sproul K M  17:00:36 11/22/24 NYS12     ASSG NYAM NYSO Assigned to a Call
                                                         call=1353l
  Finlayson   17:22:55 11/22/24 NYS12     ENRT NYAM NYSO (MDC) Enroute to a call
                                                         call=1353l
  Huggins M   17:31:22 11/22/24 NYS12     CMPL NYAM NYSO Completed Call call=1353l

  COMMENTS
  --------
  16:29:44 11/22/2024 - McFarland E L
  A File A Report form has been submitted through the app.
  Type: - Reporting party currently outside the county I have already spoken with
  a deputy about this incident and they referred me to complete an online report.
  - No If you did, which deputy did you speak with? - empty I verify I am
  reporting an incident and/or criminal offense that occurred within Nye County,
  Nevada. - True Choose one: - I am the victim filling this report.
  First name - Russell
  Middle name - G
  Last name - Greer
  Street Address -
  City - Las Vegas
  State - NV
  ZIP Code - 89169
  Is your mailing address different than above? - No Date of Birth -
  2024-11-22T22:58:48.082Z Race - White Gender - Male License Number and State -
```

```
03/31/25                    Nye County Sheriffs Office                        4229
13:56                         CALL DETAIL REPORT                    Page:     2
```

N/A Phone Number -                 Email Address -                            Date &
Time of Offense - 2024-11-22T22:58:48.082Z Location of Offense - 100 Appaloosa
Way, Crystal, NV 89060 Property Information & Value - Former brothel Please
select one in regard to Suspect Information. - I can provide personal info or
some info.
Are there witnesses? - Yes
If yes, provide witness name and contact information. - News Media was there.
Please pick one in regard to the narrative of the criminal offense/incident. - I
can provide personal info or some info.
Summary - I am seeking to file a police report against Jan Jensen and would ask
for charges to be brought against her under NRS 205.380 (obtaining money,
property or labor under false pretenses).

Jan Jensen is the owner of the two brothels she just had demolished in the
Crystal, NV area.

Jan deceived the previous owners and hid the fact that she is strictly against
prostitution. Dennis Hof previously owned the properties and there is no way he
would have let them be bull dozed, even for a one million dollar purchase. When
Dennis died in 2018, he let the properties shift to his successor Suzette.
Suzette sold the brothels in 2022 and I dont believe she knew of Jans hatred
towards sex work.

Therefore, Jan purchased the property under false pretenses.  Under the statute,
false pretenses are a representation of some fact or circumstance which is not
true and is calculated to mislead; it may consist of any words or actions
intended to deceive. Buckner v. State, 95 Nev. 117, 590 P.2d 628 (1979).

I am directly harmed by Jans fraudulent purchase of the property and subsequent
bulldozing them because I run an LLC in Nevada that wanted to purchase the
Cherry Patch: the rustic building with the female statue in Crystal.

I actually had written Jan directly and her representatives for a year, trying
to convince her to sell.

Those were historic buildings that nobody can ever operate because some crazy
woman LIED to obtain them for the sole purpose of demolishing them.

Here is the news article covering the event:
https://pvtimes.com/news/crystals-historic-love-ranch-brothel-demolished-137582/
?utm_campaign=widget&utm_medium=most_read

I firmly believe under penalty of perjury that Jan lied to obtain the property.
A trial would have to be held to get all the facts, but prima facie, a crime was
indeed committed.

The facts are clear that Jan lied to obtain property. I have legal standing to
file this police report, I am harmed as a person who wanted to run the brothel
and I am requesting a report be filed so the county attorney can press charges
against Jan.
Your full legal name - Russell Godfrey Greer Digital Signature: I affirm and
agree. - True
16:31:06 11/22/2024 - Johnson L
Address change from CRYSTAL; NYE ; PHONECALL to CHERRY PATCH; PHONECALL
16:57:22 11/22/2024 - McFarland E L
Q: What exactly has happened
A: Uncertain

```
03/31/25                    Nye County Sheriffs Office                      4229
13:56                          CALL DETAIL REPORT                    Page:    3

Q: How did you become aware of the theft?
A: Uncertain
17:28:40 11/22/2024 - Finlayson N
CALLING RP, GOOGLE VOICE NUMBER.
17:29:19 11/22/2024 - Finlayson N
LEFT VM
17:30:37 11/22/2024 - Finlayson N
CALLED 3X NO ANS, REOPEN IF RP CALLS BACK

UNIT HISTORY
------------
Unit   Time/Date                Code
------ ------------------       ----
NYS12  17:00:36 11/22/24        ASSG
NYS12  17:22:55 11/22/24        ENRT
NYS12  17:31:22 11/22/24        CMPL

RESPONDING OFFICERS
-------------------
Unit   Officer
------ --------------------
NYS12  Finlayson N
```