**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>Plaintiff, | **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING MOTION TO REVIEW IN FORMA PAUPERIS STATUS** |
| v. | Case No. 2:24-cv-00421-DBB |
| JOSHUA MOON, *et al.*<br><br>Defendants. | District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through their undersigned counsel, and advise the Court that Mr. Greer responded to the most recent Notice of Supplemental Authority, ECF No. 267, by confirming "Yes, I have an LLC and have been working with investors." Defendants state, upon information and belief, that Mr. Greer did not reveal his controlling interest in any LLC capable of purchasing millions of dollars worth of property when he sought *in forma pauperis* status from this Court, nor has Plaintiff updated the Court to provide his current financial status.

A copy of Mr. Greer's email confirming the above information is attached hereto for purposes of ensuring the record is complete.

DATED March 31, 2025

                                             **HARDIN LAW OFFICE**

                                             _/s/ Matthew D. Hardin_
                                             **Matthew D. Hardin**
                                             Attorney for Defendants Joshua Moon and Lolcow, LLC