

**From:** Russell Greer russmark@gmail.com
**Subject:** Re: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Notice of Supplemental Authority
**Date:** March 31, 2025 at 8:07 PM
**To:** Matthew Hardin matthewdhardin@gmail.com
**Cc:** ecf_notice@utd.uscourts.gov

Why do you continue this game of frivolous activity?

Yes, I have an LLC and have been working with investors. That has zero to do with this current case.

Why do you insist on protesting everything?

I need to know pronto why you keep doing this. Why do you keep filing "notices" that have nothing to do with this case.

ENOUGH.

Please be advised I am seeking sanctions against you for your frivolous behavior. Your conduct will end.

And I know you'll probably file a notice with this email too. If you do, I'll bring sanctions on that too.

You must have zero clients because no lawyer has time to do this. I am extremely busy with school and jobs and working with getting businesses up and running


Sent from my iPhone

> On Mar 31, 2025, at 4:53 PM, utd_enotice@utd.uscourts.gov wrote:
>
>
> **This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is a transcript, the free download restrictions and 30-page limit do not apply.
>
> **\*\*\*NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS\*\*\*** The court will mail a copy of the NEF and associated document of court-generated documents (e.g., reports and recommendations, orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated under "Notice has been delivered by other means to. . . ". The court will not mail NEFs and documents of party-generated filings to any party (including the filing party) even if the "Notice has been delivered by other means to. . . " states otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.
>
> **US District Court Electronic Case Filing System**
>
> **District of Utah**
>
> **Notice of Electronic Filing**
>
> The following transaction was entered by Hardin, Matthew on 3/31/2025 at 5:51 PM MDT and filed on 3/31/2025
>
> | | |
> |---|---|
> | **Case Name:** | Greer v. Moon et al |
> | **Case Number:** | 2:24-cv-00421-DBB-JCB |
> | **Filer:** | Lolcow LLC |
> | | Joshua Moon |
> | **Document Number:** | 267 |
>
> **Docket Text:**
> **NOTICE of SUPPLEMENTAL AUTHORITY by Lolcow LLC, Joshua Moon re [253] Defendant's MOTION Review In Forma Pauperis Status re [1] and Memorandum in Support (Attachments: # (1) Exhibit A (CAD report revealing Mr. Greer told Nye County, NV law enforcement that he "runs" an LLC which was in the market for real estate listed for sale at $1.2 million)) (Hardin, Matthew)**
>
> **2:24-cv-00421-DBB-JCB Notice has been electronically mailed to:**
>
> Matthew D. Hardin    matthewdhardin@gmail.com, matthewdhardin@ecf.courtdrive.com, matthewdhardin@protonmail.com
>
> Russell G. Greer    russmark@gmail.com
>
> Stewart B. Harman    stewart.harman@bachhomes.com, aanderson@pckutah.com
>
> **2:24-cv-00421-DBB-JCB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=3/31/2025] [FileNumber=6102752-0
] [96a4f9bcb6c719ff4212f99309b7d6bcb2028995c01537a3fb1b844dc636548715e
28c6fa62b14dcc65abfa775550151fd8342fcdedcab6ebca6113db2b9f0ba]]
**Document description:** Exhibit A (CAD report revealing Mr. Greer told Nye County, NV law enforcement that he "runs" an LLC which was in the market for real estate listed for sale at $1.2 million)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=3/31/2025] [FileNumber=6102752-1
] [2ab58d115bf3e8592866b9f836a167bf9afbbe8287abeef2af88c9200c29b59fb5e
478603bc03f806998dd6766a9a617c3f549999e3afe8518ed9ac4cae6ce44]]