EXHIBIT A

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**  Plaintiff  v.  **JOSHUA MOON ET AL**,  Defendants | **PLAINTIFF'S REQUEST FOR PRODUCTION OF RECORDS**  Case No.:   2:24-cv-00421-DBB-JCB |

1

TO: JOSHUA MOON

Under Federal Rules of Procedure 26(b), you are requested to produce the following documents and records in 15 days. These records pertain to users on Kiwi Farms:

1. The name and any email addresses that were used to register the account of John Doe #1, AKA "Moseph.Jartelli".

2. The name and any email addresses that were used to register the account of John Doe #2, AKA "Russtard".

You shall have your attorney, Matthew Hardin, provide the documents by May 15th to Russell Greer through electronic mail.

Respectfully submitted,

Russell Greer