**EXHIBIT B**

**From:** **Matthew Hardin** matthewdhardin@gmail.com
**Subject:** Re: Request for production of documents
**Date:** April 30, 2025 at 9:37 AM
**To:** Russell Greer russmark@gmail.com

Good morning,

Can you explain the basis for your assertion that you are owed a response in 15 days rather than 30 days (Rule 33 (b)(2)(A))? Additionally, I would appreciate it if you could explain how this discovery is proportional to the needs of the case in light of the stipulation at ECF No. 201 and your failure to oppose the motion at ECF No. 245.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

> On Apr 30, 2025, at 5:16 AM, Russell Greer <russmark@gmail.com> wrote:
>
> Good morning,
>
> Please find attached my request for documents.
>
> Thanks
>
> <request for production of documents.pdf>