FILED
2025 MAY 1 AM 9:30
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>Defendants | **PLAINTIFF'S EMERGENCY REQUEST FOR A CONTINUANCE**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Pursuant to *FRCP 4*0, Plaintiff Russell Greer files this EMERGENCY REQUEST for a continuance.

### INTRODUCTION:

The Court set a Zoom hearing for a 5-6-25 court hearing. Plaintiff had this calendared for two months. On Thursday, 5-1-25, Plaintiff was informed that he had to be at a business meeting in rural Nevada on 5-6-25, very oddly taking place at the same time as the court hearing. Plaintiff has tried seeing if the meeting can be rescheduled and he was told no.[1]

Plaintiff requests a continuance for another month: 6-6-25.

### GOOD CAUSE EXISTS

There are several reasons to allow this continuance:

1. This Court has frequently allowed Defendants in this case to postpone deadlines, etc because of Mr. Hardin's commitments to other clients, aka other business ventures unrelated to this case. Although they were unrelated, such relief of an extension was granted. Respectfully, not allowing plaintiff the same rights to seek the same relief of an extension, or in this context, a continuation of this hearing, would be arbitrary.

2. Plaintiff will be in a rural area, not connected to wifi, with probably not the best cell service, and so even attempting to be on the hearing would be problematic and difficult for this Court to communicate with plaintiff, who already has a hard time communicating because of a facial disability.

3. Plaintiff still has not filed a Response to Defendants' motion to dismiss. Under Local Rule 7-1(4)(A)(iii), Plaintiff has 28 days to Respond, which the 28th day would be May 12th. Hearing every motion except the motion to dismiss, which seems to be the most

---

[1] Plaintiff would rather not be specific, as the kiwi farms users make it a game to sabotage anything connected to plaintiff — activity that Mr. Moon allows by keeping his website up.

important of the motions, wouldn't be judicially economical. Therefore, plaintiff requests a date after the 12th of May, so that the motion and the Response can be heard, too.

Based on the above 3 points, Plaintiff asks that the 5-6-25 hearing be continued until 6-6-25 or another date that the Court finds satisfactory.

Respectfully submitted,

Russell Greer

/rgreer/

5-2-25

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 5-2-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.