**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA MOON, *et al*.<br><br>    Defendants. | **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME Defendants Joshua Moon and Lolcow, LLC, by and through their undersigned counsel, and file this Notice of Supplemental Authority to update the Court on the current status of Mr. Greer's discovery request previously filed at 275-1 and the Defendants' Motion to Stay filed at ECF No. 245.

As previously indicated at ECF No. 275-2, Defendants have made inquiries with Mr. Greer relating to his newfound belief that immediate discovery is necessary from Joshua Moon, on expedited timelines (15 days to respond rather than the usual 30), despite Mr. Greer's failure to oppose the Motion to Stay Discovery at ECF No. 245 and despite Mr. Greer's stipulation that no individuals other than Nathan and Scott Greer had any discoverable information at ECF No. 201. *Cf*. ECF No. 185-1 (Mr. Greer disclosed only those two individuals as being in possession of discoverable information).

Mr. Greer initially failed to respond to Defendants' inquiries. On May 5, however, Mr. Greer responded via email. Exhibit A. In that email, Mr. Greer failed to explain any legal basis for his belief that he is entitled to expedited discovery rather than discovery under the normal timeframes of Fed. R. Civ. P. 33 (b)(2)(A). Mr. Greer also failed to address the impact of his decision not to oppose the Defendants' Motion for a Stay of discovery at ECF No. 245. Mr. Greer further indicated that he would not "go back and forth" and confer with Defendants with respect to his discovery requests as required by both the local rules and the federal rules, and indicated that he would instead file a motion with the Court.

WHEREFORE, Defendants Joshua Moon and Lolcow, LLC assert that the Motion at ECF No. 245 should be granted, or the Court should order other appropriate relief.

DATED May 5, 2025

**HARDIN LAW OFFICE**

 /s/ Matthew D. Hardin
**Matthew D. Hardin**
Attorney for Defendants Joshua Moon
and Lolcow, LLC