# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL G. GREER,** <br><br> Plaintiff, <br><br> v. <br><br> **JOSHUA MOON, publisher of the website Kiwi Farms; and LOLCOW LLC,** <br><br> Defendants. | **ORDER** <br><br> Case No. 2:24-cv-00421-DBB-JCB <br><br> District Judge David Barlow <br><br> Magistrate Judge Jared C. Bennett |

This case was referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] Before the court are the following motions: Defendant Joshua Moon ("Mr. Moon") and Lolcow LLC's ("Defendants") motion for attorney fees,[2] Defendants' motion for Fed. R. Civ. P. 11 sanctions,[3] pro se Plaintiff Russell G. Greer's ("Mr. Greer") motion to reconsider this court's order granting Defendants' short form discovery motion to compel Mr. Greer to comply with Defendants' First Request for Production,[4] Defendants' motion to stay discovery,[5] Mr. Greer's motion for a bonded stay pending appeal,[6] Defendants' motion to review

---

[1] ECF No. 130. This case originated in this court as Case No. 2:20-cv-00647-DBB-JCB and was transferred to the Northern District of Florida. That district returned it to this court and it was reopened with this case number.

[2] ECF No. 228.

[3] ECF No. 234.

[4] ECF No. 243.

[5] ECF No. 245.

[6] ECF No. 251.

Mr. Greer's in forma pauperis status,[7] and Defendants' motion to screen Mr. Greer's in forma pauperis complaint.[8] The court heard oral argument on these motions on May 6, 2025,[9] and this order memorializes the court's oral rulings. For the reasons stated on the record at the hearing, the court:

1. FINDS AS MOOT Defendants' motion for attorney fees;[10]

2. TAKES UNDER ADVISEMENT Defendants' motion for Fed. R. Civ. P. 11 sanctions;[11]

3. TAKES UNDER ADVISEMENT Mr. Greer's motion to reconsider this court's order granting Defendants' motion to compel Mr. Greer to comply with Defendants' First Request for Production.[12] The court HEREBY ORDERS Mr. Greer to produce a copy of the restraining order filed against Mr. Moon in 2018 in Utah to Defendants on or before May 20, 2025. Defendants shall file a status report with the court regarding Mr. Greer's production on or before May 27, 2025.

4. GRANTS Defendants' motion to stay discovery.[13] Except as required in paragraph 3 above, all other discovery is HEREBY STAYED pending a ruling on Defendants' motion to dismiss;[14]

---

[7] ECF No. 253.
[8] ECF No. 258.
[9] ECF No. 280.
[10] ECF No. 228.
[11] ECF No. 234.
[12] ECF No. 243.
[13] ECF No. 245.
[14] ECF No. 274.

5. DENIES Mr. Greer's motion for a bonded stay pending appeal;[15]

6. GRANTS Defendants' motion to review Mr. Greer's in forma pauperis status.[16] Accordingly, based on Mr. Greer's concession that he can afford to pay a filing fee and still support himself, he is HEREBY ORDERED to pay the civil case filing fee on or before June 5, 2025, or else this court will recommend dismissal of this action;

7. FINDS AS MOOT Defendants' motion to screen Mr. Greer's in forma pauperis complaint because if Mr. Greer pays his filing fee, then no screening is required, but if he does not pay the fee, then the case will be dismissed.[17]

IT IS SO ORDERED.

DATED this 6th day of May 2025.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge

---

[15] ECF No. 251.

[16] ECF No. 253.

[17] ECF No. 258.