**Betty Lawrence**

| | |
|---|---|
| **From:** | Jessica Smith |
| **Sent:** | Thursday, August 10, 2023 3:53 PM |
| **To:** | Betty Lawrence |
| **Subject:** | FW: Zoning map |

*Jessica Smith*
*GIS Technician*
*Humboldt County Assessor's Office*
*50 W. 5th St.*
*Winnemucca, NV 89445*
*(775)623-6315*

**From:** A Safer Nevada Director <contact@asafernevada.org>
**Sent:** Thursday, August 10, 2023 3:49 PM
**To:** Jessica Smith <jessica.smith@humboldtcountynv.gov>
**Subject:** Re: Zoning map

Jessica.

I appreciate the info.

I did want to ask: WMC 17.30.040(J) says that adult entertainment can be in the general commercial zone district with a conditional use permit. Would adult entertainment include brothels?

I ask because yes, I know: the AE zone is Blocks 40 and 41, however, Gilman, the owner of the blocks, is not wanting to play fair and so I actually just recently saw that the GC zone allows adult entertainment with a conditional use permit.

So if a conditional use permit could allow brothels, can I have the appropriate paperwork for a conditional use? WMC 17.68.020 says that as part of the conditional use pre-application process, one is to consult with the Humboldt County planning department.

Russell Greer


A Safer Nevada
contact@asafernevada.org
www.asafernevada.org

> On Aug 10, 2023, at 2:28 PM, Jessica Smith <jessica.smith@humboldtcountynv.gov> wrote:
>
> Mr.Greer,
> Please find a general zoning map attached. If you need definitions please refer to this link →
>
> https://www.codepublishing.com/NV/HumboldtCounty/#!/HumboldtCounty17/HumboldtCounty17.html

1

*Jessica Smith*
*GIS Technician*
*Humboldt County Assessor's Office*
*50 W. 5th St.*
*Winnemucca, NV 89445*
*(775)623-6315*

**From:** Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov>
**Sent:** Thursday, August 10, 2023 2:23 PM
**To:** A Safer Nevada Director <contact@asafernevada.org>
**Cc:** Jessica Smith <jessica.smith@humboldtcountynv.gov>
**Subject:** RE: Zoning map

Russell – you will need to contact Jessica in the GIS Department. I have included her in this response.

*Betty Lawrence*
Senior Planning Technician

**From:** A Safer Nevada Director <contact@asafernevada.org>
**Sent:** Thursday, August 10, 2023 2:17 PM
**To:** Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov>
**Subject:** Zoning map

Hi, Betty

Are you able to provide me with a zoning map of Winnemucca that shows different zoning districts on it? Just trying to figure out where the industrial, general commercial, etc areas are.

Russell Greer


A Safer Nevada
contact@asafernevada.org
www.asafernevada.org
<Winnemucca_Zoning_Map_1_10,000_ArchD.pdf>

2

**Betty Lawrence**

| | |
|---|---|
| From: | A Safer Nevada Director <contact@asafernevada.org> |
| Sent: | Thursday, August 10, 2023 4:42 PM |
| To: | Betty Lawrence |
| Cc: | Alicia Heiser |
| Subject: | Re: Adult entertainment inquiry |

Ok, I will contact her.

But Gilman has a history of doing this. He will go into a city or county and ensure no other competition can operate. For instance, he owns a brothel in Storey County. He got elected as a Storey County Commissioner in 2012. In 2015, he helped amend the county code to ensure no other brothels can open. In your city, he bought all of the only zoned land.

So is that not of concern? It should be. I'm not a casino guy, but if MGM owned all of the only casino zoned lots here in Las Vegas, it would be confusing why the city would allow that. So I don't understand why your county/city doesn't care.

Russell Greer


A Safer Nevada
contact@asafernevada.org
www.asafernevada.org

> On Aug 10, 2023, at 4:36 PM, Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov> wrote:
>
> Mr. Greer – To be honest I do not believe the City Council will even consider this. You can contact Alicia Heiser, City Manager/Engineer to request to be placed on a City Council agenda.
>
> *Betty Lawrence*
> Senior Planning Technician
>
> **From:** A Safer Nevada Director <contact@asafernevada.org>
> **Sent:** Thursday, August 10, 2023 4:34 PM
> **To:** Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov>
> **Subject:** Re: Adult entertainment inquiry
>
> Hi, Betty.
>
> I understand. Who is it, then, that I can contact to get this on a Winnemucca City Meeting to amend the city law to allow other zones to allow brothels within Winnemucca?
>
> Russell Greer
>
>
> A Safer Nevada

1

contact@asafernevada.org
www.asafernevada.org

On Aug 10, 2023, at 4:24 PM, Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov> wrote:

Mr. Greer – in response to your question to Jessica. I have reviewed **Winnemucca Municipal Code** Chapter 17.81.040. Adult Entertainment is not reflected as a use allowed with a Special Use Permit. The only use allowed in G-C zoning is adult entertainment in cabarets or bars, which is an allowed use.

**Humboldt County Code** Chapter 17.30.040 Conditional Uses in the GC zoning does indicate Adult Entertainment Activities, which does not include prostitution. Below is the definition of Adult entertainment activity:

**17.16.050 Adult entertainment activity.**

"Adult entertainment activity" means any activity which is conducted exclusively for the patronage of persons who are eighteen years of age or older and from which persons seventeen years of age or younger are specifically excluded, and includes, but is not limited to, such businesses as adult bookstores, adult motion pictures theaters, adult entertainment and adult entertainment in cabarets. (Ord. 1-5-87A § 8(C))

Please note that there are separate zoning codes for the City of Winnemucca and Humboldt County. Do not hesitate to contact me if you have further questions or require additional information.

*Betty Lawrence*
Senior Planning Technician

2

## Betty Lawrence

**From:** Intimate Dealings Manager <info@intimatedealings.com>
**Sent:** Friday, August 4, 2023 4:23 PM
**To:** Betty Lawrence
**Subject:** Re: Brothel zoning question

Hi,

I just wanted to let you know that I am putting together a group of voters in Winnemucca to get a question on the ballot amend the Winnemucca City Code to change A-E zoning from Blocks 40 and 41 to a different block. I'm doing this after the ridiculous treatment Gilman has shown me. There is no reason one person should own the entire market in one city.

And as a side note, WCC 5.12.010(E)(5) prevents anyone who has had a privilege license revoked from opening up another privileged business. Gilman had a brothel shut down in 2012 after its license was revoked. So not sure how he expects to even open them in Winnemucca.
https://library.municode.com/nv/winnemucca/codes/code_of_ordinances?nodeId=TIT5BULIRE_CH5.12PRBULI_5.12.010DEPUPOPRBU

**Russell**


**Intimate Dealings LLC**

**NV Business ID: NV20222429675**

info@intimatedealings.com

(623) 335-2646

http://www.intimatedealings.com/

https://www.crunchbase.com/organization/intimate-dealings-llc

https://www.linkedin.com/in/russellgreerutah26


> On Mar 30, 2023, at 12:04 PM, Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov> wrote:
>
> Yes, it is
>
> **From:** Intimate Dealings Manager <info@intimatedealings.com>
> **Sent:** Thursday, March 30, 2023 12:03 PM

1

**To:** Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov>
**Subject:** Re: Brothel zoning question

Hi, Betty.

I just wanted to confirm that the block we talked about last year is the only place in Humboldt county that allows brothels?

Russell


Intimate Dealings LLC
**NV Business ID:** NV20222429675
info@intimatedealings.com
(623) 335-2646
http://www.intimatedealings.com/

> On Sep 6, 2022, at 9:15 AM, Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov> wrote:
>
> Russell – I have attached the assessor's parcel map reflecting the parcels along with the addresses for each parcel.
>
> *Betty Lawrence*
> Senior Planning Technician
>
> **From:** Intimate Dealings Manager <info@intimatedealings.com>
> **Sent:** Friday, September 2, 2022 8:59 AM
> **To:** Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov>
> **Subject:** Re: Brothel zoning question
>
> Good morning,
>
> Is there a street address attached to those blocks? I just am asking so I know what my attorney and I need to call refer to the property as in my lawsuit. Or are they just referred to as block 40 and 41?
>
> Russell
>
>
> Intimate Dealings LLC
> **NV Business ID:** NV20222429675
> info@intimatedealings.com
> (623) 335-2646
> http://www.intimatedealings.com/

2



## Betty Lawrence

| | |
|---|---|
| **From:** | Intimate Dealings Manager <info@intimatedealings.com> |
| **Sent:** | Wednesday, August 31, 2022 6:28 AM |
| **To:** | Betty Lawrence |
| **Subject:** | Re: Brothel zoning question |

I should clarify: not "unfairly". I misworded that. What he is doing is illegal. NRS 598A forbids monopoly on commerce. I even asked him for a partnership if he didn't want to sell the land and he refused.

So If your city does not want to add more zoning to allow competition and for a company to form a brothel in this state, my LLC is probably pursuing an antitrust lawsuit against Gilman LLC.

Russell


Intimate Dealings LLC
**NV Business ID:** NV20222429675
info@intimatedealings.com
(623) 335-2646
http://www.intimatedealings.com/


> On Aug 30, 2022, at 4:23 PM, Intimate Dealings Manager <info@intimatedealings.com> wrote:
>
> Hi,
>
> Well, Mr. Gilman is famous for practicing anti-competition laws. For instance, he holds all of the licenses in Storey County.
>
> But yes, one request is a change in the city zoning because Mr. Gilman is unfairly holding the only land that allows brothels and is stifling out other people interested in building better facilities. That's anti-competition. He told me that he will not be selling the property. He always owns a brothel in Storey County. It's unfair for him to have this monopoly.
>
> The other is a request to change the licensing fee costs. For instance, 125 dollars per 100 square feet is excessive.
>
> Russell
>
>
> Intimate Dealings LLC
> **NV Business ID:** NV20222429675
> info@intimatedealings.com
> (623) 335-2646
> http://www.intimatedealings.com/

1

## Betty Lawrence

**From:** Intimate Dealings Manager <info@intimatedealings.com>
**Sent:** Tuesday, August 30, 2022 4:24 PM
**To:** Betty Lawrence
**Subject:** Re: Brothel zoning question

Hi,

Well, Mr. Gilman is famous for practicing anti-competition laws. For instance, he holds all of the licenses in Storey County.

But yes, one request is a change in the city zoning because Mr. Gilman is unfairly holding the only land that allows brothels and is stifling out other people interested in building better facilities. That's anti-competition. He told me that he will not be selling the property. He always owns a brothel in Storey County. It's unfair for him to have this monopoly.

The other is a request to change the licensing fee costs. For instance, 125 dollars per 100 square feet is excessive.

Russell

Intimate Dealings LLC
**NV Business ID:** NV20222429675
info@intimatedealings.com
(623) 335-2646
http://www.intimatedealings.com/

> On Aug 30, 2022, at 3:04 PM, Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov> wrote:
>
> What kind of requests? The property owner is the only one who can sell the property. If you are talking about a zone change to another parcel, that will not happen within the City Limits or County.
>
> **From:** Intimate Dealings Manager <info@intimatedealings.com>
> **Sent:** Tuesday, August 30, 2022 3:02 PM
> **To:** Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov>
> **Subject:** Re: Brothel zoning question
>
> Hi, Betty.
>
> If Mr. Gilman doesn't want to reach a deal, what is the process of bringing requests in front of the city council of Winnemucca?
>
> Russell
>
> Intimate Dealings LLC
> **NV Business ID:** NV20222429675

1

# Betty Lawrence

| | |
|---|---|
| From: | Intimate Dealings Manager <info@intimatedealings.com> |
| Sent: | Tuesday, August 30, 2022 3:02 PM |
| To: | Betty Lawrence |
| Subject: | Re: Brothel zoning question |

Hi, Betty.

If Mr. Gilman doesn't want to reach a deal, what is the process of bringing requests in front of the city council of Winnemucca?

Russell

Intimate Dealings LLC
**NV Business ID:** NV20222429675
info@intimatedealings.com
(623) 335-2646
http://www.intimatedealings.com/

> On Aug 26, 2022, at 9:09 AM, Intimate Dealings Manager <info@intimatedealings.com> wrote:
>
> Hey, Betty.
>
> I understand. One last question, I see the different plots are 0.18 ac, etc. All together, how many square feet are blocks 40 and 41? I can calculate it, I want to make sure my calculations match what the city has.
>
> And supposing my LLC reaches a deal with Gilman LLC, I notice there's a dirt road area behind the blocks, next to the freeway. Is that a city road and would they be willing to make that a road that leads to blocks 40 and 41?
>
> Russell Greer
>
> Intimate Dealings LLC
> **NV Business ID:** NV20222429675
> info@intimatedealings.com
> (623) 335-2646
> http://www.intimatedealings.com/
>
>> On Aug 26, 2022, at 7:46 AM, Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov> wrote:
>>
>> We do not have that information

1

**From:** Intimate Dealings Manager <info@intimatedealings.com>
**Sent:** Thursday, August 25, 2022 6:15 PM
**To:** Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov>
**Cc:** Alicia Heiser <manager@winnemuccacity.org>
**Subject:** Re: Brothel zoning question

Betty,

Thank you so much for your reply. Do you by chance have an email or phone on file for Gilman LLC? I only see the mailing address.

Thanks,

Russell Greer


Intimate Dealings LLC
**NV Business ID:** NV20222429675
info@intimatedealings.com
(623) 335-2646
http://www.intimatedealings.com/


> On Aug 25, 2022, at 4:25 PM, Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov> wrote:
>
> Mr. Greer – I have attached the assessor's parcel map reflecting Blocks 40 and 41. I have also included a GIS image showing the area. The lines are a little off but you can compare the image to the map. The property is currently vacant except for a brick/concrete structure. All of the other buildings that were on the property were demolished by the property owner, Gilman Development Co LLC. I have provided the contact information for Mr. Gilman. I do not believe the City would be interested in located a brothel anywhere else, which would require a zone change. No zoning would allow this type of business with a conditional use permit. Brothels have been in this location for over 50 years.
>
> *Betty Lawrence*
> Senior Planning Technician
>
> **From:** Intimate Dealings Manager <info@intimatedealings.com>
> **Sent:** Thursday, August 25, 2022 2:43 PM
> **To:** Betty Lawrence <Betty.Lawrence@humboldtcountynv.gov>
> **Subject:** Brothel zoning question
>
> Hi, Betty

2





I emailed an email address belonging to you back in May, but I guess it was the wrong one, so I wanted to try this.

My name is Russell and I am with a real estate development company that is interested in building a brothel in Winnemucca. Upon reading 17.110.010 of the Winnemucca Code, it says brothels can only be in blocks 40 and 41.

Where exactly are those blocks on a map of Winnemucca? Is that where Marks Automatic Transmission, etc is at? If so, it appears that area is occupied with non-sex work businesses. Are all of blocks 40 and 41 taken with private land?

Would the city or the code allow for a conditional use permit for a brothel to be built elsewhere in Winnemucca? After all, that particular ordinance was passed in 1996, so it's a bit dated.

Please let me know what our options are.

Thanks,

Russell Greer


Intimate Dealings LLC
**NV Business ID:** NV20222429675
info@intimatedealings.com
(623) 335-2646
http://www.intimatedealings.com/

3