**RICHARD STONE,** *Mayor*
**ANDREW LINDSEY,** *Council Seat 1*
**THERESA L. MAVITY,** *Council Seat 2*
**VINCE MENDIOLA,** *Council Seat 3*
**ASHLEY MADEN,** *Council Seat 4*
**LYNDSEE JIMENEZ,** *Council Seat 5*



Alicia E. Heiser, PhD, PE, *Manager/Engineer* (775) 623-6333
Ruth Fitzpatrick, *Clerk/Treasurer* (775) 623-6333
Mike Rangel, *Police Chief* (775) 623-6396
Fernando Vega, *Public Works Supervisor* (775) 623-6381
Tom Heikkila, *Parks and Recreation* (775) 623-6325
Levi Carl, *Building Inspector* (775) 623-6319
Fax Number (775) 623-6090
E-Mail winnemucca@winnemuccacity.org


EXHIBIT C

# CITY COUNCIL MEETING AGENDA

**MEETING DATE:** Tuesday, May 6, 2025 – regular meeting
**MEETING TIME:** 1:00 p.m.
**MEETING PLACE:** Winnemucca City Hall, 90 W. Fourth Street, Winnemucca, Nevada
**PLACES POSTED:** Winnemucca City Hall, 90 W. Fourth Street, Winnemucca, Nevada
Humboldt County Library, 85 E. Fifth Street, Winnemucca, Nevada
Humboldt County Courthouse, 50 W. Fifth Street, Winnemucca, Nevada
www.winnemuccacity.org            https://notice.nv.gov
**PERSON POSTING:** Olga Luna

### MEETING VIA TELECONFERENCE OR VIDEOCONFERENCE OR IN-PERSON
### THE TELECONFERENCE AND VIDEOCONFERENCE ACCESS INSTRUCTIONS APPEAR BELOW

**A.    CALL TO ORDER-QUORUM DETERMINATION**

**B.    PUBLIC COMMENT-PERSONAL COMMUNICATION-CORRESPONDENCE** (This period is for comments by the public and for the Mayor, Council and City Staff to present correspondence, communications or comments. No action may be taken upon a matter presented under this section until it is placed on an agenda for action. Public comment is generally limited to three (3) minutes per person.)

**C.    PROCLAMATIONS-AWARDS-PRESENTATIONS** (The Mayor, Council, City Staff or an invitee may make a proclamation, present a service or other award on behalf of the city or make an informational presentation of interest to the community. No action may be taken upon an item in this section.)

**D.    BUSINESS IMPACT DETERMINATION** (The Council must take action pursuant to NRS Chapter 237 and make a determination if any agenda item proposes the adoption of any rule which would have a direct and significant economic burden upon a business or directly restrict the formation or expansion of a business by imposing, increasing or changing the basis for the calculation of a fee that is paid in whole or in substantial part by a business.)

**E.    CONSENT AGENDA** (The agenda items in this section are for discussion and possible action unless otherwise noted. All items may be acted upon in a single motion; however, upon Council member request, any consent agenda item may be discussed and acted upon separately.)
   1. **Meeting Minutes**
      April 22, 2025 City Council regular meeting minutes
   2. **Warrants-Expenses**
      Warrants, expenses, claims and payroll items for the period ending prior to this meeting

**F.    BUSINESS ITEMS DISCUSSION-ACTION** (The agenda items in this section are for discussion and possible action unless otherwise noted. The action may consist of approval, disapproval, acceptance, rejection, authorization, adoption, review, recommendation, referral to staff, or any other action as appropriate. The items may be heard in any order and at any time unless a time

*100 Years of Community Service, Pride, and Success*

90 WEST FOURTH STREET    •    WINNEMUCCA, NEVADA 89445    •    WWW.WINNEMUCCACITY.ORG

is specified; if a time is specified, the time may be the approximate time; two or more items may be combined for consideration; an item may be removed from the agenda; or discussion relating to an item may be delayed at any time.)

1. **Administration – Mural Concept Proposal**
   Proposal for the mural art concept to be painted on the city-owned old fire house building located at 445 S. Bridge Street / Main Street-Hammond
2. **Administration-Planning – Zoning District Expansion Request**
   Request to expand the Adult Entertainment zoning district to include the Scott Shady Court Motel property located at 400 W. First Street, APN 15-0132-18 / Greer
3. **Administration-Airport – Grant Proposal**
   Request for authorization to submit a FAA grant application for the phase I construction, engineering, inspection, and administrative costs for the aircraft heavy ramp reconstruction project at the municipal airport / Staff
4. **Administration – Spay-Neuter Program**
   Proposals for reforming, administering and controlling costs of the City-County spay neuter program / Staff
5. **Administration – American Rescue Plan Funds**
   Report on the American Rescue Plan Act (ARPA) funds expenditures and status of ARPA-funded projects / Staff
6. **Administration – Bode Howard Memorial Pool-New Aquatics Center**
   Proposals, studies, and reports for developing a plan for abandoning the existing Bode Howard Memorial Pool and options for funding and developing a new aquatics center / Staff

G. **STAFF-COUNCIL REPORTS** (This period is for receiving reports, information, department updates, board and committee updates and proposals by the Council and City staff. No action may be taken upon a matter raised under this section until it is placed on an agenda for action.)
   1. Mayor and Council / City Manager / Administration
   2. Police Department / Public Safety / Fire Department
   3. City Attorney / Municipal Court / Judicial
   4. Public Works / Sewer and Water Departments / Street Department
   5. Planning Department / Building Department
   6. Recreation Department / Parks / Golf Course
   7. Capital Improvement

H. **PUBLIC COMMENT** (This period is for comments by the public. No action may be taken upon a matter raised under this section until it is placed on an agenda for action. Public comment is generally limited to three (3) minutes per person.)

**NOTICE:** Staff reports and supporting material for the meeting are available to the general public at the same time the materials are provided to the City Council by contacting the City Clerk in person at the Winnemucca City Clerk's Office located in the City Hall, 90 W. Fourth Street, Winnemucca, Nevada or by telephone at 775-623-6338 or by electronic mail at rfitzpatrick@winnemuccacity.org. The City Clerk is the designated person from whom a member of the public may request the supporting material for the meeting and contacting the City Clerk's Office is the only means by which the supporting material is available to the public.

**NOTICE:** Members of the public may make a public comment at the meeting without being physically present by emailing the City Manager at: manager@winnemuccacity.org before 5:00 p.m. on the business day prior to the day of the meeting. The emailed messages received will be provided to the City Council for review and, upon request, transcribed for entry into the record. The meeting may be accessed for participation and/or making public comment via: (i) **teleconference (audio only)** by dialing **1-650-419-1505** using access code **398659008** and dial-in password **94662489** or (ii) **videoconference connection (audio and video)** through RingCentral by entering or pasting the following URL address into a browser with Internet access or by clicking on the following link:

https://v.ringcentral.com/join/398659008?pw=11208d9b5de17e052e28c07e8086f9bb

The meeting ID or access code: 398659008

The meeting password is: WinnCity (94662489 from phones and video systems)

**NOTICE:** The City Council may by law receive information from legal counsel regarding potential or existing litigation involving a matter over which the City Council has supervision, control, jurisdiction or advisory power, and such gathering does not constitute a meeting of the City Council.

**NOTICE:** Reasonable efforts will be made for members of the public who require special assistance or accommodation to participate in the meeting. Please contact the City Clerk by telephone at 775-623-6338 or by electronic mail at rfitzpatrick @winnemuccacity.org or the City Manager by telephone at 775-623-6333 or by electronic mail at manager @winnemuccacity.org or TDD 775-623-6439 one (1) business day in advance of the meeting to make arrangements.

In accordance with federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident. Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or the USDA TARGET Center at (202) 720-2600 (voice and TTY) or USDA through the Federal Relay Service at (800) 877-8339. Program information may be made available in languages other than English. To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, which is available and accessed online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov

**NOTICE:** This agenda has been physically posted at the locations noted above and electronically posted at www.winnemuccacity.org and at https://notice.nv.gov/ prior to 9:00 am three or more working days before the scheduled meeting.

POSTED BY:(PR NT NAME)____Olga Luna_____ SIGNATURE: _____

TITLE: _____Administrative Assistant_____ DATE: _____May 1, 2025_____ TIME: _____