Sixth Judicial District Court - Humboldt County
Case Summary

Run: 05/12/2025 12:51:47     Page 1

**Case #:** CV0023235

**Judge:** MONTERO, MICHAEL R.

**Date Filed:** 10/04/2022    **Department:**

**Case Type:** OTHER CIVIL MTRS

| **Plaintiff(s)** | **Attorney(s)** |
|---|---|
| GREER, RUSSELL G | IN PRO PER |

| **Defendant(s)** | **Attorney(s)** |
|---|---|
| GILMAN DEVELOPMENT LLC | No *Attorney 1* Listed |

| **Defendant(s)** | **Attorney(s)** |
|---|---|
| GILMAN, LANCE | SWEET, COURTNEY G |

**Fees:**

| Date Assessed | Fee | Total | Paid | Waived | Outstanding |
|---|---|---|---|---|---|
| 10/04/2022 | CLERKFE | $56.00 | $56.00 | $0.00 | $0.00 |
| 10/04/2022 | LEGLAID1550 | $15.50 | $15.50 | $0.00 | $0.00 |
| 10/04/2022 | STATFEE32 | $32.00 | $32.00 | $0.00 | $0.00 |
| 12/02/2022 | CLERKFE | $44.00 | $44.00 | $0.00 | $0.00 |
| 12/02/2022 | LEGAIDE950 | $9.50 | $9.50 | $0.00 | $0.00 |
| 12/02/2022 | CTTECH | $8.00 | $8.00 | $0.00 | $0.00 |
| 12/02/2022 | LEGAIDE2 | $2.00 | $2.00 | $0.00 | $0.00 |

**Filings:**

| Date | Filing |
|---|---|
| 10/04/2022 | JUDGE MONTERO, MICHAEL R.: ASSIGNED |
| 10/04/2022 | PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF PER NRS 598A.210 |
| 10/04/2022 | PAYMENT $230.00 RECEIPT #4348 |
| 10/04/2022 | SUMMONS ISSUED |
| 11/01/2022 | PLAINTIFF'S ERRATA TO COMPLAINT |
| 11/02/2022 | PLAINTIFF'S EMERGENCY EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER, MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION |
| 11/02/2022 | PLAINTIFF'S MEMORANDUM IN SUPPORT OF EMERGENCY EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |
| 11/04/2022 | WAIVER OF SERVICE OF SUMMONS UNDER RULE 4.1 OF THE NEVADA RULES OF CIVIL PROCEDURE |
| 11/10/2022 | ORDER DENYING PLAINTIFFS EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER; AND SCHEDULING ORDER FOR PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION |
| 11/30/2022 | DEFENDANTS' MOTION TO DISMISS COMPLAINT |
| 12/02/2022 | PAYMENT $213.00 RECEIPT #4545 |
| 12/02/2022 | EMAIL SENT TO REGARDING SERVICE OF COURT DOCUMENT - CV0023235, GREER, RUSSELL G VS. GILMAN DEVELOPMENT LLC WITH 1 ATTACHMENTS FROM DOCKETS FREETYPE-12/2/2022 |

```
Run:  05/12/2025                    Case Summary                         Page    2
      12:51:47
```

| Date | Description |
|---|---|
| 12/20/2022 | REQUEST FOR SUBMISSION |
| 12/21/2022 | PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION REPLY |
| 12/21/2022 | EMAIL SENT TO  REGARDING SERVICE OF COURT DOCUMENT – CV0023235, GREER, RUSSELL G VS. GILMAN DEVELOPMENT LLC WITH 1 ATTACHMENTS FROM DOCKETS FREETYPE-12/21/2022 |
| 01/05/2023 | PLAINTIFF'S EMERGENCY AMENDED MOTION TO EXTEND TIME |
| 01/05/2023 | REQUEST TO SUBMIT FOR DECISION |
| 01/09/2023 | OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION REPLY |
| 02/08/2023 | SUPPLEMENTAL CERTIFICATE OF SERVICE BY MAIL |
| 03/08/2023 | ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION REPLY |
| 03/08/2023 | ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT |
| 03/16/2023 | NOTICE OF ENTRY OF ORDER |
| 03/16/2023 | NOTICE OF ENTRY OF ORDER |
| 04/05/2023 | PLAINTIFF'S MOTION TO RECONSIDER & ALTER & AMEND/VACATE THE ORDER AND JUDGMENT AND TO REOPEN THE CASE |
| 04/10/2023 | EMAIL SENT TO  REGARDING SERVICE OF COURT DOCUMENT – CV0023235, GREER, RUSSELL G VS. GILMAN DEVELOPMENT LLC WITH 1 ATTACHMENTS FROM DOCKETS FREETYPE-4/5/2023 |
| 04/21/2023 | OPPOSITION TO PLAINTIFF'S MOTION TO RECONSIDER AND ALTER AND AMEND/VACATE THE ORDER AND JUDGMENT AND TO REOPEN THE CASE |
| 05/11/2023 | EMAIL SENT TO  REGARDING SERVICE OF COURT DOCUMENT – CV0023235, GREER, RUSSELL G VS. GILMAN DEVELOPMENT LLC WITH 1 ATTACHMENTS FROM DOCKETS FREETYPE-4/21/2023 |
| 01/24/2025 | EMAIL SENT TO JORDON FETENMIER REGARDING SERVICE OF COURT DOCUMENT – CV0023235, GREER, RUSSELL G VS. GILMAN DEVELOPMENT LLC WITH 9 ATTACHMENTS FROM DOCKETS FREETYPE-10/4/2022,FREETYPE-11/1/2022,FREETYPE-11/2/2022,FREETYPE-11/4/2022,FREETYPE-11/10/2022,FREETYPE-11/30/2022,FREETYPE-12/20/2022,FREETYPE-12/21/2022 |
| 01/24/2025 | EMAIL SENT TO JORDON FETENMIER REGARDING SERVICE OF COURT DOCUMENT – CV0023235, GREER, RUSSELL G VS. GILMAN DEVELOPMENT LLC WITH 9 ATTACHMENTS FROM DOCKETS FREETYPE-1/5/2023,FREETYPE-1/9/2023,FREETYPE-2/8/2023,FREETYPE-3/8/2023,FREETYPE-3/16/2023,FREETYPE-4/5/2023 |
| 01/24/2025 | EMAIL SENT TO JORDON FETENMIER REGARDING SERVICE OF COURT DOCUMENT – CV0023235, GREER, RUSSELL G VS. GILMAN DEVELOPMENT LLC WITH 1 ATTACHMENTS FROM DOCKETS FREETYPE-4/21/2023 |
| 01/24/2025 | HUMBOLDT COUNTY CLERK PUBLIC RECORDS REQUEST FORM |