

**From:** Russell Greer russmark@gmail.com
**Subject:** Re: Stop
**Date:** May 12, 2025 at 7:05 PM
**To:** hardinlawpllc@icloud.com

Your research is frivolous, seeing that I showed up to the hearing.

You published my family's contact info onto kiwi farms. Now this. Your "research" seems to conflict. What you told the court contradicts what you told Betty. You had to bring up irrelevant protective orders from ten years ago, failing to disclose you represent a website whose owner has been involved with bomb threats and pedophilia, yet for some reason, I'm being made out to be the villain because I simply want off of kiwi farms.

You're obviously not going to stop so I have to get the Virginia state bar involved.

Sent from my iPhone

> On May 12, 2025, at 10:09 AM, Russell Greer <russmark@gmail.com> wrote:
>
> Sir,
>
> Why do you continue to pursue irrelevant things?
>
> It was indeed a business meeting I was there. Also a city meeting too. The fact that you even found out about this city meeting only proves that your client's site stalks me
>
> I am pursuing sanctions against you for abusing this. This has no relevancy to this case.
>
> Sent from my iPhone