**From:** Matthew Hardin hardinlawpllc@icloud.com
**Subject:** Re: Stop
**Date:** May 12, 2025 at 1:11 PM
**To:** Russell Greer russmark@gmail.com
**Bcc:** Joshua Moon jcmoon@pm.me



Good morning, Mr. Greer.

As always, I look forward to reading your sanctions motion. Please be sure to serve it on me 21 days in advance as required by Rule 11.

We are investigating your representations that you had an "emergency" on May 6, and we intend to seek our own sanctions if it turns out that your representations to the Court in that regard were inaccurate.

Best,

**Matthew D. Hardin**
Hardin Law Office
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On May 12, 2025, at 1:08 PM, Russell Greer <russmark@gmail.com> wrote:
>
> Sir,
>
> Why do you continue to pursue irrelevant things?
>
> It was indeed a business meeting I was there. Also a city meeting too. The fact that you even found out about this city meeting only proves that your client's site stalks me
>
> I am pursuing sanctions against you for abusing this. This has no relevancy to this case.
>
> Sent from my iPhone