


**From:** Matthew Hardin hardinlawpllc@icloud.com
**Subject:** Re: Stop
**Date:** May 12, 2025 at 7:36 PM
**To:** Russell Greer russmark@gmail.com
**Bcc:** Joshua Moon jcmoon@pm.me

Good evening, Mr. Greer.

At this point, the endless threats are getting tiresome. If you feel you need to file something, go for it. We of course will respond appropriately. The judge had no difficulty denying your first two sanctions motions, and I doubt the Virginia State Bar will take your frivolous complaints any more seriously than the Nevada State Bar did. Every pro se litigant I've interacted with makes these threats and expects me to run away scared. It doesn't work because I have a duty to represent my client and not to appease vexatious litigants who sue him.

While I have you, though: when can I expect the response to our Motion to Dismiss? It is a rare privilege to read your filings, and I have been looking forward to it all day.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

Sent from my iPhone

> On May 12, 2025, at 7:05 PM, Russell Greer <russmark@gmail.com> wrote:
>
> Your research is frivolous, seeing that I showed up to the hearing.
>
> You published my family's contact info onto kiwi farms. Now this. Your "research" seems to conflict. What you told the court contradicts what you told Betty. You had to bring up irrelevant protective orders from ten years ago, failing to disclose you represent a website whose owner has been involved with bomb threats and pedophilia, yet for some reason, I'm being made out to be the villain because I simply want off of kiwi farms.
>
> You're obviously not going to stop so I have to get the Virginia state bar involved.
>
> Sent from my iPhone
>
>> On May 12, 2025, at 10:09 AM, Russell Greer <russmark@gmail.com> wrote:
>>
>> Sir,
>>
>> Why do you continue to pursue irrelevant things?
>>
>> It was indeed a business meeting I was there. Also a city meeting too. The fact that you even found out about this city meeting only proves that your client's site stalks me
>>
>> I am pursuing sanctions against you for abusing this. This has no relevancy to this case.
>>
>> Sent from my iPhone