FILED
2025 MAY 14 AM 3:15
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>    Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>    Defendants | **PLAINTIFF'S OPPOSITION FOR AN EXTENSION OF TIME**<br><br>Case No.:    2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes now and says he vehemently opposes an extension of time for the following reasons:

1. Nothing that Defendants offered shows a good cause for extension of time.

2. Defendants go on about honesty, yet Defendants omit that plaintiff told Defendants' counsel that he does not have access to PACER and that he was filing Monday evening and would have the clerk back date.

3. Granting an extension would be the Court unfairly giving Defendants' times to extend their responses, when this Court has denied plaintiff that same response.

4. Plaintiff is only making 14 dollars an hour currently. It is rather insulting that Defendants are pushing so hard and jumping at things at face value. This Court gave plaintiff to pay the filing in 30 days, so of course it hasn't been paid yet. Plaintiff will probably just object to the order requiring that since it is a financial burden. Plaintiff has said he would pay it because he has some money saved up, but because defendants continue to push so hard at irrelevant things and accuse plaintiff of being a fraud, plaintiff is just going to file a sealed document showing this court his actual pay stub so that the court know that plaintiff isn't lying. Plaintiff has been meeting with investors, but he doesn't have a wealth of money on him.

5. If it pleases the Court, Plaintiff is seeking a personal protective order against Matthew Hardin because he is now using this COPYRIGHT case to contact jurisdictions that Greer has done considered doing business in and Mr. Hardin is informing these jurisdictions not about a copyright case, but rather about 3 restraining orders that plaintiff can easily address in 2 minutes (restraining orders from 2016 and 2020 that plaintiff feels were wrongly issued against him ) and Mr. Hardin is telling these places about the PUBLIC NEED for such internal communications with Nevada counties, omitting the part that the public he represents (a well-documented hate site)

drives people to suicide. This contacting other jurisdictions was supposedly to help conduct an investigation into why plaintiff tried postponing the hearing last week. This is completely unnecessary, as plaintiff showed up to the zoom hearing. and then barely showed up to the other place he had to be at. Plaintiff even said in the footnote of his motion that he would rather not say what it was. There was also a business meeting he was at too, but THIS HAS NOTHING TO DO WITH THIS CASE. Oddly, Mr. Hardin is going to find himself at the end of a protective order because he just can't stop abusing this process. He already has published the information of Greer's family and has done nothing to retract that information. This Court doesn't seem inclined to hold this allegedly licensed attorney accountable for his numerous sham investigations, his abusive and obnoxious filings. Defendants attorney frightens plaintiff and a personal protective order is going to be the only way to get Matthew Hardin to stop. Plaintiff has asked Mr. Hardin to stop through email. He refuses. A protective order is the only to get these abusive "investigations" to stop.

Plaintiff strongly asks this Court to DENY an extension.

Respectfully submitted,

Russell Greer

/rgreer/

5-14-25

## **CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 5-14-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.