**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **RUSSELL G. GREER,** | **ORDER** |
| **Plaintiff,** | **Case No. 2:24-cv-00421-DBB-JCB** |
| **v.** | **District Judge David Barlow** |
| **JOSHUA MOON, publisher of the website Kiwi Farms; and LOLCOW LLC,** | **Magistrate Judge Jared C. Bennett** |
| **Defendants.** | |

This case was referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] Before the court is Defendants Joshua Moon and Lolcow LLC's ("Defendants") motion for an extension of time to file a reply in support of their motion to dismiss.[2] For the reasons outlined in the motion, and good cause appearing, the court GRANTS Defendants' motion over Mr. Greer's opposition.[3] Accordingly, Defendants' reply shall be filed on or before June 30, 2025.

---

[1] ECF No. 130. This case originated in this court as Case No. 2:20-cv-00647-DBB-JCB and was transferred to the Northern District of Florida. That district returned it to this court and it was reopened with this case number.

[2] ECF No. 289.

[3] ECF No. 290.

IT IS SO ORDERED.

DATED this 15th day of May 2025.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge