



# AGENDAS AND MINUTES

Home  ›  Agendas and Minutes

## Search

Enter Search Here 🔍

## Select Sorting Order

Date (Newest – Oldest) ⌄



| | | |
|---|---|---|
| January 7, 2025 | Agenda | Minutes |
| January 21, 2025 | Agenda | Minutes |
| February 4, 2025 | Agenda | Minutes |
| February 18, 2025 | Agenda | Minutes |
| March 4, 2025 | Agenda | Minutes |
| March 18, 2025 | Agenda | Minutes |
| March 24 , 2025 special | Agenda | Minutes |
| April 8, 2025 | Agenda | Minutes |
| April 22, 2025 | Agenda | Minutes |
| May 6, 2025 | Agenda | Minutes |
| May 20, 2025 | Agenda | Minutes |
| June , 2025 special joint | Agenda | Minutes |
| June 3, 2025 | Agenda | Minutes |
| June 17, 2025 | Agenda | Minutes |
| July 15, 2025 | Agenda | Minutes |
| August 5, 2025 | Agenda | Minutes |
| August 19, 2025 | Agenda | Minutes |
| September 9, 2025 | Agenda | Minutes |
| September 23, 2025 | Agenda | Minutes |
| October 7, 2025 | Agenda | Minutes |
| October 21, 2025 | Agenda | Minutes |
| November 4, 2025 | Agenda | Minutes |
| November 18, 2025 | Agenda | Minutes |
| December 16, 2025 | Agenda | Minutes |

Case 2:24-cv-00421-DBB-JCB      Document 293-1      Filed 05/16/25      PageID.1522      Page
3 of 14



# City Council 2024

| | | |
|---|---|---|
| January 9, 2024 | Agenda | Minutes |
| January 23, 2024 | Agenda | Minutes |
| February 6, 2024 | Agenda | Minutes |
| February 20, 2024 | Agenda | Minutes |
| March 5, 2024 | Agenda | Minutes |
| March 19, 2024 | Agenda | Minutes |
| March 26, 2024 Workshop | Agenda | Minutes |
| April 9, 2024 | Agenda | Minutes |
| April 23, 2024 | Agenda | Minutes |
| May 7, 2024 | Agenda | Minutes |
| May 21, 2024 | Agenda | Minutes |
| June 3, 2024 Special Joint | Agenda | Minutes |
| June 4, 2024 | Agenda | Minutes |
| June 18, 2024 | Agenda | Minutes |
| July 16, 2024 | Agenda | Minutes |
| August 6 2024 | Agenda | Minutes |
| August 20, 2024 | Agenda | Minutes |
| September 3, 2024 | Agenda | Minutes |
| September 17, 2024 | Agenda | Minutes |
| October 8, 2024 | Agenda | Minutes |
| October 22, 2024 | Agenda | Minutes |
| November 5, 2024 | Agenda | Minutes |
| November 13, 2024 | Agenda | Minutes |



2024

## City Council 2023

| January 10, 2023 | [Agenda](#) | [Minutes](#) |
|---|---|---|
| January 24, 2023 | [Agenda](#) | [Minutes](#) |
| February 7, 2023 | [Agenda](#) | [Minutes](#) |
| February 21, 2023 | [Agenda](#) | [Minutes](#) |
| March 7, 2023 | [Agenda](#) | [Minutes](#) |
| March 13, 2023 Special Meeting | [Agenda](#) | |
| March 21, 2023 | [Agenda](#) | [Minutes](#) |
| March 27, 2023 Workshop | [Agenda](#) | [Minutes](#) |
| April 4, 2023 | [Agenda](#) | [Minutes](#) |
| April 17, 2023 Joint Meeting | [Agenda](#) | [Minutes](#) |

Case 2:24-cv-00421-DBB-JCB    Document 293-1    Filed 05/16/25    PageID.1524    Page
5 of 14



| | | |
|---|---|---|
| May 9, 2023 | [Agenda] | [Minutes] |
| May 23, 2023 | Agenda | Minutes |
| June 6, 2023 | Agenda | Minutes |
| June 20, 2023 | Agenda | Minutes |
| July 11, 2023 | Agenda | Minutes |
| July 24, 2024 Joint Meeting | Agenda | Minutes |
| August 8, 2023 | Agenda | Minutes |
| August 22, 2023 | Agenda | Minutes |
| September 5, 2023 | Agenda | Minutes |
| September 19, 2023 | Agenda | Minutes |
| October 10, 2023 | Agenda | Minutes |
| October 24, 2023 | Agenda | Minutes |
| November 7, 2023 | Agenda | Minutes |



December 12,

# City Council 2022

| | | |
|---|---|---|
| January 4, 2022 | Agenda | Minutes |
| January 18, 2022 | Agenda | Minutes |
| February 1, 2022 | Agenda | Minutes |
| February 15, 2022 | Agenda | Minutes |
| March 8, 2022 | Agenda | Minutes |
| March 22, 2022 | Agenda | Minutes |
| March 31, 2022 Workshop | Agenda | Minutes |
| April 5, 2022 | Agenda | Minutes |
| April 19, 2022 | Agenda | Minutes |
| May 10, 2022 | Agenda | Minutes |
| May 24, 2022 | Agenda | Minutes |

Case 2:24-cv-00421-DBB-JCB      Document 293-1      Filed 05/16/25      PageID.1526      Page
7 of 14



| | | |
|---|---|---|
| June 7, 2022 | Agenda | Minutes |
| June 21, 2022 | Agenda | Minutes |
| July 12, 2022 | Agenda | Minutes |
| August 9, 2022 | Agenda | Minutes |
| August 23, 2022 | Agenda | Minutes |
| September 6, 2022 | Agenda | Minutes |
| September 19, 2022 Joint Meeting | Agenda | Minutes |
| September 20, 2022 | Agenda | Minutes |
| October 4, 2022 | Agenda | Minutes |
| October 18, 2022 | Agenda | Minutes |
| November 8, 2022 | Agenda | Minutes |
| November 15, 2022 Special | Agenda | Minutes |

Case 2:24-cv-00421-DBB-JCB     Document 293-1     Filed 05/16/25     PageID.1527     Page
8 of 14



# City Council 2021

| January 5, 2021 | [Agenda](#) | [Minutes](#) |
|---|---|---|
| January 19, 2021 | [Agenda](#) | [Minutes](#) |
| February 2, 2021 | [Agenda](#) | [Minutes](#) |
| February 16, 2021 | [Agenda](#) | [Minutes](#) |
| February 22, 2021 Joint Meeting | [Agenda](#) | [Minutes](#) |
| March 9, 2021 | [Agenda](#) | [Minutes](#) |
| March 23, 2021 | [Agenda](#) | [Minutes](#) |
| March 30, 2021 Workshop | [Agenda](#) | [Minutes](#) |
| April 6, 2021 | [Agenda](#) | [Minutes](#) |
| April 20, 2021 | [Agenda](#) | [Minutes](#) |

Case 2:24-cv-00421-DBB-JCB      Document 293-1      Filed 05/16/25      PageID.1528      Page
9 of 14



| | | |
|---|---|---|
| June 7, 2021 Joint Meeting | [Agenda](#) | [Minutes](#) |
| June 8, 2021 | [Agenda](#) | [Minutes](#) |
| June 22, 2021 | [Agenda](#) | [Minutes](#) |
| July 13, 2021 | [Agenda](#) | [Minutes](#) |
| August 10, 2021 | [Agenda](#) | [Minutes](#) |
| August 24, 2021 | [Agenda](#) | [Minutes](#) |
| September 7, 2021 | [Agenda](#) | [Minutes](#) |
| September 21, 2021 | [Agenda](#) | [Minutes](#) |
| October 5, 2021 | [Agenda](#) | [Minutes](#) |
| October 19, 2021 | [Agenda](#) | [Minutes](#) |
| November 9, 2021 | [Agenda](#) | [Minutes](#) |
| November 23, 2021 | [Agenda](#) | [Minutes](#) |



| | | |
|---|---|---|
| January 7, 2020 | Agenda | Minutes |
| January 21, 2020 | Agenda | Minutes |
| February 4, 2020 | Agenda | Minutes |
| February 18, 2020 | Agenda | Minutes |
| March 10, 2020 | Agenda | Minutes |
| March 24, 2020 | Agenda | Minutes |
| April 2, 2020 Workshop | Agenda | |
| April 7, 2020 | Agenda | Minutes |
| April 21, 2020 | Agenda | Minutes |
| May 5, 2020 | Agenda | Minutes |
| May 19, 2020 | Agenda | Minutes |
| June 9, 2020 | Agenda | Minutes |
| June 15, 2020 | Agenda | Minutes |



| | | |
|---|---|---|
| July 14, 2020 | [Agenda](#) | [Minutes](#) |
| July 17, 2020 Joint Meeting | [Agenda](#) | [Minutes](#) |
| August 4, 2020 | [Agenda](#) | [Minutes](#) |
| August 18, 2020 | [Agenda](#) | [Minutes](#) |
| September 8, 2020 | [Agenda](#) | [Minutes](#) |
| September 22, 2020 | [Agenda](#) | [Minutes](#) |
| October 5, 2020 Joint Meeting | [Agenda](#) | [Minutes](#) |
| October 6, 2020 | [Agenda](#) | [Minutes](#) |
| October 20, 2020 | [Agenda](#) | [Minutes](#) |
| November 3, 2020 | [Agenda](#) | [Minutes](#) |
| November 13, 2020 Special Meeting | [Agenda](#) | [Minutes](#) |



| December 10, 2020 | Agenda | Minutes |

## City Council 2019

| January 08, 2019 | Agenda | Minutes |
| January 22, 2019 | Agenda | Minutes |
| February 5, 2019 | Agenda | Minutes |
| February 19, 2019 | Agenda | Minutes |
| March 5, 2019 | Agenda | Minutes |
| March 12, 2019 Workshop | Agenda | Minutes |
| March 19, 2019 | Agenda | Minutes |
| April 2, 2019 Workshop | Agenda | Minutes |
| April 9, 2019 | Agenda | Minutes |



Joint Meeting

May 7, 2019        Agenda                Minutes

May 21, 2019       Agenda                Minutes

May 28, 2019
Special Meeting    Agenda                Minutes

June 4, 2019       Agenda                Minutes

June 18, 2019      Agenda                Minutes

July 16, 2019      Agenda                Minutes

August 6, 2019     Agenda                Minutes

August 20, 2019    Agenda                Minutes

September 3,
2019               Agenda                Minutes

September 17,
2019               Agenda                Minutes

October 8, 2019    Agenda                Minutes

October 22,
2019               Agenda                Minutes

November 5,





| | | |
|---|---|---|
| 2019 | Agenda | Minutes |
| December 10, 2019 | Agenda | Minutes |
| December 16, | | |

« Page 1 of 1 »

# CONTACT

90 West 4th St., Winnemucca, NV 89445

(775) 623-6333

# STAY INFORMED

**DOWNLOAD OUR APP**

COPYRIGHT © 2025 OCV, LLC & CITY OF WINNEMUCCA

ACCESSIBILITY     EULA     PRIVACY POLICY     TRANSLATION

BUILT BY:

v.4.1.23