EXHIBIT B

From: "Ruth Fitzpatrick"
To: "Russell Greer" <russellgreer27@icloud.com>
Date: 4/14/2025 9:35:23 AM
Subject: RE: City Council Agenda Request

Good morning,

Please use the link below to find the City Council agenda inclusion form. If you have any questions, please let me know.

https://cdn.myocv.com/ocvapps/a65789445/files/RequestForAgendaInclusion%20Revised%20Street%20Closure%20Section.pdf

Ruth Fitzpatrick

*Ruth Fitzpatrick*
*City Clerk Treasurer*
*90 W Fourth St*
*Winnemucca, NV 89445*
*rfitzpatrick@winnemuccacity.org*
*Phone: 775-623-6333*
*Fax: 775-623-6090*

-----Original Message-----
From: Russell Greer <russellgreer27@icloud.com >
Sent: Monday, April 14, 2025 5:59 AM
To: Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org >
Cc: Waylon Huber <waylon@robinhoodrealtynv.com >
Subject: City Council Agenda Request

Good morning, Ruth.

I was wondering if we could fill out a form to get on the agenda for a city council meeting?

Thanks

Sent from my iPhone

https://cdn.myocv.com/ocvapps/a65789445/files/RequestForAgendaInclusion%20Revised%20Street%20Closure%20Section.pdf

Ruth Fitzpatrick

*Ruth Fitzpatrick*
*City Clerk Treasurer*
*90 W Fourth St*
*Winnemucca, NV 89445*
*rfitzpatrick@winnemuccacity.org*
*Phone: 775-623-6333*
*Fax: 775-623-6090*

<image001.jpg>

-----Original Message-----
From: Russell Greer <russellgreer27@icloud.com>
Sent: Monday, April 14, 2025 5:59 AM
To: Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org>
Cc: Waylon Huber <waylon@robinhoodrealtynv.com>
Subject: City Council Agenda Request

Good morning, Ruth.

I was wondering if we could fill out a form to get on the agenda for a city council meeting?

Thanks

Sent from my iPhone

From: "Russell Greer" <russellgreer27@icloud.com>
To: "Ruth Fitzpatrick" <rfitzpatrick@winnemuccacity.org>
Date: 4/14/2025 11:52:56 PM
Subject: Re: City Council Agenda Request
Attachments: Document (4)_merged_merged.pdf

Hi, Ruth

Please find attached our completed agenda request form.

Thanks.

Russell

Sent from my iPhone

On Apr 14, 2025, at 7:35 AM, Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org> wrote:

\u-257 ?
Good morning,

Please use the link below to find the City Council agenda inclusion form. If you have any questions, please let me know.

https://cdn.myocv.com/ocvapps/a65789445/files/RequestForAgendaInclusion%20Revised%20Street%20Closure%20Section.pdf

Ruth Fitzpatrick

*Ruth Fitzpatrick*
*City Clerk Treasurer*
*90 W Fourth St*
*Winnemucca, NV 89445*
*rfitzpatrick@winnemuccacity.org*
*Phone: 775-623-6333*
*Fax: 775-623-6090*

<image001.jpg>

-----Original Message-----
From: Russell Greer <russellgreer27@icloud.com >
Sent: Monday, April 14, 2025 5:59 AM
To: Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org >
Cc: Waylon Huber <waylon@robinhoodrealtynv.com >
Subject: City Council Agenda Request

Good morning, Ruth.

I was wondering if we could fill out a form to get on the agenda for a city council meeting?

Thanks

Sent from my iPhone



**RICHARD STONE,** *Mayor*
**MICHAEL OWENS,** *Council Seat 1*
**THERESA L. MAVITY,** *Council Seat 2*
**VINCE MENDIOLA,** *Council Seat 3*
**ASHLEY MADEN,** *Council Seat 4*
**PAM COATS,** *Council Seat 5*

**Alicia E. Heiser, PhD, PE,** *Manager/Engineer* (775) 623-6333
**Ruth Fitzpatrick,** *Clerk-Treasurer* (775) 623-6333
**Mike Rangel,** *Police Chief* (775) 623-6396
**Fernando Vega,** *Public Works Supervisor* (775) 623-6381
**Levi Carl,** *Building Inspector* (775) 623-6319
**Fax Number** (775) 623-6090
**E-Mail** winnemucca@winnemuccacity.org

# CITY OF WINNEMUCCA REQUEST FOR AGENDA INCLUSION

While use of this form is **not** mandatory, such use will help ensure your request to appear before the Winnemucca City Council is not delayed. Please answer each question to the best of your ability:

1. Name of person or Organization making the request: Intimate Dealings LLC
(First and Last Name)
2. Residence of person making the request: Clark County/Winnemucca
(City or County and State)
3. Name and phone number of anyone other than the requestor who will address the Council: Russell Greer; Las Vegas, NV 801-895-3501
(First and Last Name; City or County and State) (Phone)
4. Subject matter of the request: Amending the city code to allow a second zone for brothels or using the city's authority to force the current land owners to sell.
(Be as concise as possible)
5. If Street Closure:
   a. Requested Street(s): ______
   b. Date(s) of Closure: ______
   c. Time(s) for Closure: ______
   (Please include any time you may need for set up and/or tear down in the requested time above)
   d. If street closure request is for a *parade*, please only list the start and end times of the parade. The road will only be closed 15 minutes prior to start: ______
6. Request is for something other than Street Closure: Please see the attached page.
7. Request is for: [X] Action Information
8. Requested Meeting Date: May 6th, 2025
9. If requested meeting date is not available, will a delay have an adverse effect on this request: No

   **Yes** **No**

   If the requested meeting date is not available, what is the latest date by which the request will remain relevant: May 20th, 2025

By signing this form, you certify under penalty of perjury that this request accurately reflects the facts of the situation underlying the request and that the request is made voluntarily, with no purpose of evasion or intent to deceive, is not unfair (that is, it is not likely to cause substantial injury to another), and is not deceptive (that is, the information provided is not likely to mislead another).

All requests are administratively reviewed prior to placement on an agenda. Submission of this request form does not guarantee inclusion on any agenda.

Russell Greer
(Printed name of Requestor)

[signature]
(Signature of Requestor)

4/14/2025
(Date Signed)

801-895-3501
(phone)

info@intimatedealings.com
(email)

**IN SUPPORT OF AGENDA REQUEST**

This is a serious issue that I would like to present to the City Council for action to be taken:

As we know, Winnemucca only allows a designated four land parcels to house brothels. Since 2019, that area has sat vacant. Per Winnemucca City Code, the current owners are barred from owning a brothel, thus their ownership of the only land to have brothels makes zero sense.

In light of the thousands of miners coming to Winnemucca, this is a matter that needs to be immediately addressed.

WCC 5.12.(E)(5) says that a person can't have a "privilege business license" if they previously had a privilege license revoked. https://library.municode.com/nv/winnemucca/codes/code_of_ordinances?nodeId=TIT5BULIRE_CH5.12PRBULI_5.12.030APPRBULIEFCHPO

Lance Gilman and Gilman LLC had a Brothel license revoked ten years ago (the Wild Horse Ranch in Storey County). **EXHIBIT A (https://www.carsonnow.org/11/11/2011/brothel-owners-says-wild-horse-ranch-brothel-will-be-closed-storey-county).**

There are rumors that Lance passed the LLC/property onto his son, Donald, but still, I want to believe the statute applies to the LLC because the LLC had owned the revoked Wild Horse Property when its license was revoked and so anybody connected to that property (Lance or his son) should be barred from owning that land in Winnemucca.

Further, Donald and Lance have let that property sit vacant for 6 years. They clearly don't care about it and have forfeited their right to own it.

ID LLC wants to do business in Winnemucca, as a brothel, in light of the miners coming

We request the city council hold a meeting to make a pre-application determination that the Gilmans are barred from opening a brothel in winnemucca and force a sale through an eminent domain action or a public nuisance action. Under an eminent domain theory, the city takes the land, compensates the Gilmans and then sells to ID LLC. See this article: forcing a sale under eminent domain or a pubic nuisance would not constitute a "taking". https://www.nossaman.com/newsroom-insights-forced-sale-of-public-nuisance-property

Under a public nuisance theory, we would request the City act under WCC 8.00.010(B), which reads:

"Anything which is injurious to health, or indecent and offensive to the senses, or an obstruction to the free use of property, so as to interfere with the comfortable enjoyment of life or property."

By the Gilmans sitting on the land and since they are barred from even operating a brothel, it has created a public nuisance because it has interfered with the ability for tourists and residents to enjoy a brothel in winnemucca. It has injured ID LLC, as we are wanting to open a brothel in winnemucca and cannot because the Gilmans are sitting on it.

In the alternative, we would propose a second zone be approved for a brothel. We have drafted the ordinance for it to be voted on. **EXHIBIT B.**

**EXHIBIT A.**

9:27
36
CarsonNOW.org
Your One Stop for Carson City News

Menu

NEWS

# Brothel owner says Wild Horse Ranch brothel will be closed by Storey County

by **Carson Now Editor**
Friday, November 11, 2011 - 5:45pm

Storey County brothel owner Lance Gilman said Friday that he expects his Wild Horse Canyon Ranch brothel will be shuttered Tuesday by county officials for a violation of county ordinances that bar silent partners in brothel ownership.

Gilman, also the exclusive broker for the

AA
carsonnow.org

**EXHIBIT B**

**SUMMARY**: Adding an additional location to the adult entertainment/brothel zoning district.

The additional location would be subdivided from APN 15-0132-18 and would have an address of 348 West 1st Street.

**BILL NO. -2025**

**ORDINANCE NUMBER ____**

AN ORDINANCE AMENDING WINNEMUCCA CITY CODE CHAPTER 17.110.010 (RELATING TO THE ZONING OF ADULT ENTERTAINMENT IN WINNEMUCCA) & WINNEMUCCA CITY CODE 9.12.030(C ) (PROSTITUTION AND PANDERING — EXCEPTIONS), COLLECTIVELY HEREIN REFERRED TO AS "WINNEMUCCA'S BROTHEL ZONING ORDINANCES," AND PROVIDING OTHER MATTERS PROPERLY RELATED THERETO.

**WHEREAS**, the existing adult entertainment/brothel zoned land had its historic structures demolished and its land has sat vacant for 6 years; and

**WHEREAS**, the existing zoned land is now all owned by one company and said company has a monopoly on the entire City of Winnemucca; and

**WHERAS,** adding an additional adult entertainment/brothel zone: (i) will be in the public interest, (ii) will not adversely impact the surrounding and adjacent properties, (iii) will be in conformity with the Master Plan for the area, (iv) will not adversely affect the public health, safety and general welfare of the area, (v) will provide an additional area for adult entertainment and brothels to operate at and (vi) will give a competing place for sex workers to work at and patrons to patronize; now, therefore,

**THE CITY COUNCIL OF THE CITY OF WINNEMUCCA DO ORDAIN AS FOLLOWS:**

**WINNEMUCCA CITY CODE CHAPTER 9.12.030 — PROSTITUTION and PANDERING — EXCEPTIONS**

**A.** Except as provided in subsection C of this section, it is unlawful for any person:

1. To aid, offer or agree to commit any lewd or indecent act or any act of prostitution;
2. To offer to secure or secure another for the purpose of committing any act of prostitution, fornication, assignation or any other lewd or indecent act with any other person;
3. To be in or near any thoroughfare or public place for the purpose of inducing, enticing or procuring another to commit an act of lewdness, fornication or unlawful sexual intercourse;
4. Knowingly to receive, offer or agree to receive any person into any place or building for the purpose of assignation or of performing any act of lewdness or fornication or knowingly to permit any person to remain there for any such purposes;

5. In any way to aid, abet or participate in the doing of any of the acts prohibited by this subsection.

**B.** Any person who violates any of the provisions of subsection A of this section is guilty of a misdemeanor.

**C.** Notwithstanding the provisions of subsections A and B of this section, prostitution may be engaged in within any structure or building which is ~~situate~~ **situated** in Block 40 or Block 41 of the Riverside Addition to the city. **Additionally, prostitution may be engaged at 348 W 1st Street, which shall be subdivided into its own parcel from APN 15-0132-18, after approval of this ordinance. Any premises operating in the locations listed herein must be** issued a valid city brothel business license and each employee or independent contractor ~~therein holds~~ **must hold** a valid city brothel work and valid health card, if applicable.

**WINNEMUCCA CITY CODE CHAPTER 17.110 — AE ADULT ENTERTAINMENT DISTRICT**

**17.110.010 — Purpose**

The AE adult entertainment district is intended to provide an area for adult-oriented entertainment and activities on a commercial level. ~~This is the only zone within the city to permit such allowed uses.~~ This district ~~shall be restricted to Block 40 and Block 41 of the Riverside Addition of the city.~~ **shall be restricted to the following areas:**

**A. Block 40 and Block 41 of the Riverside Addition of the city, and**

**B. 348 W 1st Street of the city, which shall be subdivided into its own parcel from APN 15-0132-18, after approval of this ordinance.**

**PROPOSED:**

**ADOPTED:**

**VOTE OF CITY COUNCIL:**

**Ayes:** **Councilmen/women:**______________________

**Nays:** **Councilmen/women:**______________________

**Absent:** **Councilmen/women:**______________________

**Not Voting:** **Councilmen/women:**______________________

| **APPROVED:** | **ATTEST:** |
| --- | --- |
| ______________ | ______________ |
| **Richard Stone** | **Ruth Fitzpatrick** |
| **Mayor** | **City Clerk** |

From: "Russell Greer" <russellgreer27@icloud.com>
To: "Ruth Fitzpatrick" <rfitzpatrick@winnemuccacity.org>
Date: 4/24/2025 1:51:59 PM
Subject: Re: City Council Agenda Request
Attachments: Final request draft .pdf

Sorry, I sent the wrong file. Here you go.

Thanks.

Sent from my iPhone

On Apr 24, 2025, at 11:47 AM, Russell Greer <russellgreer27@icloud.com> wrote:

\u-257 ?Hi, Ruth

After doing more research, I had to update the agenda request. Please find it attached. As stated on the sheet, May 20th would work better for me.

<Merged.pdf>

On Apr 14, 2025, at 9:52 PM, Russell Greer <russellgreer27@icloud.com> wrote:

\u-257 ?Hi, Ruth

Please find attached our completed agenda request form.

Thanks.

Russell

<Document (4)_merged_merged.pdf>

Sent from my iPhone

On Apr 14, 2025, at 7:35 AM, Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org> wrote:

\u-257 ?
Good morning,

Please use the link below to find the City Council agenda inclusion form. If you have any questions, please let me know.

**RICHARD STONE,** *Mayor*
**MICHAEL OWENS,** *Council Seat 1*
**THERESA L. MAVITY,** *Council Seat 2*
**VINCE MENDIOLA,** *Council Seat 3*
**ASHLEY MADEN,** *Council Seat 4*
**PAM COATS,** *Council Seat 5*

**Alicia E. Heiser, PhD, PE,** *Manager/Engineer* (775) 623-6333
**Ruth Fitzpatrick,** *Clerk-Treasurer* (775) 623-6333
**Mike Rangel,** *Police Chief* (775) 623-6396
**Fernando Vega,** *Public Works Supervisor* (775) 623-6381
**Levi Carl,** *Building Inspector* (775) 623-6319
**Fax Number** (775) 623-6090
**E-Mail** winnemucca@winnemuccacity.org

# CITY OF WINNEMUCCA REQUEST FOR AGENDA INCLUSION

While use of this form is **not** mandatory, such use will help ensure your request to appear before the Winnemucca City Council is not delayed. Please answer each question to the best of your ability:

1. Name of person or Organization making the request: Intimate Dealings LLC
(First and Last Name)
2. Residence of person making the request: Clark County/Winnemucca
(City or County and State)
3. Name and phone number of anyone other than the requestor who will address the Council:
Russell Greer; Las Vegas, NV 801-895-3501
(First and Last Name; City or County and State) (Phone)
4. Subject matter of the request: Amending the city code to allow a second zone for brothels or using the city's authority to force the current land owners to sell.
(Be as concise as possible)
5. If Street Closure:
   a. Requested Street(s):
   b. Date(s) of Closure:
   c. Time(s) for Closure:
   (Please include any time you may need for set up and/or tear down in the requested time above)
   d. If street closure request is for a *parade*, please only list the start and end times of the parade. The road will only be closed 15 minutes prior to start:
6. Request is for something other than Street Closure:
Please see the attached page.
7. Request is for: [X] Action Information
8. Requested Meeting Date: May 6th, 2025
9. If requested meeting date is not available, will a delay have an adverse effect on this request:
No
**Yes** **No**

If the requested meeting date is not available, what is the latest date by which the request will remain relevant: May 20th, 2025

By signing this form, you certify under penalty of perjury that this request accurately reflects the facts of the situation underlying the request and that the request is made voluntarily, with no purpose of evasion or intent to deceive, is not unfair (that is, it is not likely to cause substantial injury to another), and is not deceptive (that is, the information provided is not likely to mislead another).

All requests are administratively reviewed prior to placement on an agenda. Submission of this request form does not guarantee inclusion on any agenda.

Russell Greer
(Printed name of Requestor)

(Signature of Requestor)

4/14/2025
(Date Signed)

801-895-3501
(phone)

info@intimatedealings.com
(email)

**_UPDATED_ IN SUPPORT OF AGENDA REQUEST**

This is a serious issue that I would like to present to the City Council for action to be taken:

As we know, Winnemucca only allows a designated four land parcels to house brothels. Since 2019, that area has sat vacant. Per Winnemucca City Code, the current owners are barred from owning a brothel, thus their ownership of the only land to have brothels makes zero sense.
In light of the thousands of miners coming to Winnemucca, this is a matter that needs to be immediately addressed.

WCC 5.12.010(E)(5) says that a person can't have a "privilege business license" if they previously had a privilege license
revoked. (https://library.municode.com/nv/winnemucca/codes/code_of_ordinances
?nodeId=TIT5BULIRE_CH5.12PRBULI_5.12.030APPRBULIEFCHPO)

Lance Gilman and Gilman Development LLC had a Brothel license revoked ten years ago (the Wild Horse Ranch in Storey County). **EXHIBIT A** (https://www.carsonnow.org/11/11/2011/brothel-owners-says-wild-horse- ranch-brothel-will-be-closed-storey-county). The LLC that held that brothel license was also owners by Lance and it was Wildhorse Saloon LLC. **EXHIBIT B.**

Lance passed all of his LLCs/properties onto his son, Donald. I believe Donald is also precluded from operating a brothel in Winnemucca too because he owns the LLC that had its brothel license revoked and so Donald is attached to an entity that lost a privilege license, thereby making him disqualified under city ordinance. **EXHIBIT C. (https://esos.nv.gov/EntitySearch/BusinessInformation).**

Further, Donald and Lance have let that property sit vacant for 6 years. They clearly don't care about it and have forfeited their right to own it.

ID LLC wants to do business in Winnemucca, as a brothel, in light of the miners coming.

We request the city council hold a meeting to make a pre-application determination that the Gilmans are barred from opening a brothel in winnemucca.

We had originally proposed an eminent domain sale, but in light of discovering Section 22 of the Nevada Constitution, eminent domain sales can't be used for private development.

We therefore would hope that seeing that he can't run a brothel In Winnemucca, that Donald will make the mature decision to sell his land to us.

In the alternative, we would propose a second zone be approved for a brothel. We have drafted the ordinance for it to be voted on. **EXHIBIT D.**

**EXHIBIT A**



11:26
14
Today
11:26 AM
Edit
9:27
36
CarsonNOW.org
Menu
NEWS
Brothel owner says Wild Horse Ranch brothel will be closed by Storey County
by Carson Now Editor
Friday, November 11, 2011 - 5:45pm
Storey County brothel owner Lance Gilman said Friday that he expects his Wild Horse Canyon Ranch brothel will be shuttered Tuesday by county officials for a violation of county ordinances that bar silent partners in brothel ownership.
AA carsonnow.org
EXHIBIT B



11:31
13
SilverFlume
NEVADA'S BUSINESS PORTAL
Jurisdiction:
Street Address:
5 WILD HORSE CANYON DRIVE,
SPARKS, NV, 89434, USA
Mailing Address:
OFFICER INFORMATION
View Historical Data
Title
Name
Address
Manager
DONALD GILMAN
5 WILD HORSE C
Page 1 of 1, records 1 to 1 of 1
Filing History
Name History
Mergers/Conversions
AA
esos.nv.gov

**SUMMARY**: Adding an additional location to the adult entertainment/brothel zoning district.

The additional location would be subdivided from APN 15-0132-18 and would have an address

of 348 West 1st Street.

**BILL NO.   -2025**

**ORDINANCE NUMBER ____**

AN ORDINANCE AMENDING WINNEMUCCA CITY CODE CHAPTER 17.110.010
(RELATING TO THE ZONING OF ADULT ENTERTAINMENT IN WINNEMUCCA)
& WINNEMUCCA CITY CODE 9.12.030(C ) (PROSTITUTION AND PANDERING
— EXCEPTIONS), COLLECTIVELY HEREIN REFERRED TO AS
"WINNEMUCCA'S BROTHEL ZONING ORDINANCES," AND PROVIDING
OTHER MATTERS PROPERLY RELATED THERETO.

**WHEREAS**, the existing adult entertainment/brothel zoned land had its historic
structures demolished and its land has sat vacant for 6 years; and

**WHEREAS**, the existing zoned land is now all owned by one company and said company
has a monopoly on the entire City of Winnemucca; and

**WHERAS,** adding an additional adult entertainment/brothel zone: (i) will be in the public
interest, (ii) will not adversely impact the surrounding and adjacent properties, (iii) will be in
conformity with the Master Plan for the area, (iv) will not adversely affect the public health,
safety and general welfare of the area, (v) will provide an additional area for adult entertainment
and brothels to operate at and (vi) will give a competing place for sex workers to work at and
patrons to patronize; now, therefore,

**THE CITY COUNCIL OF THE CITY OF WINNEMUCCA DO ORDAIN AS FOLLOWS:**

**WINNEMUCCA CITY CODE CHAPTER 9.12.030 — PROSTITUTION and
PANDERING — EXCEPTIONS**

**A.** Except as provided in subsection C of this section, it is unlawful for any person:
1. To aid, offer or agree to commit any lewd or indecent act or any act of prostitution;
2. To offer to secure or secure another for the purpose of committing any act of
   prostitution, fornication, assignation or any other lewd or indecent act with any other
   person;
3. To be in or near any thoroughfare or public place for the purpose of inducing, enticing
   or procuring another to commit an act of lewdness, fornication or unlawful sexual
   intercourse;
4. Knowingly to receive, offer or agree to receive any person into any place or building
   for the purpose of assignation or of performing any act of lewdness or fornication or
   knowingly to permit any person to remain there for any such purposes;

5. In any way to aid, abet or participate in the doing of any of the acts prohibited by this subsection.

**B.** Any person who violates any of the provisions of subsection A of this section is guilty of a misdemeanor.

**C.** Notwithstanding the provisions of subsections A and B of this section, prostitution may be engaged in within any structure or building which is ~~situate~~ **situated** in Block 40 or Block 41 of the Riverside Addition to the city. **Additionally, prostitution may be engaged at 348 W 1st Street, which shall be subdivided into its own parcel from APN 15-0132-18, after approval of this ordinance. Any premises operating in the locations listed herein must be** issued a valid city brothel business license and each employee or independent contractor ~~therein holds~~ **must hold** a valid city brothel work and valid health card, if applicable.

**WINNEMUCCA CITY CODE CHAPTER 17.110 — AE ADULT ENTERTAINMENT DISTRICT**

**17.110.010 — Purpose**

The AE adult entertainment district is intended to provide an area for adult-oriented entertainment and activities on a commercial level. ~~This is the only zone within the city to permit such allowed uses.~~ This district ~~shall be restricted to Block 40 and Block 41 of the Riverside Addition of the city.~~ **shall be restricted to the following areas:**

**A. Block 40 and Block 41 of the Riverside Addition of the city, and**

**B. 348 W 1st Street of the city, which shall be subdivided into its own parcel from APN 15-0132-18, after approval of this ordinance.**

**PROPOSED:**

**ADOPTED:**

**VOTE OF CITY COUNCIL:**

**Ayes:** **Councilmen/women:**______________________

**Nays:** **Councilmen/women:**______________________

**Absent:** **Councilmen/women:**______________________

**Not Voting:** **Councilmen/women:**______________________

| **APPROVED:** | **ATTEST:** |
| --- | --- |
| ________________ | ________________ |
| **Richard Stone** | **Ruth Fitzpatrick** |
| **Mayor** | **City Clerk** |

| | |
|---|---|
| From: | "Ruth Fitzpatrick" |
| To: | "Russell Greer" <russellgreer27@icloud.com> |
| Date: | 5/2/2025 12:26:06 PM |
| Subject: | RE: May 6th, 2025, Regular Meeting of the Winnemucca City Council |

Mr. Greer,

If you would like the power point included in the packet that will be distributed to the council today, it would need to be received shortly. If you miss that deadline, the council members would still be able to see the presentation during the council meeting.

Ruth Fitzpatrick

*Ruth Fitzpatrick*
*City Clerk Treasurer*
*90 W Fourth St*
*Winnemucca, NV 89445*
*rfitzpatrick@winnemuccacity.org*
*Phone: 775-623-6333*
*Fax: 775-623-6090*

**From:** Russell Greer <russellgreer27@icloud.com>
**Sent:** Friday, May 2, 2025 10:02 AM
**To:** Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org>
**Cc:** Waylon Huber <waylon@robinhoodrealtynv.com>
**Subject:** Re: May 6th, 2025, Regular Meeting of the Winnemucca City Council

Hi. Can I submit by 5 pm today.

Russell Greer
CEO of ID LLC/Paralyzed Face Productions/CART U
NV Bus. License #NV20222557279
www.russellgreer.com

Sent from my iPhone

> On May 2, 2025, at 8:16 AM, Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org > wrote:
>
> \u-257 ?
> Mr. Greer,
>
> If you have a PowerPoint that you would like to share, please email it to me as soon as possible.
>
> Ruth Fitzpatrick
>
> *Ruth Fitzpatrick*
> *City Clerk Treasurer*
> *90 W Fourth St*
> *Winnemucca, NV 89445*
> *rfitzpatrick@winnemuccacity.org*
> *Phone: 775-623-6333*
> *Fax: 775-623-6090*



**From:** Russell Greer <russellgreer27@icloud.com>
**Sent:** Friday, May 2, 2025 3:45 AM
**To:** Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org>
**Cc:** Waylon Huber <waylon@robinhoodrealtynv.com>
**Subject:** Re: May 6th, 2025, Regular Meeting of the Winnemucca City Council

Ruth,

Would the city allow a power point presentation?

Sent from my iPhone

On May 1, 2025, at 8:39 AM, Russell Greer <russellgreer27@icloud.com> wrote:

\u-257 ?Ruth,

Thanks for the reply. could we actually be put on the May 20th agenda?

Sent from my iPhone

On May 1, 2025, at 8:27 AM, Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org> wrote:

\u-257 ?
Good morning,

Attached please find the Agenda for this coming Tuesday's regular meeting of the Winnemucca City Council.

Thank you.

*Ruth Fitzpatrick*
*City Clerk Treasurer*
*90 W Fourth St*
*Winnemucca, NV 89445*
*rfitzpatrick@winnemuccacity.org*
*Phone: 775-623-6333*
*Fax: 775-623-6090*

<image001.jpg>

<A050625 regular.pdf>

| | |
|---|---|
| From: | "Ruth Fitzpatrick" |
| To: | "Russell Greer" <russellgreer27@icloud.com> |
| Date: | 5/1/2025 10:41:27 AM |
| Subject: | RE: May 6th, 2025, Regular Meeting of the Winnemucca City Council |

Mr. Greer,

May 6, 2025 is the date that best works for the City of Winnemucca.

Ruth Fitzpatrick

*Ruth Fitzpatrick*
*City Clerk Treasurer*
*90 W Fourth St*
*Winnemucca, NV 89445*
*rfitzpatrick@winnemuccacity.org*
*Phone: 775-623-6333*
*Fax: 775-623-6090*

**From:** Russell Greer <russellgreer27@icloud.com>
**Sent:** Thursday, May 1, 2025 8:39 AM
**To:** Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org>
**Cc:** Waylon Huber <waylon@robinhoodrealtynv.com>
**Subject:** Re: May 6th, 2025, Regular Meeting of the Winnemucca City Council

Ruth,

Thanks for the reply. could we actually be put on the May 20th agenda?

Sent from my iPhone

> On May 1, 2025, at 8:27 AM, Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org > wrote:
>
> \u-257 ?
> Good morning,
>
> Attached please find the Agenda for this coming Tuesday's regular meeting of the Winnemucca City Council.
>
> Thank you.
>
> *Ruth Fitzpatrick*
> *City Clerk Treasurer*
> *90 W Fourth St*
> *Winnemucca, NV 89445*
> *rfitzpatrick@winnemuccacity.org*
> *Phone: 775-623-6333*
> *Fax: 775-623-6090*

CITY OF WINNEMUCCA
COMMUNITY
PRIDE
SUCCESS
SERVICE
INCORPORATED 1917

From: "Russell Greer" <russellgreer27@icloud.com>
To: "Ruth Fitzpatrick" <rfitzpatrick@winnemuccacity.org>
Date: 5/6/2025 2:23:17 PM
Subject: Re: May 6th, 2025, Regular Meeting of the Winnemucca City Council

Can you push it to the end of the meeting? I'm on a business call. I will be there

Sent from my iPhone

On May 6, 2025, at 12:18 PM, Russell Greer <russellgreer27@icloud.com> wrote:

\u-257 ?Ok, I will be there

Sent from my iPhone

On May 6, 2025, at 12:07 PM, Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org> wrote:

\u-257 ?
Mr. Greer:

Although you will not be available for today's City Council meeting, the Council will still consider the request to possibly expand the AE District. If the Council is open to the idea, then a future request for a specific property may be warranted. The Council may decide that they have no interest in expanding the AE District regardless of location. If that is the case, then no future request, from you or another other person, will be considered. Staff is seeking guidance on how to handle this type of request in the future, so the agenda item still holds merit.

Thank you,
Ruth Fitzpatrick

*Ruth Fitzpatrick*
*City Clerk Treasurer*
*90 W Fourth St*
*Winnemucca, NV 89445*
*rfitzpatrick@winnemuccacity.org*
*Phone: 775-623-6333*
*Fax: 775-623-6090*

<image001.jpg>

**From:** Russell Greer <russellgreer27@icloud.com>
**Sent:** Tuesday, May 6, 2025 4:29 AM
**To:** Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org>
**Cc:** Waylon Huber <waylon@robinhoodrealtynv.com>
**Subject:** Re: May 6th, 2025, Regular Meeting of the Winnemucca City Council

Ruth,

Sorry for the last minute note, but Can you please remove us from the agenda today? We had some nuts and bolts come loose. We will possibly re-file another agenda request in a few months.

Thanks

Sent from my iPhone

On May 2, 2025, at 3:38 PM, Russell Greer <russellgreer27@icloud.com> wrote:

\u-257 ?Ruth,

Not sure if my email sent, but please find attached the PowerPoint.

<New AE Zone power point .pptx>

On May 2, 2025, at 10:26 AM, Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org> wrote:

\u-257 ?
Mr. Greer,

If you would like the power point included in the packet that will be distributed to the council today, it would need to be received shortly. If you miss that deadline, the council members would still be able to see the presentation during the council meeting.

Ruth Fitzpatrick

*Ruth Fitzpatrick*
*City Clerk Treasurer*
*90 W Fourth St*
*Winnemucca, NV 89445*
*rfitzpatrick@winnemuccacity.org*
*Phone: 775-623-6333*
*Fax: 775-623-6090*

<image001.jpg>

---

**From:** Russell Greer <russellgreer27@icloud.com>
**Sent:** Friday, May 2, 2025 10:02 AM
**To:** Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org>
**Cc:** Waylon Huber <waylon@robinhoodrealtynv.com>
**Subject:** Re: May 6th, 2025, Regular Meeting of the Winnemucca City Council

Hi. Can I submit by 5 pm today.

Russell Greer
CEO of ID LLC/Paralyzed Face Productions/CART U
NV Bus. License #NV20222557279
www.russellgreer.com

Sent from my iPhone

On May 2, 2025, at 8:16 AM, Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org> wrote:

\u-257 ?
Mr. Greer,

If you have a PowerPoint that you would like to share, please email it to me as soon as possible.

Ruth Fitzpatrick

*Ruth Fitzpatrick*
*City Clerk Treasurer*
*90 W Fourth St*
*Winnemucca, NV 89445*
*rfitzpatrick@winnemuccacity.org*
*Phone: 775-623-6333*
*Fax: 775-623-6090*

<image001.jpg>

**From:** Russell Greer <russellgreer27@icloud.com >
**Sent:** Friday, May 2, 2025 3:45 AM
**To:** Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org >
**Cc:** Waylon Huber <waylon@robinhoodrealtynv.com >
**Subject:** Re: May 6th, 2025, Regular Meeting of the Winnemucca City Council

Ruth,

Would the city allow a power point presentation?

Sent from my iPhone

On May 1, 2025, at 8:39 AM, Russell Greer <russellgreer27@icloud.com > wrote:

\u-257 ?Ruth,

Thanks for the reply. could we actually be put on the May 20th agenda?

Sent from my iPhone

On May 1, 2025, at 8:27 AM, Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org > wrote:

\u-257 ?
Good morning,

Attached please find the Agenda for this coming Tuesday's regular meeting of the Winnemucca City Council.

Thank you.

*Ruth Fitzpatrick*
*City Clerk Treasurer*
*90 W Fourth St*
*Winnemucca, NV 89445*
*rfitzpatrick@winnemuccacity.org*
*Phone: 775-623-6333*
*Fax: 775-623-6090*

<image001.jpg>

<A050625 regular.pdf>

From:    "Ruth Fitzpatrick"
To:      "Russell Greer" <russellgreer27@icloud.com>
Date:    5/16/2025 9:30:13 AM
Subject: RE: Special elections

Mr. Greer,

The City of Winnemucca ("City") received an email from you on May 12, 2025, with the following inquiry: "What are Winnemucca's special election rules? I want to get this adult entertainment zoning issue on the ballot as soon as possible for a special election."

Your question appears to be a question seeking legal advice. This office does not give legal advice.

The City by law responds to requests for public records, but there is no similar law requirement requiring responses to requests for information; however, if the City is aware of where or how information may be accessed, the City may share that knowledge with a member of the public. Your inquiry did not specify a record you are requesting. To the extent that your inquiry could be construed as a request for a public record, you are advised that the laws of the state of Nevada and the city of Winnemucca are available to the public for inspection at no charge from many sources, including public libraries, the Nevada State Library, the Internet and the state of Nevada website.

Ruth Fitzpatrick
City Clerk Treasurer


Ruth Fitzpatrick
City Clerk Treasurer
90 W Fourth St
Winnemucca, NV 89445
rfitzpatrick@winnemuccacity.org
Phone: 775-623-6333
Fax:  775-623-6090



-----Original Message-----
From: Russell Greer <russellgreer27@icloud.com>
Sent: Saturday, May 10, 2025 8:11 PM
To: Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org>
Cc: Waylon Huber <waylon@robinhoodrealtynv.com>
Subject: Special elections

Hi Ruth

What are Winnemucca's special election rules? I want to get this adult entertainment zoning issue on the ballot as soon as possible for a special election.

From: "Russell Greer" <russellgreer27@icloud.com>
To: "Ruth Fitzpatrick" <rfitzpatrick@winnemuccacity.org>
Date: 5/14/2025 5:56:29 AM
Subject: Do not consent to emails being released

Hello, Ruth

There is a man named Matthew Hardin, who is asking around Humboldt County staff for communication regarding me.

He is an attorney, but a very unethical one at that. He is representing a stalking site in a copyright case that I had filed against his client three years ago. I actually won an appeal at the tenth circuit court of appeals in 2023.

He is trying to gather every conversation about me to establish a case because I had tried postponing a zoom conference last Tuesday because it was going to conflict with the city council meeting I was given short term notice of that you wouldn't postpone.

The emails I've had with the city are completely irrelevant and he is abusing his position as an attorney the conversations onto the stalking site.

I do not consent to the release of ANY OF MY CONVERSATIONS. If he wants them, please request that he get a court order.

Thank you!

From: "Ruth Fitzpatrick"
To: "Russell Greer" <russellgreer27@icloud.com>
Date: 5/14/2025 6:23:31 PM
Subject: RE: Do not consent to emails being released

Mr. Greer:

A transmittal sent earlier today from you to my city email address indicated that inquiries were being made to local governments regarding communications "regarding" you or "conversations" about you, and that "...emails [you] had with the city are completely irrelevant." You concluded the email with the comment that: "I do not consent to the release of ANY OF MY CONVERSATIONS."

Email communications to and from the city email addresses are public records per the Nevada Public Records Act (NPRA). Generally, public records must be disclosed for inspection and copying, unless the record is declared confidential by law. If a governmental entity must deny a person's request to inspect or copy the public record because it is confidential the governmental entity is required to provide the requester with notice in writing that the record is confidential, and the entity must cite to a specific statute or other legal authority that makes the record confidential. Under the NPRA, open records are the rule, and any non-disclosure of records is the exception. The burden of proving that a record should not be disclosed is on the governmental entity, and that proof usually involves either a citation to a legal authority of a declaration of confidentiality or a showing that the entity's interest in non-disclosure clearly outweighs the public's interest in access. There is no legal authority which declares that email communications you had or may have with the city regarding you or conversations about you are confidential. Likewise, there is no apparent reason the city would have to not disclose such communications. Accordingly, if a public records request is made for email communications you have had with the city (including your earlier email referenced above), or that the city has had with you (including this email), the records will be provided unless it can be shown there is legal authority declaring such communications confidential, or that the public's interest in access is outweighed by some interest the city has in non-disclosure. The consent, or lack of consent, of a person who is the author, or the subject of the records is not relevant to the determination of whether or not such public records are released.

Ruth Fitzpatrick
City Clerk

*Ruth Fitzpatrick*
*City Clerk Treasurer*
*90 W Fourth St*
*Winnemucca, NV 89445*
*rfitzpatrick@winnemuccacity.org*
*Phone: 775-623-6333*
*Fax: 775-623-6090*

-----Original Message-----
From: Russell Greer <russellgreer27@icloud.com >
Sent: Wednesday, May 14, 2025 3:56 AM
To: Ruth Fitzpatrick <rfitzpatrick@winnemuccacity.org >
Subject: Do not consent to emails being released

Hello, Ruth

There is a man named Matthew Hardin, who is asking around Humboldt County staff for communication regarding me.

He is an attorney, but a very unethical one at that. He is representing a stalking site in a copyright case that I had filed against his client three years ago. I actually won an appeal at the tenth circuit court of appeals in 2023.

He is trying to gather every conversation about me to establish a case because I had tried postponing a zoom conference last Tuesday because it was going to conflict with the city council meeting I was given short term notice of that you wouldn't postpone.

The emails I've had with the city are completely irrelevant and he is abusing his position as an attorney the conversations onto the stalking site.

I do not consent to the release of ANY OF MY CONVERSATIONS. If he wants them, please request that he get a court order.

Thank you!