# New Winnemucca Adult Entertainment Zone Proposal

By ID LLC

# Overview: 1940-2019

Brothels operated in Winnemucca from the early 1940s to 2019, in the Baud Street area.

Commonly referred to as "The Line".



# 2019 Demolition

In 2019, the new owners (who own the Mustang Ranch in Storey) demolished the four houses and have sat on the land. They initially blamed COVID for sitting on the land, but the pandemic is long over and there is no excuse for sitting on the only land in a tourist hot spot like Winnemucca.



# Potential licensing issues

### brothel will be closed by Storey County

by Carson Now Editor

Friday, November 11, 2011 - 5:45pm

 

Storey County brothel owner Lance Gilman said Friday that he expects his

Also is possible that the Gilmans may not be able to open a brothel, as WCC 5.12.010 says a person can't have a "privilege business license" if they previously had a privilege license revoked.

Gilmans had their Wild Horse brothel license revoked.

Making their Winnemucca land ownership problematic.

———

# Lithium Miners

2,000 miners will be in Winnemucca from 2025-2027. They will need a form of entertainment

# Solution?

# Zone a second property.

# Casinos, bars and dispensaries aren't restricted to one area. Why should brothels be?

# We ❤️ Brothels

# Who are we?

ID LLC passionately cares and advocates for brothels. We don't seek to use women, rather, we seek to provide a safe and fun environment for consenting adults.

Winnemucca is the perfect spot.

Proposed zone would be the furthest right hotel wing of the Scott Shady and we would parcel off.



# Proposed zone benefits

# Why this area?

- Building already built to accommodate a large number of women & clients.
- Zoned away from Baud Street to not create a traffic jam of people and to avoid any rival conflicts.
- Still within the City, but off of main roads.
- Could open in June if license and parceling off of property approved.



# A new zone will benefit Winnemucca

# Benefits:

Increase in tourism.

Prevents a monopoly.

Creates jobs.

Licensing quarterly revenue goes back to the City.



# Thank You