Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
2025 MAY 15 PM 1:55
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**  Plaintiff  v.  **JOSHUA MOON ET AL**,  Defendants | **PLAINTIFF'S NOTICE & MOTION FOR MODIFICATION OF THE MAY 6th VERBAL ORDER**  Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes forward now and requests a modification for the 5/6/25 verbal order.

## I.    INTRODUCTION

On 5-6-25, this Court ordered the 2018 civil stalking application and court order denial be produced within 14 days of that date, which would be Tuesday the 20th of May. Plaintiff has contacted the civil division of the Third District Court via email. Cami Butterfield told Greer:

"Thank you for your email.

Case number 180909529 is classified as private.

To obtain copies of the documents please send a notarized letter with your request. The letter can be sent to
slccopy@utcourts.gov

Regular copies are $0.25 per page and certified copies are $0.50 per page plus $4.00 per certification.

We are unable to email documents  classified as private." **EXHIBIT A.**

Per that email, they cannot give Greer a digital file, he would have to give a notarized letter to even get the documents and then pay for copies and then they would have to mail the documents across state lines.

Plaintiff tried getting the documents on Xchange and he can't. Plaintiff tried getting the documents on MyCASE and he doesn't have the pin. The response he received was when he typed up a motion and emailed it to be filed into the 2018 case.

### REQUEST FOR MODIFICATION OF ORDER

Seeing that it's going to cost plaintiff money and more time than it's worth to obtain documents that only Mr. Hardin will be able to see, and seeing that the document has no relevancy to this copyright case, plaintiff would just ask that this email response from the Third District Civil Division settle the issue, or in the alternative, that defendants send money to plaintiff first before he goes through the effort of getting the document.

If the Court decides not to modify the order, then it would be requested that plaintiff have more time to get the document since the Utah court will have to mail the documents to plaintiff in Las Vegas; however, again, the documents have no relevance to this case.

Respectfully submitted,

Russell Greer

/rgreer/

5-15-25

## **CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 5-15-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

# EXHIBIT A

