FILED
2025 MAY 19 AM 4:33
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>        Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>        Defendants | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR SHOW CAUSE ORDER**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes forward now and gives notice of supplemental authority of plaintiff!s attorney threatening once again to sanction plaintiff for words that he doesn't like in a document.

## I.   INTRODUCTION

On May 15th, 2025, attorney Matthew Hardin sent Russell Greer a threat. He threatened to sanction Plaintiff (this is probably Mr. Hardin's 5th or 6th threat for sanctions) because of wording he didn't like in a document, all the way in ECF 263. **EXHIBIT A.** The disagreement with wording is Mr. Hardin didn't like the exhibit used to support the conclusion that Mr. Moon's users stalk and send death threats to people. Mr. Hardin cited a photo of a victim of kiwi farms saying kiwi farms wasn't threatening him; however, there are multiple things with that photo: (1) it's unclear when that photo was from, (2) it's unclear if it's actually the person saying that and (3) there's documented proof of the victim from 2022 saying that kiwi farms has been stalking him and sending him death threats:

https://x.com/stealthygeek/status/1562590976761245697 **EXHIBIT B.**

As can be seen from the link, this other victim has dealt with the same things that plaintiff has been dealing with. The victim further writes, pertaining to Joshua Moon, "The owner of Kiwi Farms, Joshua Moon, knows this. We know he knows, because we tried taking him and others to court. Instead of removing the private info being used to criminally harass us, he spent thousands of his own money fighting to keep it online where it could be abused." **EXHIBIT C.**

Plaintiff appreciates Defendants' attorney sending him another electronic threat because it has given plaintiff the opportunity to show this court that Joshua Moon has a pattern of refusing to remove copyrighted and other material of other people who have unfortunately found themselves on kiwi farms.

In light of these continuing threats from opposing counsel, and now opposing counsel digging up plaintiff's personal affairs through public information requests, plaintiff urges this court to demand a show cause order, a motion that has been submitted,

Defendants are making it extremely hard to litigate this case, as plaintiff is considering seeking criminal charges against opposing counsel now for stalking him. Matthew Hardin has brought this on himself. This is a copyright case, yet he has chosen to threaten and belittle and stalk plaintiff through public information requests. This is unquestionably unethical and I becoming of a lawyer. He has allowed all of this to be published onto kiwi farms.

This Court needs to stop this conduct of defendants.

Respectfully submitted,

Russell Greer

/rgreer/

5-19-25

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 5-19-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

# EXHIBIT A



On May 15, 2025, at 5:40 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:

Good morning, Mr. Greer.

While I'm waiting to be served with your personal protective order, it has been brought to my attention that you made another materially false statement in your filing at ECF No. 263. I write to request that you withdraw that pleading, and provide notice that we may seek Rule 11 sanctions if you do not withdraw the inaccurate representations you made to the court as described below.

Specifically: In paragraph 34 of that filing (page 7), you stated "This is a real fear, as… Moon's users have a documented history of [sending death threats] to other "Lolcows", e.g. Patrick Tomlinson and others . EXHIBIT F." But the attached Exhibit F (page 22) doesn't mention death threats. Instead, it mentions a "swatting" incident. And the object of that "swatting" incident has publicly posted on social media that my



**EXHIBIT B**



**EXHIBIT C**

Case 2:24-cv-00421-DBB-JCB   Document 298   Filed 05/19/25   PageID.1596   Page 10 of 11

