# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| Russell Greer, | | |
|---|---|---|
| | Plaintiff(s), | Case No. 2:24-cv-00421 |
| vs. | | |
| Joshua Moon | | |
| | Defendant(s). | |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney: Matthew Hardin

☒ Party: Defense Attorney

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 05/06/2025 | Motion Hearing |
| | |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date: May 18, 2025                    Tasha Sisneros
                                      Court Reporter