FILED
2025 MAY 20 AM 9:14
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER** | **PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR SHOW CAUSE ORDER** |
| Plaintiff | |
| v. | Case No.:   2:24-cv-00421-DBB-JCB |
| **JOSHUA MOON ET AL,** | |
| Defendants | |

Plaintiff Russell Greer comes forward now and gives notice of a second supplemental authority of plaintiff!s attorney using public information requests to stalk people that plaintiff has communicated with.

## I.    INTRODUCTION

On May 20th, 2025, attorney Matthew Hardin has filed a public records request demanding communications from a realtor named Waylon, whom plaintiff talked to about land. **EXHIBIT A.**

This is turning into something else entirely than Matthew Hardin's stated intentions for finding out why plaintiff tried delaying the hearing. This has turned into criminal stalking. Communications from a realtor have nothing to do with a copyright case,

Plaintiff has had to spend all morning sending warnings to contacts about an unhinged lawyer going by the name of Matthew who is stalking plaintiff. It has been a very stressful day.

Plaintiff has to go down to the Las Vegas Metro Area Command to file a police report against attorney Matthew Hardin. He, and he alone, has brought this on himself.

Again, plaintiff urges this court to STOP this conduct. Being a lawyer does not give Defendants' lawyer the right to stalk and compile documents that have nothing to do with this case. The documents are going to end up on kiwi farms and Mr. Hardin knows that. Kiwi Farms does not represent the public interest.

Respectfully submitted,

Russell Greer

/rgreer/

5-20-25

**<u>CERTIFICATE OF SERVICE:</u>**

Pursuant to FRCP 5(b), I certify that on 5-20-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

**EXHIBIT A**



8:09    .ıll LTE 64

< 47        3 Messages        ∧  ∨

**Siri Found a Contact**
Matthew Hardin
matthewdhardin@gmail.com    Add   ✕

MH  **Matthew Hardin**              6:16 AM
To: records@winemucca... & 1 more  >  📎

# Public Records Request

Good morning,

Please see the attached request for records.

Thank you,



**City of Winnemucca** - Public Records Request
Deliver, Mail, Fax or Email to:
City Hall, 90 W Fourth Street, Winnemucca, NV 89445
775-623-6090 | records@winnemuccacity.org
**Attention: City Clerk**

| Date of Request | May 20, 2025 |
|---|---|
| **Requestor Contact Information** | |
| Name: | Matthew Hardin |
| Organization: | |
| Address: | 101 Rainbow Drive #11506 |
| City, State, Zip: | Livingston, TX 77399 |
| Phone: | 202-802-1948 |
| E-mail: | MatthewDHardin@gmail.com |

**Records Requested:**
Check any that apply: ☐ Paper copies  ☑ Electronic copies  ☐ Certified copies  ☐ Inspection (in person)
*Please be specific and include as much detail as possible regarding the records you are requesting.*
Any emails to or from Russell Greer dated on or after May 16, 2025, which emails are in the custody of any member of the City Manager's Office, or member of the City council, or member of the City's staff.

Any emails to or from Waylon Huber (waylon@robinhoodrealtynv.com) dated on or after April 1, 2025, which emails are in the custody of any member of the City Manager's Office, or member of the City council, or member of the City's staff.

*To complete an estimate, the following information is needed:*
| ☐ I will pick up (date-time) | ☐ Send FedEx<br>*Fed Ex billing number:* | ☐ Send US Postal Service | ☑ Send Email (if format allows)<br>MatthewDHardin@gmail.com |
|---|---|---|---|

**Statement**
By signing below, I acknowledge: (i) there is a charge for copies of public records; (ii) a written estimate for production of the

   



8:09          ..Il LTE 64

47    3 Messages
**Public Records Request**

Good morning,

Please see the attached request for records.

Thank you,



**City of Winnemucca** - **Public Records Request**
Deliver, Mail, Fax or Email to:
City Hall, 90 W Fourth Street, Winnemucca, NV 89445
775-623-6090 | records@winnemuccacity.org
**Attention: City Clerk**

| Date of Request | May 20, 2025 |
|---|---|

**Requestor Contact Information**

| | |
|---|---|
| Name: | Matthew Hardin |
| Organization: | |
| Address: | 101 Rainbow Drive #11506 |
| City, State, Zip: | Livingston, TX 77399 |
| Phone: | 202-802-1948 |
| E-mail: | MatthewDHardin@gmail.com |

**Records Requested:**

Check any that apply: ☐ Paper copies  ☑ Electronic copies  ☐ Certified copies  ☐ Inspection (in person)

*Please be specific and include as much detail as possible regarding the records you are requesting.*

Any emails to or from Russell Greer dated on or after May 16, 2025, which emails are in the custody of any member of the City Manager's Office, or member of the City council, or member of the City's staff.

Any emails to or from Waylon Huber (waylon@robinhoodrealtynv.com) dated on or after April 1, 2025, which emails are in the custody of any member of the City Manager's Office, or member of the City council, or member of the City's staff.

*To complete an estimate, the following information is needed:*

| ☐ I will pick up (date-time) | ☐ Send FedEx *Fed Ex billing number:* | ☐ Send US Postal Service | ☑ Send Email (if format allows) |
|---|---|---|---|
| | | | MatthewDHardin@gmail.com |

**Statement**

By signing below, I acknowledge: (i) there is a charge for copies of public records; (ii) a written estimate for production of the records will be provided, which must be paid in full prior to inspection or reproduction; and, (iii) materials will be held for 15 days.

| Requester Signature | *Matthew D. Hardin* |
|---|---|
| | Signature |

**Office Use Only**

| **Request status:** | | **Estimate:** | |
|---|---|---|---|
| Date | | | |
| | Request received | Cost estimate: | $ |
| | Receipt acknowledgement issued | Date estimate payment received | |
| | Request filled | Actual cost (if different): | $ |
| | Estimated completion | Date final payment received | |
| | Estimate provided | Completed by | |
| | Request denied in whole | | |
| | Other: | *Retain request form for three (3) calendar years from the end of the calendar year in which the response was completed.* | |

