| | |
|---|---|
| **From:** | **Matthew Hardin** matthewdhardin@gmail.com 📎 |
| **Subject:** | Re: Requesting payment |
| **Date:** | May 19, 2025 at 8:46 AM |
| **To:** | Russell Greer  RussMark@gmail.com |
| **Cc:** | greer.scott@gmail.com, waylon@robinhoodrealtynv.com |
| **Bcc:** | Joshua Moon  jcmoon@pm.me |




Good morning, Mr. Greer.

One additional item just came to my attention: It seems that you paid $425 to the Nevada Secretary of State to start a new brothel-focused LLC on May 14, 2025, the same day you also told the U.S. District Court in Utah that you could not pay filing fees of $402 because that would be a "financial hardship." I've attached the documents for your reference.

Is there a reason you would be wealthy enough to start new brothel companies but not to pay court filing fees or the sanctions the Court has already awarded to my client? Otherwise, I am afraid this will be grounds for additional sanctions. I am copying Scott Greer because your email of 12/31/2024 seemed to indicate he was in charge of your financial affairs, and Waylon Huber because the recent Winnemucca production seems to indicate that you are also using his services to acquire expensive real estate while telling the District Court that you are too poor to pay sanctions that court has awarded or even the filing fees. Please let me know if there has been some misunderstanding.

Thank you,



GreerMay14PauperFiling.pdf

GreerMay14_LLCFiling.pdf

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938

Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On May 14, 2025, at 10:08 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Good morning, Mr. Greer.
>
> As you indicated in your series of emails and motions relating to the $225.25 you believed you were owed last year, it is incredibly important to comply with District Court orders awarding costs. The District Judge ordered you to pay us $1,000 on or before March 13, 2025 (ECF No. 230), and we later consented to offset that amount to $774.75 at ECF No. 228. Your motion to stay the deadline for payment was denied at ECF No. 283. Yet you have not paid us, and you are now more than two months past the deadline to do so. Should we expect payment imminently, or will you be forcing us to resort to collection efforts?
>
> Thanks,
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
>
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On Dec 7, 2024, at 5:17 PM, Russell Greer <RussMark@gmail.com> wrote:
>>
>> Mr. Hardin,
>>
>> Earlier this year, the district court awarded me appellate costs. Since you are Moon's lawyer, I am kindly asking to be paid the amount awarded to me by the district court clerk. Please arrange for payment by Monday the 9th of December, 2024. Venmo is the easiest method for me to receive payment.
>>
>> Thank you

Sent from my iPhone