


**From:** Russell Greer russmark@gmail.com
**Subject:** Re: Requesting payment
**Date:** May 20, 2025 at 10:32 AM
**To:** Matthew Hardin matthewdhardin@gmail.com

I am getting the police involved. You're now involving people I am in contact with? You are ducking done

Russell Greer
CEO of ID LLC/Paralyzed Face Productions/CART U
NV Bus. License #NV20222557279
www.russellgreer.com
IMDB Profile: https://www.imdb.com/name/nm10428966/?ref_=ext_shr_lnk

Sent from my iPhone

> On May 20, 2025, at 6:08 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Good morning, Mr. Greer.
>
> I write because I have not heard from you with respect to my inquiry below. Do you consent to issuance of a writ of execution so that we can take proper enforcement efforts for the unpaid judgment which was due to be paid on March 13?
>
> Best,
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On May 15, 2025, at 1:56 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Good afternoon, Mr. Greer.
>>
>> I have not heard from you with reference to the below request for payment. As a reminder, you told the Court at ECF No. 190 that a refusal to immediately pay funds upon receipt of an email requesting payment was grounds for a debtor's examination. We are therefore puzzled why your position has changed now that the shoe is on the other foot. Do you consent to issuance of a writ of execution so that we can take proper enforcement efforts?
>>
>> Thank you,
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> Direct Dial: 202-802-1948
>> NYC Office: 212-680-4938
>> Email: MatthewDHardin@protonmail.com
>>
>> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>>
>>> On May 14, 2025, at 10:08 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>
>>> Good morning, Mr. Greer.
>>>
>>> As you indicated in your series of emails and motions relating to the $225.25 you believed you were owed last year, it is incredibly important to comply with District Court orders awarding costs. The District Judge ordered you to pay us $1,000 on or before March 13, 2025 (ECF No. 230), and we later consented to reduce that amount to $774.75 at ECF No. 228. Your motion to stay the deadline for payment was denied at ECF No. 283. Yet you have not paid us, and you are now more than two months past the deadline to do so. Should we expect payment imminently, or will you be forcing us to resort to collection efforts?
>>>
>>> Thanks,
>>>
>>> **Matthew D. Hardin**
>>> **Hardin Law Office**
>>> Direct Dial: 202-802-1948
>>> NYC Office: 212-680-4938
>>> Email: MatthewDHardin@protonmail.com
>>>
>>> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

you may not be the intended recipient, please notify the sender and delete all copies.

On Dec 7, 2024, at 5:17 PM, Russell Greer <RussMark@gmail.com> wrote:

Mr. Hardin,

Earlier this year, the district court awarded me appellate costs. Since you are Moon's lawyer, I am kindly asking to be paid the amount awarded to me by the district court clerk. Please arrange for payment by Monday the 9th of December, 2024. Venmo is the easiest method for me to receive payment.

Thank you

Sent from my iPhone