

**From:** Russell Greer russmark@gmail.com
**Subject:** Re: Public Records Request
**Date:** May 20, 2025 at 10:31 AM
**To:** Matthew Hardin matthewdhardin@gmail.com
**Cc:** records@winemuccacity.org

I strongly oppose this.

Do not release these records. He is a lawyer for a stalking site that I'm in a lawsuit with.

Matthew, I am getting the police involved. You are done, sir

Sent from my iPhone

> On May 20, 2025, at 6:16 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Good morning,
>
> Please see the attached request for records.
>
> Thank you,
> <City-Public Records Request form-06012024 r2.pdf>
>
> **Matthew D. Hardin**
> Hardin Law Office
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
>
> Email: MatthewDHardin@protonmail.com