**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>        Plaintiff, | **DEFENDANTS' RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY (ECF NO. 303)** |
| v. | Case No. 2:24-cv-00421-DBB |
| JOSHUA MOON, *et al*.<br><br>        Defendants. | District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME Defendants Joshua Moon and Lolcow, LLC, by and through their undersigned counsel, and file this response to the Plaintiff's Notice of Supplemental Authority (ECF No. 303). Defendants state as follows:

1)      Mr. Greer began this morning by sending an email to both the Magistrate Judge and the District Judge referring to undersigned counsel as "Mr. Stalker." Exhibit A.

2)      Mr. Greer later followed up via email to undersigned counsel directly (without cc'ing the Court) to say, *inter alia*, that undersigned counsel should "Fuck off. Kindly." Exhibit B.

WHEREFORE, undersigned counsel respectfully submits that Mr. Greer's recent behavior is inconsistent with the orderly adjudication of this case, and interferes in the

administration of justice for the reasons previously pointed out at ECF No. 305. Undersigned counsel further submits that Mr. Greer's Motion for an Order to Show Cause, ECF No. 299, should be denied in light of Mr. Greer's extreme and abusive behavior.

DATED May 21, 2025

**HARDIN LAW OFFICE**

 /s/ Matthew D. Hardin
**Matthew D. Hardin**
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*