

**From:** Russell Greer RussMark@gmail.com
**Subject:** Re: Proposed Order granting Motion for Extension of Time (ECF No. 305)
**Date:** May 21, 2025 at 11:26 AM
**To:** Matthew Hardin matthewdhardin@gmail.com
**Cc:** utdecf_barlow@utd.uscourts.gov, utdecf_bennett@utd.uscourts.gov

Thanks for the email, Mr. Stalker

Russell Greer
CEO of ID LLC/Paralyzed Face Productions/CART U
NV Bus. License #NV20222557279
www.russellgreer.com
IMDB Profile: https://www.imdb.com/name/nm10428966/?ref_=ext_shr_lnk

Sent from my iPhone

> On May 21, 2025, at 7:54 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Good morning,
>
> Please see the attached proposed order. I am unclear whether this order should be reviewed by Magistrate Judge Bennett or District Judge Barlow, so I am copying both chambers.
>
> Thank you,
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
>
> Email: MatthewDHardin@protonmail.com
>
> <ProposedOrderExtTimeGreer.docx>