**EXHIBIT A**

Query   Reports   Utilities   Help   Log Out

CASE-CLOSED,CASE-REFERRED,NEWBERN

## U.S. District Court
### Middle District of Tennessee (Nashville)
### CIVIL DOCKET FOR CASE #: 3:20-cv-00436

| | |
|---|---|
| Greer v. Swift | Date Filed: 05/21/2020 |
| Assigned to: District Judge Aleta A. Trauger | Date Terminated: 01/15/2021 |
| Referred to: Magistrate Judge Alistair Newbern | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Russell Greer** | represented by | **Russell Greer**<br>6885 South Redwood Road<br>Apt. 801<br>West Jordan, UT 84084<br>801-895-3501<br>PRO SE |

V.

**Defendant**

**Taylor A. Swift**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2020 | 1 | COMPLAINT against Taylor A. Swift (Filing fee $400, Receipt number 34675058891), filed by Russell Greer. (Attachments: # 1 Exhibit A - Tayor Swift - On Tour Miscellaneous Pics, # 2 Exhibit B - Verizon "looktothestars.org", # 3 Exhibit C - Verizon "google.com", # 4 Exhibit D - Verizon "Voicemail", # 5 Exhibit E - Miscellaneous - google.com reddit.com, # 6 Exhibit F - Miscellaneous pic, # 7 Exhibit G - Flyer, # 8 Exhibit H - Mail, # 9 Exhibit I - Highland Springs Indv Com Note, # 10 Exhibit J - Verizon "kurn.org" communication, # 11 Exhibit K - Pic of Taylor Swift (Post - Followers), # 12 Attachment - Receipt)(mg) (Entered: 05/21/2020) |
| 05/21/2020 | 2 | Summons issued as to Taylor A. Swift. Service copies returned to Pro Se Party by regular mail. (mg) (Entered: 05/22/2020) |
| 05/22/2020 | 3 | NOTICE/INFORMATION regarding Consent of the Parties to the Magistrate Judge. (mg) (Entered: 05/22/2020) |
| 05/22/2020 | | Notice mailed to pro se party regarding filing of new case (docket sheet & certificate of service form and Notice of Consent form included.) (mg) (Entered: 05/22/2020) |
| 05/26/2020 | 4 | SUPPLEMENT filed by Russell Greer re 1 Complaint. (mg) (Entered: 05/26/2020) |

| | | |
|---|---|---|
| 05/27/2020 | 5 | ORDER REASSIGNING CASE: Pursuant to Administrative Order No. 176, this action is transferred to U.S. District Judge Aleta A. Trauger as a "Related Case" to Civil Action No. 3:18-cv-00394. Signed by Chief Judge Waverly D. Crenshaw, Jr on 5/27/2020. (xc:Pro se party by regular mail.) (mg) (Entered: 05/27/2020) |
| 06/01/2020 | 6 | MOTION to Amend/Correct by Russell Greer. (Attachments: # 1 Exhibits A through H) (mg) Modified on 6/1/2020 (mg). (Entered: 06/01/2020) |
| 06/18/2020 | 7 | MOTION for Leave to file Second Amended Complaint and Memorandum of Law in Support by Russell Greer. (Attachments: # 1 Attachment - Proposed Second Amended Complaint with Exhibits A - N, # 2 Attachment - Proposed Order, # 3 Attachment - Envelope)(mg) Modified on 6/18/2020 (mg). (Entered: 06/18/2020) |
| 06/22/2020 | 8 | ORDER REFERRING CASE: Russell Greer, a pro se Utah resident, filed a civil complaint (Doc. No. 1 ) and paid the filing fee (Doc. No. 1-12). The plaintiff also filed a motion to correct clerical mistake (Doc. No. 6 at 17), with an amended complaint (Doc. No. 6 at 12-38), and a motion for leave to file a second amended complaint (Doc. No. 7 ), with another amended complaint (Doc. No. 7-1 at 230). This action is REFERRED to the Magistrate Judge to enter a scheduling order for the management of the case, dispose or recommend disposition of any pretrial motions. The plaintiff is responsible for effecting service of process on the defendant. Signed by District Judge Aleta A. Trauger on 6/22/2020. (xc:Pro se party by regular mail.) **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(mg) (Entered: 06/22/2020) |
| 06/26/2020 | 9 | ORDER: Before the Court in this civil action are pro se Plaintiff Russell Greer's motion to correct a clerical mistake (Doc. No. 6 ) and motion for leave to file an amended complaint (Doc. No. 7 ). Greer's motion to correct a clerical mistake (Doc. No. 6 ) is therefore FOUND MOOT. Because Defendant Taylor A. Swift has not yet appeared and filed a responsive pleading, Greer may file an amended complaint as a matter of course without seeking the Court's leave. Greer's motion for leave to file an amended complaint (Doc. No. 7 ) is therefore FOUND MOOT. The Clerk of Court is DIRECTED to enter Greer's proposed amended complaint (Doc. No. 7-1) as a separate docket entry. Signed by Magistrate Judge Alistair Newbern on 6/26/2020. (xc:Pro se party by regular mail. ) **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(mg) (Entered: 06/29/2020) |
| 06/26/2020 | 10 | AMENDED COMPLAINT against Taylor A. Swift, filed by Russell Greer.(mg) (Entered: 06/29/2020) |
| 07/06/2020 | 11 | AFFIDAVIT by Russell Greer. (mg) (Entered: 07/07/2020) |
| 08/19/2020 | 12 | MOTION FOR EXTENSION OF TIME and MOTION for Alternative Service by Russell Greer. (Attachments: # 1 Exhibits A - D)(mg) Modified on 8/26/2020 (mg). (Entered: 08/19/2020) |
| 12/14/2020 | 13 | REPORT AND RECOMMENDATION: Before the Court in this personal-injury action brought under the Court's diversity jurisdiction is pro se Plaintiff Russell Greer's motion to extend the time for service of process under Federal Rule of Civil Procedure 4(m) and to permit alternative service. (Doc. No. 12 .) The Magistrate Judge RECOMMENDS that Greer's motion for an extension and for alternative service (Doc. No. 12 ) be DENIED and that this action be DISMISSED WITHOUT PREJUDICE under Rule 4(m). Signed by Magistrate Judge Alistair Newbern on 12/14/2020. (xc:Pro |

| | | |
|---|---|---|
| | | se party by regular mail.) **(DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(ln) (Entered: 12/14/2020) |
| 01/15/2021 | 14 | ORDER DISMISSING CASE: On December 14, 2020, the Magistrate Judge issued a Report and Recommendation (Doc No. 13 ), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for an Extension and for Alternative Service (Doc. No. 12 ) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure. Signed by District Judge Aleta A. Trauger on 01/15/2021. (xc:Pro se party by regular mail.) (ln) (Entered: 01/15/2021) |
| 01/15/2021 | 15 | ****DISREGARD.**** ENTRY OF JUDGMENT re: 14 Order Dismissing Case. (xc:Pro se party by regular mail.) (ln) Modified on 1/15/2021 (ln). (Entered: 01/15/2021) |
| 01/15/2021 | 16 | ENTRY OF JUDGMENT re: 14 Order Dismissing Case. (xc:Pro se party by regular mail. ) (ln) (Entered: 01/15/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/22/2025 09:12:00 | | | |
| **PACER Login:** | mypaceremail | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cv-00436 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |