Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER** | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY OF BOOK REGISTRATION DATE** |
| Plaintiff | |
| v. | Case No.:   2:24-cv-00421-DBB-JCB |
| **JOSHUA MOON ET AL,** | |
| Defendants | |

Plaintiff Russell Greer comes forward now and files this Notice of Supplemental Authority.

## I.    INTRODUCTION

Plaintiff files this Notice of Supplemental Authority to show that on top of needing money to move, which he did in December 2020, he was nearing his 3 year statute of limitations mark to file for the infringement of his book. That's why he filed in September 2020, because the book was published in October of 2017 and he didn't think he could squeeze out the money to meet the filing deadline and also having adequate funds for everything previously explained with regards to moving. **EXHIBIT A.**

Respectfully submitted,

Russell Greer

/rgreer/

5-24-25

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 5-27-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

**EXHIBIT A:**



**Public Catalog**

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = Greer Russell
Search Results: Displaying 4 of 9 entries

*Why I Sued Taylor Swift and How I Became Falsely Known as Friv*

|  |  |
|---|---|
| Type of Work: | Text |
| Registration Number / Date: | TX0008469519 / 2017-10-22 |
| Application Title: | Why I Sued Taylor Swift and How I Became Falsely Known as I Litigious & Crazy. |
| Title: | Why I Sued Taylor Swift and How I Became Falsely Known as I Litigious & Crazy. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Russell Greer. Address: 3306 E Del Verde, Salt Lake City, UT, 8 |
| Date of Creation: | 2017 |
| Date of Publication: | 2017-10-22 |
| Nation of First Publication: | United States |
| Authorship on Application: | Russell Godfrey Greer; Domicile: United States; Citizenship: Un Authorship: text. |
|  | Russell Godfrey Greer, employer for hire; Domicile: United Stat United States. Authorship: artwork. |
| Rights and Permissions: | Russell Greer, 3306 E Del Verde, Salt Lake City, UT, 84109, (77 russgreer9125@gmail.com |
| Copyright Note: | C.O. correspondence. |
| ISBN: | 978-0-692-97010-2 |
| Names: | Greer, Russell Godfrey |
|  | Greer, Russell |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Qu about Copyright  |  Copyright Office Home Page  |  Library of Congress Home I

