Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>Defendants | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY OF UHAUL DATA RETENTION POLICY**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes forward now and files this Notice of Supplemental Authority.

## I.  INTRODUCTION

Plaintiff files this Notice of Supplemental Authority to show two things:

1. To prove that plaintiff was saving money to move and is why he used IPF status, he was going to produce a U-Haul receipt, but no past orders were showing up on the online U-haul system. Plaintiff did some digging and found that U-haul only retains data for a certain amount of time. See their policy: https://www.uhaul.com/Legal/#:~:text=by%20applicable%20law.-,Data%20Retention,or%20deidentify%20the%20personal%20information. **EXHIBIT A.** This brings up what is flawed about Defendants' investigation: 5 years have past. A lot of receipts, etc, are long gone. Defendants' had since 2021 to protest his IPF status. It's ridiculous that this is now being brought up.

2. Thankfully, plaintiff has a social media post from December 4th, 2020, proving that he was indeed moving. **EXHIBIT B**

Plaintiff will reaffirm that he did nothing wrong and that Defendants obviously have no defense to copyright infringement.

Respectfully submitted,

Russell Greer

/rgreer/

5-24-25

3

## CERTIFICATE OF SERVICE:

Pursuant to FRCP 5(b), I certify that on 5-27-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

**EXHIBIT A: UHAUL Data Retention Policy**



from Us, at all times.

In the event that personal information is compromised as a result of a breach of security, We will promptly notify those persons whose personal information has been compromised, in accordance with the notification procedures set forth in this Privacy Policy, or as otherwise required by applicable law.

## Data Retention

Consistent with our record retention policies, we store your information for as long as legally required or for so long as necessary to support the business purposes described in this Privacy Policy. In general, this storage will be (i) at least for the duration of our relationship, (ii) for as long as you can bring a claim against Us and for Us to be able to defend Ourselves, and (iii) for any period required by applicable laws and regulations.

Once retention of the personal information is no longer necessary for the purposes outlined above, We will either delete or deidentify the personal information.

### and Access

can access or control your personal information will depend on which services you use. If you have created



**EXHIBIT B: Dec 4th, 2020**

