Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
2025 MAY 28 AM 6:57
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>　　Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>　　Defendants | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RULE 26 PROTECTIVE ORDER**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes forward now and files this Notice of Supplemental Authority.

## I.  INTRODUCTION

The Winnemucca realtor, whom plaintiff met with, which was the basis for trying to file the continuance and which has resulted in Defendants' counsel conducting multiple frivolous investigations into plaintiff, has informed plaintiff that "multiple people" continue to email him about plaintiff. We don't need to guess hard who these people are.

Because Mr. Hardin gathered irrelevant information not related to this case, it has caused the absolutely creepy Kiwi Farms people to do what plaintiff has been telling this Court that they do: these kiwi farms people do not simply "discuss " they go out of their way to destroy anything related to plaintiff. Plaintiff has requested the emails and names of the people emailing the realtor because plaintiff has got the Las Vegas police involved. **EXHIBIT A.**

This pattern of conduct from kiwi farms needs to stop. To stop Defendants' counsel from further publishing more info for kiwi farms, plaintiff requests the protective order.

Respectfully submitted,

Russell Greer

/rgreer/

5-24-25

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 5-27-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

**EXHIBIT A: PARTS OF A TEXT MESSAGE CONVERSATION TO THE REALTOR**

> Yeah I need you to give me the names of these people too, I have to file restraining orders and I'm getting the police involved as I said.

> And I'm sorry to hear that. Wow. Are you doing better? Yes let's talk

> I was homeless last year because this stalker website has gone so hard at trying to have me end my life.
>
> And so I'm incredibly sorry. I'm so sorry. The last 8 years of my life have been robbed from me