FILED
2025 MAY 23 AM 4:28
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER** | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY RE ECF 313** |
| Plaintiff | |
| v. | Case No.:   2:24-cv-00421-DBB-JCB |
| **JOSHUA MOON ET AL,** | |
| Defendants | |

Plaintiff Russell Greer comes forward now and files this Notice of Supplemental Authority.

## I.    INTRODUCTION

Defendants are wanting to unseal a Tennessee 2020 case to show that because Greer paid a filing fee in that case (May 2020), but didn't in this case, that the reasonable explanation must be that be committed IPF fraud….

Plaintiff submits a Notice to show that before July 2020, plaintiff had disposable income that allowed him to pay a filing fee. The attached exhibit shows that in July 2020, he started an auto loan with PAC Finance and so partly why he couldn't pay the 2020 filing fee for this case was he was tied down with expenses, including an auto loan that had not existed when he paid the May 2020 filing. **EXHIBIT A.** Also, plaintiff regrets filing that Tennessee lawsuit and actually abandoned the lawsuit because he realized how bad it looked and how focusing on that was destroying his mental state and that he needed to focus on the main culprits for why his life was in shambles: Kiwi Farms and Moon.

Also, plaintiff was moving from Utah to Vegas and so was saving up money and couldn't afford the filing fee. This was all explained in the IPF screening application. Plaintiff did nothing wrong. Everything plaintiff submitted in 2020 for the IPF screening was true.

Defendants are harassing plaintiff now and wasting judicial resources.

Respectfully submitted,

Russell Greer

/rgreer/

5-23-25

2

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 5-23-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

**EXHIBIT A: auto loan starting July 2020 with on time payments**

**12:58**     .ıl LTE 📶

< **Back**



Jul 23, 2020

Account type
Auto Loan                                        ⓘ

## Payment summary

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | - | - | - | - |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |

| PAYMENT HISTORY LEGEND                         + |
|---|

Status
Paid, Closed/Never late.                         ⓘ

Status updated
Aug 2022                                          ⓘ

Original balance
$8,694                                            ⓘ

🔒 usa.experian.com

**12:57**    ▪▪❙❙ **LTE** `42`

< **Back**

Paid off —

Balance
-    ⓘ

Balance updated
-    ⓘ

Original balance
$8,694    ⓘ

# Account info

Account number
300000XXX    ⓘ

Open/closed
Closed    ⓘ

Date opened
Jul 25, 2020    ⓘ



🔒 usa.experian.com