FILED
2025 MAY 23 AM 4:05
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>Defendants | **PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION RESPONSE**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes forward now and replies to Defendants' Opposition Response.

## I.  INTRODUCTION

There are quite a few things that plaintiff replies to:

Defendants are the ones giving this court material misrepresentations. They literally CC'd plaintiff in an email to a realtor on 5-21-25, saying the realtor was now a "witness to his frauds." (Evidence provided in the motion). Plaintiff admittedly put a typo in the motion. He meant to type Defendants "bizarrely *emailed*," not "subpoenaed."[1]

But the point stands because when Defendants wrote "now a witness," it made it seem like Defendants' lawyer was trying to subpoena the realtor, which again, the realtor has nothing to offer. So including Mr Huber in an email was inappropriate.

Defendants say Rule 26(C) is inapplicable, yet they are the ones ***literally* doing discovery** by emailing every government entity in Humboldt County, NV (which is doing discovery) for the purposes of a motion for sanctions. That is literally doing discovery.

Defendants complain about the use of the word emergency. It was an emergency. Plaintiff couldn't get the city to reschedule it. It was literally in a government email to Greer that Mr. Hardin would have received in his discovery request to the city of winnemucca. **EXHIBIT A.** Exhibit shows this: "Greer on 5-1-25: 'Thanks for the reply. Could we actually be put on the May 20th agenda?" Plaintiff asked this because he remembered the court hearing was that day, thus he goofed up. The city clerk responded. "Mr. Greer, May 6th is the day that works the best for the city of winnemucca." Because the city would not reschedule, an emergency had been created. Plaintiff said nothing false.[2]

It was business as well. Plaintiff literally met and spoke to people for the purposes of business, not connected to the city council meeting. Plaintiff also considered the city council

---

[1] Plaintiff types documents on his phone and words will auto correct and he didn't notice the word "subpoenaed" until after he filed the document. Plaintiff meant to file an errata, but never did.
[2] Another email from the city clerk saying that May 6th would be the only day to make such a presentation, further creating an emergency.

2

business because for the business to move forward, land had to be rezoned. A guy interested in investing in Winnemucca had emailed Greer extensively about it and Greer said he would try to get the city council to rezone. While in winnemucca, Greer met with 3 people for the purposes of business, not connected to the city council meeting.

Defendants are trying to frame plaintiff as being dishonest for not writing about a city council meeting, yet plaintiff had literally wrote in his continuance motion, "***Plaintiff would rather not be specific, as the kiwi farms users make it a game to sabotage anything connected to plaintiff — activity that Mr. Moon allows by keeping his website up***." Plaintiff even said he wasn't being specific. So again, this idea that plaintiff was somehow being dishonest is absurd. Plaintiff doesn't owe defendants every single detail of every single second of his life. This Court was not harmed by having the meeting be vague.

Regardless, the fact stands: Defendants' attorney has been emailing different parties (Humboldt County officials) **EXHIBIT B** and he CC'd a realtor that plaintiff was forming a relationship with and Hardin bizarrely inferred that plaintiff was a fraud in that email ("your frauds"). Defendants say discovery is stayed, yet they are literally emailing people for fact finding purposes. Plaintiff is unsure who else Mr. Hardin is emailing, but Mr. Hardin has done enough damage by trying to embarrass plaintiff with either outdated information (by telling the Humboldt County Planning Director about Greer having restraining orders) or false information (by CC'ing the realtor and telling plaintiff about "your frauds"). Either Mr. Hardin considers this discovery or he's doing this on purpose to stalk plaintiff, which is why plaintiff felt threatened enough to possibly get the police involved. So if Mr. Hardin isn't doing discovery (by Mr. Hardin's own admission) and is just randomly emailing people with false accusations of fraud, then that's a criminal offense of stalking.

Because Mr. Hardin is a lawyer for the case, and to prevent further embarrassment, plaintiff seeks an FRCP 26( C ) protective order so that Defendants can stop emailing people about Greer

for fact finding discovery purposes, pertaining to any aspect of this case or for any motions related to this case.

Respectfully submitted,

Russell Greer

/rgreer/

5-23-25

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 5-23-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

**EXHIBIT A: Winnemucca City refusing to reschedule, thus creating an emergency**







**EXHIBIT B: Mr. Hardin emailing various Humboldt County people**







2:56 5G 92

77 3 Messages

Siri Found a Contact
Matthew Hardin
matthewdhardin@gmail.com
Add

From: Matthew Hardin
To: records@winemuccacity.org
Cc: Russell Greer
May 20, 2025 at 6:16 AM

**Public Records Request**

Good morning,

Please see the attached request for records.

Thank you,

**City of Winnemucca - Public Records Request**
**Deliver, Mail, Fax or Email to:**
**City Hall, 90 W Fourth Street, Winnemucca, NV 89445**
**775-623-6090 | records@winnemuccacity.org**
**Attention: City Clerk**

| | |
|---|---|
| **Date of Request** | May 20, 2025 |
| **Requestor Contact Information** | |
| Name: | Matthew Hardin |
| Organization: | |
| Address: | 101 Rainbow Drive #11506 |
| City, State, Zip: | Livingston, TX 77399 |
| Phone: | 202-802-1948 |
| E-mail: | MatthewDHardin@gmail.com |

**Records Requested:**
Check any that apply: ☐ Paper copies ☑ Electronic copies ☐ Certified copies ☐ Inspection (in person)
*Please be specific and include as much detail as possible regarding the records you are requesting.*
Any emails to or from Russell Greer dated on or after May 16, 2025, which emails are in the custody of any member of the City Manager's Office, or member of the City council, or member of the City's staff.

Any emails to or from Waylon Huber (waylon@robinhoodrealtynv.com) dated on or after April 1, 2025, which emails are in the custody of any member of the City Manager's Office, or member of the City council, or member of the City's staff.

*To complete an estimate, the following information is needed:*

| | | | |
|---|---|---|---|
| ☐ I will pick up (date-time) | ☐ Send FedEx *Fed Ex billing number:* | ☐ Send US Postal Service | ☑ Send Email (if format allows) |

2:56 5G 92

77 3 Messages

Siri Found a Contact
Matthew Hardin
matthewdhardin@gmail.com
Add

From: Matthew Hardin
To: records@winemuccacity.org
Cc: Russell Greer
May 20, 2025 at 6:16 AM

**Public Records Request**

Good morning,

Please see the attached request for records.

Thank you,

**City of Winnemucca - Public Records Request**
**Deliver, Mail, Fax or Email to:**
**City Hall, 90 W Fourth Street, Winnemucca, NV 89445**
**775-623-6090 | records@winnemuccacity.org**
**Attention: City Clerk**

| | |
|---|---|
| **Date of Request** | May 20, 2025 |
| **Requestor Contact Information** | |
| Name: | Matthew Hardin |
| Organization: | |
| Address: | 101 Rainbow Drive #11506 |
| City, State, Zip: | Livingston, TX 77399 |
| Phone: | 202-802-1948 |
| E-mail: | MatthewDHardin@gmail.com |

**Records Requested:**
Check any that apply: ☐ Paper copies ☑ Electronic copies ☐ Certified copies ☐ Inspection (in person)

*Please be specific and include as much detail as possible regarding the records you are requesting.*
Any emails to or from Russell Greer dated on or after May 16, 2025, which emails are in the custody of any member of the City Manager's Office, or member of the City council, or member of the City's staff.

Any emails to or from Waylon Huber (waylon@robinhoodrealtynv.com) dated on or after April 1, 2025, which emails are in the custody of any member of the City Manager's Office, or member of the City council, or member of the City's staff.

*To complete an estimate, the following information is needed:*

| | | | |
|---|---|---|---|
| ☐ I will pick up (date-time) | ☐ Send FedEx *Fed Ex billing number:* | ☐ Send US Postal Service | ☑ Send Email (if format allows) |

8:08 .ıll LTE 70

< Sent         **Fraud on the Court?**         ⌃  ⌄

On May 21, 2025, at 9:16 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:

Good morning, Mr. Greer,

I have obtained (and am attaching for your reference) the Meeting Minutes from the May 6, 2025 City Council meeting in Winnemucca. I note two interesting items in these minutes:

*First*, it appears you told the Winnemucca City Council that you had attempted to purchase the Scott Shady motel. But you made this offer to purchase a substantial piece of commercial real estate while simultaneously professing to the U.S. District Court in Utah that you were too poor to pay $402 in filing fees and $1,000 in sanctions awarded for your "recalcitrant" behavior. The owners, apparently, were not willing to sell. But you decided it was an "emergency" to rezone their property anyway, and told the U.S. District Court you could not possibly attend a hearing there on May 6 because of this "emergency" in Winnemucca.