# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| Russell Greer,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Joshua Moon<br><br>    Defendant(s). | Case No. 2:24-cv-00421 |

# TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney: _____

☒ Party: Jordon Fetenmier

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 05/06/2025 | Motion Hearing |
| | |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date: May 21, 2025          Tasha Sisneros
                            Court Reporter