# Civil Case Records Search Results



EXHIBIT A

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search                    Location : Justice Court   Help

**Record Count:** 6
**Search By:** Party   **Party Search Mode:** Name   **Last Name:** greer   **First Name:** russell   **All** All   **Sort By:** Filed Date

| Case Number | Style | Filed/Location | Type/Status |
|---|---|---|---|
| 22PO0378 | Russell Greer, Applicant vs. Lauren Costa, Adverse Party(s) | 02/17/2022 JC Department 7 | Protective Order-Stalking and Harassment Order Denied |
| 22PO0450 | Russell Greer, Applicant vs. Shannon Howe, Adverse Party(s) | 03/01/2022 JC Department 12 | Protective Order-Stalking and Harassment Order Denied |
| 23PO0647 | Russell Greer, Applicant vs. John Doe, Adverse Party(s) | 03/19/2023 JC Department 11 | Protective Order-Stalking and Harassment Order Denied |
| 23C008337 | Check City Partnership dba Check City, Plaintiff(s) vs. Russell Greer, Defendant(s) | 04/07/2023 JC Department 6 | Civil - Payday Loan Collection Closed |
| 23A000757 | Russell Godfrey Greer, Plaintiff(s) vs. Sybil Stallone, Defendant(s) | 04/28/2023 JC Department 5 | Small Claims - General Individual Plaintiff Closed |
| 24E018422 | Westland LLC, DBA Townhome Villas LLC, Landlord(s) vs. Russell Greer, AKA Russell Godfrey Greer, Tenant(s) | 06/13/2024 JC Evictions | Summary Eviction Closed |