**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER, <br><br> Plaintiff, <br><br> v. <br><br><br> JOSHUA MOON, *et al*. <br><br> Defendants. | **NOTICE REGARDING PLAINTIFF'S VIOLATION OF DISCOVERY STAY** <br><br> Case No. 2:24-cv-00421-DBB <br><br> District Judge David Barlow <br> Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through their undersigned counsel, and give NOTICE that the Plaintiff is apparently using the resources of this Court to violate the stay on discovery this Court entered at ECF No. 283.

Specifically, on June 5, 2025, Mr. Greer wrote to the Defendants to indicate that "The clerk issued a subpoena today for Mr. Moon." Exhibit A. But this Court stayed all discovery in this case orally on May 6, 2025. ECF No. 300 at 34:11 *et seq*. The Court later memorialized its stay on all discovery, with one immaterial exception, on May 7, 2025. ECF No. 283. Yet Mr. Greer later confirmed that he is attempting to use the subpoena the clerk apparently issued on June 5, 2025, for purposes of seeking discovery in violation of the stay. Exhibit B.

Because no evidentiary hearing or trial is set in this matter, there is no valid purpose for Mr. Greer to seek subpoenas from the clerk in this case unless or until the

stay is lifted, and any subpoena Mr. Greer might seek to serve is inherently a discovery subpoena issued in violation of the stay. Defendants respectfully submit that Mr. Greer's attempts to obtain subpoenas in violation of the stay without first seeking leave of court is illustrative of Mr. Greer's broader abuse of process.

DATED June 5, 2025

**HARDIN LAW OFFICE**
*/s/ Matthew D. Hardin*
**Matthew D. Hardin**

*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*