**From:** **Russell Greer** russmark@gmail.com
**Subject:** Subpoena
**Date:** June 5, 2025 at 11:04 AM
**To:** Matthew Hardin matthewdhardin@gmail.com



Mr. Hardin

The clerk issued a subpoena today for Mr. Moon. Can this be served on you? And if so, which address?