**From:** Russell Greer russmark@gmail.com
**Subject:** Re: Subpoena
**Date:** June 5, 2025 at 11:09 AM
**To:** Matthew Hardin matthewdhardin@gmail.com



Sir,

Because I'm trying to locate the two John Does to serve them.

Would you like to do a meet and confer ?

Sent from my iPhone

> On Jun 5, 2025, at 8:05 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Good morning,
>
> I will not accept service of a subpoena. It would be Defendants' position that any subpoena should be withdrawn or quashed because of the stay on discovery. I am unclear why you believe there is any authority to serve us a subpoena while discovery is stayed.
>
> Best,
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On Jun 5, 2025, at 11:03 AM, Russell Greer <russmark@gmail.com> wrote:
>>
>> Mr. Hardin
>>
>> The clerk issued a subpoena today for Mr. Moon. Can this be served on you? And if so, which address?