


**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Re: Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Notice
**Date:** June 5, 2025 at 4:31 PM
**To:** UTDecf Clerk UTDecf_Clerk@utd.uscourts.gov
**Cc:** Russell Greer russmark@gmail.com

Good afternoon,

Thank you for your response. I have received the clerk's order. I do still request the disclosure of Mr. Greer's ex parte communications which led to issuance of these invalid and void subpoenas, so that I can take appropriate action with respect to any misrepresentations in the civil case. If you can forward me the email chain from Mr. Greer that led to these subpoenas being issued, I would appreciate it.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

> On Jun 5, 2025, at 3:47 PM, UTDecf Clerk <UTDecf_Clerk@utd.uscourts.gov> wrote:
>
> Hi Matt.
>
> Sorry for the delay in response, we made chambers aware of the issue, we're waiting for a response.
>
> Thank you.
>
> ---
>
> **From:** Matthew Hardin <matthewdhardin@gmail.com>
> **Sent:** Thursday, June 5, 2025 12:37 PM
> **To:** UTDecf Clerk <UTDecf_Clerk@utd.uscourts.gov>
> **Cc:** Russell Greer <russmark@gmail.com>
> **Subject:** Re: Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Notice
>
> **CAUTION - EXTERNAL:**
>
> Good afternoon,
>
> Following up on my email this morning, I would like to request copies of the underlying emails which Mr. Greer sent to the clerk's office or its staff *ex parte* to obtain a subpoena in this matter. It is Defendants' position that any *ex parte* request from the Plaintiff should be fully disclosed so that the defense is not prejudiced by the Plaintiff's failure to include all parties on relevant communications.
>
> Thank you,
>
> Matthew D. Hardin
> **Hardin Law Office**
> **Direct Dial: 202-802-1948**
> **NYC Office: 212-680-4938**
> Email: MatthewDHardin@protonmail.com

> On Jun 5, 2025, at 11:36 AM, Matthew D. Hardin <MatthewDHardin@gmail.com> wrote:
>
> Good morning,
>
> I write to inform the Clerk that the pro se plaintiff in the above-captioned case is apparently using the clerk's office to issue subpoenas despite that there is a stay on discovery in this matter. Judge Bennett has twice issued discovery stays. First, orally on May 6, 2025. Second, by written order entered May 7, 2025. ECF No. 283. Those orders have never been vacated or modified. Nor were they appealed to the District Judge.
>
> Defendants' position is that the clerk's office should not be issuing subpoenas which are being requested in violation of the judge's orders. In the event any subpoenas are actually served, I will be moving to quash them, but my hope would be that subpoenas are not issued in the first instance given that there is no evidentiary hearing set in this case and the judge has emphatically stayed discovery (twice).
>
> Thank you,
>
> Matthew D. Hardin
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
>> Begin forwarded message:
>>
>> **From:** <utd_enotice@utd.uscourts.gov>
>> **Subject: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Notice (Other)**
>> **Date:** June 5, 2025 at 11:20:59 AM EDT
>> **To:** <ecf_notice@utd.uscourts.gov>
>> **Reply-To:** <utd_enotice@utd.uscourts.gov>
>>
>> **This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
>> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is**

**a transcript, the free download restrictions and 30-page limit do not apply.**

**\*\*\*NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS\*\*\***
**The court will mail a copy of the NEF and associated document of court-generated documents (e.g., reports and recommendations, orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated under "Notice has been delivered by other means to. . . ". The court will not mail NEFs and documents of party-generated filings to any party (including the filing party) even if the "Notice has been delivered by other means to. . . " states otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.**

**US District Court Electronic Case Filing System**

**District of Utah**

# Notice of Electronic Filing

The following transaction was entered by Hardin, Matthew on 6/5/2025 at 9:20 AM MDT and filed on 6/5/2025

| | |
|---|---|
| **Case Name:** | Greer v. Moon et al |
| **Case Number:** | 2:24-cv-00421-DBB-JCB |
| **Filer:** | Lolcow LLC |
| | Joshua Moon |
| **Document Number:** | 328 |

**Docket Text:**
**NOTICE of Plaintiff's Violation of Discovery Stay by Lolcow LLC, Joshua Moon re [280] Motion Hearing,,,,,,,,,,, Set Deadlines/Hearings,,,,,,,,,, [283] Order on Motion to Set Aside,, Order on Motion to Stay,, Order on Motion for Miscellaneous Relief,,,,,, Order on Motion for Attorney Fees,, Order on Motion for Sanctions,,, (Attachments: # (1) Exhibit A (Mr. Greer indicates he has obtained a subpoena from the clerk in violation of the stay on discovery), # (2) Exhibit B (Mr. Greer indicates he intends to use his subpoena for the purposes of discovery)) (Hardin, Matthew)**

**2:24-cv-00421-DBB-JCB Notice has been electronically mailed to:**

Matthew D. Hardin    matthewdhardin@gmail.com,matthewdhardin@ecf.courtdrive.com,matthewdhardin@protonmail.com

Russell G. Greer    russmark@gmail.com

Stewart B. Harman    stewart.harman@bachhomes.com,aanderson@pckutah.com

**2:24-cv-00421-DBB-JCB Notice has been delivered by**

**other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=6/5/2025] [FileNumber=6174561-0]
[c53331d8dcecc4daeacd071e362773052248808dd27471514acc2fdf4ce730d46639
ac12eb002ba0e1ea2d7013c3d0557800ddbd7e9f0217b2b866a34dd8dd93]]

**Document description:** Exhibit A (Mr. Greer indicates he has obtained a subpoena from the clerk in violation of the stay on discovery)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=6/5/2025] [FileNumber=6174561-1]
[c36b2f62eb48982d780dc98ab634dbfbbb8f2781223da5141f4160d2f922efbdb1e9
321ff202846b36bf7cf529ac115307bf889fc0757500be856a29e51138de]]

**Document description:** Exhibit B (Mr. Greer indicates he intends to use his subpoena for the purposes of discovery)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=6/5/2025] [FileNumber=6174561-2]
[af4c03f74f3f6e9cb4ae894a6ea71256d56041ff177154c1734944c446559d89af57
f514d0771452efb6cd57d876910c3f595def196993210a727adbf27cd3ce]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.