EXHIBIT C

**Stephanie Garcia**

| | |
|---|---|
| **From:** | UTDecf Clerk <UTDecf_Clerk@utd.uscourts.gov> |
| **Sent:** | Thursday, June 5, 2025 8:04 AM |
| **To:** | Russell Greer |
| **Subject:** | RE: Subpoena |
| **Attachments:** | AO_088B (002).pdf |

Here you go,

Thank you.

---

**From:** Russell Greer <russmark@gmail.com>
**Sent:** Thursday, June 5, 2025 4:37 AM
**To:** UTDecf Clerk <UTDecf_Clerk@utd.uscourts.gov>
**Subject:** Subpoena

CAUTION - EXTERNAL:

Hello,

I need the following subpoena issued. Can you please sign?

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1