FILED
2025 JUN 5 PM 1:21
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>Defendants | **PLAINTIFF'S MOTION FOR CLARIFICATION RE STAY OF DISCOVERY ORDER & MODIFICATION OF MAY 6TH ORDER STAYING DISCOVERY**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes forward now and files this motion for clarification.

## I. INTRODUCTION

On May 6th, this Court stayed discovery until the two John Doe defendants could be served. Oddly, defendants have been doing discovery, regardless, by launching public information requests and contacting people unconnected to this case and lying to them that they are tied to "plaintiff's frauds". That aside, plaintiff has been trying to serve the two John Does. Because he doesn't know their real names, he needs to obtain some kind of information to locate them by subpoenaing Mr. Moon to hand over their email registration details and IP addresses, as they are users on Kiwi Farms.

On June 5th, Mr. Greer asked counsel for Defendants if they will accept a subpoena. Mr. Hardin told Greer that discovery is stayed. As seen on the docket, Defendants are now bizarrely claiming plaintiff has violated the Stay; however, this assertion is utterly ridiculous because this Court said that the motion to stay did not apply to finding who the John Does are.

Plaintiff respectfully requests for clarification regarding if serving subpoenas on Mr. Moon for the purposes of locating the John Does is indeed a violation of the stay of discovery. If so, then plaintiff requests the Order be modified, so that the John Does can be located and served via short-form discovery on Defendants.

Respectfully submitted,

Russell Greer

/rgreer/

6-5-25

## **CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 6-5-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.