**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER, <br><br> Plaintiff, <br> v. <br><br> JOSHUA MOON, *et al*. <br><br> Defendants. | **STATUS REPORT** <br><br> Case No. 2:24-cv-00421-DBB <br><br> District Judge David Barlow <br> Magistrate Judge Jared C. Bennett |

NOW COME Defendants Joshua Moon and Lolcow, LLC, by and through their undersigned counsel, pursuant to this Court's order at ECF No. 297, and file this status report. To update the Court on the current status of this case, Defendants state as follows:

1. Mr. Greer has not provided the documents he was ordered to provide at ECF No. 297, ECF No. 283, and ECF No. 227. Instead, Mr. Greer has filed repeated motions for relief from those orders, with the most recent motion being docketed at ECF No. 326. Defendants have opposed Mr. Greer's most recent request, as they opposed his previous requests, and have pointed out that Mr. Greer's narrative as to whether he possesses the requested document(s) and whether the material is relevant has shifted considerably over time. ECF No. 327.

2. Mr. Greer also has not complied with this Court's orders at ECF No. 230 or 310, each of which required Mr. Greer to pay sanctions to Defendants. Instead, Mr. Greer filed yet another motion seeking relief from that order at ECF No. 333. Defendants will oppose that latest motion in due course, and note that Mr. Greer's pattern appears to be to file an endless series of motions for reconsideration or other similar relief rather than complying with the judgments of this Court, even after a stay was denied. Defendants proffer here that their opposition to Mr. Greer's latest motion for reconsideration will also challenge Mr. Greer's factual assertions, which yet again are not based in reality, to the effect that Defendants have somehow indicated they will not accept electronic payment of the monies they are owed by Mr. Greer. That narrative by Mr. Greer is fabricated; Defendants have never indicated they will not accept payment.[1]

WHEREFORE, Defendants respectfully submit that this case should be dismissed due to Plaintiff's repeated and willful noncompliance with Court orders. Alternatively, this Court should issue an order for Mr. Greer to show cause why this case should not be dismissed, for that same reason.

DATED June 9, 2025

**HARDIN LAW OFFICE**

 /s/ Matthew D. Hardin
**Matthew D. Hardin**
Attorney for Defendants
Joshua Moon and Lolcow, LLC

---

[1] Mr. Greer seems to take the position that he will not pay sanctions out of his own sense of animus towards Defendants. At ECF No. 333 at 5, Plaintiff stated "since Defendants continue to seek monies through the most frivolous reasons, plaintiff never sent a check and will respectfully fight and appeal every award granted to Defendants."