

**From:** Russell Greer RussMark@gmail.com
**Subject:** Re: Request for Payment
**Date:** May 16, 2025 at 1:05 PM
**To:** matthewdhardin@protonmail.com

Hi sir.

Because I believe you are not entitled to it. I goofed up with the initial disclosure. This is my first time ever getting this far in a lawsuit. I don't believe I should be sanctioned for a mistake or because my witnesses did a 180 on me.

I was at one time going to pay it, but then you keep filing frivolous notices that have nothing to do with this case and so I decided I would just fight this and appeal this. I need to file another stay to have the 10th circuit look at whether this is justifiable.

I know you'll publish this as a notice, I would ask you to stop publishing things that don't need to be published.

Also why are you messaging me on 3 different emails: there's a gmail, an iCloud and now a proton
.
Thanks


Sent from my iPhone

> On May 16, 2025, at 7:27 AM, Matthew D. Hardin <matthewdhardin@gmail.com> wrote:
>
>
> Good afternoon, Mr. Greer.
>
> I'm writing again because we have not heard from you with respect to your (non) payment of the sanctions awarded against you. As you know, Judge Barlow ordered you to pay us by March 13, 2025. ECF No. 230. Your motion for a stay was denied, but we have not been made whole. You have openly told the court you can afford to pay the money, so I'm a bit puzzled what good faith basis there might be for nonpayment. When should I expect to receive your check?
>
> Thanks,
>
> Matthew D. Hardin
> Hardin Law Office
> Direct Dial: 202-802-1948
> Email: MatthewDHardin@protonmail.com
>
>
> On Sun, Mar 31, 2024 at 6:50 AM Russell Greer <russmark@gmail.com> wrote:
>> Dear Matthew,
>>
>> If you may recall, in January, the 10th circuit court of appeals and the district court in Utah granted me printing costs.
>>
>> While the erroneous venue transfer is being resolved, which I have no problem appealing this all over again to the 10th Circuit, I do politely ask that Mr Moon pay me the monies that I'm owed.
>>
>> A check can be made to Andrew Grimm of the Digital Justice Foundation, CC'd on this email, for the full amount owed.
>>
>> I also once again ask that we settle this case to avoid any further appeals. My request is fairly simple: I just want kiwi farms to leave me alone.