**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Second Sanctions Motion
**Date:** May 19, 2025 at 2:01 PM
**To:** Russell Greer russmark@gmail.com
**Bcc:** jcmoon@pm.me

Good morning, Mr. Greer,

Please see attached our second Motion for Sanctions. I will file this with the Court on or about June 10 pursuant to Rule 11 (c). Please let me know if you wish to withdraw anything before that time.

Best,



**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com