GEMINI Court Reporting     Deponent:   Wineemucca City Council Meeting



Page 1

WINNEMUCCA CITY COUNCIL MEETING

MAY 6, 2025

Transcribed by: Daisy E. Cortez, CCR-V No. 1022

Ph: 702.525.0108                                    scheduling@geminilv.com

```
                                                              Page 2
  1                        May 6, 2025

  2              DAISY E. CORTEZ, CCR-V No. 1022

  3                         * * * * *

  4

  5

  6   AGENDA ITEMS                                              PAGE

  7   ITEM NO. 2.........................................3

  8   PUBLIC COMMENTS...................................6

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

1                  * * * * *

2             MAYOR STONE:  With no more questions, we'll

3    move back to item No. 2.  Administration, planning

4    zoning district expansion request.  Request to expand

5    the adult entertainment zoning district will include

6    the Scott Shady Court Motel Property located at

7    400 West First Street, APM Number 15-0132-18.

8             State your name for the record.

9             RUSSELL GREER:  Yes, my name is Russell

10   Greer.  I want to say that property actually fell

11   through.  So that's no -- I'm no longer proposing that

12   property.  I am working with a realtor here and

13   unfortunately he never showed up.  But -- so we have

14   been trying to get a hold of Lance and Donald Gilman.

15   They own the adult entertainment zone and we've been

16   unsuccessful so far.

17            However, since it's just sitting there, we

18   were proposing to expand the zone.  There's a building

19   right next to it.  It's on second street, close to that

20   area, and I don't want to propose it just yet just

21   because we're still trying to work it out.  But I just

22   wanted to just come and just ask a question.

23            We are trying to buy at least one parcel from

24   the buildings, but if the buildings don't want to sell,

25   is the city council open to potentially expanding the

Page 4

 1   zone for other, you know, more competition.
 2              MAYOR STONE:  Okay.
 3              MR. MENDIOLA:  You got your agenda item is
 4   pretty narrow, so it's --
 5              MAYOR STONE:  Our agenda, speaking
 6   specifically here, but about expanding the zone, I
 7   don't think the council has an appetite for that.
 8              RUSSELL GREER:  Okay.
 9              MAYOR STONE:  I mean, we do have a zoned
10   area, granted, there are no current operating brothels
11   there, but I think if we were to go to expand it, you
12   know, the property owner would have to make that
13   request to rezone and things like that.  So I think,
14   you know, I don't think bringing this issue in front of
15   the public and the city council level is probably a
16   good thing.
17              We've been without them for several years.
18   You know, I think some of the attitude in our city is
19   we're fine like we are.  So, you know, that's just my
20   opinion.
21              RUSSELL GREER:  So what if they do sell one
22   parcel to us?  Are you open to that area reopening?
23   It's already zoned as that.  Or do you no longer want
24   it?
25              ATTORNEY MAHER:  I -- no, it's zoned for

Page 5

 1  that. That would be a business proposition that has
 2  nothing to do with the city. As long as you comply
 3  with whatever requirements are in place. It's not a --
 4  it's not a we like it or dislike it, it's whether or
 5  not it's allowed per the current laws. That's all it
 6  is.
 7              RUSSELL GREER: Okay.
 8              ATTORNEY MAHER: And that's a private
 9  business decision. That's not a governmental decision.
10              RUSSELL GREER: Right.
11              MAYOR STONE: Oh, yeah. I think we have a
12  zone district and we're not looking to expand. I don't
13  feel. That's my opinion.
14              MR. MENDIOLA: My opinion is the same thing
15  as it's there. It's been there, but expanding it. I'm
16  not interested.
17              RUSSELL GREER: All right. I -- I just got
18  one of their phone numbers, so I'm going to try calling
19  them today see if they will sell. But I really
20  appreciate your time and allowing me to come in front
21  of you.
22              MS. MAVITY: Thank you. We appreciate you
23  coming.
24              MAYOR STONE: Thank you.
25  ///

 1   ///

 2   PUBLIC COMMENTS:

 3              MAYOR STONE:  Any other questions?

 4              We will open up the public comment again.

 5              ROBERT BAYLOCQ:  I have more of a question

 6   than a comment.  My name is Roger Baylocq.  I own --

 7   the owner of Scott Shady Court Motel.  I'm new to

 8   Winnemucca, but I've dealt with a lot of other

 9   governments.  I find it kind of strange that my

10   property can get on a city agenda without me being

11   notified or -- or asked for consent or something.  And

12   I'm wondering just how that happened.

13              ATTORNEY MAHER:  That happened because that

14   gentleman that was here made a request to see if the

15   City Council had any appetite to move the adult

16   entertainment zoning district further that way that

17   property specifically.  So it doesn't have to have your

18   consent for them to have somebody make a request about

19   it.

20              ROBERT BAYLOCQ:  I mean anybody come in and

21   make --

22              ATTORNEY MAHER:  Make a request on each

23   property.  I mean, but I mean the city, obviously a

24   request of that nature would have to come from the

25   owner in order to effectuate the ultimate zone change.

Case 2:24-cv-00421-DBB-JCB   Document 337-4   Filed 06/10/25   PageID.1864   Page 7 of 9
GEMINI Court Reporting                Deponent:   Wineemucca City Council Meeting

Page 7

1  So he just wanted to know if there was, you know, an
2  appetite for it.  It's what he wanted to know.  And
3  I -- I talked to you and I told him there's probably no
4  appetite.  But you know, he acting on his own, said,
5  oh, I want to know.  And so, so that, and then.
6           ROBERT BAYLOCQ:  After we talked, I informed
7  him that there was no appetite and that, you know,
8  basically I -- I thought there was zero chance that
9  this would happen in Winnemucca.
10          MR. MENDIOLA:  Yeah.
11          ROBERT BAYLOCQ:  And that was -- I sent him
12 that email March 26th and I thought it was a dead
13 issue.  And then all of a sudden, Thursday night I'm
14 getting calls that I'm on the agenda.
15          ATTORNEY MAHER:  So did I.  My understanding
16 was that he had some kind of an ownership, you know,
17 possibility, something like that.  That's what I
18 understood.  He -- he was, you know, less than clear,
19 I guess.
20          ROBERT BAYLOCQ:  For record, I've never met
21 the guy.  I've exchanged two emails with him and --
22          ATTORNEY MAHER:  We never met him either,
23 so...
24          MAYOR STONE:  He -- he has been notifying
25 myself and the city manager for years.

Page 8

 1            ATTORNEY HEISER:  He's been very persistent
 2   with this.
 3            MAYOR STONE:  And it's all been through
 4   emails, I believe.  I never talked to him.  I did try
 5   to call him once.  Never had any success trying to
 6   explain that I didn't think it was going to go
 7   anywhere.  Try to head it off, but he --
 8            ROBERT BAYLOCQ:  Okay.  I just found some
 9   plans for my own plans for the area, but so I just kind
10   of curious more how all this happened.  So thank you.
11   Thank you.
12            MAYOR STONE:  Okay.  Any other public
13   comments?
14            Anything online?
15            Not seeing or hearing anyone.  We'll adjourn
16   our meeting.
17            (Meeting adjourned at 1:50 p.m.)
18
19
20
21
22
23
24
25

Page 9

1              CERTIFICATE OF REPORTER

2    STATE OF NEVADA   )
                       )    ss:
3    COUNTY OF CLARK   )

4         I, Daisy E. Cortez, a duly commissioned and
5    licensed Certified Court Reporter, Clark County, State
6    of Nevada, do hereby certify:  That I transcribed from
7    audio recording the Winnemucca City Council meeting
8    commencing on May 6, 2025;
9         I transcribed said audio recordings into written
10   form, and that the typewritten transcript is a
11   complete, true, and accurate transcription of said
12   audio recordings.
13        I further certify that I am not a relative,
14   employee or independent contractor of any of the
15   parties involved in the meeting; nor a person
16   financially interested in the meeting.
17        IN WITNESS WHEREOF, I have set my hand in my
18   office in the County of Clark, State of Nevada, this
19   28th day of MAY, 2025.
20
21
22
23
24   _____
25   Daisy E. Cortez, CCR-V No. 1022