**EXHIBIT 2**

**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Re: Fraud on the Court?
**Date:** May 29, 2025 at 7:33 PM
**To:** Russell Greer RussMark@gmail.com
**Cc:** Waylon Huber waylon@robinhoodrealtynv.com
**Bcc:** jcmoon@pm.me

Good evening, Mr. Greer.

I write to share with you the transcript of your appearance at the May 6, 2025 Winnemucca City Council meeting. I would have made it an attachment to my Motion for Sanctions on May 19, but unfortunately it was not ready until today. It will be filed with the Court shortly.

Specifically, I wanted to highlight certain statements at the May 6 meeting in Winnemucca, which contrast with your repeated representations to the Court in Utah that there was an "emergency" on May 6.

First, there's Mayor Stone's statement on page 4 that "*I don't think bringing this issue in front of the public and the city council level is probably a good thing.*" Mayor Stone also indicated on page 8 of the transcript that he tried to call you to convince you not to come to Winnemucca, but you apparently would not talk to him by phone. Specifically, the Mayor said "*I did try to call him once. Never had any success trying to explain that I didn't think it was going to go anywhere. Try to head it off…*"

Second, there are the statements of Roger Baylocq, owner of the Scott Shady Motel. Mr. Baylocq told the City Council "*I informed [Russell Greer] that there was no appetite and that, you know, basically I -- I thought there was zero chance that this would happen in Winnemucca.*" But that's not all. Mr. Baylocq went on to say that he had also tried to tell you not to come to Winnemucca that day. "*I sent[Russell Greer] that email March 26th and I thought it was a dead issue. And then all of a sudden, Thursday night I'm getting calls that I'm on the agenda.*"

Third, there's a telling comment from Winnemucca City Attorney Kent Maher. After Mr. Baylocq asked how his hotel came up for rezoning without his prior knowledge or consent, the City Attorney told Mr. Baylocq that the request was on the City Council's agenda because the "*gentleman that was here made a request.*" Apparently, you had already left the meeting without even bothering to talk to the owner of the hotel you ostensibly were trying to purchase and rezone. And Mr. Maher even indicated you may have misled the City Council into believing you had an "*ownership possibility*" or at least that you were "*less than clear*" to get your item placed on the agenda at all.

It appears that not only was there not an emergency in Winnemucca on May 6, but that the Mayor of the town tried to tell you not to bother coming. The owner of the hotel you tried to buy echoed that sentiment, informing you on May 26 that there was no point in going to Winnemucca. And so did the town clerk, in an email offering to consider your request in your absence. But not only did you come to Winnemucca anyway (while telling the Court in Utah that your presence was urgently needed, on an "emergency" basis), you refused even to stay until the end of the meeting to hear discussion of the issue you brought up. You walked away without even meeting the guy whose hotel you apparently tried to rezone.

This transcript is further evidence that your repeated claims of an "ermegency" in Winnemucca were manufactured out of whole cloth.

Best,

[Attachment: Winnemucca City Council Meeting - Full.pdf]

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On May 21, 2025, at 12:16 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Good morning, Mr. Greer,

I have obtained (and am attaching for your reference) the Meeting Minutes from the May 6, 2025 City Council meeting in Winnemucca. I note two interesting items in these minutes:

*First*, it appears you told the Winnemucca City Council that you had attempted to purchase the Scott Shady motel.  But you made this offer to purchase a substantial piece of commercial real estate while simultaneously professing to the U.S. District Court in Utah that you were too poor to pay $402 in filing fees and $1,000 in sanctions awarded for your "recalcitrant" behavior. The owners, apparently, were not willing to sell. But you decided it was an "emergency" to rezone their property anyway, and told the U.S. District Court you could not possibly attend a hearing there on May 6 because of this "emergency" in Winnemucca.

*Second*, it appears you attempted to acquire and rezone property without the consent of the property owner. As reflected in public comments from Roger Baylocq, the Scott Shady Court Motel — which promotes itself as being "family friendly" in all its advertisements — was unaware of your rezoning request until they saw it appear on a City Council Agenda. This family-friendly motel was particularly troubled to see its name appear in connection with your brothel advocacy on a public City Council Agenda, for the first time at your request and without even notifying them or obtaining their consent.

This appears to prove not only that you committed a fraud on the Utah U.S. District Court when you represented to that Court that you had an "emergency" in Winnemucca on May 6, but also that you committed a fraud when you told that Court that you were financially unable to pay court costs and the judgments which have been entered against you. Sadly, this is yet another instance in which we will have to seek sanctions. And even more unfortunately, you appear to have also roped a Winnemucca realtor into your frauds, and made him a witness. Do you have any explanation at all for why you should not be sanctioned in Utah for this blatant misrepresentation?

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

<M050625 SIGNED.pdf>

> On May 21, 2025, at 11:26 AM, Russell Greer <RussMark@gmail.com> wrote:
>
> Thanks for the email, Mr. Stalker
>
> Russell Greer
> CEO of ID LLC/Paralyzed Face Productions/CART U
> NV Bus. License #NV20222557279
> www.russellgreer.com
> IMDB Profile: https://www.imdb.com/name/nm10428966/?ref_=ext_shr_lnk
>
>
> Sent from my iPhone
>
>> On May 21, 2025, at 7:54 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Good morning,
>>
>> Please see the attached proposed order. I am unclear whether this order should be reviewed by Magistrate Judge Bennett or District Judge Barlow, so I am copying both chambers.
>>
>> Thank you,
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> Direct Dial: 202-802-1948
>> NYC Office: 212-680-4938
>> Email: MatthewDHardin@protonmail.com
>>
>> <ProposedOrderExtTimeGreer.docx>