# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSHUA MOON, publisher of the website Kiwi Farms; and LOLCOW LLC,**<br><br>Defendants. | **ORDER**<br><br>Case No. 2:24-cv-00421-DBB-JCB<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

This case was referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] Before the court is Defendants Joshua Moon and Lolcow LLC's ("Defendants") second motion for an extension of time to file a reply in support of their motion to dismiss.[2] Therein, Defendants request that the court address a "handful of matters" before requiring Defendants to file a reply in support of their motion to dismiss, including: Defendants' motion for sanctions,[3] pro se Plaintiff Russell G. Greer's ("Mr. Greer") failure to provide documents he was ordered to provide in discovery,[4] and Mr. Greer's failure to pay the fees awarded to Defendants under Fed. R. Civ. P. 37(c).[5]

---

[1] ECF No. 130. This case originated in this court as Case No. 2:20-cv-00647-DBB-JCB and was transferred to the Northern District of Florida. That district returned it to this court and it was reopened with this case number.

[2] ECF No. 335.

[3] ECF No. 234.

[4] ECF No. 227; ECF No. 243; ECF No. 326.

[5] ECF No. 230; ECF No. 310; ECF No. 333.

The court HEREBY DENIES Defendants' motion for extension of time. The court will evaluate any grounds for dismissal of this action under Fed. R. Civ. P. 11(c)(2), Fed. R. Civ. P. 37(b)(2)(A)(v), or Fed. R. Civ. P. 41(b), at the time the court evaluates any grounds for dismissal under Fed. R. Civ. P. 12(b). Accordingly, Defendants are instructed to file a reply in support of their motion to dismiss[6] on or before June 30, 2024.

IT IS SO ORDERED.

DATED this 10th day of June 2025.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[6] ECF No. 274.