**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>　　　Plaintiff,<br>v.<br><br>JOSHUA MOON, *et al.*<br><br>　　　Defendants. | **STATUS REPORT**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

　　　NOW COME Defendants Joshua Moon and Lolcow, LLC, by and through their undersigned counsel, pursuant to this Court's order at ECF No. 341, and file this status report. To update the Court on the current status of this case, Defendants state as follows:

　　　1.　　Mr. Greer has not paid the sanctions awarded to Defendants at ECF No. 341, which were originally due months ago. ECF No. 230.

　　　2.　　Recent correspondence[1] in which Defendants provided their information for purposes of an ACH or electronic transfer is attached hereto as Exhibit A. Mr. Greer has not indicated why he has not paid the sanctions electronically or otherwise. As Defendants have previously explained, ECF No. 336, Mr. Greer's assertions that

---

[1] Mr. Greer "replies" to his own emails or to emails other than the most recent email in a thread occasionally. Thus, the "thread" of communications is not in chronological order.

Defendants ever rejected an electronic payment or demanded payment via physical check are incorrect. Mr. Greer confirmed he could pay via ACH or wire in the most recent email he sent undersigned counsel.

WHEREFORE, Defendants respectfully submit that this case should be dismissed due to Plaintiff's repeated and willful noncompliance with Court orders. Alternatively, this Court should issue an order for Mr. Greer to show cause why this case should not be dismissed, for that same reason.

DATED July 1, 2025

**HARDIN LAW OFFICE**

 /s/ Matthew D. Hardin
**Matthew D. Hardin**
Attorney for Defendants
Joshua Moon and Lolcow, LLC