

**From:** Russell Greer RussMark@gmail.com
**Subject:** Re: Electronic payments
**Date:** June 10, 2025 at 1:14 PM
**To:** Matthew Hardin matthewdhardin@gmail.com

Ok I use an e-bank for my checking account, but I can send wires through that, I believe.

Sent from my iPhone

> On Jun 10, 2025, at 10:11 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> You can send an ACH payment to:
>
> The Law Office of Matthew D. Hardin, PLLC
> 101 Rainbow Drive # 11506
> Livingston, TX 77399
>
> Routing: 111000025
> Account: 488130384357
>
> If your bank sends this as a wire instead of an ACH, the account number is the same but the routing number is 026009593.
>
> **Matthew D. Hardin**
> Hardin Law Office
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On Jun 10, 2025, at 1:06 PM, Russell Greer <russmark@gmail.com> wrote:
>>
>> Ok what is the ACH information that I should send to?
>>
>> Sent from my iPhone
>>
>>> On Jun 10, 2025, at 9:13 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>
>>> Good morning,
>>>
>>> I will accept an ACH payment to my trust account, or a wire. Let me know if you would like the wire information.
>>>
>>> As an expert in both the ABA rules and the principles of paralegal practice, you likely know that I cannot use apps such as Zelle, PayPal, or Venmo in conjunction with an IOLTA account.
>>>
>>> **Matthew D. Hardin**
>>> Hardin Law Office
>>> Direct Dial: 202-802-1948
>>> NYC Office: 212-680-4938
>>> Email: MatthewDHardin@protonmail.com
>>>
>>>> On Jun 10, 2025, at 12:06 PM, Russell Greer <russmark@gmail.com> wrote:
>>>>
>>>> Ok so what is your electronic way to send you money? You still have not given it to me
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Jun 10, 2025, at 8:00 AM, Russell Greer <russmark@gmail.com> wrote:
>>>>>
>>>>> You told me you would only accept a check. I asked how do you want this? You gave me your address. I even asked you at a meet and confer and you reiterated a check.
>>>>>
>>>>> You never once gave me a way or an option to pay online. Stop with your fabrications.
>>>>>
>>>>> Secondly, Judge Bennett was clearly unaware that it would cost 87 dollars to get irrelevant documents . Of course I would oppose that.

> > > > Thirdly, read very very very very very carefully in my motion: you committed ABA 8.4 misconduct, at the least, by doing whatever your unwarranted Nevada conduct was and that damaged a few relationships. So why on earth should I pay you a dime when YOU, a supposedly licensed attorney, continue to act bad, yet you cry about initial disclosures and you suffered zero harm?

**From:** Matthew D. Hardin MatthewDHardin@gmail.com
**Subject:** Re: Electronic payments
**Date:** June 10, 2025 at 11:02 AM
**To:** Russell Greer russmark@gmail.com



I have never once told you I will only accept a check. Prove it, or stop living in your own alternative reality in which you accrue sanctions.

Also, go ahead and report me to the bar. I'm not sure why you keep saying that like it's a threat. Do it. Please.

Matthew D. Hardin
Hardin Law Office
Direct Dial: 202-802-1948
Email: MatthewDHardin@protonmail.com


On Tue, Jun 10, 2025 at 9:00 AM Russell Greer <russmark@gmail.com> wrote:
> You told me you would only accept a check. I asked how do you want this? You gave me your address. I even asked you at a meet and confer and you reiterated a check.
>
> You never once gave me a way or an option to pay online. Stop with your fabrications.
>
> Secondly, Judge Bennett was clearly unaware that it would cost 87 dollars to get irrelevant documents . Of course I would oppose that.
>
> Thirdly, read very very very very very carefully in my motion: you committed ABA 8.4 misconduct, at the least, by doing whatever your unwarranted Nevada conduct was and that damaged a few relationships. So why on earth should I pay you a dime when YOU, a supposedly licensed attorney, continue to act bad, yet you cry about initial disclosures and you suffered zero harm?