Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
2025 JUL 30 PM 9:47
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>    Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>    Defendants | **MOTION FOR THE COURT TO AMEND ORDER (ECF 347)**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer comes forward now and files this motion for the Court to amend its order given on July 21st (ECF 347).

## I.     INTRODUCTION

On July 21st, this Court ordered plaintiff to pay $1500 by August 5th because plaintiff had not replied to a status report.

There's a few things that must be said:

1. **Plaintiff did not see the Court's order demanding the $1,000 be paid. He only saw the order denying defendants' extension motion on June 10th and other filings by Defendants. Apparently, 6 ECFs came through on June 10th and he saw only the Order denying the extension. Additionally, 10 other emails came through on that day, thus proving that the Order denying reconsideration was missed. **EXHIBIT A.**

2. Plaintiff didn't open or reply to the July 1st status report because he thought that it was a duplicate status report that Defendants filed in June, to which he replied to. This is a truthful assertion since Plaintiff didn't see the June 10th Order, thus proving that Greer thought Hardin was filing a duplicate motion, as Mr. Hardin has filed duplicate motions before

3. Before the missed Order had come in on June 10th at 2 PM PST, plaintiff had been speaking to opposing counsel at 8 AM PST about ACH payment, but was waiting for an order from this court on the motion for reconsideration and he apparently missed the Order. If plaintiff had seen the order, he would have made the payment. In fact, Mr. Hardin never followed up nor asked for the payment. **EXHIBIT B.**

Plaintiff apologizes for his confusion. He truly did not see the Orders. He gets all emails on his phone and messages have gone to spam in the past.

Plaintiff respectfully requests for the July 21st Order to be amended in two ways:

1. To reflect a payment due date of **August 18th**, as that would align better with his pay periods. Plaintiff will be unable to get the $1,500 to Defendants by August 5th.

2. Since plaintiff didn't see the June Order denying the motion for reconsideration, plaintiff would sincerely ask for the payment to be that of the original $1,000. He will promptly pay that no later than August 18th via ACH to Mr. Hardin.

3. Defendants still have not paid the appeal award and so this alteration should be fair.

Respectfully submitted,

Russell Greer

/rgreer/

7-30-25

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 7-30-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.