5

# EXHIBIT A

**Many emails received on June 10th, to which plaintiff did not see the Order**

Case 2:24-cv-00421-DBB-JCB   Document 349-1   Filed 07/30/25   PageID.1978   Page 1 of 2

5

