# EXHIBIT B

7



9