Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER** | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Plaintiff | |
| v. | Case No.:  2:24-cv-00421-DBB-JCB |
| **JOSHUA MOON ET AL,** | |
| Defendants | |

Plaintiff files the following:

## I.      INTRODUCTION

Plaintiff paid Defendants' $1274.75 on 8-19-25. $225.25 was deducted from the Court ordered $1500 because Defendants had agreed to subtract their owed $225.25 appeal costs.

**EXHIBIT A.**

Respectfully submitted,

Russell Greer

/rgreer/

8-19-25

### CERTIFICATE OF SERVICE:

Pursuant to FRCP 5(b), I certify that on 8-19-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

**EXHIBIT A**

- Transaction number: **XFQ7FRJE**
- For: Mathew Hardin
- Sender: Russell Greer
- Date sent: Aug 19, 2025, 2:24 AM PDT
- Amount sent: 1,274.75 USD
- Recipient receives: 1,274.75 USD
- Money sent to: Bank account x-4357