**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| RUSSELL GREER, | **DEFENDANTS' STATUS REPORT PURSUANT TO ECF NO. 347** |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:24-cv-00421-DBB |
| JOSHUA MOON, *et al*. | District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |
| Defendants. | |

NOW COME Defendants Joshua Moon and Lolcow, LLC, by and through their undersigned counsel, and file this Status Report pursuant to the Court's order at ECF No. 347, as subsequently modified at ECF No. 352. Defendants state as follows:

1.　On August 20, 2025, Defendants received a payment from Mr. Greer in the amount of $1,274.75. Mr. Greer's "Exhibit A" at ECF No. 355 at 5 appears to have been "cropped" so that it does not accurately reflect that the sanctions were paid two days after this Court's extended deadline. To complete the record, Defendants attach proof of Mr. Greer's "Xoom" transactions in unedited form as Exhibits 1 and 2. Nevertheless, Defendants do agree that Mr. Greer has belatedly brought himself into compliance with this Court's orders at ECF Nos. 347 and 352.

2.　As Mr. Greer notes at ECF No. 355, Mr. Greer deducted $225.25 from his payment of sanctions as an offset, to account for the funds Mr. Greer claims he is owed

as a result of this Court's order at ECF No. 56. Defendants' position is therefore that they have satisfied any obligations they may have had to Mr. Greer as a result of that order.

3.   Notably, Mr. Greer has inexplicably attempted to claim in recent days that he is actually owed $350 in costs, rather than $225.25, presumably as a result of this Court's order at ECF No. 56. While Defendants assume that Mr. Greer has retreated from this position as set forth in Mr. Greer's "Notice of Supplemental Authority" at ECF No. 355, Defendants nevertheless preserve their correspondence on that issue to ensure the record is complete. Exhibits 3 and 4.

WHEREFORE, Defendants respectfully submit that Mr. Greer is belatedly in compliance with this Court's order at ECF No. 352 and that Defendants have satisfied the award of costs to Mr. Greer at ECF No. 56 by way of allowing Mr. Greer an "offset" in the amount of $225.25.

DATED August 20, 2025

**HARDIN LAW OFFICE**

 /s/ Matthew D. Hardin
**Matthew D. Hardin**
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*