

**From:** **Xoom, a PayPal Service** no-reply@xoom.com
**Subject:** Russell Greer is sending you money using Xoom.
**Date:** August 19, 2025 at 5:54 AM
**To:** matthewdhardin@gmail.com



## 1,274.75 USD is being sent for deposit

On track for:

**Aug 20, 2025, 3:00 AM EDT**

Track Xoom Transaction

### Xoom transaction details

- Transaction number: **XFQ7FRJE**
- For: Mathew Hardin
- Sender: Russell Greer
- Date sent: Aug 19, 2025, 2:24 AM PDT
- Amount sent: 1,274.75 USD
- Recipient receives: 1,274.75 USD
- Money sent to: Bank account x-4357

If you have any questions, please contact Xoom Customer Support.



Help & Contact | Security

Your data is processed according to PayPal's Privacy Statement.

This email has been sent by Xoom, a PayPal service. PayPal is committed to preventing fraudulent emails. Learn to identify phishing.

Please do not reply to this email. To get in touch, go to our Help Center.

Copyright © PayPal, Inc. 2211 North First Street, San Jose, California 95131. All rights reserved.