**From:** Matthew D. Hardin MatthewDHardin@gmail.com
**Subject:** Re: Payment
**Date:** August 1, 2025 at 9:17 PM
**To:** Russell Greer russmark@gmail.com



No. I'm not at all sure why you think we owe you $350. Check your previous emails from me; we've been over this several times.

Matthew D. Hardin
Hardin Law Office
Direct Dial: 202-802-1948
Email: MatthewDHardin@protonmail.com

On Fri, Aug 1, 2025 at 9:16 PM Russell Greer <russmark@gmail.com> wrote:
> So the amount I will be sending you is 1150, right? The $350 your client owes me is subtracted from that. Just making sure.