Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>　　Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>　　Defendants | **PLAINTIFF'S RESPONSE TO STATUS REPORT**<br><br>Case No.:　2:24-cv-00421-DBB-JCB |

1

Plaintiff files the following:

## I. INTRODUCTION

Defendants could have simply confirmed that yes, plaintiff paid. Instead, they had to inform this court of one-sided information.

To add clarity: Defendants didn't remind plaintiff because he never forgot, however, he did receive their email before the 18th. Plaintiff replied he was waiting for the funds, which didn't even come until 2 AM PST on the 19th. He promptly paid Defendants. He did nothing wrong and abided by the Court order as best as he could, as he had no control of when his money arrives.

Respectfully submitted,

Russell Greer

/rgreer/

8-20-25

3

**CERTIFICATE OF SERVICE:**
Pursuant to FRCP 5(b), I certify that on 8-20-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

4