Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER** | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Plaintiff | |
| v. | Case No.:   2:24-cv-00421-DBB-JCB |
| **JOSHUA MOON ET AL,** | |
| Defendants | |

Plaintiff files the following:

## I.    INTRODUCTION

Shortly after plaintiff submitted his response to the status report, a kiwi farms user sent him an extremely abusive and vulgar message. This particular individual has been using variations of "Satan's A****" and other monikers and has been sending plaintiff incredibly distressing emails for 6 months now and they are clearly a kiwi farms user because they reference the court filings. They were referencing the supposedly "late payment," which once again, plaintiff HOPED he would be paid on the 18th, but the payment came at the early morning hours of the 19th. **Exhibit A.**

This supplemental notice is relevant because it shows the evil mindset of Joshua Moon's users and shows why plaintiff sincerely, honestly felt he was justified in being careful with initial disclosures and why the paid sanction makes no sense. Regardless, it is paid.

This supplemental notice also shows the type of people "criticizing" his works since Defendants insist on using fair use as a defense.

Russell Greer

/rgreer/

8-22-25

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 8-22-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.

EXHIBIT A

