**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

### THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>        Plaintiff,<br>v.<br><br><br>JOSHUA MOON, *et al*.<br><br>        Defendants. | **STATUS REPORT**<br><br><br>Case No. 2:24-cv-00421-DBB<br><br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, and file this Status Report with reference to this Court's order at ECF No. 347 and to apprise the Court of the current status of discovery in light of the order at ECF No. 362. Defendants state as follows:

1. Mr. Greer has not provided, to date, "the copy of the restraining order [he] filed against Joshua Connor in 2018 in Utah." Mr. Greer stated he was "happy to provide" that document by email dated December 29, 2024. ECF No. 362 at 1, citing ECF No. 219-9 at 1. After refusing to provide the document despite that email, Mr. Greer was ordered to provide it on multiple occasions:

    a. Not later than February 24, 2025. ECF No. 227 at 2-3.
    b. Not later than May 20, 2025. ECF No. 300 at 14:18-25, 15:1-2.
    c. Not later than June 3, 2025. ECF No. 296.

2.      Mr. Greer has repeatedly moved for reconsideration or modification of the Court's order. All such motions have been denied. ECF Nos. 296, 300 at 14:18-25 and 15:1-2, and 362.

3.      As of October 14, 2025, Mr. Greer still has not provided the document he alleged he would be "happy to provide" in December 2024. Defendants were puzzled at Mr. Greer's continued noncompliance more than ten months later (and almost a year after the original discovery request was sent, ECF No. 219-2), so they sent Mr. Greer an email asking when they could expect the relevant document. Mr. Greer's response is attached.

WHEREFORE, Defendants respectfully submit that the fact Mr. Greer has apparently made no efforts to bring himself into compliance with this Court's order at ECF No. 227 despite the passage of time and despite the denial of so many motions to reconsider that motion, warrants case-terminating sanctions.

DATED October 14, 2025

**HARDIN LAW OFFICE**
*/s/ Matthew D. Hardin*
**Matthew D. Hardin**

*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*