FILED
2025 OCT 16
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER** | **PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE RESPONSE** |
| Plaintiff | Case No.:    2:24-cv-00421-DBB-JCB |
| v. | |
| **JOSHUA MOON ET AL,** | |
| Defendants | |

# INTRODUCTION

Plaintiff respectfully moves for leave to file a late response to ECF 362.

On September 30, 2025, and October 1, 2025, Plaintiff received three CM/ECF notices in close succession. Plaintiff reviewed the October 1, 2025 notice containing the order granting and denying sanctions but inadvertently missed the separate notice containing the Court's *Order to Show Cause.* Defendants only brought that oversight to Plaintiff's attention on October 15, 2025.

Upon learning of the omission, Plaintiff acted promptly and in good faith to prepare and submit his response. The missed deadline was inadvertent and not willful. Plaintiff believed, in good faith, that his earlier filing addressed the relevant sanctions order and had not realized an additional response was required.

As a pro se litigant managing this case while working full time and navigating a high volume of overlapping filings by defense counsel, Plaintiff respectfully requests that the Court accept his response so the matter may be decided on the merits. No prejudice will result to Defendants from permitting a short delay and the interests of justice favor resolving the matter substantively rather than through default.

Respectfully submitted,

Russell Greer

/rgreer/

10-15-25

**<u>CERTIFICATE OF SERVICE:</u>**

Pursuant to FRCP 5(b), I certify that on 10-15-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.