FILED
2025 OCT 17 AM 3:12
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER** | **PLAINTIFF'S NOTICE OF DOCKET CORRECTION** |
| Plaintiff | Case No.:   2:24-cv-00421-DBB-JCB |
| v. | |
| **JOSHUA MOON ET AL,** | |
| Defendants | |

# INTRODUCTION

Plaintiff submits this Notice of Docket Correction. He had accidentally filed ECF 367 without the proposed response. ECF 369 corrected the docket with the full document and supersedes ECF 367.

Respectfully submitted,

Russell Greer

/rgreer/

10-17-25

## CERTIFICATE OF SERVICE:

Pursuant to FRCP 5(b), I certify that on 10-17-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.