**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>Plaintiff, | **DEFENDANTS' PROTECTIVE MOTION TO ESTABLISH A BRIEFING SCHEDULE PURSUANT TO DUCivR 72-2** |
| v. | Case No. 2:24-cv-00421-DBB |
| JOSHUA MOON, *et al.*<br><br>Defendants. | District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME Defendants, Joshua Moon and Lolcow, LLC, and file this protective Motion requesting a briefing schedule, if appropriate, pursuant to DUCivR 72-2 (b)(2). In support of this Motion, Defendants state as follows:

1. On October 15, 2023, Mr. Greer objected to the magistrate's order finding that Mr. Greer had made materially false and sanctionable statements to this Court on two occasions. ECF Nos. 361, 366.

2. DUCivR 72-2 (b)(1) provides that Defendants need not file a response, and DUCivR 72-2 (b)(2) provides that the Court may overrule Mr. Greer's objection in the absence of a response. However, the objection cannot be sustained absent imposition of a briefing schedule pursuant to DUCivR 72-2(b)(1).

3.       Defendants file this motion in an abundance of caution to preserve their right to brief the issues raised in Mr. Greer's objection if the Court is not inclined to deny the objection outright. *Cf.* ECF No. 231.

WHEREFORE, Defendants respectfully submit that Mr. Greer's objection should be overruled, but that the Court should impose an appropriate briefing schedule if it is not prepared to summarily overrule the objection pursuant to DUCivR 72-2(b)(2).

DATED October 29, 2025

                                              **HARDIN LAW OFFICE**
                                               */s/ Matthew D. Hardin*
                                              **Matthew D. Hardin**

                                              *Attorney for Defendants*
                                              *Joshua Moon and Lolcow, LLC*