**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| RUSSELL GREER, | STATUS REPORT |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:24-cv-00421-DBB |
| JOSHUA MOON, *et al*. | District Judge David Barlow |
| | Magistrate Judge Jared C. Bennett |
| Defendants. | |

NOW COME Defendants, Joshua Moon and Lolcow, LLC, by and through their undersigned counsel, and file this Status Report to update the Court with respect to Mr. Greer's continued noncompliance with the order at ECF No. 227. Defendants state as follows:

1. Mr. Greer was required to produce a restraining order he alleges he filed against Joshua Moon in 2018 on multiple occasions. ECF Nos 227, 300, 296. Despite a series of Court orders, Mr. Greer still has not produced the document. ECF No. 365.

2. On October 16, 2025, after missing numerous earlier deadlines, Mr. Greer stated that he needed thirty additional days to provide the document which he was originally ordered to provide in February 2025 (and which was requested in discovery in 2024). ECF No. 369-1 at 3-4 (Plaintiff states that he "will act diligently and submit the document promptly once available.").

3. Despite Mr. Greer's representation to this Court on October 16, 2025, Mr. Greer appears to have made no efforts at all to actually obtain the document he was ordered to provide (and which Plaintiff previously indicated was in his possession and not in the custody of a third party). Specifically, Defendants made inquiries of Mr. Greer as to his efforts to obtain the document on November 4, 2025 and November 5, 2025. Exhibit A. Mr. Greer did not respond to either of those inquiries. On November 7, 2025, undersigned counsel received an email from the Utah Administrative Office of the Courts. In that email, the state court staff indicated that Mr. Greer had not corresponded with them since May 2025, and that their records do not reflect that a request for copies was ever fulfilled for Mr. Greer. Exhibit B.

4. Defendants cannot themselves obtain copies of Mr. Greer's state court lawsuit against Mr. Moon because that file is sealed.[1] Mr. Greer, after first indicating he had the relevant judicial records and would be "happy to provide them" has obstructed Defendants' attempts access to those documents at every turn,[2] and refused to comply with the procedures of the Utah courts to provide copies. Mr. Greer has not been "diligent," as he indicated he would be on October 16, 2025, in obtaining the records he should have produced in February.

---

[1] All Defendants have been able to obtain are copies of public court records, such as correspondence between Mr. Greer and the Utah state court clerk's office.
[2] Indeed, the underlying petition against Mr. Moon was never even served upon him. Mr. Greer sought to litigate entirely behind closed doors, with no notice to the Defendant.

DATED November 7, 2025

**HARDIN LAW OFFICE**

 /s/ Matthew D. Hardin
**Matthew D. Hardin**
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*