

**EXHIBIT B**

CS

**From:** **Cindy Schut** cindys@utcourts.gov
**Subject:** Re: Records request response
**Date:** November 7, 2025 at 1:42 PM
**To:** Matthew D. Hardin  MatthewDHardin@protonmail.com

Mr. Hardin,
Our search found only the attached records for the time period of October 30, 2024 to October 30, 2025. I found no record that Mr. Greer's request for copies was fulfilled by our office or the clerk's office.
Cindy

On Fri, Nov 7, 2025 at 11:29 AM Matthew D. Hardin <MatthewDHardin@protonmail.com> wrote:
Thank you for your assistance. I have two questions.

First: It appears all of these documents are dated during the month of May, 2025. Can you confirm that you located no records dated on or after September 30, 2025?
Second: Can you tell me whether the request for copies referred to in Mr. Greer's correspondence was ever fulfilled by your office, and if so, on what date?

Thank you,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

On Nov 7, 2025, at 1:10 PM, Cindy Schut <cindys@utcourts.gov> wrote:

Mr. Hardin,
Our office searched all Third District Court email accounts, between October 30, 2024 and October 30, 2025, for emails with either of the following email addresses for Russell Greer: russmark@gmail.com and russellgreer27@icloud.com. Attached are the records we found.
Thank you,
Cindy

--


**Cindy Schut**
Paralegal
801.578.3884
cindys@utcourts.gov

*Administrative Office of the Courts*
*450 South State Street*
*P.O. Box 140241*
*Salt Lake City, UT 84114-0241*

--


**Cindy Schut**
Paralegal
801.578.3884
cindys@utcourts.gov

*Administrative Office of the Courts*
*450 South State Street*
*P.O. Box 140241*
*Salt Lake City, UT 84114-0241*