Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>Defendants | **PLAINTIFF'S REDACTED SUPPLEMENTAL NOTICE REGARDING DISCOVERY ORDER**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Redacted Pursuant to DUCivR 5-3

Plaintiff respectfully submits this sealed supplemental notice to provide the Court with additional information relevant to Plaintiff's ability to comply with the Court's prior discovery order concerning the 2018 Utah protective-order record.

