Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>Defendants | **PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff respectfully moves for leave to file a supplemental notice under seal pursuant to *DUCivR 5-3*.

The supplemental notice contains **private non-party information** related to an ongoing, personal matter and other sensitive details that are not appropriate for public disclosure. Plaintiff has previously documented a history of online harassment from Defendants in this case, and public filing of the material could reasonably result in further misuse or targeting.

Redaction is insufficient because the nature of the information cannot be meaningfully disclosed in redacted form without undermining its purpose. The request is narrowly tailored, and sealing is necessary to protect Plaintiff's privacy interests while still allowing the Court full access to the information relevant to the pending discovery issue.

Plaintiff will contemporaneously file:

1. A **public, redacted version** of the supplemental notice, and
2. The **proposed sealed version**, highlighting the portions sought to be sealed, as required by *DUCivR 5-3(b)*.

Plaintiff requests sealing for the duration of the case.

For these reasons, Plaintiff respectfully asks that the Court grant leave to file the supplemental notice under seal.

Respectfully submitted,
Russell Greer
/rgreer/
11-23-25

## **CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 11-23-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.