**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER, <br><br> Plaintiff, <br><br> v. <br><br><br> JOSHUA MOON, *et al*. <br><br> Defendants. | **NOTICE OF INACCURATE CERTIFICATE OF SERVICE** <br><br><br> Case No. 2:24-cv-00421-DBB <br><br> District Judge David Barlow <br> Magistrate Judge Jared C. Bennett |

NOW COME Defendants, Joshua Moon and Lolcow, LLC, by and through their undersigned counsel, and file this Notice that the Certificate of Service which is appended to ECF No. 385 is inaccurate. Specifically, Defendants state as follows:

1. Mr. Greer did not serve either the Motion for Leave to File Document Under Seal, ECF No. 385, or the accompanying sealed "Redacted Supplemental Notice" on November 23, 2025. Undersigned counsel received those documents only via the Court's CM/ECF system when the clerk uploaded them on November 24, 2025. The Certificate of Service is therefore inaccurate and falsely accelerates the timeframe for Defendants to respond.

2. Mr. Greer also did not serve these documents upon undersigned counsel in unredacted form, such that Defendants have no intelligent way to prepare a response to Mr. Greer's Motion for Leave to File Document Under Seal. The Motion itself is devoid of

facts and conclusory, and the accompanying sealed document cannot be used to evaluate the motion because Mr. Greer apparently intends to keep it secret not only from the public, but also from his opponents who might call into question any facts or arguments contained therein. Defendants object to the Court considering Mr. Greer's Motion while Defendants are unable to adequately respond to it, and especially object insofar as Mr. Greer's Certificate of Service is erroneous and would create an accelerated and inaccurate timeframe for a response. DUCivR 7-1 (4)(d)(2).

WHEREFORE, Defendants respectfully request that this Court either strike Mr. Greer's sealed filing, or require him to re-serve the motion and the accompanying document upon undersigned counsel and permit undersigned counsel the ordinary time to respond pursuant to DUCivR 7-1.

DATED November 24, 2025

**HARDIN LAW OFFICE**

 /s/ Matthew D. Hardin
**Matthew D. Hardin**
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*