Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**  Plaintiff  v.  **JOSHUA MOON ET AL**,  Defendants | **PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF INACCURATE CERTIFICATE OF SERVICE**  Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer respectfully submits this brief response to Defendants' "Notice of Inaccurate Certificate of Service" (ECF No. 387).

1. Plaintiff served the Motion for Leave to File Under Seal (ECF No. 385) via the Court email, and in turn the ECF filing system, on November 23, 2025.
2. Plaintiff acknowledges that he did not understand that the sealed supplemental notice required separate service on opposing counsel in addition to filing it under seal.
3. Upon reading Defendants' Notice this morning, Plaintiff immediately served counsel with the sealed document, marking the email, **"Attorney's Eyes Only."**
4. The service issue has now been fully cured. There was no intent to withhold any filing from opposing counsel, and Plaintiff has now provided both the motion and the sealed version directly to counsel.
5. Plaintiff has no objection to Defendants receiving their ordinary response time under DUCivR 7-1.

WHEREFORE, Plaintiff respectfully requests that the Court accept the cured service and allow briefing to proceed in the normal course.

Respectfully submitted,
Russell Greer
/rgreer/
11-24-25

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 11-24-25, I served a true and correct copy of the attached document by ECF to all attorneys on record.