

**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Re: Defamatory Statements & Improper Third-Party Disclosure
**Date:** December 4, 2025 at 12:08 PM
**To:** Russell Greer russmark@gmail.com
**Bcc:** Joshua Moon jcmoon@pm.me

Mr. Greer:

It's always good to hear from you, but I rather preferred your emails before you decided to write them using AI.

I decline to provide you any written confirmation, because your email below contains so many false accusations that it is incapable of an intelligent response.

I have not defamed you. I do assure you, however, that I have preserved all evidence since this litigation began. I very much wish you had been doing the same, but you have repeatedly confessed losing or deleting emails that contained necessary evidence in this case. In light of your own repeated spoliation of evidence, your request that I preserve evidence is particularly ironic.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On Dec 4, 2025, at 12:03 PM, Russell Greer <russmark@gmail.com> wrote:
>
> Mr. Hardin,
>
> I am writing to demand that you immediately cease disseminating false and defamatory statements about me to third parties, and to put you on formal notice of your obligation to preserve all communications, notes, drafts, emails, and source materials relating to the allegations you circulated.
>
> On December 4, 2025, you sent an email in which you made multiple statements that are objectively false, including—but not limited to—assertions that I have made "past threats of violence," "attempted to lure women into the Nevada desert," committed "fraud," and otherwise pose a danger to the public. You further sent these allegations to a third party who has no connection whatsoever to this litigation.
>
> These claims are entirely baseless and bear no resemblance to any real-world events. They have no evidentiary foundation and no relevance to the copyright dispute before the Court. Their dissemination to an uninvolved third party constitutes:
>
> 1. **Defamation per se** (accusations of violent or criminal conduct);
> 2. **Tortious interference** (intentional harm to my business relationships); and
> 3. **Harassment and bad-faith litigation conduct** designed to intimidate a party.
>
> Accordingly:
>
> **1. You are directed to cease and desist from publishing or conveying any further false statements about me, whether to third parties or to any individuals not directly connected to this litigation.**
>
> **2. You are instructed to preserve all evidence relating to these allegations, including:**
>
> - All communications with "Natalie Banks" (or any alias used);
> - All internal communications regarding me;
> - All drafts, notes, emails, and documents relating to the statements you published;
> - All communications with any third party about me, including the individual you improperly copied.
>
> **3. Unless you can immediately provide factual, document-based evidence supporting your accusations, you will be deemed to have acted with actual malice and reckless disregard for the truth.**
>
> Please also be advised that I reserve all rights to seek remedies, including sanctions, evidentiary exclusion, and separate legal action if this conduct continues.
>
> I expect your written confirmation that you will cease distributing false information and that you will comply with preservation obligations.
>
> Respectfully,
> **Russell Greer**

**From:** Matthew D. Hardin  MatthewDHardin@gmail.com
**Subject:** Re: Defamatory Statements & Improper Third-Party Disclosure
**Date:** December 5, 2025 at 7:15 AM
**To:** Russell Greer  russmark@gmail.com
**Bcc:** Joshua Moon  jcmoon@pm.me



Good morning,

I'm the only attorney who ever zealously represented his clients against a vexatious litigant? Thanks, it means a lot. I'm sad to hear no other attorneys were willing to step up to the plate, but I do my best.

If you're tired of dealing with me you can always stop suing my clients. That's always an option.

Best,
Matthew D. Hardin
Hardin Law Office
Direct Dial: 202-802-1948
Email: MatthewDHardin@protonmail.com

On Fri, Dec 5, 2025 at 5:57 AM Russell Greer <russmark@gmail.com> wrote:
> Sir,
>
> Since you continue to abuse me through email, and you have a hard time grasping written communication, this is me writing to you in my normal, authentic voice. I hope you can understand: im only saying it once.
>
> I think it's ironic that you throw temper tantrums over any word in a document you find offensive, but you insult me continually through email, you bring up slanderous things (yes, I have my emails I sent to Natalie and nothing mentions the defamatory crap you sent me and my friend, so how dare you).
>
> You have taken this copyright case and turned it into a carte Blanche with my life.
>
> I'm tired of dealing with you. There is something seriously wrong with you. Your actions do not reflect that of a lawyer.
>
> You are correct: I've sued a handful of people over the years. You are the only attorney who has acted like you have. I don't know if the attorney you trained under told you that how you act is appropriate , but I find it offensive as hell.
>
> Please refrain from continuing your false allegations of fraud and this bullshit narrative that I'm somehow violent, etc. I'm not. I'm telling you right here and right now: I fucking love who I am. I'm not going to let you turn this copyright case into a circus.
>
>
>
> Sent from my iPhone
>
>> On Dec 4, 2025, at 9:08 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Mr. Greer:
>>
>> It's always good to hear from you, but I rather preferred your emails before you decided to write them using AI.
>>
>> I decline to provide you any written confirmation, because your email below contains so many false accusations that it is incapable of an intelligent response.
>>
>> I have not defamed you. I do assure you, however, that I have preserved all evidence since this litigation began. I very much wish you had been doing the same, but you have repeatedly confessed losing or deleting emails that contained necessary evidence in this case. In light of your own repeated spoliation of evidence, your request that I preserve evidence is particularly ironic.
>>
>> Best,
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> Direct Dial: 202-802-1948
>> NYC Office: 212-680-4938
>> Email: MatthewDHardin@protonmail.com
>>
>> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>>
>>> On Dec 4, 2025, at 12:03 PM, Russell Greer <russmark@gmail.com> wrote:
>>>
>>> Mr. Hardin,
>>>
>>> I am writing to demand that you immediately cease disseminating false and defamatory statements about me to third parties, and to put you on formal notice of your obligation to preserve all communications, notes, drafts, emails, and source materials relating to the allegations you

formal notice of your obligation to preserve all communications, notes, drafts, emails, and source materials relating to the allegations you circulated.

On December 4, 2025, you sent an email in which you made multiple statements that are objectively false, including—but not limited to—assertions that I have made "past threats of violence," "attempted to lure women into the Nevada desert," committed "fraud," and otherwise pose a danger to the public. You further sent these allegations to a third party who has no connection whatsoever to this litigation.

These claims are entirely baseless and bear no resemblance to any real-world events. They have no evidentiary foundation and no relevance to the copyright dispute before the Court. Their dissemination to an uninvolved third party constitutes:

1. **Defamation per se** (accusations of violent or criminal conduct);
2. **Tortious interference** (intentional harm to my business relationships); and
3. **Harassment and bad-faith litigation conduct** designed to intimidate a party.

Accordingly:

**1. You are directed to cease and desist from publishing or conveying any further false statements about me, whether to third parties or to any individuals not directly connected to this litigation.**

**2. You are instructed to preserve all evidence relating to these allegations, including:**

- All communications with "Natalie Banks" (or any alias used);
- All internal communications regarding me;
- All drafts, notes, emails, and documents relating to the statements you published;
- All communications with any third party about me, including the individual you improperly copied.

**3. Unless you can immediately provide factual, document-based evidence supporting your accusations, you will be deemed to have acted with actual malice and reckless disregard for the truth.**

Please also be advised that I reserve all rights to seek remedies, including sanctions, evidentiary exclusion, and separate legal action if this conduct continues.

I expect your written confirmation that you will cease distributing false information and that you will comply with preservation obligations.

Respectfully,
**Russell Greer**