

# EXHIBIT N
## Extended Order for Protection Against Stalking, Aggravated Stalking, or Harassment, *Walters v. Greer*, Case No. RSC2016-000053 (Reno Justice Ct.)

**Proof of Service**

Case No. **RCP 2016-000053**
Dept. No. 6

**FILED**
16 MAR -3 AM 11:49
STEVE TUTTLE
RENO JUSTICE COURT
BY_____ DEPUTY

### IN THE JUSTICE COURT OF RENO TOWNSHIP
### COUNTY OF WASHOE, STATE OF NEVADA

| | |
|---|---|
| MURPHY WALTERS, Applicant, vs. RUSSELL GODFREY GREER AKA BRETT R. ROSS, Adverse Party. | **EXTENDED ORDER FOR PROTECTION AGAINST STALKING, AGGRAVATED STALKING, OR HARASSMENT (NRS 200.591)** <br><br> Date Issued: MARCH 3, 2016 <br><br> Expiration Date: MARCH 2, 2017 |

> **YOU, THE ADVERSE PARTY, ARE HEREBY NOTIFIED THAT <u>ANY</u> INTENTIONAL VIOLATION OF THIS ORDER IS A CRIMINAL VIOLATION** and can result in your immediate arrest or issuance of an arrest warrant. Unless a more severe penalty is prescribed by law for the act that constitutes the violation of the order, a violation of an Extended Order for Protection Against Stalking, Aggravated Stalking or Harassment is a category C felony which is punishable by imprisonment in the state prison for not more than five (5) years, and a fine of not more than $10,000.00.
>
> **PURSUANT TO NRS 193.166,** if the act that constitutes the violation of a protection order is itself a felony, the violator shall, in addition to the term of imprisonment prescribed by statute for the crime, be punished by imprisonment in the state prison for a minimum term of not less than 1 year and a maximum term of not more than 20 years.
>
> **YOU ARE FURTHER NOTIFIED** that you **CAN BE ARRESTED** even if the person who obtained the order invites or allows you to contact them. You have the *sole responsibility* to avoid or refrain from violating the terms of this order. Only the Court can change the order upon written application.
>
> **WARNING:** Possession of a firearm or ammunition while this order is in effect may constitute a felony under federal law punishable by a fine of up to $250,000 and/or a prison sentence of up to ten (10) years.
>
> This order meets the Full Faith and Credit provisions of the Violence Against Women Act and is enforceable in all 50 states, the District of Columbia, U.S. Territories and Indian Nations. All other Courts and law enforcement with jurisdiction within the United States and all Indian Nations shall give full faith and credit to this order pursuant to 18 U.S.C. Sec. 2265.
>
> Violation of the order may subject you to federal charges and punishment pursuant to 18 U.S.C. Sec. 2261(a)(1) and (2) and 2262(a)(1) and (2).

Form A-16 Extended Order for Protection Against Stalking,
Aggravated Stalking or Harassment (NRS 200.591)

©2007 Nevada Supreme Court
Revised July 27, 2007

Page 1 of 4

J181

The Court having considered the filings, testimony (if applicable) and evidence presented at hearing, and the Court having found that the Adverse Party received notice of hearing at which such person had an opportunity to participate, and the Adverse Party ☒ was present, ☐ was not present, ☐ was represented by counsel       and the above-named Applicant(s) ☒ was present, ☐ was not present, ☐ was represented by counsel       , and the Court having proper jurisdiction over the parties and this subject matter, and

☒ it appearing to the satisfaction of the Court that the Adverse Party has committed and/or is committing or remains a threat to commit stalking, aggravated stalking, or harassment, and an Extended Order is warranted

**or**

☐ based upon the stipulation of the parties,

**The Court enters an Extended Order**, and as a result:

**YOU ARE PROHIBITED**, either directly or through an agent, from contacting, intimidating, using, attempting to use, or threatening the use of physical force, or otherwise interfering in any way with the Applicant and/or the following persons: ALEXANDRA SMITH including, but not limited to, in person, by telephone, through the mail, through electronic mail (e-mail), facsimile (fax), or through another person;

1.  ☒  **YOU ARE ORDERED** to stay away from the following places:

    ☒  Residence(s):

    1550 RILEY AVE, RENO, NV. 89502

    ☒  Place(s) of Employment (Name & Address):

    1011 WILD HORSE CANYON DR., SPARKS, NV. 89434

    ☒  School(s) (Name & Address):

    CONFIDENTIAL

    ☒  Other Locations Frequented (Name & Address):

CONFIDENTIAL

2. ☐ **YOU ARE FURTHER ORDERED:**

3. On the issue of costs and official fees, the Court orders as follows:

4. **THIS ORDER WILL REMAIN IN EFFECT UNTIL 11:59 P.M. ON THE DATE SET FORTH ON PAGE 1 UNLESS THE COURT ORDERS OTHERWISE.**

5. **YOU ARE HEREBY NOTIFIED THAT** if you are arrested for violating this order, you will not be admitted to bail sooner than 12 hours after your arrest if:
   (a) The arresting officer determines that such a violation is accompanied by a direct or indirect threat of harm;
   (b) You have previously violated a temporary or extended order for protection; or
   (c) At the time of the violation or within 2 hours after the violation, you have:
      (1) A concentration of alcohol of 0.08 or more in your blood or breath; or
      (2) An amount of a prohibited substance in your blood or urine that is equal to or greater than the amount set forth in subsection 3 of NRS 484.379.

6. IT IS FURTHER ORDERED that the Clerk of the Court shall transmit a copy of this Order together with the application, to the Washoe County Sheriff's Office and/or the Reno Constable and/or any other appropriate law enforcement agency.

7. IT IS FURTHER ORDERED that said law enforcement agency will promptly attempt to serve this Order upon the Adverse Party, without charge to the Applicant, and upon service file a return of service with the Court by the end of the next business day after service is made.

## NOTICE TO LAW ENFORCEMENT

Any law enforcement officer, with or without a warrant, may arrest and take into custody the Adverse Party, when the law enforcement officer has probable cause to believe that (a) an Order has been issued pursuant to NRS 200.591 against the Adverse Party; (b) the Adverse Party has been served with a copy of the Order; and (c) the Adverse Party is acting or has acted in violation of the Order. This arrest may occur regardless of whether the violation occurred in the officer's presence.

Any law enforcement agency in this state may enforce a Court Order issued pursuant to NRS 200.591, without regard to the county in which the Order is issued.

IT IS SO ORDERED this 3RD day of MARCH, 2016.

_Senior_ JUDGE
_Auscan Deriso_

## PROOF OF SERVICE UPON ADVERSE PARTY

I, the undersigned, personally served the Adverse Party above named with a copy of this Extended Order for Protection Against Stalking, Aggravated Stalking or Harassment on the date set forth below.

_____  #6485
Signature

J. Lockhart #6485
Print Name

3-3-16
Date of Service

Form A-16 Extended Order for Protection Against Stalking,
Aggravated Stalking or Harassment (NRS 200.591)

©2007 Nevada Supreme Court
Revised July 27, 2007

Page 4 of 4

J184

# EXHIBIT O
## Decision and Extended Order for Protection Against Stalking, Aggravated Stalking, or Harassment, *Adkins v. Greer*, Case No. RSC2016-000036 (Reno Justice Ct.)

J185

# IN THE JUSTICE COURT RENO TOWNSHIP
# WASHOE COUNTY, STATE OF NEVADA

FILED
2016 MAR -3 PM 12: 28
STEVE TUTTLE
RENO JUSTICE COURT
BY_____ DEPUTY

## Extended Protective Order Hearing

Tara Adkins

Date: March 03, 2016
Time: 10:00 AM

v.

Case Number: RCP2016-000036
Department 6

Russell Godfrey Greer

## Decision

- Applicant, Tara Adkins appeared and was represented by Courtney Forster, Esq. Adverse Party, Russell Godfrey Greer appeared. Additional name of Brett R. Ross added on the record as an alias.

An Extended Protection Order against Stalking and Harassment is granted to expire on March 2, 2017 at 11:59 p.m. The Extended Order was served in Court by the Bailiff.

_Susan Deriso_
Senior Judge Susan Deriso
Justice of the Peace

J186

*Proof of Service*

Case No. **RCP 2016-000036**
Dept. No. 6

FILED
16 MAR -3 AM 11: [illegible]
STEVE TUTTLE
RENO JUSTICE COURT
BY_____
DEPUTY

## IN THE JUSTICE COURT OF RENO TOWNSHIP

## COUNTY OF WASHOE, STATE OF NEVADA

| | |
|---|---|
| TARA ADKINS )<br>　　　　　　　Applicant, )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>RUSSELL GODFREY GREER )<br>AKA BRETT R. ROSS　　　　　)<br>　　　　　Adverse Party. | **EXTENDED ORDER FOR PROTECTION AGAINST STALKING, AGGRAVATED STALKING, OR HARASSMENT (NRS 200.591)**<br><br>Date Issued: MARCH 3, 2016<br>_____<br><br>Expiration Date: MARCH 2, 2017<br>_____ |

> **YOU, THE ADVERSE PARTY, ARE HEREBY NOTIFIED THAT <u>ANY</u> INTENTIONAL VIOLATION OF THIS ORDER IS A CRIMINAL VIOLATION** and can result in your immediate arrest or issuance of an arrest warrant. Unless a more severe penalty is prescribed by law for the act that constitutes the violation of the order, a violation of an Extended Order for Protection Against Stalking, Aggravated Stalking or Harassment is a category C felony which is punishable by imprisonment in the state prison for not more than five (5) years, and a fine of not more than $10,000.00.
>
> 　**PURSUANT TO NRS 193.166,** if the act that constitutes the violation of a protection order is itself a felony, the violator shall, in addition to the term of imprisonment prescribed by statute for the crime, be punished by imprisonment in the state prison for a minimum term of not less than 1 year and a maximum term of not more than 20 years.
>
> 　**YOU ARE FURTHER NOTIFIED** that you **CAN BE ARRESTED** even if the person who obtained the order invites or allows you to contact them. You have the *sole responsibility* to avoid or refrain from violating the terms of this order. Only the Court can change the order upon written application.
>
> 　**WARNING:** Possession of a firearm or ammunition while this order is in effect may constitute a felony under federal law punishable by a fine of up to $250,000 and/or a prison sentence of up to ten (10) years.
>
> 　This order meets the Full Faith and Credit provisions of the Violence Against Women Act and is enforceable in all 50 states, the District of Columbia, U.S. Territories and Indian Nations. All other Courts and law enforcement with jurisdiction within the United States and all Indian Nations shall give full faith and credit to this order pursuant to 18 U.S.C. Sec. 2265.
>
> 　Violation of the order may subject you to federal charges and punishment pursuant to 18 U.S.C. Sec. 2261(a)(1) and (2) and 2262(a)(1) and (2).

Form A-16 Extended Order for Protection Against Stalking,
Aggravated Stalking or Harassment (NRS 200.591)

©2007 Nevada Supreme Court
Revised July 27, 2007

Page 1 of 4

J187

The Court having considered the filings, testimony (if applicable) and evidence presented at hearing, and the Court having found that the Adverse Party received notice of hearing at which such person had an opportunity to participate, and the Adverse Party ☒ was present, ☐ was not present, ☐ was represented by counsel     and the above-named Applicant(s) ☒ was present, ☐ was not present, ☒ was represented by counsel **COURTNEY FORSTER, ESQ.**, and the Court having proper jurisdiction over the parties and this subject matter, and

☒ it appearing to the satisfaction of the Court that the Adverse Party has committed and/or is committing or remains a threat to commit stalking, aggravated stalking, or harassment, and an Extended Order is warranted

**or**

☐ based upon the stipulation of the parties,

**The Court enters an Extended Order**, and as a result:

**YOU ARE PROHIBITED**, either directly or through an agent, from contacting, intimidating, using, attempting to use, or threatening the use of physical force, or otherwise interfering in any way with the Applicant and/or the following persons:
including, but not limited to, in person, by telephone, through the mail, through electronic mail (e-mail), facsimile (fax), or through another person;

1. ☒     **YOU ARE ORDERED** to stay away from the following places:

    ☒ Residence(s):

    CONFIDENTIAL

    ☒ Place(s) of Employment (Name & Address):

    WORLD FAMOUS MUSTANG RANCH; 1011 WILD HORSE CANYON DR., SPARKS, NV. 89434

    ☐ School(s) (Name & Address):

    ☐ Other Locations Frequented (Name & Address):

---

**Form A-16** Extended Order for Protection Against Stalking, Aggravated Stalking or Harassment (NRS 200.591)

©2007 Nevada Supreme Court
Revised July 27, 2007

Page 2 of 4

J188

2. ☐ **YOU ARE FURTHER ORDERED:**

3. On the issue of costs and official fees, the Court orders as follows:

4. **THIS ORDER WILL REMAIN IN EFFECT UNTIL 11:59 P.M. ON THE DATE SET FORTH ON PAGE 1 UNLESS THE COURT ORDERS OTHERWISE.**

5. **YOU ARE HEREBY NOTIFIED THAT** if you are arrested for violating this order, you will not be admitted to bail sooner than 12 hours after your arrest if:
   (a) The arresting officer determines that such a violation is accompanied by a direct or indirect threat of harm;
   (b) You have previously violated a temporary or extended order for protection; or
   (c) At the time of the violation or within 2 hours after the violation, you have:
      (1) A concentration of alcohol of 0.08 or more in your blood or breath; or
      (2) An amount of a prohibited substance in your blood or urine that is equal to or greater than the amount set forth in subsection 3 of NRS 484.379.

6. IT IS FURTHER ORDERED that the Clerk of the Court shall transmit a copy of this Order together with the application, to the Washoe County Sheriff's Office and/or the Reno Constable and/or any other appropriate law enforcement agency.

7. IT IS FURTHER ORDERED that said law enforcement agency will promptly attempt to serve this Order upon the Adverse Party, without charge to the Applicant, and upon service file a return of service with the Court by the end of the next business day after service is made.

**Form A-16** Extended Order for Protection Against Stalking, Aggravated Stalking or Harassment (NRS 200.591)

©2007 Nevada Supreme Court
Revised July 27, 2007

Page 3 of 4

J189

## NOTICE TO LAW ENFORCEMENT

Any law enforcement officer, with or without a warrant, may arrest and take into custody the Adverse Party, when the law enforcement officer has probable cause to believe that (a) an Order has been issued pursuant to NRS 200.591 against the Adverse Party; (b) the Adverse Party has been served with a copy of the Order; and (c) the Adverse Party is acting or has acted in violation of the Order. This arrest may occur regardless of whether the violation occurred in the officer's presence.

Any law enforcement agency in this state may enforce a Court Order issued pursuant to NRS 200.591, without regard to the county in which the Order is issued.

IT IS SO ORDERED this 3RD day of MARCH, 2016.

_____ JUDGE
Susan Deriso

## PROOF OF SERVICE UPON ADVERSE PARTY

I, the undersigned, personally served the Adverse Party above named with a copy of this Extended Order for Protection Against Stalking, Aggravated Stalking or Harassment on the date set forth below.

_____ #6485
Signature

J. Lockhart #6485
Print Name

3/3/2016
Date of Service

# EXHIBIT P
## Sentencing Protective Order, *Orem City v. Greer*, Case No. 201900105 (Orem City Justice Ct.)

# Sentencing Protective Order



| | |
|---|---|
| **Court:** | Orem City Justice Court |
| **Case No:** | 201900105 |
| **County:** | UTAH |
| **Judge:** | REED PARKIN |
| **District:** | FOURTH |
| **State:** | Utah |

| **Name of Plaintiff**<br>OREM CITY | **Name of Defendant**<br>RUSSELL G GREER |
|---|---|
| **Person(s) Protected by this Order:**<br>Name: ▇▇▇▇▇▇▇ Age:<br>  Relationship to Defendant: *Other*<br>Name: ▇ Age:<br>  Relationship to Defendant: *Other* | **Defendant Identifying Information:**<br>Sex: *M*   Race:<br>Height:   Weight:<br>Eyes:   Hair:<br>Date of Birth: ▇▇▇▇   SSN:<br>Driver License #:   State:<br>  Expiration:<br>Distinguishing Features (Scars, Marks, Tattoos, etc):<br>Other Names Used: |

**The Court orders the Defendant to obey all orders** on this form and to not abuse or threaten to abuse anyone protected by this order.

**Warnings:**
•This is a court order. No one except the court can change it. If you do not obey this order, you can be arrested, fined, and face other charges.

1. The Defendant is restrained from attempting, committing, or threatening to commit domestic violence or abuse against the victim, designated family, and household members (protected parties) and shall not stalk, harass, or threaten, or use or attempt to use physical force.

   ▇▇▇▇▇▇▇

2. The Defendant is prohibited from directly or indirectly contacting, harassing, telephoning, mailing, e-mailing, or communicating in any way with the victim.

3. Defendant is ordered to stay away from any address where victim is known to be.

4. The Defendant is ordered to stay away from the alleged victim's vehicle, job, school, home, premises and property (list current addresses below):

   ▇▇▇▇▇▇
   **Home, Premises, and property:**
   **Work:**
   **School:**
   **Other:** ANY ADDRESS , , UT
   **Vehicle:**

   ▇
   **Home, Premises, and property:**
   **Work:**
   **School:**
   **Vehicle:**



Sentencing Protective Order - Case #: 201900105 — Page 1 of 2

A violation of this order is a Class A misdemeanor.

| Dated: | September 16, 2020<br>02:21:36 PM | | **At the direction of:**<br>/s/ REED PARKIN<br>Justice Court Judge |
|---|---|---|---|
| | | by | /s/ CARALEE COLLET<br>Court Clerk |

**J193**