

  Nice 😊

JAN 12, 2024

 You're looking so beautiful, hun

Thanks!

What's your schedule like babe? I might swing up there to party with you 😘

I work full-time and I'm here 4 PM to 4 AM

I usually take Sunday and Monday off, but I have a project to do in my



JAN 29, 2024



What's your numero

JAN 31, 2024



Nice ignoring me lol

I also forgive you for calling me creepy looking (for having a paralyzed face) when the dudes commenting on your profile aren't exactly winners. I've only been nice to you. If you still want to meet for valentines , let's set it in stone. If not, I will wish you the best.





 Message...    

 Business chat

 Ok babe 

JAN 18, 2024

Replied to your story



 **Comfy**

JAN 18, 2024

**I'm thinking valentines  to come up there :)**

 ❤️

JAN 19, 2024

**What's a good number I can text you on? Just since I would be driving 6 hours up there, it'd be nice to stay in touch** ❤️

 ❤️



JAN 21, 2024

JAN 5, 2024

 I'm gonna come meet you, baby



JAN 5, 2024

 Would you be interested in being a madame for a place im opening? Meeting with one of my investors tomorrow.

JAN 10, 2024

 

JAN 11, 2024







Hey

I've tried reaching out to you on my pac email



JAN 1, 2024

Have a happy  new year, beautiful

JAN 5, 2024



I'm gonna come meet you, baby 

JAN 5, 2024



Would you be interested in being a

suspect you may not be the intended recipient, please notify the sender and delete all copies.

3:05

 **just_some_dude_nam...**
Business chat

I would also love to explore a relationship of some kind with you. I'm a good guy and im involved in sex work. I'm improving the industry

JAN 26, 2024

Hey sweetie

JAN 29, 2024

Love you xo have a good week

JAN 29, 2024

What's your numero



JAN 31, 2024



Nice ignoring me lol

I also forgive you for calling me creepy looking (for having a paralyzed face) when the dudes commenting on your profile aren't exactly winners. I've only been nice to you. If you still want to meet for valentines , let's set it in stone. If not I will wish you the best





Message...

   



3:06

 

 

‹  just_some_dude_nam...
Business chat

FEB 13, 2024



Babe you tried calling?

FEB 17, 2024



You been a bad girl by not replying. 

FEB 17, 2024

Takes your v-card



(Your valentines card haha) 

FEB 18, 2024

Well I was gonna spend $1k. My bad



FEB 29, 2024

Lol so you would Dm creepy d.l. But ignore me



I ended up going to a different brothel and spent $1k. But yep. I still remember you calling me creepy for simply existing as a disabled man lol

Message...



3:05

**just_some_dude_nam...**
Business chat

I also forgive you for calling me creepy looking (for having a paralyzed face) when the dudes commenting on your profile aren't exactly winners. I've only been nice to you. If you still want to meet for



valentines , let's set it in stone. If not, I will wish you the best.

JAN 31, 2024

Im busy myself. Setting up a brothel of my own and just navigating through my life.

And I hope you work in my brothel and I will have a play area for your little Kitty



FEB 5, 2024

Hey girlfriend 



FEB 6, 2024

Tickle tickle 



FEB 9, 2024

Your brothel is getting sued. Do you







**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***





 **Your average client ;)**

MAR 18 AT 9:07 PM

 **Hey sexy**

3:06 PM

You turned on disappearing messages. New messages and reactions will disappear 24 hours after everyone has seen them. **Change**

 Disappearing message...    

3:06   

 

‹ **just_some_dude_nam...**


Business chat


Post unavailable
This post is unavailable.

DEC 15 AT 8:49 AM


Hey sexy lady.

DEC 19 AT 1:40 AM

You've seen so many losers at that Elko place that you won't give legit guys like me a chance to even talk

I won't forget how you called me creepy looking FOR HAVING A DISABILITY, when the average guy who sees you probably weighs 400 pounds lol



JAN 26 AT 6:56 AM


Hey baby



Can we please talk

JAN 26 AT 8:04 AM

I want to be your manager and your pimp at the place I'm opening

FEB 9 AT 10:03 AM

Message...

3:06

just_some_dude_nam...
Business chat

FEB 9 AT 10:03 AM

I still don't get why you hate me lol

Honey, I've seen the overweight guys who go to brothels

You don't need to act like my



You don't need to act like my disability is so bizarre

**Edited**

I support legal prostitution because it keeps you women safe, not to give bill the wife cheater a chance to get his socks off

FEB 15 AT 9:50 PM



bennettwa...







Of course, you are under absolutely no obligation to speak with me, but I think your knowledge of Mr. Greer and his antics in Nevada could be very helpful for a client of mine named Joshua Moon, who is the latest of many people to be sued by Mr. Greer. I would very much appreciate a call if you are willing to discuss further.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***







# Creepy guys  Inbox

Russell Greer   May 7, 2023

to me ⌄

I bet you a bunch of "creepy guys" walk in to see you since you invite them with a wide open invitation.

Don't worry: I've seen the old creepy guys who go in those places.

At least I have an excuse for how I look and at least I'm trying to help SWers not use them, like the others do.

Sorry, but what you said super hurt and you won't even apologize. It says so much about your character



VZW Wi-Fi   5:54 PM   8%

Natalie | Tryst.link: Find...



tryst.link

# tryst
.link

Login or Sign up

Photos  Availability
Rates  Contact

⭐ Favourite

have to do is walk in!

↩ Reply          ➡ Forward          ☺

3:13

In the meantime, you can follow me on
onlyfans (@xoxonatalieoh) or twitter
(@XoXonatalieoh). Or my instagram
(@datenatalie_oh)



Russell Greer
CEO of ID LLC/Paralyzed Face
Productions/CART U
NV Bus. License #NV20222557279
www.russellgreer.com


Sent from my iPhone



Reply    Forward    ☺

3:12

← 

**Facial disability** Inbox ☆

Russell Greer    May 5, 2023    ☺  ↩  ⋯
to me ⌄

Hi,

Since you think people with facial disabilities "look creepy", I thought I would enlighten you with the disability I have. https://en.m.wikipedia.org/wiki/Moebius_syndrome

My life has been super difficult, but I keep

going. Sex work has helped me out a lot and that's why I'm trying to improve the industry.

I only approached you because mega donors want to see a sex worker visible in the group. We have sex workers who support us, but they don't want to be seen. I was approaching you because you're super cute and thought this might be of interest to you.

I never meant to come off rude or anything and I could have reworded my second email. Just understand how it looks on my end.

Again, I forgive you for attacking me for my immutable traits.

Russell Greer
CEO of ID LLC/Paralyzed Face

↩ Reply     ↪ Forward     

 3:13     

# Going to have sex with you

Inbox

**Russell Greer**  Sep 20, 2024

to me

Hey Natalie.

I see you're starting at alien. I can't blame you since Elko is full of ugly red neck truckers. But I'm luckily close by and so when you come to alien, I'm gonna be CUMMING IN YOU. ;) haha. Play on words.

Your admirer and brothel Prince,

Russell Greer

Sent from my iPhone