**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER, <br><br> Plaintiff, | **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY RE: MOTION TO STRIKE PLAINTIFF'S MOTION TO DISQUALIFY AND ALTERNATIVE MOTION FOR EXTENSION OF TIME AND FOR AN EVIDENTIARY HEARING** |
| v. | Case No. 2:24-cv-00421-DBB |
| JOSHUA MOON, *et al.* <br><br> Defendants. | District Judge David Barlow <br> Magistrate Judge Jared C. Bennett |

NOW COME Defendants, Joshua Moon and Lolcow, LLC, by and through their undersigned counsel, and file this Notice of Supplemental Authority in support of their Motion to Strike Plaintiff's Motion to Disqualify and Alternative Motion for an Extension of Time and for an Evidentiary Hearing. ECF No. 402. Defendants state as follows:

1. Mr. Greer served his Motion to Disqualify via the Court's ECF system at 12:39 p.m. (Eastern Time) on December 8, 2025. Defendants filed a Motion to Strike and alternative motions at 9:19 a.m. on December 9, 2025.

2.     Shortly after that (at 10:39 a.m., Eastern Time) Mr. Greer filed what he styles a "supplemental notice" in support of his already-briefed Motion to Disqualify. ECF No. 403.

3.     Defendants are confused as to what Mr. Greer's supplemental notice is, why it appears to contain facts which were available to Mr. Greer in his original filing yesterday, and why Mr. Greer has filed what are effectively two opening briefs in support of his Motion to Disqualify. ECF Nos. 400, 403. Nevertheless, to complete the record, Defendants state here that they intend their Motion to Strike and alternative motions at ECF No. 402 to be construed as if they seek relief as to all of Mr. Greer's filings related to disqualification. Because Mr. Greer continues to attach edited and incomplete copies of the parties' correspondence, Defendants again attach the complete correspondence hereto as Exhibit A.

WHEREFORE, Defendants supplement the record as set forth herein.

DATED December 9, 2025

**HARDIN LAW OFFICE**

 /s/ Matthew D. Hardin
**Matthew D. Hardin**
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*