**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| RUSSELL GREER, Plaintiff, v. JOSHUA MOON, *et al*. Defendant. | **Request to Submit for Decision** Case No. 2:24-cv-00421-DBB District Judge David Barlow Magistrate Judge Jared C. Bennett |
|---|---|

NOW COME the Defendants, by and through undersigned counsel, pursuant to DUCivR 7-3, and state as follows:

1) The Motion at ECF No. 350 is fully-briefed and ripe for a decision. That Motion was filed on July 31, 2025. Mr. Greer opposed it on August 1, 2025. ECF No. 353. A Reply was filed August 3, 2025. ECF No. 354. No hearing is requested.

2) The Motion at ECF No. 313 is fully-briefed and ripe for a decision. That Motion was filed May 22, 2025. Mr. Greer filed a series of Notices of Supplemental Authority thereafter, but never opposed the Motion or requested a hearing on it.

DATED December 11, 2025

**HARDIN LAW OFFICE**

 */s/ Matthew D. Hardin*
**Matthew D. Hardin**
Attorney for Defendants
Joshua Moon and Lolcow, LLC