**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA MOON, *et al*.<br><br>Defendants. | **DEFENDANTS' NOTICE REGARDING PLAINTIFF'S APPLICATION FOR PERSONAL PROTECTION ORDER AGAINST COUNSEL**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME Defendants, Joshua Moon and Lolcow, LLC, by and through their undersigned counsel, and file this Notice to inform the Court that Mr. Greer appears to have filed, *ex parte* and without notice to undersigned counsel, an independent civil action seeking a personal protective order against undersigned defense counsel in the state courts of Las Vegas. Exhibit A. Undersigned counsel became aware of the attached application via a third party and the online docket for the Clark County Justice Court. Undersigned counsel has not read the contents of Mr. Greer's state court pleadings or been served with any judicial process. However, counsel urgently alerts this Court of the parallel state court action Mr. Greer has initiated because it appears likely that Mr. Greer's state court action against counsel will impact the ability of

undersigned counsel to respond to pleadings in this case and will impact this Court's administration of its own docket.

DATED December 15, 2025

                                   **HARDIN LAW OFFICE**

                                   */s/ Matthew D. Hardin*
                                   **Matthew D. Hardin**
                                   *Attorney for Defendants*
                                   *Joshua Moon and Lolcow, LLC*