Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back  Location : Justice Court   Help

**EXHIBIT A**

# REGISTER OF ACTIONS
## CASE NO. 25PO2597

| | | | |
|---|---|---|---|
| Russell G Greer, Applicant vs. Matthew D Hardin, Adverse Party(s) | § § § § | Case Type: Date Filed: Location: | Protective Order-Stalking and Harassment 12/13/2025 JC Department 10 |

---

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| Adverse Party | Hardin, Matthew D | |
| Applicant | Greer, Russell G | Pro Se |

---

### EVENTS & ORDERS OF THE COURT

12/13/2025 **OTHER EVENTS AND HEARINGS**
**Application for Order for Protection Against Stalking**
  *Application for Protection Order*