**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER, | **DEFENDANTS' STATUS REPORT REGARDING PLAINTIFF'S PARALLEL LITIGATION** |
| Plaintiff, | |
| v. | Case No. 2:24-cv-00421-DBB |
| JOSHUA MOON, *et al*. | District Judge David Barlow |
| Defendants. | Magistrate Judge Jared C. Bennett |

NOW COME Defendants, Joshua Moon and Lolcow, LLC, by and through their undersigned counsel, and file this Notice to inform the Court that undersigned counsel has now been provided, at his own cost, copies of the parallel litigation filed by Mr. Greer *ex parte* and without notice in the Clark County, Nevada Justice Court. A true and correct copy of the entire case file is attached as Exhibit A. A copy of the receipt indicating costs paid by counsel to obtain the file is attached as Exhibit B.[1]

Mr. Greer expressly noted this Court's unfavorable orders in his application to the Clark County Justice Court for an order that is expressly designed to frustrate this Court's management of its own docket. Defendants respectfully submit that the attached file

---

[1] Because Mr. Greer did not serve counsel or provide any notice that he was seeking relief in the state courts of Nevada after being frustrated by this Court's rulings, counsel was required to hire a runner in Las Vegas to obtain the document.

shows that when Mr. Greer is dissatisfied either with this Court's rulings (imposing sanctions) or this Court's failures to rule in his favor (with respect to two motions for a protective order and a motion to disqualify), Mr. Greer will simply shop for what he hopes is a friendlier court.[2] And he will do it *ex parte*, such that Defendants have no opportunity to respond or other remedy. Mr. Greer will even expressly kvetch about this Court's rulings to a local Justice of the Peace in Nevada, and effectively ask the Justice of the Peace to overturn this Court's rulings and neuter defense counsel's ability to defend his client in this Court.

Defendants respectfully note that this Court has the undisputed power under the All Writs Act to issue an injunction against parallel state court litigation. This power is necessary to protect its own jurisdiction and its control over its own docket. *United States v. Int'l Bhd. of Teamsters*, 728 F. Supp. 1032, 1043 (S.D.N.Y. 1990) (collecting cases for the proposition that the All Writs Act should be used to prevent a state court's interference in a federal court's consideration or disposition of a case on its own docket), *Newby v. Enron Corp.*, 338 F.3d 467, 473 (5th Cir. 2003) (enjoining state court litigation citing the All Writs Act and the Anti-Injunction Act), *Federated Conservationists of Westchester Cnty., Inc. v. City of Yonkers*, 26 F. App'x 84, 87 (2d Cir. 2002) (holding that removal of otherwise unremovable state court action to federal court was proper under the all writs act because the state court litigation threatened to cause delay and frustrate federal court orders). Defendants believe that would be the appropriate course here.

---

[2] The Clark County Justice Court is "one of Mr. Greer's favorite courts." ECF No. 291 at 3.

DATED December 17, 2025

                                    **HARDIN LAW OFFICE**

                                     _/s/ Matthew D. Hardin_
                                    **Matthew D. Hardin**
                                    *Attorney for Defendants*
                                    *Joshua Moon and Lolcow, LLC*