

# Invoice

Molasky Corporate Center
100 City Parkway, Suite 150 • Las Vegas, NV 89106

Office 702.598.4455 • Fax 702.998.0346
www.legalcopycats.com

| Bill To | | Date | Invoice # |
|---|---|---|---|
| Hardin Law Office | | 12/16/2025 | 93443 |

| Client Name | | Terms | Case or Matter No. |
|---|---|---|---|
| Matthew | | Due on receipt | Court Run |

| Quantity | Description | Amount |
|---|---|---|
| 1 | P/U DOCS - JUSTICE COURT | 50.00 |
| 1 | RUSH | 12.00 |
| 1 | COPIES FEES (SEE RECEIPT) | 26.50 |
| 1 | E-MAIL ELECRONIC FILE | 5.00T |
|   | Sales Tax | 0.42 |

**Total** $93.92

QC'd By: JP

# OFFICIAL RECEIPT
## LAS VEGAS JUSTICE COURT



**Regional Justice Center**
200 Lewis Ave | Las Vegas, Nevada 89155
Main: 702.671.3116 | Fax: 702.671.3132
www.LasVegasJusticeCourt.us

Payor
Legal Copy Cats & Discovery
100 N. City Parkway
Ste. 150
Las Vegas, NV 89106

Receipt No.
**T-2025-114061**

Transaction Date
12/16/2025

| Description | Amount Paid |
|---|---|
| Hardin, Matthew D | |
|     25PO2597 | |
|         Russell G Greer, Applicant vs. Matthew D Hardin, Adverse Party(s) | |
|             Copy Fee $0.50 | 26.50 |
|             **SUBTOTAL** | **26.50** |
|             Remaining Balance Due:  $0.00 | |

**PAYMENT TOTAL**   **26.50**

Check (Ref #20390) Tendered   26.50
Total Tendered   **26.50**
Change   0.00

12/16/2025     Cashier DE         Audit
01:32 PM       Station W07        48710292

**OFFICIAL RECEIPT**