From: **Matthew Hardin** matthewdhardin@gmail.com
Subject: **Re: Roger Baylocq Witness Disclosure**
Date: **December 20, 2025 at 4:57 PM**
To: **Russell Greer** russmark@gmail.com
Bcc: **Joshua Moon** jcmoon@pm.me

 

Good afternoon,

In light of your continued refusal to provide the documents relating to Roger Baylocq which you previously indicated were highly relevant and which you would be happy to provide upon request, in an abundance of caution I disclose as follows:

Name: Roger Baylocq
Phone: 775-623-3635
Email: ScottShadyCourt@gmail.com
Address: 400 W 1st St, Winnemucca, NV 89445

Scope of knowledge: Russell Greer's search for real estate in or near Winnemucca and financial resources required to purchase land in that vicinity. Russell Greer's stated financial abilities & business plans. Russell Greer's representations regarding his financial abilities to governmental officials. Content of documents referred to by Russell Greer in pleadings before the Las Vegas Justice Court.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On Dec 18, 2025, at 5:36 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Good evening, Mr. Greer.
>
> I'm writing to again request your emails with Roger Baylocw. You told the Nevada Court of Appeals(under penalty of perjury) that you would be happy to provide them "upon request." I've requested them. But much like the restraining order from Utah you said you would be happy to provide before being sanctioned and changing your tune, we're still waiting on it.
>
> Please comply with my request.
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On Dec 17, 2025, at 9:17 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Good morning, Mr. Greer.
>>
>> On page 14 of your (denied, attached) application for a restraining order against me, you said copies of your correspondence with Roger Baylocq are available upon request. I hereby request that you provide me those copies, as you volunteered you would in a document filed under penalty of perjury with the Nevada court.
>>
>> Best,
>> <Court Docs.pdf>
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> Direct Dial: 202-802-1948
>> NYC Office: 212-680-4938
>> Email: MatthewDHardin@protonmail.com
>>
>> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***