

**From:** Russell Greer russmark@gmail.com
**Subject:** Re: Amazon Corporate Witness Disclosure
**Date:** January 5, 2026 at 6:13 PM
**To:** Matthew Hardin matthewdhardin@gmail.com

I decline your meet and confer.

> On Dec 30, 2025, at 7:18 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> I decline to do so.
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
> > On Dec 30, 2025, at 10:16 AM, Russell Greer <russmark@gmail.com> wrote:
> >
> > Please explain the relevance.
> >
> >
> > Sent from my iPhone
> >
> > > On Dec 30, 2025, at 7:14 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
> > >
> > > Good morning,
> > >
> > > I have another witness disclosure to make:
> > >
> > > Name: Unknown Custodian of Records for Amazon, Inc.
> > > Address: c/o Amazon, Inc., 440 Terry Ave N, Seattle, WA 98109
> > > Phone: (206) 266-1000
> > >
> > > Scope of Knowledge: Records pertaining to *Why I Sued Taylor Swift: and How I Became Falsely Known as Frivolous, Litigious and Crazy*, including "free look" on Amazon, Kindle Edition, sales figures, customer feedback and reviews, and revenue.
> > >
> > > Best,
> > >
> > > **Matthew D. Hardin**
> > > **Hardin Law Office**
> > > Direct Dial: 202-802-1948
> > > NYC Office: 212-680-4938
> > > Email: MatthewDHardin@protonmail.com
> > >
> > > ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
> > >
> > > > On Dec 22, 2025, at 1:03 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
> > > >
> > > > Good morning,
> > > >
> > > > I have another witness disclosure to make:
> > > >
> > > > Name: Suzette Colette Cole
> > > > Phone: 775-246-9901
> > > > Email: contact@bunnyranch.com
> > > > Address: 69 Monoliet Rd, Carson City, NV 89706
> > > >
> > > > Scope of knowledge: Russell Greer's public and/or written statements as to Kiera Keeper and restraining order(s) for conduct against Ms. Keeper. Russell Greer's past vexatious litigation and whether documents purporting to be signed by Dennis Hof and/or Ms. Cole were forged. Russell Greer's representations regarding his financial abilities to pay for prostitution. Whether or not particular writings by Mr. Greer and commentaries hosted on KiwiFarms at, Google Drive, or other websites are a Fair Use commentary on Mr. Greer's work and/or behavior

commentaries hosted on KiwiFarms.st, Google Drive, or other websites are a Fair Use commentary on Mr. Greer's work and/or behavior.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

On Dec 20, 2025, at 4:57 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:

Good afternoon,

In light of your continued refusal to provide the documents relating to Roger Baylocq which you previously indicated were highly relevant and which you would be happy to provide upon request, in an abundance of caution I disclose as follows:

Name: Roger Baylocq
Phone: 775-623-3635
Email: ScottShadyCourt@gmail.com
Address: 400 W 1st St, Winnemucca, NV 89445

Scope of knowledge: Russell Greer's search for real estate in or near Winnemucca and financial resources required to purchase land in that vicinity. Russell Greer's stated financial abilities & business plans. Russell Greer's representations regarding his financial abilities to governmental officials. Content of documents referred to by Russell Greer in pleadings before the Las Vegas Justice Court.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

On Dec 18, 2025, at 5:36 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:

Good evening, Mr. Greer.

I'm writing to again request your emails with Roger Baylocw. You told the Nevada Court of Appeals(under penalty of perjury) that you would be happy to provide them "upon request." I've requested them. But much like the restraining order from Utah you said you would be happy to provide before being sanctioned and changing your tune, we're still waiting on it.

Please comply with my request.

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

On Dec 17, 2025, at 9:17 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:

Good morning, Mr. Greer.

On page 14 of your (denied, attached) application for a restraining order against me, you said copies of your correspondence with Roger Baylocq are available upon request. I hereby request that you provide me those copies, as you volunteered you would in a document filed under penalty of perjury with the Nevada court.

Best,
<Court Docs.pdf>

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***