**EXHIBIT B**

Query  Reports  Utilities  Help  Log Out

CLOSED,ETT-5D,MEDIATION,PROTO

# U.S. District Court
## DISTRICT OF KANSAS (Kansas City)
## CIVIL DOCKET FOR CASE #: 2:22-cv-02060-DDC-KGG

| | |
|---|---|
| Saili v. Waste Management of Kansas, Inc. | Date Filed: 02/10/2022 |
| Assigned to: District Judge Daniel D. Crabtree | Date Terminated: 11/07/2022 |
| Referred to: Magistrate Judge Kenneth G Gale | Jury Demand: Plaintiff |
| Demand: $100,000 | Nature of Suit: 442 Civil Rights: Jobs |
| Case in other court:  10CCA, 22-03268 | Jurisdiction: Federal Question |
| Cause: 42:1981 Job Discrimination (Race) | |

## Plaintiff

**Kauli Saili, Jr.**                represented by    **Alan V. Johnson**
Sloan Eisenbarth Glassman McEntire & Jarboe, LLC - Topeka
534 S. Kansas Avenue, Suite 1000
Topeka, KS 66603-3456
785-357-6311
Fax: 785-357-0152
Email: ajohnson@sloanlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Waste Management of Kansas, Inc.**        represented by    **Dylan M. Long**
Federal Reserve Bank of Kansas City
One Memorial Drive
Kansas City, MO 64198
816-881-2768
Email: Dylan.Long@kc.frb.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Julio Rojas**
Littler Mendelson, PC - Kansas City
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
816-627-4437
Fax: 816-817-2767
Email: rrojas@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2022 | 1 | COMPLAINT with trial location of Kansas City (Filing fee $402, Internet Payment Receipt Number AKSDC-5711064.), filed by Kauli Saili, Jr. (Johnson, Alan) (Entered: 02/10/2022) |
| 02/10/2022 | 2 | CIVIL COVER SHEET by Plaintiff Kauli Saili, Jr. (Johnson, Alan) (Entered: 02/10/2022) |
| 02/10/2022 | | NOTICE OF JUDGE ASSIGNMENT: Case assigned to District Judge Daniel D. Crabtree and Magistrate Judge Kenneth G. Gale for all proceedings. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (lb) (Entered: 02/10/2022) |
| 02/10/2022 | | SUMMONS ISSUED as to Waste Management of Kansas, Inc. (issued to Attorney for service) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (lb) (Entered: 02/10/2022) |
| 02/21/2022 | 3 | SUMMONS RETURNED EXECUTED -- Certified Mail by Kauli Saili, Jr upon Waste Management of Kansas, Inc. served on 2/15/2022, answer due 3/8/2022 (Johnson, Alan) (Entered: 02/21/2022) |
| 03/04/2022 | 4 | CLERKS ORDER EXTENDING TIME until 3/22/2022 for Defendant Waste Management of Kansas, Inc. to answer or otherwise plead. Signed by deputy clerk on 3/4/2022. (kas) (Entered: 03/04/2022) |
| 03/22/2022 | 5 | PARTIAL MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT by Defendant Waste Management of Kansas, Inc. (Rojas, Robert) Added additional motion type on 3/23/2022. (mam) (Entered: 03/22/2022) |
| 03/22/2022 | 6 | MEMORANDUM IN SUPPORT of 5 Partial Motion to Dismiss, or in the Alternative, Motion for More Definitive Statement by Defendant Waste Management of Kansas, Inc. (Rojas, Robert) (Entered: 03/22/2022) |
| 03/22/2022 | 7 | ANSWER to Complaint by Waste Management of Kansas, Inc. (Rojas, Robert) (Entered: 03/22/2022) |
| 03/23/2022 | 8 | INITIAL ORDER REGARDING PLANNING AND SCHEDULING: Scheduling Conference set for 5/4/2022 at 10:00 AM by Telephone KGG - CONFERENCE LINE 1-888-363-4749 ACCESS CODE 5407703 before Magistrate Judge Kenneth G. Gale. Report of Parties Planning Meeting deadline 4/27/2022. Rule 26 Initial Disclosures Deadline set for 4/27/2022. Signed by Magistrate Judge Kenneth G. Gale on 3/23/22. (cc) (Entered: 03/23/2022) |
| 04/12/2022 | 9 | UNOPPOSED MOTION for Extension of Time to File Response as to 5 Partial Motion to Dismiss, or in the Alternative, Motion for More Definite Statement by Plaintiff Kauli Saili, Jr. (Johnson, Alan) (Entered: 04/12/2022) |
| 04/12/2022 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 9 Unopposed MOTION for Extension of Time to File Response as to 5 MOTION to Dismiss (Partial) MOTION for More Definite Statement . The motion will be resolved by the District Judge. (df)** (Entered: 04/12/2022) |

| Date | # | Description |
|---|---|---|
| 04/12/2022 | 10 | ORDER granting 9 Unopposed Motion for Extension of Time to File Response to 5 Partial Motion to Dismiss, or in the Alternative, Motion for More Definite Statement. Response deadline extended to 4/20/2022. Signed by District Judge Daniel D. Crabtree on 04/12/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 04/12/2022) |
| 04/20/2022 | 11 | MEMORANDUM IN OPPOSITION by Plaintiff Kauli Saili, Jr. re 5 Partial Motion to Dismiss, or in the Alternative, Motion for More Definite Statement.(Johnson, Alan) (Entered: 04/20/2022) |
| 04/27/2022 | 12 | CERTIFICATE OF SERVICE of Defendant's Rule 26 Initial Disclosures by Waste Management of Kansas, Inc.. (Long, Dylan) (Entered: 04/27/2022) |
| 05/04/2022 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: SCHEDULING CONFERENCE held on 5/4/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (df) (Entered: 05/04/2022) |
| 05/04/2022 | 13 | SCHEDULING ORDER: Estimated trial time 5 days. Discovery deadline 11/3/2022. Dispositive motion deadline 12/21/2022. Mediation deadline 9/2/2022. Mediation Notice or Confidential Settlement Report Due to Magistrate Judge on 6/27/2022. Proposed Pretrial Order due by 11/10/2022. Jury Trial set for 9/5/2023 at 09:00 AM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. Final Pretrial Conference set for 11/17/2022 at 02:00 PM by telephone (KGG - CONFERENCE LINE 1-888-363-4749 ACCESS CODE 5407703) before Magistrate Judge Kenneth G. Gale. Signed by Magistrate Judge Kenneth G. Gale on 5/4/22. (df) (Entered: 05/04/2022) |
| 05/04/2022 | 14 | REPLY TO RESPONSE TO MOTION by Defendant Waste Management of Kansas, Inc. re: 5 Motion to Dismiss, Motion for More Definite Statement (Attachments: # 1 Exhibit 1)(Rojas, Robert) (Entered: 05/04/2022) |
| 05/13/2022 | 15 | Joint MOTION for Protective Order by Defendant Waste Management of Kansas, Inc. (referred to Magistrate Judge Kenneth G. Gale) (Long, Dylan) (Entered: 05/13/2022) |
| 05/16/2022 | 16 | PROTECTIVE ORDER. Signed by Magistrate Judge Kenneth G. Gale on 5/16/22. (df) (Entered: 05/16/2022) |
| 06/23/2022 | 17 | NOTICE OF SERVICE by Waste Management of Kansas, Inc. of Defendant's First Discovery Requests to Plaintiff (Rojas, Robert) (Entered: 06/23/2022) |
| 06/27/2022 | 18 | JOINT MEDIATION NOTICE - Mediation to be held August 18, 2022 by Waste Management of Kansas, Inc. (Long, Dylan) (Entered: 06/27/2022) |
| 08/05/2022 | 19 | MOTION for Summary Judgment by Defendant Waste Management of Kansas, Inc. (Rojas, Robert) (Entered: 08/05/2022) |
| 08/05/2022 | 20 | MEMORANDUM IN SUPPORT of 19 MOTION for Summary Judgment by Defendant Waste Management of Kansas, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Rojas, Robert) (Additional attachment(s) added on 8/8/2022: # 12 Redacted Exhibit B) (jal). (Entered: 08/05/2022) |

| | | |
|---|---|---|
| 08/25/2022 | 21 | Joint MOTION for extension of time *to Complete Mediation and File Motions to Compel* by Defendant Waste Management of Kansas, Inc. (referred to Magistrate Judge Kenneth G. Gale) (Rojas, Robert) (Entered: 08/25/2022) |
| 08/26/2022 | 22 | Unopposed MOTION for extension of time by Plaintiff Kauli Saili, Jr (referred to Magistrate Judge Kenneth G. Gale) (Johnson, Alan) (Entered: 08/26/2022) |
| 08/29/2022 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: 22 Unopposed MOTION for extension of time. The motion will be resolved by the District Judge. (tl)** (Entered: 08/29/2022) |
| 08/29/2022 | 23 | ORDER granting 21 Joint Motion for Extension of Time to Extend the Mediation Deadline and Deadline to File Motions to Compel. The Mediation deadline is extended to 11/1/2022. The deadline for the parties to file motions to compel regarding the discovery requests and production outlined in the motion is extended to 10/7/2022. Signed by Magistrate Judge Kenneth G. Gale on 8/29/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (tl) (Entered: 08/29/2022) |
| 08/29/2022 | 24 | ORDER granting 22 Unopposed Motion for Extension of Time. Plaintiff's deadline to file a Response to defendant's Motion for Summary Judgment (Doc. 19) is extended to September 16, 2022. Signed by District Judge Daniel D. Crabtree on 08/29/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mig) (Entered: 08/29/2022) |
| 09/16/2022 | 25 | MEMORANDUM IN OPPOSITION by Plaintiff Kauli Saili, Jr. re 19 Motion for Summary Judgment. (Johnson, Alan) (Entered: 09/16/2022) |
| 09/30/2022 | 26 | REPLY TO RESPONSE TO MOTION by Defendant Waste Management of Kansas, Inc. re 19 Motion for Summary Judgment. (Attachments: # 1 Exhibit 1)(Rojas, Robert) (Entered: 09/30/2022) |
| 10/12/2022 | 27 | NOTICE OF SERVICE by Kauli Saili, Jr of Plaintiff's Supplemental Responses to Defendant's Discovery Requests (Johnson, Alan) (Entered: 10/12/2022) |
| 10/27/2022 | 28 | Joint MOTION to Amend Scheduling Order by Defendant Waste Management of Kansas, Inc. (referred to Magistrate Judge Kenneth G. Gale) (Rojas, Robert) Modified on 10/31/2022 to correct event used and title (ca). (Entered: 10/27/2022) |
| 10/31/2022 | 29 | SCHEDULING ORDER: Estimated trial time 5 days. Mediation Notice or Confidential Settlement Report Due to Magistrate Judge on 12/1/2022. Mediation deadline 1/13/2023. Discovery deadline 1/17/2023. Proposed Pretrial Order due by 1/24/2023. Final Pretrial Conference set for 1/31/2023 at 03:00 PM by telephone (KGG - CONFERENCE LINE 1-888-363-4749 ACCESS CODE 5407703) before Magistrate Judge Kenneth G. Gale. Dispositive motion deadline 2/3/2023. Jury Trial set for 11/7/2023 at 09:00 AM in KC Courtroom 476 (DDC) before District Judge Daniel D. Crabtree. ORDER granting 28 Motion to Amend Scheduling Order re MOTION to Amend Scheduling Order. Signed by Magistrate Judge Kenneth G. Gale on 10/31/22. (df) (Entered: 10/31/2022) |
| 11/07/2022 | 30 | NOTICE of Plaintiff's Second Supplmental Responses to Defendant's Discovery Request by Kauli Saili, Jr (Johnson, Alan) (Entered: 11/07/2022) |
| 11/07/2022 | 31 | MEMORANDUM AND ORDER denying as moot 5 Partial Motion to Dismiss, or in the alternative, Motion for more Definite Statement; granting 19 Motion for Summary |

| | | |
|---|---|---|
| | | Judgment. Signed by District Judge Daniel D. Crabtree on 11/7/2022. (kas) (Entered: 11/07/2022) |
| 11/07/2022 | 32 | JUDGMENT. Signed by deputy clerk on 11/7/2022. (kas) (Entered: 11/07/2022) |
| 12/06/2022 | 33 | NOTICE OF APPEAL as to 31 Order on Motion to Dismiss, Order on Motion for More Definite Statement, Order on Motion for Summary Judgment, 32 Judgment by Plaintiff Kauli Saili, Jr. Filing fee $505, Internet Payment Receipt Number AKSDC-5932768. (Johnson, Alan) (Entered: 12/06/2022) |
| 12/06/2022 | 34 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA re 33 Notice of Appeal. (Attachments: # 1 Preliminary Packet)(ca) (Entered: 12/06/2022) |
| 12/06/2022 | 35 | APPEAL DOCKETED in 10CCA on 12/6/2022 and assigned Appeal No. 22-3268 re 33 Notice of Appeal. (ca) (Entered: 12/06/2022) |
| 12/20/2022 | 36 | TRANSCRIPT ORDER FORM: No Transcript Required filed by Kauli Saili, Jr re 33 Notice of Appeal - Final Judgment, (Johnson, Alan) (Entered: 12/20/2022) |
| 12/20/2022 | 37 | LETTER TO 10CCA stating record is complete re 33 Notice of Appeal (Appeal No. 22-3268). (ca) (Entered: 12/20/2022) |
| 12/20/2022 | 38 | (DISREGARD. FILED IN WRONG CASE.) MINUTE ENTRY for proceedings held before District Judge Toby Crouse: TELEPHONE CONFERENCE held on 12/20/2022. The parties discuss the previously pending summary judgment motions, Docs. 50 and 52. The case was administratively closed prematurely, as there are still cross claim issues remaining this this case. The Order Administratively Closing case, Doc. 57 , will be withdrawn. The parties confirmed that the Defendants' Motion for Summary Judgment, Doc. 52 , has been resolved and will remain termed. Defendant Ownershield's Motion for Summary Judgment, Doc. 50 , is still pending and will be activated through the clerk's office. An unopposed oral motion was made to request an extension of Defendant Car City's response to Defendant Ownershield's Motion for Judgment Or, In The Alternative, Declaratory Judgment, Doc. 50. The unopposed motion is granted and the deadline to respond is extended to December 30, 2022.. (Court Reporter Sherry Harris.) (ca) Modified on 12/20/2022 (ca). (Entered: 12/20/2022) |
| 10/10/2023 | 39 | APPEAL MANDATE from 10CCA affirming decision of the District Court (Appeal No. 22-3268) (Attachment: # 1 10CCA Mandate Letter)(msb) (Entered: 10/10/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/12/2026 17:58:34 | | | |
| **PACER Login:** | mypaceremail | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:22-cv-02060-DDC-KGG |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |