**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER, <br><br> Plaintiff, <br><br> v. <br><br><br> JOSHUA MOON, *et al*. <br><br> Defendant. | **NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ECF NOS. 385 & 392** <br><br> Case No. 2:24-cv-00421-DBB <br><br> District Judge David Barlow <br> Magistrate Judge Jared C. Bennett |

Defendants attach a recent pleading Mr. Greer filed in the U.S. District Court for the District of Nevada. Exhibit A. This pleading indicates that Mr. Greer was able to pay, in January 2026, a filing fee of $405 to initiate new federal litigation. Despite the Nevada Court expressly providing Mr. Greer the opportunity to seek *in forma pauperis* status, Mr. Greer did not do so and paid the full filing fee for his latest litigation.

Mr. Greer tells this Court the opposite, however, and tries to use his ostensible poverty as an excuse for his continued noncompliance with this Court's discovery order at ECF No. 227 (granting a motion to compel). Specifically in this Court, at ECF Nos. 384-385, Mr. Greer indicated he is unemployed and would face great hardship in order to pay $80 to obtain documents he previously indicated were in his possession (and which he previously indicated he would be "happy to provide."). *Cf*. ECF Nos. 227, 381.

Defendants respectfully submit that Mr. Greer has proven himself fully financially capable of complying with this Court's orders by paying a far greater sum to initiate new

litigation in Nevada. Mr. Greer's decision to initiate new prostitution-related litigation in Nevada rather than comply with orders in this existing litigation in Utah is further evidence of Mr. Greer's bad faith litigation tactics and willful defiance of this Court's orders.

DATED January 22, 2026

                        **HARDIN LAW OFFICE**

                         */s/ Matthew D. Hardin*
                        **Matthew D. Hardin**
                        Attorney for Defendants