Russell Greer
c/o A Safer Nevada PAC
10409 Pacific Palisades Ave
Las Vegas, NV 89144
contact@asafernevada.org
801-895-3501
Pro Se Litigant
L





1/20/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
MAM

---

# IN THE U.S. DISTRICT COURT

## OF NEVADA

---

|  |  |
|---|---|
| **RUSSELL GREER,** an individual, | **PLAINTIFF'S NOTICE OF PAYMENT** |
| Plaintiff | |
| v. | |
| **FRANCISCO V. AGUILAR,** in his official capacity as the Secretary of State of Nevada, | Case No.:  2:25-cv-02581-RFB-BNW |
| Defendant | |
| | District Judge: Richard F Boulware, II |
| | Magistrate Judge: Brenda Weksler |

Plaintiff submits notice to the Court that he went into the Federal Courthouse building on January 20th, 2025 and paid the $405 with the court clerk. He is now waiting for the court clerk to sign the civil summons, so that Defendant can be served.

DATED: January 20th, 2026

Russell Greer
/rgreer/
Pro Se

*Note: Plaintiff has training and experience as a paralegal and is therefore familiar with legal research, drafting, and procedure. Plaintiff is fully capable of representing himself and brings this action in good faith.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Russell Greer,

        Plaintiff,

    v.

Secretary of State, Cisco Aguilar,

        Defendant.

Case No. 2:25-cv-02581-RFB-BNW

**ORDER**

Plaintiff submitted initiating documents to this Court but did not pay the filing fee for this case or file an application to proceed *in forma pauperis*. ECF No. 1.

If Plaintiff is unable to pay the filing fee in this case, Plaintiff must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. If Plaintiff can pay the filing fee, they must do so.

IT IS ORDERED that the Clerk of the Court send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

IT IS FURTHER ORDERED that by January 22, 2026, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $405 fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. Plaintiff is advised that failure to comply with this order will result in a recommendation that this case be dismissed. *See* Local Rule IA 11-8.

DATED: December 29, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE