**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>     Plaintiff,<br><br>v.<br><br><br>JOSHUA MOON, *et al.*<br><br>     Defendant. | **NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ECF NOS. 385 & 392**<br><br>Case No. 2:24-cv-00421-DBB<br><br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

Defendants attach yet another recent pleading Mr. Greer filed in the Nevada courts. Exhibit A. This pleading indicates that Mr. Greer was able to pay, at the same time he was claiming poverty in this Court, a mailing fee of $100 to send documents to a California company he was trying to extort out of a six figure payout. Exhibit A at ¶ 97.

Mr. Greer tells this Court that he is financially unable to pay a much lower $80 fee to comply with this Court's numerous discovery orders, however, and tries to use his ostensible poverty as an excuse for his continued noncompliance with the order at ECF No. 227 (granting a motion to compel). Specifically in this Court, at ECF Nos. 384-385, Mr. Greer indicated he is unemployed and would face great hardship in order to pay $80 to obtain documents he previously indicated were in his possession (and which he previously indicated he would be "happy to provide."). *Cf.* ECF Nos. 227, 381.

Defendants respectfully submit that Mr. Greer has proven himself fully financially capable of complying with this Court's orders by paying a far greater sum to initiate two

new lawsuits in Nevada and to extort a California company at which he apparently solicited his co-workers to engage in prostitution. Exhibit A at ¶ 115 and page 110.

Mr. Greer's decision to initiate two new prostitution-related lawsuits in Nevada at great expense rather than complying with orders in this existing litigation in Utah is further evidence of Mr. Greer's bad faith litigation tactics and willful defiance of this Court's orders.

DATED January 23, 2026

**HARDIN LAW OFFICE**

 /s/ Matthew D. Hardin
**Matthew D. Hardin**
Attorney for Defendants