Matthew D. Hardin (pro hac vice)
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA MOON, *et al*.<br><br>Defendant. | **DEFENDANTS' OPPOSITION TO "EMERGENCY RENEWED MOTION TO DISQUALIFY ATTORNEY MATTHEW D. HARDIN"**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

Defendants respectfully submit that Mr. Greer's "EMERGENCY RENEWED MOTION TO DISQUALIFY ATTORNEY MATTHEW D. HARDIN," ECF No. 446, should be denied for the same reasons his original Motion at ECF No. 400 should be denied. Without limitation, Defendants assert that the "renewed" motion is nothing more than a duplicative and burdensome filing, and that it fails to show any good cause for disqualification or any other relief.

DATED January 23, 2026

**HARDIN LAW OFFICE**

 */s/ Matthew D. Hardin*
**Matthew D. Hardin**
Attorney for Defendants