Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL,**<br><br>Defendants | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ECF 411**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

Plaintiff Russell Greer respectfully submits this Notice of Supplemental Authority in regards to ECF 411.

The attached Notice is the City of Orem's docket history for the case of Orem v. Greer, the case that defendants have been waving around like a flag of false pretenses to paint Plaintiff as "dangerous" and to warrant the inclusion of Natalie Banks as a witness (an individual plaintiff never met in person). The attached docket shows the opposite of dangerous.

EXHIBIT A shows that on 08-17-2022, Greer's 2020 conviction was REDUCED to a CLASS C MISDEMEANOR. In other words, Greer has the functional equivalent of a traffic ticket on his record.

Not only was the assertion that Greer is "dangerous" hurtful, it was extremely nonsensical. This is why sites like Kiwi Farms are bad and are dangerous because they don't update facts that are inconvenient to their narrative they portray of complete strangers. It IS nonsense to say a person with the functional equivalent of a traffic ticket is "dangerous".

With this established, Natalie Banks MUST be struck as a witness.


Respectfully submitted,

/rgreer/

3-11-26

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 3-11-26, I served a true and correct copy of the attached document by ECF to all attorneys on record.

**EXHIBIT A**

FOURTH JUDICIAL DISTRICT - OREM JUSTICE COURT
UTAH COUNTY, STATE OF UTAH


OREM CITY vs. RUSSELL G GREER
CASE NUMBER 201900105 Other Misdemeanor
_____
CHARGES
        Charge 1 - 76-9-201(2) - ELECTRONIC COMMUNICATION HARASSMENT - Class B
        Misdemeanor (402 amended to)  - Class C Misdemeanor
        Offense Date: December 15, 2019
        Location: Orem, Utah
        Plea: September 16, 2020 Guilty
        Disposition: September 16, 2020 {Guilty}

        Charge 2 - 76-9-201(2) - ELECTRONIC COMMUNICATION HARASSMENT - Class B
        Misdemeanor
        Offense Date: January 14, 2020
        Location: Orem, Utah
        Disposition: September 16, 2020 Dismissed (w/o prej)


CURRENT ASSIGNED JUDGE
        REED PARKIN

PARTIES
        Plaintiff - OREM CITY
        Represented by: ALIISA LEON

        Defendant - RUSSELL G GREER
        Represented by: HARVEY GAILEY

DEFENDANT INFORMATION
        Defendant Name: RUSSELL G GREER
        Offense Tracking Number: 59762799
        Date of Birth: March 07, 1991
        Law Enforcement Agency: OREM CITY POLICE
        LEA Case Number: 20OR00776
        Officer Name: NATHAN NEWELL
        Prosecuting Agency: OREM CITY
        Arrest Date: December 15, 2019
        Violation Date: 12-15-2019

ACCOUNT SUMMARY
                Total Revenue Amount Due:        510.80
                           Amount Paid:          510.80
                         Amount Credit:            0.00
                               Balance:            0.00

                      Time Pay: 50.00 monthly on the 16th.
                 Most Recent Payment: July 15, 2021
                       Final Payment: July 16, 2021


03-11-2026 01:05 PM                                        Page 1 of 10

```
                REVENUE DETAIL - TYPE: PLEA ABEY. MISDMNR
                     Original Amount Due:        680.00
                     Amended Amount Due:           0.00
                            Amount Paid:           0.00
                          Amount Credit:           0.00
                               Balance:            0.00
       Account Adjustments Sum To Date        Amount Reason
                            2020-07-21       -680.00 Per order 7/20/2020


                REVENUE DETAIL - TYPE: Interest
                            Amount Paid:          10.80
                          Amount Credit:           0.00
                               Balance:            0.00
       Account Adjustments Sum To Date        Amount Reason
                            2020-07-21         -1.92 Per order 7/20/2020
                            2021-07-15         12.72 Criminal post judgment interest


                REVENUE DETAIL - TYPE: FINE
                             Amount Due:         500.00
                            Amount Paid:         500.00
                          Amount Credit:           0.00
                               Balance:            0.00




CASE NOTE



PROCEEDINGS
01-28-2020   Filed: INFORMATION/INDICTMENT
01-28-2020   Filed: SUMMONS - TO ISSUE (PROPOSED)
01-28-2020   Case filed by efiler
01-28-2020   Filed: From an Information
01-28-2020   Judge REED PARKIN assigned.
01-29-2020   Issued: Summons Issued
                 Clerk MAYRA PAEZ
01-29-2020   Filed: Return of Electronic Notification
02-05-2020   Filed: Appearance of Counsel/Notice of Limited Appearance
02-05-2020   Filed: Return of Electronic Notification
03-05-2020   Cancelled: ARRAIGNMENT scheduled on April 08, 2020 at 09:30 AM
             with Judge REED PARKIN
03-05-2020   Filed: Promise to Appear
03-05-2020   Note: DEF Address changed from 689 VINE STREET
             MURRAY                UT 84107
03-05-2020   Note: DEF Address changed to 6885 S REDWOOD RD APT 801 WEST
             JORDAN UT 841084
03-06-2020   Filed: Return of Electronic Notification
03-06-2020   Filed: Appearance of Counsel/Notice of Limited Appearance
03-06-2020   Filed: Return of Electronic Notification
03-12-2020   NOTICE for Case 201900105 ID 15594714
                 Judge: REED PARKIN
             PRETRIAL CONFERENCE is re-scheduled.
                 Date: 04/13/2020
```

|            | Time: 02:30 p.m.                                                                                  |
|------------|---------------------------------------------------------------------------------------------------|
|            | Before Judge: REED PARKIN                                                                         |
|            | The reason for the change is appearance filed, plea entered and case set for pre-trial conference. |
|            | .                                                                                                 |
| 03-12-2020 | Modified: ARRAIGNMENT scheduled on April 08, 2020 at 09:30 AM with Judge REED PARKIN              |
|            | Reason: appearance filed, plea entered and case set for pre-trial conference.                     |
| 03-12-2020 | Filed: Notice for Case 201900105 MO: Judge   REED PARKIN                                           |
| 03-12-2020 | Cancelled: PRETRIAL CONFERENCE scheduled on April 13, 2020 at 02:30 PM with Judge REED PARKIN     |
| 03-12-2020 | Filed: Return of Electronic Notification                                                          |
| 03-31-2020 | Rescheduled: PRETRIAL CONFERENCE rescheduled to June 22, 2020 at 02:30 PM with Judge REED PARKIN  |
| 03-31-2020 | NOTICE for Case 201900105 ID 15653142                                                             |
|            | Judge: REED PARKIN                                                                                |
|            | PRETRIAL CONFERENCE is re-scheduled.                                                              |
|            | Date: 06/22/2020                                                                                  |
|            | Time: 02:30 p.m.                                                                                  |
|            | Before Judge: REED PARKIN                                                                         |
|            | The reason for the change is Court Ordered                                                        |
|            | .                                                                                                 |
|            | Due to the pandemic response orders, this matter is continued.  Since this situation changes from week to week, please use the calendar look up tool on the court website at court.orem.org to confirm your court date. |
| 03-31-2020 | Filed: Notice for Case 201900105 MO: Judge   REED PARKIN                                           |
| 03-31-2020 | Filed: Return of Electronic Notification                                                          |
| 04-21-2020 | Filed: Discovery Reply                                                                            |
| 04-21-2020 | Filed: Return of Electronic Notification                                                          |
| 06-22-2020 | Charge 1  Disposition is Plea in abeyanc                                                          |
| 06-22-2020 | Charge 2  Disposition is Dismissed w/ Pr                                                          |
| 06-22-2020 | Charge 1  Plea is No Contest                                                                      |
| 06-22-2020 | Fee Account created Total Due: 680.00                                                             |
| 06-22-2020 | Filed: Plea in Abeyance Minute Entry                                                              |
| 06-22-2020 | Note: Added to payment schedule 1459876                                                           |
| 06-22-2020 | Minute Entry - CHANGE OF PLEA                                                                     |
|            | Judge: REED PARKIN                                                                                |
|            | PRESENT                                                                                           |
|            | Clerk: caraleec                                                                                   |
|            | Prosecutor: SUMMERS, D                                                                            |
|            | Defendant Present                                                                                 |
|            | Defendant's Attorney(s): GAILEY, HARVEY                                                           |
|            | Audio                                                                                             |
|            | Tape Count: 2:15                                                                                 |
|            | Change of Plea Note                                                                               |
|            | Victims attorney is present.                                                                      |
|            | The defendant is advised that this offense may be used as an enhancement to the penalties for a subsequent offense. |
|            | PLEA IN ABEYANCE                                                                                  |
|            | Defendant's plea is held in abeyance.                                                             |
|            | Conditions of Agreement:                                                                          |

> Defendant is ordered to obey all laws, state, local, and federal, and have no further violations during the plea in abeyance/diversion period.
>
> Defendant is to notify the court of a current address at all times, and report to the court when notified by mail, or a warrant may issue.
>
> Defendant is ordered to pay court costs, fines and fees as directed by the court.
>
> The defendant is placed on a plea in abeyance for a period of 12 months.
>
> If the defendant fails to comply with the terms of the plea in abeyance agreement, the disposition of bail forfeiture will be entered and any fees paid to the Court will be forfeited without further notice to the defendant.

PLEA IN ABEYANCE ADDITIONAL CONDITIONS

> The defendant is to not have any contact with the victim in this case.
>
> Tracking review date for Plea in Abeyance: 06/22/2021

SCHEDULED TIMEPAY

> The following cases are on timepay 201900105.
>
> The defendant is to pay $680.00 monthly on 22nd.
>
> The number of payments scheduled is 0 Plus a final payment of $701.97.
>
> The first payment is due on 05/22/2021 the final payment of $701.97 is due on 05/22/2021 .  The final payment may vary based on interest.
>
> - PLEA ABEY. MISDMNR fee of $680.00 assessed - Payor: GREER RUSSELL G.

| | |
|---|---|
| 06-22-2020 | Filed: Return of Electronic Notification |
| 06-25-2020 | Filed order: CHANGE OF PLEA |
| |      Judge REED PARKIN |
| |      Signed June 25, 2020 |
| 06-25-2020 | Filed: Return of Electronic Notification |
| 06-30-2020 | Fee Account created Total Due: 10.80 |
| 06-30-2020 | Note: Added to payment schedule 1459876 |
| 07-06-2020 | Filed: Motion:  to Reconsider Plea |
| |      Filed by: E A |
| 07-06-2020 | Filed: Return of Electronic Notification |
| 07-07-2020 | Filed: Response to Victims Motion to Reconsider |
| 07-07-2020 | Filed: Return of Electronic Notification |
| 07-10-2020 | Ruling Entry - RULING ON MOTION TO RECONSIDER |
| |      Judge: REED PARKIN |
| |      Court grants the motion to reconsider and sets the case for a review hearing.  All parties, including victim and attorney will be included on notice to appear. |
| 07-10-2020 | Filed order: RULING ON MOTION TO RECONSIDER |
| |      Judge REED PARKIN |
| |      Signed July 10, 2020 |
| 07-10-2020 | HEARING TO RECONSIDER PLEA scheduled on July 20, 2020 at 03:30 PM with Judge REED PARKIN |
| 07-10-2020 | Filed: Notice for Case 201900105 MO: Judge   REED PARKIN |
| 07-10-2020 | Filed: Return of Electronic Notification |
| 07-20-2020 | NOTICE for Case 201900105 ID 15872139 |
| |      Judge: REED PARKIN |
| |      DISPOSITION is scheduled. |
| |        Date: 08/05/2020 |
| |        Time: 02:30 p.m. |

|  | before Judge REED PARKIN |
|---|---|
| 07-20-2020 | Cancelled: DISPOSITION scheduled on August 05, 2020 at 02:30 PM with Judge REED PARKIN |
| 07-20-2020 | Filed: Notice for Case 201900105 MO: Judge   REED PARKIN |
| 07-20-2020 | Filed: Pre-Sentence Minute Entry |
| 07-20-2020 | Minute Entry - HEARING |

       Judge: REED PARKIN

    PRESENT

       Clerk: andrews

       Prosecutor: SUMMERS, D

       Defendant Present

       Defendant's Attorney(s): GAILEY, HARVEY

       Audio

       Tape Count: 3:34

    HEARING

       All parties appear by video.  Victim in case makes statement.  Defendant's counsel responds. Court sets aside plea in abeyance.  Pre-trial conference set.

    DISPOSITION is scheduled.

       Date: 08/05/2020

       Time: 02:30 p.m.

       before Judge REED PARKIN

| 07-20-2020 | Filed: Return of Electronic Notification |
|---|---|
| 07-21-2020 | Charge 1  Disposition removed. |
| 07-21-2020 | Charge 2  Disposition removed. |
| 07-21-2020 | Interest Account Adjustment Total Due: 10.80 |
|  | Reason: Per order 7/20/2020 |
| 07-21-2020 | PLEA ABEY. MISDMNR Account Adjustment Total Due: 0.00 |
|  | Reason: Per order 7/20/2020 |
| 07-21-2020 | Filed: Return of Electronic Notification |
| 07-27-2020 | Filed order: HEARING |

      Judge REED PARKIN

      Signed July 27, 2020

| 07-28-2020 | Filed: Return of Electronic Notification |
|---|---|
| 08-05-2020 | Filed: Pre-Sentence Minute Entry |
| 08-05-2020 | Continued: DISPOSITION scheduled on September 16, 2020 at 01:30 PM with Judge REED PARKIN |
| 08-05-2020 | Continued: DISPOSITION scheduled on September 16, 2020 at 01:30 PM with Judge REED PARKIN |
| 08-05-2020 | Minute Entry - CONTINUANCE |

       Judge: REED PARKIN

    PRESENT

       Clerk: andrews

       Prosecutor: SUMMERS, D

       Other Attorneys: GABRIELA MENA

       Defendant Present

       Defendant's Attorney(s): GAILEY, HARVEY

       Audio

       Tape Count: 2:35

    CONTINUANCE

       Whose Motion: The Defendant's counsel HARVEY GAILEY.

       Whose Motion: The Defendant's counsel HARVEY GAILEY.

       Reason for continuance:

|  |  |
|---|---|
|  | Court Ordered |
|  | Court Ordered |
|  | The motion is granted. |
|  | DISPOSITION is scheduled. |
|  | Date: 09/16/2020 |
|  | Time: 01:30 p.m. |
|  | Before Judge: REED PARKIN |
|  | DISPOSITION is scheduled. |
|  | Date: 09/16/2020 |
|  | Time: 01:30 p.m. |
|  | Before Judge: REED PARKIN |
| 08-05-2020 | Filed order: CONTINUANCE |
|  | Judge REED PARKIN |
|  | Signed August 05, 2020 |
| 08-06-2020 | Filed: Return of Electronic Notification |
| 09-16-2020 | Filed: Sentence Minute Entry |
| 09-16-2020 | Charge 1  Disposition is {Guilty} |
| 09-16-2020 | Charge 2  Disposition is Dismissed (w/o |
| 09-16-2020 | Note: Sentencing Protective Order Service Date : 09-16-2020 02:18:00 |
| 09-16-2020 | Filed protective order: Sentencing Protective Order |
|  | Judge REED PARKIN |
|  | Signed September 16, 2020 |
| 09-16-2020 | Note: Sentencing Protective Order Service Date : 09-16-2020 02:21:00 |
| 09-16-2020 | Filed protective order: Amended Sentencing Protective Order |
|  | Judge REED PARKIN |
|  | Signed September 16, 2020 |
| 09-16-2020 | Fine Account created Total Due: 500.00 |
| 09-16-2020 | Minute Entry - SENTENCE, JUDGMENT, COMMITMENT |
|  | Judge: REED PARKIN |
|  | PRESENT |
|  | Clerk: caraleec |
|  | Prosecutor: SUMMERS, D |
|  | Defendant Present |
|  | Defendant's Attorney(s): GAILEY, HARVEY |
|  | Audio |
|  | Tape Count: 1:47 |
|  | Court advises defendant of rights and penalties. |
|  | Defendant waives time for sentence. |
|  | HEARING |
|  | All parties appear via video per pandemic rule. Victim and her counsel appear via video. Victim counsel motions for defendant to be ordered to complete a psychosexual evaluation. |
|  | SENTENCE JAIL |
|  | Based on the defendant's conviction of ELECTRONIC COMMUNICATION HARASSMENT a Class B Misdemeanor, the defendant is sentenced to a term of 180 day(s) The total time suspended for this charge is 180 day(s). |
|  | SENTENCE FINE |
|  | Charge # 1 Fine: $680.00 |
|  | Suspended: $180.00 |
|  | Surcharge: $263.16 |

Due: $500.00

Total Fine: $680.00

Total Suspended: $180.00

Total Surcharge: $263.16

Total Principal Due: $500.00

Plus Interest

Defendant is to pay a fine of 500.00 which includes the surcharge.  Interest may increase the final amount due.

Fine payments are to be made to The Court.  This can be paid online at: www.utcourts.gov/epayments.

SCHEDULED TIMEPAY

The following cases are on timepay 201900105.

The defendant is to pay $50.00 monthly on 16th.

The number of payments scheduled is 9 Plus a final payment of $58.12.

The first payment is due on 10/16/2020 the final payment of $58.12 is due on 07/16/2021 .  The final payment may vary based on interest.

ORDER OF PROBATION

The defendant is placed on probation for 18 month(s).

Probation is to be supervised by the Court.

Defendant is ordered to obey all laws, state, local, and federal, and have no further violations during the probation period.

Defendant is to notify the court of a current address at all times, and report to the court when notified by mail, or a warrant may be issued.

Defendant is ordered to pay court costs, fines and fees as directed by the Court.

Partial fine and/or jail time is suspended and will remain suspended as long as the defendant complies with all terms of probation.

Defendant is ordered to obtain a Mental Health evaluation/screening and complete any recommended counseling/treatment and provide proof of completion to the court.

Defendant is ordered to report to a court approved treatment agency within 48 hours to start court ordered evaluation and/or treatment.

Defendant is ordered to complete assessment and show proof to the court within 90 days.

Defendant is ordered to go to the Orem City Offices to be fingerprinted.

Defendant is ordered to complete a psychosexual evaluation, but stays that order at this time.

| | |
|---|---|
| 09-16-2020 | Note: Added to payment schedule 1459876 |
| 09-16-2020 | Note: DEF Email Address changed from |
| 09-16-2020 | Note: DEF Email Address changed to russmark@gmail.com |
| 09-16-2020 | Filed return: Service of Protective Order |

Party Served: GREER, RUSSELL G

Service Type: Personal

Service Date: September 16, 2020

Garnishee:

09-16-2020    Filed order: SENTENCE, JUDGMENT, COMMITMENT

Judge REED PARKIN

Signed September 16, 2020

09-16-2020    Filed: Return of Electronic Notification

09-21-2020    Filed: : Defendants Thoughts in Anticipation of Sentence

```
09-21-2020    Filed: Return of Electronic Notification
10-15-2020    Interest Payment Received:  4.16
10-15-2020    Fine Payment Received:  45.84
              Note: Internet Payment from Public Side
10-20-2020    Filed: Defendants Additional Thoughts
10-20-2020    Filed: Return of Electronic Notification
11-10-2020    Filed: Valley Behavioral Health Letter
11-10-2020    Filed: Return of Electronic Notification
11-13-2020    Interest Payment Received:  1.27
11-13-2020    Fine Payment Received:  48.73
              Note: Internet Payment from Public Side
12-15-2020    Interest Payment Received:  1.26
12-15-2020    Fine Payment Received:  48.74
              Note: Internet Payment from Public Side
01-15-2021    Interest Payment Received:  1.07
01-15-2021    Fine Payment Received:  56.69
              Note: Internet Payment from Public Side
02-12-2021    Interest Payment Received:  0.81
02-12-2021    Fine Payment Received:  49.19
              Note: Internet Payment from Public Side
03-13-2021    Interest Payment Received:  0.71
03-13-2021    Fine Payment Received:  49.29
              Note: Internet Payment from Public Side
04-15-2021    Interest Payment Received:  0.64
04-15-2021    Fine Payment Received:  49.36
              Note: Internet Payment from Public Side
05-14-2021    Interest Payment Received:  0.43
05-14-2021    Fine Payment Received:  52.16
              Note: Internet Payment from Public Side
06-15-2021    Interest Payment Received:  0.31
06-15-2021    Fine Payment Received:  50.00
              Note: Internet Payment from Public Side
07-15-2021    Interest Payment Received:  0.14
07-15-2021    Fine Payment Received:  50.00
              Note: Internet Payment from Public Side
02-23-2022    Note: XCHANGE RECORD VERIFIED, NO FURTHER VIOLATIONS FOUND.
02-23-2022    NOTICE for Case 201900105 ID 17540182
                  Judge: REED PARKIN
              REVIEW is scheduled.
                  Date: 04/04/2022
                  Time: 02:00 p.m.
                  Before Judge: REED PARKIN
                  This hearing will be held through video teleconferencing.
                  Please go to orem.org/courtvideo for links to join the
                  video hearing and further information.
                  Register for a MyCase account at utcourts.gov/MyCase to
                  view information about your court case.
                  The defendant is ordered to appear at the above date and
                  time to address non compliance with the following:
                  (1) Failure to provide proof of completed treatment.
                  Probation period ends 3-16-2022
                  This hearing will not take place at the courthouse. It will
                  be conducted remotely.
```

|  | Contact the court to provide your current email address. |
| | If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 02-23-2022 | Cancelled: REVIEW scheduled on April 04, 2022 at 02:00 PM with Judge REED PARKIN |
| 02-23-2022 | Filed: Notice for Case 201900105 MO: Judge REED PARKIN |
| 02-23-2022 | Filed: Return of Electronic Notification |
| 03-03-2022 | Filed: Proof of Counseling Consulting Services |
| 03-03-2022 | Filed: Return of Electronic Notification |
| 04-04-2022 | Note: DEF Address changed from 6885 S REDWOOD RD APT 801 WEST JORDAN UT 841084 |
| 04-04-2022 | Note: DEF Address changed to 3651 SOUTH ARVILLE STREET APT 711 LAS VEGAS NV 89103 |
| 04-04-2022 | Filed: Post Sentence Rights Form |
| | Judge REED PARKIN |
| | Signed April 04, 2022 |
| 04-04-2022 | Continued: REVIEW scheduled on June 16, 2022 at 11:00 AM with Judge REED PARKIN |
| 04-04-2022 | Minute Entry - CONTINUANCE |
| | Judge: REED PARKIN |
| | PRESENT |
| | Clerk: andrews |
| | Prosecutor: BROOKS, MATTHEW |
| | Other Attorneys: GABRIELA MENA |
| | Defendant Present |
| | Defendant's Attorney(s): STIRLING, DON |
| | Audio |
| | Tape Count: 3:47 |
| | CONTINUANCE |
| | Whose Motion: The Defendant's counsel. |
| | Reason for continuance: |
| | Court Ordered |
| | The motion is granted. |
| | REVIEW is scheduled. |
| | Date: 06/16/2022 |
| | Time: 11:00 a.m. |
| | Before Judge: REED PARKIN |
| | This hearing will not take place at the courthouse. It will be conducted remotely. |
| | Contact the court to provide your current email address. |
| | If you do not have access to a phone or other electronic device to appear remotely, notify the court. |
| 04-04-2022 | Filed order: CONTINUANCE |
| | Judge REED PARKIN |
| | Signed April 04, 2022 |
| 04-04-2022 | Filed: Return of Electronic Notification |
| 04-06-2022 | **** PRIVATE **** Filed: Assessment - Valley Behavioral Health |
| 04-06-2022 | Filed: Return of Electronic Notification |
| 06-13-2022 | Filed: Proof Of:  Proof of Counseling Completion |
| 06-13-2022 | Filed: Return of Electronic Notification |
| 06-13-2022 | **** PRIVATE **** Filed: Treatment and Evaluation Update - Pfohlman Counseling & Consulting |
| 06-13-2022 | Filed: Return of Electronic Notification |
| 06-16-2022 | Minute Entry - POST SENTENCING JUDGMENT/COMMITMENT |

```
                    Judge: REED PARKIN
               PRESENT
                    Clerk: andrews
                    Prosecutor: MILLER, HYRUM
                    Defendant Present
                    Defendant's Attorney(s): ROBINSON, MITCHELL
                    Audio
                    Tape Count: 11:06
                    The defendant's probation is terminated successfully.
06-16-2022     Filed order: POST SENTENCING JUDGMENT/COMMITMENT
                    Judge REED PARKIN
                    Signed June 16, 2022
06-16-2022     Filed: Post Sentence Rights Form
06-16-2022     Filed: Return of Electronic Notification
06-20-2022     Filed: Request to Judge
06-20-2022     Filed: Return of Electronic Notification
06-27-2022     Filed order: Request to Judge
                    Judge REED PARKIN
                    Signed June 27, 2022
06-28-2022     Filed: Return of Electronic Notification
07-26-2022     Filed: Motion 402 Reduction
                    Filed by: RUSSELL G GREER
07-26-2022     Filed: Order (Proposed) on Motion 402 Reduction
07-26-2022     Filed: Return of Electronic Notification
08-15-2022     Filed order: Order on Motion 402 Reduction
                    Judge REED PARKIN
                    Signed August 15, 2022
08-15-2022     Filed: Return of Electronic Notification
08-17-2022     Case Closed
               Disposition Judge is REED PARKIN
08-17-2022     Charge 1 amended to Class C Misdemeanor
01-20-2023     Note: Attorney D SUMMERS Bar Number 12253 Bar State UT Auto
               Withdraw
01-23-2024     Note: Attorney JONATHAN DITTO Bar Number 15124 Bar State UT
               Auto Withdraw
```