**EXHIBIT A**

**From:** Russell Greer russmark@gmail.com
**Subject:** Re: Activity in Case 2:24-cv-00421-DBB-JCB Greer v. Moon et al Motion to Disqualify Counsel
**Date:** March 13, 2026 at 6:42 PM
**To:** Matthew Hardin matthewdhardin@gmail.com

Good afternoon,

As I recall, discovery was stayed until the two John Does could be served. They haven't been served yet, which is why I tried doing the subpoena on KF, so they could be served.

So discovery is stayed until the judge rules otherwise.

Sent from my iPhone

> On Mar 13, 2026, at 12:11 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Hi Mr. Greer. I still haven't heard from you on the February 2 inquiry below. Also, it is my interpretation that the stay has automatically expired by virtue of the court's ruling on the motion to dismiss. I therefore write to inquire whether you disagree with that interpretation, and, if you do not disagree, I write to inquire whether it is your position that we owe you any discovery and if so by what date.
>
> Best,
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On Mar 10, 2026, at 4:11 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Hi Mr. Greer,
>>
>> I still haven't heard from you on the February 2 inquiry below.
>>
>> Best,
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> Direct Dial: 202-802-1948
>> NYC Office: 212-680-4938
>> Email: MatthewDHardin@protonmail.com
>>
>> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>>
>>> On Mar 5, 2026, at 5:55 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>
>>> Hi Mr. Greer,
>>>
>>> I still haven't heard from you on the Feb 2 inquiry below.
>>>
>>> Best,
>>>
>>> **Matthew D. Hardin**
>>> **Hardin Law Office**
>>> Direct Dial: 202-802-1948
>>> NYC Office: 212-680-4938
>>> Email: MatthewDHardin@protonmail.com
>>>
>>> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>>>
>>>> On Mar 2, 2026, at 4:28 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>>
>>>> Hi Mr. Greer, I still haven't heard from you on my February 2 inquiry below.
>>>>
>>>> Please respond.
>>>>
>>>> Best,

**Matthew D. Hardin**
**Hardin Law Office**
Direct Dial: 202-802-1948
NYC Office: 212-680-4938
Email: MatthewDHardin@protonmail.com

\*\*\*The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.\*\*\*

> On Feb 26, 2026, at 4:06 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>
> Hi Mr. Greer, I'm following up again on the February 2 inquiry below. I still haven't heard from you.
>
> Best,
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> \*\*\*The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.\*\*\*
>
>> On Feb 20, 2026, at 4:21 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>
>> Mr. Greer, it's now 18 days since my February 2 inquiry below, and you still haven't responded. I'm therefore following up again.
>>
>> Best,
>>
>> **Matthew D. Hardin**
>> **Hardin Law Office**
>> Direct Dial: 202-802-1948
>> NYC Office: 212-680-4938
>> Email: MatthewDHardin@protonmail.com
>>
>> \*\*\*The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.\*\*\*
>>
>>> On Feb 11, 2026, at 5:25 PM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>
>>> Good afternoon,
>>>
>>> I still haven't heard from you on this.
>>>
>>> Best,
>>>
>>> **Matthew D. Hardin**
>>> **Hardin Law Office**
>>> Direct Dial: 202-802-1948
>>> NYC Office: 212-680-4938
>>> Email: MatthewDHardin@protonmail.com
>>>
>>> \*\*\*The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.\*\*\*
>>>
>>>> On Feb 5, 2026, at 3:43 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>>
>>>> Good afternoon, Mr. Greer. I'm still waiting for you to clarify if you now admit the Tenth Circuit case you cited below does not exist, and whether you will be amending your pleadings to cite a different case that does exist from the Ninth Circuit?
>>>>
>>>> Thanks,
>>>>
>>>> **Matthew D. Hardin**
>>>> **Hardin Law Office**
>>>> Direct Dial: 202-802-1948
>>>> NYC Office: 212-680-4938
>>>> Email: MatthewDHardin@protonmail.com
>>>>
>>>> \*\*\*The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.\*\*\*

On Feb 3, 2026, at 9:36 PM, Matthew D. Hardin <MatthewDHardin@gmail.com> wrote:

Hi Mr. Greer,

I haven't heard from you on my below question.

Best,

Matthew D. Hardin
Hardin Law Office
Direct Dial: 202-802-1948
Email: MatthewDHardin@protonmail.com

On Mon, Feb 2, 2026 at 1:41 PM Matthew Hardin <matthewdhardin@gmail.com> wrote:
> I'm still confused. Are you admitting that the Tenth Circuit case you cited does not exist, and amending your filing to reflect that you now rely upon a 9th Circuit case instead?
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> Direct Dial: 202-802-1948
> NYC Office: 212-680-4938
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On Feb 2, 2026, at 2:40 PM, Russell Greer <russmark@gmail.com> wrote:
>>
>> *G.C. and K.B. Investments, Inc.,*
>> *v. Wilson*, 326 F.3d 1096, 1110 (9th Cir. 2003).
>>
>>
>> Sent from my iPhone
>>
>>> On Jan 26, 2026, at 9:40 AM, Matthew Hardin <matthewdhardin@gmail.com> wrote:
>>>
>>> *G.C. & K.B. Investments v. Wilson*, 326 F.3d 1096, 1110 (10th Cir. 2003)