**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER, | **STATUS REPORT** |
| Plaintiff, | |
| v. | Case No. 2:24-cv-00421-DBB |
| JOSHUA MOON, *et al.* | District Judge David Barlow |
| | Magistrate Judge Jared C. Bennett |
| Defendants. | |

NOW COME Defendants Joshua Moon and Lolcow, LLC, by and through their undersigned counsel, and file this status report providing an update to the previous report at ECF No. 381 (filed November 7, 2025). To update the Court on the current status of this case, Defendants state as follows:

1.      Mr. Greer still has not provided the documents he was ordered to provide at ECF No. 297, ECF No. 283, and ECF No. 227.

2.      Mr. Greer appears to have made no efforts at all to comply with this Court's order granting Defendants' Motion to Compel dated February 10, 2025, ECF No. 227, since at least May of 2025. ECF No. 381-2. This despite that the Court expressly warned Mr. Greer that noncompliance could result in dismissal of this case. ECF No. 300 at 14:21-23 ("we will be talking about Rule 37(b) sanctions in terms of case termination for failure to cooperate in discovery, which would include fees among other things.").

3.      While remaining in complete and willful noncompliance with this Court's orders, Mr. Greer has instituted at least three new suits in Nevada, one of which named undersigned counsel as the Defendant and which is currently the subject of a counterclaim in this matter. *Greer v. Aguilar*, Case No. 2:25-cv-2581 (D. Nev.), *Greer v. Viatron, Inc.*, Case No. A-26-937678-C (Clark County, Nevada District Court), *Greer v. Hardin*, Case No. 25PO2597 (Las Vegas Justice Court) (at issue in counterclaim in this case). Defendants respectfully submit that this is evidence of Mr. Greer's pattern of vexatious litigation, in which Mr. Greer is free to perpetually seek relief against his perceived foes but sees himself as immune from court orders entered against him.

WHEREFORE, Defendants respectfully submit that this case should be dismissed due to Plaintiff's repeated and willful noncompliance with Court orders. Alternatively, this Court should issue an order for Mr. Greer to show cause why this case should not be dismissed, for that same reason.

DATED March 27, 2026

**HARDIN LAW OFFICE**

*/s/ Matthew D. Hardin*
**Matthew D. Hardin**
Attorney for Defendants
Joshua Moon and Lolcow, LLC