**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive #11506
Livingston, TX 77399
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>    Plaintiff,<br><br>v.<br><br><br>JOSHUA MOON, *et al*.<br><br>    Defendant. | **DECLARATION OF MATTHEW HARDIN**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

I, Matthew Hardin, declare as follows:

1.    I am over the age of 18 and competent to testify to the matters set forth herein.

2.    I am an attorney representing the Defendants in this matter. The purpose of this Declaration is to comply with this Court's order at ECF No. 462.

3.    I verify based on my own personal knowledge as well as my knowledge in my capacity as attorney for Defendants in this matter and as the records custodian for The Law Office of Matthew D. Hardin, PLLC (d/b/a Hardin Law Office) that all proffers of fact as to time expended in this matter, which proffers were contained in the brief at ECF No. 330, are true and correct.

4.    I bill my clients $300 per hour for my representation in this matter. My

clients have paid all outstanding invoices.

5.      The invoice issued July 1, 2026, contained the following entry:

| | | | |
|---|---|---|---|
| 6/5 Notice re: Violation of Discovery Stay, Correspondence and accompanying Motion for Sanctions | 2.4 | $  300.00 | $  720.00 |

6.      My clients paid the above-referenced invoice, as they have all other

invoices.

7.      I spent 0.4 hours drafting the instant Declaration and the accompanying

Memorandum.

8.      I declare under penalty of perjury under that the foregoing is true and

correct.

Executed on April 14, 2026

_/s/ Matthew D. Hardin_____
**Matthew D. Hardin**
Attorney for Defendants