**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>         Plaintiff,<br><br>v.<br><br><br>JOSHUA MOON, *et al*.<br><br>         Defendants. | **DEFENDANTS' CORRECTED MEMORANDUM PURSUANT TO ECF NO. 462**<br><br>Case No. 2:24-cv-00421-DBB<br><br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME Defendants, Joshua Moon and Lolcow, LLC, by and through their undersigned counsel, and file this Memorandum pursuant to this Court's Order at ECF No. 462. Defendants state as follows:

1. In its order at ECF No. 462, this Court required "Defendants [to] file an affidavit and a cost memorandum outlining their requested award of reasonable expenses, including attorney fees, incurred as a result of Mr. Greer's Rule 26(g) violation."

2. In the underlying Reply Brief at ECF No. 330 at 4, Defendants proffered "that [counsel] spent 1.3 hours of his time correcting the error caused by Mr. Greer in improperly requesting subpoenas, and another 1.1 hours drafting and filing the instant motion [for sanctions]. This includes time spent emailing the Clerk of Court." Defendants incorporate by reference the underlying briefing, ECF No. 330, and the Court's order at

ECF No. 462 as to the necessity for the Defendants to take action when Mr. Greer violated the discovery stay.

3. Because undersigned counsel invoices his clients on or about the first day of every month for work performed the previous calendar month, the work performed by counsel in the month of June ultimately resulted in an invoice sent on July 1, 2025[1] in which undersigned counsel's clients were billed $720 for that portion of counsel's work. Declaration of Matthew Hardin at ¶ 5.

4. Defendants have contemporaneously-filed a Declaration of Matthew Hardin to establish these costs. An additional 0.4 hours have been expended on this filing, as detailed in the attached Declaration of Counsel. To the extent that the Court wishes to order Mr. Greer to reimburse the defense for those costs, the new total would be $840.

WHEREFORE, Defendants respectfully request that this Court award fees in the amount of $840.

DATED April 14, 2026

**HARDIN LAW OFFICE**

*/s/ Matthew D. Hardin*
**Matthew D. Hardin**
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

---

[1] A previous version of this filing erroneously stated the date as July 1, 2026. Counsel apologizes for this typographical error.