Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL GREER**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>Defendants | **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE**<br><br>Case No.:   2:24-cv-00421-DBB-JCB |

1

## I.    INTRODUCTION

Plaintiff Russell Greer, appearing *pro se*, submits this opposition to Defendants' Motion to Strike. Plaintiff is tired of playing procedural games with an attorney, who has spent months dragging out this litigation.

## II.    THE ANSWER IS COMPREHENSIBLE; DEFENDANTS' CONFUSION IS A CHOICE

Defendants claim the Answer is "incomprehensible". This is a disingenuous tactic. Any competent attorney can easily understand the following points in Plaintiff's filing:

- **Explicit Denials:** Plaintiff denied filing the Nevada protective order to "evade jurisdiction," stating it was a defensive shield against Matthew Hardin's extrajudicial harassment.

- **Documented Justification:** Plaintiff provided evidence—citing his disqualification motion—showing Hardin was contacting third parties and making inflammatory allegations.

- **Damage Rebuttal:** Plaintiff directly challenged the $75,000 damage claim as self-inflicted and legally unfounded.

If Matthew Hardin, with twelve years of experience, truly cannot understand these plain-English denials, that is a failure of his own training and education, not a deficiency in the Plaintiff's pleading.

## III.    SUBSTANCE OVER FORM

Plaintiff is not a lawyer and is not required to produce a document that "resembles any Answer" Hardin has seen in his career. The court system is for the resolution of disputes, not a contest of who can follow the most rigid formatting. Plaintiff's Answer provides more than

2

enough notice of the issues in dispute. Pro se documents are to be construed to a lesser standard than an attorney's. Plaintiff has never drafted an answer to a counterclaim before and assumed that was the proper format.

## IV.    REQUEST FOR LEAVE TO AMEND

Should the Court find that the Answer at ECF No. 464 is technically non-compliant with the local rules or Fed. R. Civ. P. 8, Plaintiff respectfully requests that the Court **grant leave to file a "proper" Answer** that conforms to the Court's specific formatting requirements. Striking the Answer and deeming facts admitted is a "nuclear option" that is entirely inappropriate where a *pro se* litigant has made a good-faith effort to respond.

## V.    CONCLUSION

Plaintiff is done with these "gotcha" games. Defendants are attempting to win by technicality because they cannot win on the facts. The Court should deny the Motion to Strike and allow the case to proceed toward a final resolution on the merits

Respectfully submitted,

Russell Greer
/rgreer/
4-15-26

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 4-15-26, I served a true and correct copy of the attached document by ECF to all attorneys on record.