ELECTRONICALLY SERVED
5/21/2026 2:21 PM

Electronically Filed
05/21/2026 2:20 PM

CLERK OF THE COURT

**EXHIBIT A**

**ORDR**
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JEAN PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:  (702) 629-7900
Facsimile:   (702) 629-7925
Email:    jag@mgalaw.com
            jph@mgalaw.com

MATTHEW D. HARDIN, ESQ. (*admitted pro hac vice*)
New York Bar No. 5899596
**HARDIN LAW OFFICE**
101 Rainbow Drive, Suite 11506
Livingston, Texas 77399
Phone: (202) 802-1948
Email: matthewdhardin@protonmail.com

*Attorneys for Defendant Viatron, Inc.*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| RUSSELL GREER, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>VIATRON, INC., a Nevada Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | Case No.:      A-26-937678-C<br>Dept. No.:     XIII<br><br>**ORDER ADMITTING TO PRACTICE**<br>[Matthew D. Hardin, Esq.] |

Matthew D. Hardin, Esq. having filed his motion to associate counsel under Nevada Supreme Court Rule 42, together with a Verified Application for Association of Counsel, Certificates of Good Standing from the District of Columbia and states of Maryland, Minnesota, New York, North Dakota, Vermont, Virginia, and Washington, and State Bar of Nevada Statement; said application having been noticed, no objections having been made, and the Court being fully apprised in the premises, and good cause appearing, it is hereby,

/ / /

1

ORDERED, that said application is hereby GRANTED, and Matthew D. Hardin, Esq. is hereby admitted to practice in the above-entitled Court for the purposes of the above-entitled matter only.

By accepting this admission, Matthew D. Hardin, Esq. agrees to submit to jurisdiction and appear without subpoena for any proceedings required by the Court which relate to Matthew D. Hardin, Esq.'s conduct in this matter including motions, depositions, and evidentiary hearings.  SCR 42(13)(a).

IT IS SO ORDERED.

Dated this 21st day of May, 2026

_____

SJW

19F 1C8 98B5 004A
**Mark R. Denton**
**District Court Judge**

Respectfully submitted,

**MAIER GUTIERREZ & ASSOCIATES**

*/s/ Jean-Paul Hendricks, Esq.*
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JEAN-PAUL HENDRICKS
Nevada Bar No. 10079
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148

Matthew D. Hardin, Esq.
(*admitted pro hac vice*)
New York Bar No. 5899596
**HARDIN LAW OFFICE**
101 Rainbow Drive, 11506
Livingston, Texas 77399
*Attorneys for Defendant Viatron, Inc.*

2

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Russell Greer, Plaintiff(s) | CASE NO: A-26-937678-C |
| vs. | DEPT. NO.  Department 13 |
| Viatron Corporation, Defendant(s) | |

## <u>AUTOMATED CERTIFICATE OF SERVICE</u>

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Admitting to Practice was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 5/21/2026

| | |
|---|---|
| MGA Docketing | docket@mgalaw.com |
| Russell Greer | russmark@gmail.com |
| Jordon Fentenmier | jordonfetenmier@proton.me |