FILED
2026 JUN 18 PM 8:05
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **RUSSELL GREER**<br><br>    Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL**,<br><br>    Defendants | **PLAINTIFF'S RESPONSE TO ECF 480**<br><br>  Case No.:   2:24-cv-00421-DBB-JCB |

1

Plaintiff Russell Greer respectfully submits this Response to ECF 480. Defendants seek to once again unseal a document that is really much ado about nothing. In making their vexatious argument, they cite a supposed loophole in District Judge Barlow's Order overruling their objections (ECF 479). Defendants claim the judge denied their motion because it was for private viewing. Defendants now seek to have the document be unsealed for the public.

The "public" that Defendants refer to are the notorious, anonymous individuals on the website Kiwi Farms. The same individuals, who, per the First Amended Complaint, infringed on Plaintiff's copyrights; encouraged others to not give "Russell any money"; and has been shown through several Notices, have stalked Plaintiff for a decade now, most recently by targeting those who associate with Plaintiff.

Should the Court grant this motion, these same bizarre individuals will run around with the information to abuse it.

Further, the IFP 2020 application is irrelevant. Defendants have gone so far down different rabbit holes that they have convinced themselves of theories that aren't true. Plaintiff has sincerely explained why he needed IFP status in 2020. He paid the fee in 2025. Defendants never raised IFP issues until 5 years after the fact. This issue needs to be put to rest. Once and for all.

Plaintiff opposes the unsealing of the motion.

Respectfully submitted,

/rgreer/

6-18-26

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that 6-18-26, I served a true and correct copy of the attached document by email to all attorneys on record.