

**From:** **Russell Greer** RussMark@gmail.com
**Subject:** Response motions
**Date:** June 19, 2026 at 5:11 AM
**To:** Matthew Hardin matthewdhardin@gmail.com

Good morning

Because the court will be closed today, the  docketing clerk won't be filing these until Monday. Two of them were emailed yesterday to the clerk and the other one was emailed today. I didn't send them until now to you because I fell asleep.

Thanks

Russell



**response to motion to alter .pdf**
183 KB

**Response to motion for judgment on pleadings.pdf**

**Response to ECF 480.pdf**