Las Vegas Justice Court
Electronically Filed
1/28/2026 9:36 AM
Charles A. Mapp, Sr.
CLERK OF THE COURT

**AAFW**

Name: Russell Greer

Address: 3930 University Center Dr 103

City, State, Zip: Las Vegas, NV 89119

Phone: 801-895-3501

Email: russmark@gmail.com

**JUSTICE COURT, LAS VEGAS TOWNSHIP
CLARK COUNTY, NEVADA**

Electronically Filed
Mar 27 2026 01:50 PM
Elizabeth A. Brown
Clerk of Supreme Court

26E003020

Michael Schaefer

Plaintiff,

vs.

Russell Greer

Defendant.

CASE NO.: _____

DEPT: Department #: LVJC Civil Evictions
_____

### Application to Proceed in Forma Pauperis

I am unable to pay the costs of prosecuting or defending this action. I request permission to proceed without paying costs or fees pursuant to NRS 12.015 based on the following:

1. **Public Assistance.** I receive federal and/or state public assistance benefits: (*check all that you receive*)
   - ☐ Medicaid
   - ☐ SNAP (food stamp assistance)
   - ☐ TANF (temporary assistance for needy families)
   - ☐ Child care subsidy/ Child Care & Development Fund assistance
   - ☐ SSI (supplemental security income)
   - ☐ Other federal and/or state public assistance:_____.
   - ☒ I do not receive any kind of public assistance.

2. **Household Members**: In my household there are ___1___ adults (over 18) and ___0___ children (under 18) for a total of ___1___ people.

3. **Income** includes employment (include tips/overtime), unemployment, retirement, pension, social security, child support. Please list all income for household member: (*all numbers should be after taxes are taken out*):

For each adult in the home, list net monthly income (*after taxes*):

| | |
|---|---|
| My total income | $ **$2,000.00** |
| Household Adult #1 total income | $ |
| Household Adult #2 total income | $ |
| Household Adult #3 total income | $ |
| Household Adult #4 total income | $ |
| Household Adult #5 total income | $ |
| **HOUSEHOLD TOTAL** | $ **$2,000.00** |

**4.  My basic monthly expense include:** *Fill out the chart below.*

| | | |
|---|---|---|
| Rent / Mortgage | $ | 800 |
| Utilities (electric, gas, water, phone, other utilities) | $ | 0 |
| Food | $ | 100 |
| Child care | $ | 0 |
| Medical expenses (health insurance, co-pays, out of pocket expenses) | $ | 0 |
| Transportation (bus fare, car, gas, insurance) | $ | 700 |
| Other: **Credit card and debt relief** | $ | 500 |
| **TOTAL** | $ | **$2,100.00** |

**5.   Other Compelling Reason.**  Explain why you cannot pay the filing fee.

**I am self-employed and my income is not consistent month to month. Some weeks I earn very little, and I do not have stable or guaranteed income. I'm also a university student and so studying cuts into work hours. I am also currently in litigation to recover wages owed from a former employer, which has further limited my financial resources. At this time, I cannot afford the filing fee without hardship and respectfully request a fee waiver.**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED (*month*) __January_____ (*day*) **28**____, 20**26**__ .

Submitted By: (*Signature*) ▸ **/s/ Russell Greer**_____

Printed Name:  **Russell Greer**_____

---

**FOR COURT USE ONLY**

Upon consideration of the movant's Application to Proceed in Forma Pauperis, and good cause appearing therefore,

[X] The Application to Proceed in Forma Pauperis is **GRANTED**. The applicant shall be permitted to proceed with fees and costs waived in this action as permitted by NRS 12.015.

[ ] The Application to Proceed in Forma Pauperis is **DENIED** for the following reasons:
  [ ] The applicant is not indigent within the meaning of NRS 12.015
  [ ] The application was incomplete or not legible.

1/28/2026
_____
Date

_____
Deputy Clerk: M. Valencia
Justice of the Peace/Clerk of Court

EXHIBIT
C

Russell Greer
3930 University Center
Apt 103
Las Vegas, NV 89119
801-895-3501
russmark@gmail.com
Appellant, Pro Se

Electronically Filed
Mar 27 2026 06:41 AM
Elizabeth A. Brown
Clerk of Supreme Court

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| **RUSSELL GREER**<br><br>Appellant,<br><br>v.<br><br>**MICHAEL SCHAEFER,**<br><br>Respondent, | **Supreme Court No. 92350**<br><br>**District Court No. A-24-941323-A**<br><br>**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS** |

1

Docket 92350   Document 2026-14132

I, Russell Greer, declare under penalty of perjury under the laws of the State of Nevada as follows:

1. I previously submitted an Affidavit in Support of Motion to Proceed In Forma Pauperis in this matter.

2. I submit this Supplemental Affidavit to clarify my present financial condition and address the $250 bond referenced in these proceedings.

3. The District Court issued a refund in the amount of $250 in bond proceeds. However, I have not received those funds. The District Court's order did not specify how the refund would be remitted, and no payment has been received.

4. I sought a stay of eviction so that I could continue working, stabilize my financial situation, and pay my obligations, including the required filing fee and rent.

5. The present situation is the result of a "perfect storm" of circumstances. I was awaiting receipt of the $250 bond refund and had requested settlement discussions in separate litigation (Greer v. Viatron), with a hearing on a motion to dismiss scheduled for April 6, 2026. At the same time, I was preparing to work six consecutive days to generate income.

6. On March 26, 2026, at approximately 9:00 AM, constables executed a lockout without the mandatory 24-hour notice, while I was in the process of pursuing appellate relief. This prevented me from working as planned and from accessing funds needed to pay the filing fee.

7. I am currently displaced and must spend time securing basic necessities such as food, hygiene, and access to electricity to maintain communication and work.

8. I have been informed that no action will be taken on my emergency motion unless the $250 filing fee is paid.

2

9. I can pay the filing fee within a short period of time upon resuming work. However, I am presently unable to do so because I have not received the refunded $250 and am dealing with the sudden logistics of being displaced.

10. The landlord has indicated an intent to re-let the premises on or about April 1, 2026, which creates a risk that I will permanently lose possession before I have a meaningful opportunity to comply.

11. Under these circumstances, I am presently unable to pay the filing fee, even though I will be able to do so shortly.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Truthfully submitted.

Russell Greer

/rgreer/

3-27-26

3

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 27, 2026**, I served a true and correct copy of the

foregoing **SUPPLEMENTAL AFFIDAVIT**  upon the following party via electronic mail

(email) and USPS:


**Email: Mikeinthegreenchair@yahoo.com**

**USPS: Michael Schaefer**

**3930 University Center Dr, Apt 103 Las Vegas, NV 89119**

**Consent to Electronic Service:** Pursuant to **NRAP 25(c)(2)(B)**, the parties have previously
consented in writing to service by electronic means through their ongoing course of conduct and
written communication in District Court Case No. **A-24-941323-A** and Las Vegas Justice Court.

4