FILED
2026 AUG 17
CLERK
U.S. DISTRICT COURT

Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **RUSSELL GREER**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON ET AL,**<br><br>Defendants | **PLAINTIFF'S Notice of Satisfying Court Order**<br><br>Case No.: 2:24-cv-00421-DBB-JCB |

Plaintiff Russell Greer respectfully submits this Notice to let the Court know that on August 17th. 2026, plaintiff discovered he could actually access the 2018 documents online, when previously, he couldn't. He has sent 62 screenshots of the documents to Defendants' counsel via WeTransfer. **EXHIBIT A.** Thus, the sanctions for not disclosing the documents should be moot.

Respectfully submitted,

/rgreer/

8-17-26

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that 8-17-26, I served a true and correct copy of the attached document by email to all attorneys on record.

**EXHIBIT A**


12:24
43
Back Tap
Double Tap Detected
Denied Stalking Injunction 2018 Docs
matthewdhardin@gmail.com
downloaded Greer v Moon — Denied Stalking Injunction 2018 Docs
62 items, 33.9 MB in total · Expires on 20 August, 2026