**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA MOON, *et al.*<br><br>Defendants. | **SUPPLEMENTAL DECLARATION OF MATTHEW D. HARDIN**<br><br>Case No. 2:24-cv-00421-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

I, Matthew D. Hardin, declare as follows:

1. I represent Defendants Joshua Moon and Lolcow LLC in this action. I am competent to testify to the matters stated here, which are based on my personal knowledge. This declaration supplements my October 14, 2026 declaration, ECF No. 496-1, and supports Defendants' request for the fees incurred in preparing their reply.

2. On October 13, 2026, I conducted a deposition of Mr. Greer in the matter of *Greer v. Viatron, Inc*. That matter is pending before the District Court of Clark County, Nevada, but has been stayed in favor of arbitration. Exhibit A. Mr. Greer's sworn testimony in that Nevada matter is currently

"confidential," but is subject to release in compliance with a subpoena or Court order. *Id*. at 9. To the extent that this Court wishes to consider Mr. Greer's unsworn allegations in this matter to the effect that he is unable to pay a Rule 37 award, ECF No. 497 at 7, Defendants seek an order from this Court permitting them to release Mr. Greer's Nevada testimony. I proffer here that the substance of Mr. Greer's October 13, 2026 Nevada testimony would show that Mr. Greer is, in fact, capable of paying a sanctions award. That testimony was recorded on video and is in the possession of undersigned counsel.

3. On October 22, 2026, I spent 2.1 hours preparing the reply in support of Defendants' cost memorandum, including drafting, reviewing, and editing it. That work addressed Mr. Greer's response, ECF No. 497, concerning Defendants' entitlement to fees and the amount requested.

4. I request compensation for those 2.1 hours at the same $300 hourly rate stated in paragraph 4 of my October 14 declaration. The additional fee is $630. In my judgment, that time was reasonably necessary to respond to Mr. Greer's objections and support Defendants' fee request.

5. These 2.1 hours were incurred after the October 14 fee submission. They are additional to the 15.7 hours identified in that submission and were not included in any earlier fee request.

6. The $630 requested for this reply, added to the $4,710 previously requested, brings the total request to $5,340 for 17.8 hours at $300 per hour.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2026.

/s/ Matthew D. Hardin
Matthew D. Hardin
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*