**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA MOON, *et al*.<br><br>Defendants. | **DEFENDANTS' MOTION FOR LEAVE TO FILE UNREDACTED EXHIBITS UNDER SEAL**<br><br>Case No. 2:24-cv-00421-DBB-JCB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

Defendants Joshua Moon and Lolcow, LLC move under DUCivR 5-3(b) for leave to file under seal the unredacted versions of Exhibits A and B to their October 28, 2026 Motion to Remove Improper Confidentiality Designations. Those exhibits contain the October 22 email correspondence which Mr. Greer inappropriately labeled as "attorneys Eyes Only" and the Defendants' subsequent letter challenging Mr. Greer's inappropriate designation. Redacted versions have been publicly filed.

Greer's confidentiality designations are the sole basis for this request. DUCivR 5-3(b)(2)(C)(i). Defendants continue to challenge those designations and seek temporary sealing solely to permit the Court to review the complete exhibits. Defendants do not take the position that these documents are properly sealed or should be sealed.

The requested seal would last *only* until the Court resolves the dispute over Mr. Greer's "Attorney's Eyes Only" designation. Any motion by Greer to maintain sealing must be filed within seven days after service of this motion. DUCivR 5-3(b)(2)(C)(i).

DATED October 28, 2026

**HARDIN LAW OFFICE**

/s/ Matthew D. Hardin
**Matthew D. Hardin**
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*