**Matthew D. Hardin (*pro hac vice*)**
**HARDIN LAW OFFICE**
101 Rainbow Drive # 11506
Livingston, TX 77399
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>Plaintiff, | **DEFENDANTS' REQUEST TO SUBMIT ECF NO. 501 FOR DECISION** |
| v. | Case No. 2:24-cv-00421-DBB-JCB |
| JOSHUA MOON, *et al*.<br><br>Defendants. | District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

Defendants Joshua Moon and Lolcow, LLC request a decision on their Motion for Leave to File Unredacted Exhibits Under Seal (ECF No. 501), pursuant to DUCivR 7-3.

The motion was filed on October 28, 2026. No response has been filed. No reply has been filed. No hearing has been requested. DUCivR 7-3(b)(1)–(4).

Mr. Greer was electronically served with ECF No. 501 on October 28, 2026. The motion identified his confidentiality designation as the sole basis for temporary sealing. ECF No. 501 at 1. DUCivR 5-3(b)(2)(C)(i) provides:

> If the designating party seeks to have the Document remain under seal, the designating party must file a Motion for Leave to File Under Seal in accordance with DUCivR 5-3(b)(2) within 7 days of service of the motion. If the designating party does not file a motion within 7 days, the original motion may be denied, and the Document may be unsealed without further notice.

Mr. Greer's seven-day deadline expired on November 4, 2026. He has not filed the motion required under DUCivR 5-3(b)(2)(C)(i) to support continued sealing. Defendants therefore request that the Court deny the Motion at ECF No. 501 and direct the Clerk to unseal the document at ECF No. 502.

DATED November 9, 2026

**HARDIN LAW OFFICE**

/s/ Matthew D. Hardin
**Matthew D. Hardin**
*Attorney for Defendants*
*Joshua Moon and Lolcow, LLC*