Russell Greer
1100 Dumont Blvd
Apt 139
Las Vegas, NV 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
2026 NOV 24
CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

**RUSSELL GREER**

Plaintiff

v.

**JOSHUA MOON ET AL,**

Defendants

**MOTION FOR CRIMINAL REFERRAL TO THE UNITED STATES MARSHALS SERVICE, PER U.S.C. 566(e)(1)(A)**

Case No.: 2:24-cv-00421-DBB-JCB

Plaintiff Russell Greer respectfully asks the Court to refer the attached threat, **Exhibit A**, and the related emails to the United States Marshals Service.

On November 17th, 2026, Plaintiff received Exhibit A. The sender stated that Plaintiff had only “the last few days” left, that “we” would stop Plaintiff from completing his lawsuit against Kiwi Farms by “any means” necessary, warned Plaintiff not to put the email into a legal filing because the result would be “explosive,” and told Plaintiff to drop this lawsuit.

This was about the fifth such email Plaintiff had received in roughly one month.

Plaintiff immediately called the FBI that same day. FBI intake told Plaintiff to file an online report through IC3. Plaintiff did so. This was approximately the seventh report Plaintiff has made concerning Kiwi Farms-related harassment during the last ten years through IC3.

Plaintiff has blocked these accounts repeatedly. New accounts continue appearing. Plaintiff does not know whether these communications are coming from one person or several people. Other messages have stated that Plaintiff should have his throat slit, that he should have died as a child, that his parents are going to die, and that Mr. Hardin is going to obtain a $70,000 judgment against him.

The repeated references to Kiwi Farms, Mr. Hardin, and Plaintiff’s lawsuits are why Plaintiff believes the senders are connected to Kiwi Farms. Whether it is the same person each time, Plaintiff does not know.

What Plaintiff does know is that blocking them is not enough.

This harassment and stalking has been going on for approximately ten years. It is also one of the reasons Plaintiff filed this lawsuit in the first place. Plaintiff wanted Moon to remove Plaintiff and Plaintiff’s copyright materials from Kiwi Farms, so that this would stop. It has not stopped.

Plaintiff firmly believes Moon is aiding this continuing conduct by refusing to remove Plaintiff and his materials from Kiwi Farms. Now, somebody invoking Kiwi Farms is threatening Plaintiff to make him drop the very lawsuit Plaintiff filed trying to make this stop.

Plaintiff has attached **Exhibit B**, a response he received from Tuta after reporting one of the accounts. Tuta confirmed that it suspended the account based on Plaintiff's evidence. More importantly, Tuta told Plaintiff that identifying information can only be provided with a German court order for criminal prosecution and that data-preservation requests can only be processed when submitted by law enforcement. That is exactly why Plaintiff needs law-enforcement involvement.

Plaintiff does not believe the people sending these communications are located in Germany or elsewhere in Europe. Plaintiff believes the people targeting him are sophisticated enough to use foreign and privacy-focused email services, including Tuta and Proton addresses, to make themselves harder to identify. Plaintiff cannot obtain those records himself. Law enforcement can pursue preservation requests and whatever lawful process is necessary to determine who is actually behind these accounts.

Under **28 U.S.C. § 566(e)(1)(A)**, the United States Marshals Service has authority concerning threats against witnesses and other threatened persons when criminal intimidation interferes with the judicial process or another official proceeding. This threaten is intimidating Greer to drop this case.

Local law enforcement continues to tell Plaintiff that emails are the jurisdiction of federal law enforcement. Plaintiff wants the United States Marshals Service to figure out who this person is. Plaintiff is willing to provide the Marshals Service with every original email, complete email header, metadata, screenshot, provider response, prior report, and anything else in his possession that may help identify the sender or senders.

Plaintiff respectfully asks the Court to refer **Exhibits A and B** and the related communications to the United States Marshals Service for investigation and threat assessment, with coordination with the FBI or other appropriate federal law-enforcement agencies if necessary.

Respectfully submitted,

Russell Greer

/rgreer/
11-24-26

**CERTIFICATE OF SERVICE:**

Pursuant to FRCP 5(b), I certify that on 11-24-26, I served a true and correct copy of the attached document by ECF to all attorneys on record.

# EXHIBIT A

From: keep_prostitution_illegal@keemail.me
Subject: Final Warning for Russell Greer
Date: Nov 17, 2026 at 12:32:56 PM
To: Russmark russmark@gmail.com

---

Russell... I hope you enjoy the last few days you have left...

It seems you are going to win your lawsuit against kiwi farms. We cannot allow that to happen. We will stop you from completing your lawsuit by "any means" necessary... that means that time is short for you.

Do NOT put this email in any legal filings. If you do, the results will be "explosive"... heh heh heh

If you know what is good for you, you will drop your lawsuit against kiwi farms right now.

We here at kiwi farms enjoy having our haven of racism and we will not allow anyone to destroy it, least of all a filthy DISABLED man who believe in such filthy habit as prostitution.

卐

From: Abuse abuse@tutao.de
Subject: Re: Fwd: Final Warning for Russell Greer
Date: Nov 24, 2026 at 6:46:30 AM
To: Russell Greer russmark@gmail.com

---

Hello,

Thanks for letting us know. Of course we do not accept any misuse of Tuta.

We've suspended this account based on the proof you've provided. Please let us know if you become aware of any additional Tuta accounts involved in this issue.

In Germany we can only be requested to hand over information with a German court order for criminal prosecution. Data preservation requests can also only be processed if they are submitted by law enforcement.

Best regards,
Team Tuta

--

```
   `%&%@£%#>#+/+&$#
^.   `£%#%#+%&$%@+&##.
#&>
%$+   /%%#+%$@&£>%+£*/
./   .>%+@+%$£#%%#:%.
@.   /#+%$&%@+££&%#+
#   .=£&£&%1%%#+%$£/
/  ,/#&£&%#%>#+%$@+
  *&£&%+@+%$£#%#&
 .%>/#+%$&£&@%+£/
```

Tutao GmbH
Deisterstraße 17a, 30449
Hannover

tuta.com

---

bluesky | mastodon

---

Registered office: Hannover (Germany), represented by: Arne Möhle, Hanna Bozakov, Matthias Pfau. Registry court: Amtsgericht Hannover, register number: HRB 208014. Value Added Tax. Identification Number (Vat No.) in pursuance of § 27a. Umsatzsteuergesetz: DE280903265

Nov 18, 2026, 01:03 by russmark@gmail.com:

> Hello Tuta Abuse Team,
>
> I am reporting another abusive account using your service:
>
> keep_prostitution_illegal@keemail.me
>
> I have previously reported related harassment to Tuta, and your team previously suspended at least two accounts after reviewing the evidence I provided.
>
> This latest message is much more serious. The sender wrote that I have only “the last few days” left, stated that they would stop me from completing my federal lawsuit against Kiwi Farms by “any means” necessary, warned me not to place the email into any legal filing, and stated that the results would be “explosive” if I did.
>
> The sender also demanded that I drop my lawsuit against Kiwi Farms and attacked me based on my disability.
>
> This appears to be part of an escalating pattern of harassment that has continued for months through different email addresses and anonymous email services despite my blocking and reporting prior accounts.
>
> I have contacted the FBI regarding this threat and have been instructed to submit a complaint through the FBI Internet Crime Complaint Center (IC3).
>
> Please:
>
> 1. Immediately suspend and preserve the

account keep_prostitution_illegal@keemail.me.

2. Preserve all available registration information, login records, IP addresses, message metadata, and other technical records associated with this account.
3. Please do not delete any potentially identifying records, as law enforcement may seek them.
4. Confirm whether this account has been suspended and whether the relevant records have been preserved.

I have preserved the original threatening email, screenshots, sender information, and prior related messages and can provide them upon request.

Thank you,

Russell Greer

Sent from my iPhone

Begin forwarded message:

**From:** Russell Greer <russmark@gmail.com>
**Date:** November 17, 2026 at 3:22:39 PM PST
**To:** "Matthew D. Hardin" <MatthewDHardin@protonmail.com>
**Subject: Fwd: Final Warning for Russell Greer**

Hi Mr Hardin

I'm contacting the police. This has gone on way too long. I do not know why your client keeps allowing this to happen.

Sent from my iPhone

Begin forwarded message:

**From:** keep_prostitution_illegal@keemail.me
**Date:** November 17, 2026 at 12:32:56 PM PST
**To:** Russmark <russmark@gmail.com>
**Subject: Final Warning for Russell Greer**

Russell... I hope you enjoy the last few days you have left...

It seems you are going to win your lawsuit against kiwi farms. We cannot allow that to happen. We will stop you from completing your lawsuit by "any means" necessary... that means that time is short for you.

Do NOT put this email in any legal filings. If you do, the results will be "explosive"... heh heh heh

If you know what is good for you, you will drop your lawsuit against kiwi farms right now.

We here at kiwi farms enjoy having our haven of racism and we will not allow anyone to destroy it, least of all a filthy DISABLED man who believe in such filthy habit as prostitution.

卐